# ORIGINAL

## In the United States Court of Federal Claims

FILED

FEB 2 5 2003

U.S. COURT OF
FEDERAL CLAIMS

### No. 03-445C

**TEXAS PEANUT FARMERS**
**GEORGIA PEANUT FARMERS**
**ALABAMA PEANUT FARMERS**
**FLORIDA PEANUT FARMERS**
**SOUTH CAROLINA PEANUT FARMERS**

v.

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**

**Judge Nancy B. Firestone**

Pursuant to Rule 40.1, this case has been assigned to the above Judge for the conduct of proceedings pursuant to the rules of this court. Careful consideration and observance by counsel of the rules of the court and the orders of the judge applicable to the various steps required for the prosecution of the case will enable the judge and the clerk of court to assist counsel in the expeditious disposition of the case with a minimum of time and expense. Counsels' attention is called to Appendix A of the Rules of the United States Court of Federal Claims, which govern proceedings before trial, and has application in every case unless an order is entered providing otherwise. As to the duplication, form and size requirements and number of copies of papers to be filed, see Rule 5.3. As to service, see Rule 5.1.

Also, counsels' attention is called to Appendix H that implements three methods of Alternative Dispute Resolution: Settlement Judges, Mini-Trials, and Third-Party Neutrals. The methods are both voluntary (i.e. both parties must agree to use the procedures) and flexible, and should be employed early in the litigation process.

The United States is requested to promptly file written notification of the name, address and telephone number of assigned counsel in accordance with Rule 83.1(c)(3) and (5).

Pursuant to Rule 5.3(g): "In pleadings and papers other than the complaint, the name of the judge assigned to the case shall be included under the docket number."

A TRUE COPY:
TEST: APR 4 2003

BRIAN BISHOP
Clerk, U.S. Court of Federal Claims

By_____
Deputy Clerk

Margaret M. Earnest, Clerk