# In the United States Court of Federal Claims

RECEIVED
FEB 2 5 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

No. 03-445C

**TEXAS PEANUT FARMERS**
**GEORGIA PEANUT FARMERS**
**ALABAMA PEANUT FARMERS**
**FLORIDA PEANUT FARMERS**
**SOUTH CAROLINA PEANUT FARMERS**

V.

THE UNITED STATES

FILED FEB 2 5 2003

NOTICE OF ASSIGNMENT TO:
ADR Judge Diane Gilbert Sypolt

As provided for in the provisions of the Court's ADR Pilot Program, effective April 2, 2001, this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Notice of ADR Pilot Program.

Information about this program, as well as model notices, orders and pleadings is available at the court's website - www.uscfc.uscourts.gov.

A TRUE COPY
TEST: APR 2006
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By _____
Deputy Clerk

Margaret M. Earnest, Clerk