ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

```
FILED

MAR 2 6 2003

U.S. COURT OF
FEDERAL CLAIMS
```

TEXAS PEANUT FARMERS, et al.,        )
                                     )
        Plaintiff,                   )       No. 03-445C
                                     )       (Judge Firestone)
        v.                           )
                                     )
                                     )
                                     )
THE UNITED STATES,                   )
                                     )
        Defendant.                   )

**By leave of the Judge**

NOTICE OF APPEARANCE

To the Clerk:

    Please enter the appearance of Jane W. Vanneman as Senior Trial

Counsel of record for the United States.  Service of all papers by

opposing parties should be addressed as follows:

                Jane W. Vanneman
                Senior Trial Counsel
            Commercial Litigation Branch
                Civil Division
            Department of Justice
            Washington D.C.  20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: March 14, 2003

```
A TRUE COPY:
TEST:  APR  4 2003

     BRIAN BISHOP
Clerk, U.S. Court of Federal Claims

BY
     Deputy
```

                            Jane W. Vanneman
                            Senior Trial Counsel
                            Commercial Litigation Branch
                            Civil Division
                            Department of Justice
                            Phone:  (202) 307-1011

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 14th day
of March 2003 I caused to be placed in the United States mail
(first-class mail, postage prepaid) copies of "NOTICE OF APPEARANCE"
addressed as follows:

Philip R. Isley
Boyce & Isley, PLLC
Post Office Box 1990
Raleigh, NC  27602-1990

Docket No. _____

**UNITED STATES COURT OF FEDERAL CLAIMS**

## MEMORANDUM

TO:        JUDGE _____
FROM:    CLERK'S OFFICE

       The attached was received on _____
and the following defect(s) is/are noted:

1. _____        Untimely, due to be filed by _____ [Rule 7.1]

2. ✓           Proof of service: [Rule 5.1]
                _____ is missing; _____ is not signed and/or dated;
                ✓ shows service on wrong attorney ~~or of wrong item~~;
                _____ is not attached to each document or copy

3. _____        Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. _____        Does not comply with the provisions of Rule:

     _____        5.2(a)(1)(A)        Re: table of contents or index to appendix is missing (or in wrong location)
     _____        5.2(a)(1)(G)        Re: index to appendix is to be located in both the front of the brief <u>and</u> in front of the appendix
     _____        5.2(b)                Re: length of briefs or memorandum
     _____        5.3(c)                Re: binding
     _____        5.3(d)                Re: original/copies missing
     _____        5.3(g)                Re: Judge's name on all filings
     _____        7(b)                  Re: brief, supporting memorandum, affidavits shall be attached to motion
     _____        56(h)                 Re: proposed findings and/or response to proposed findings is missing or not a separate document
     _____        56.1(b)               Re: statement of facts and/or counter-statement of facts is missing or not a separate document
     _____        77.1(a)               Re: improper use of the night box
     _____        83.1(c)(1)            Re: one attorney for a party; attorney to be an individual not a firm
     _____        _____               Re: _____
                                               _____

5. _____        Original affidavit(s)/declaration(s) is/are missing
6. _____        No provision in the Rules for the filing of this item
7. _____        _____

_____
Deputy Clerk