# In the United States Court of Federal Claims

**No. 03-445C**
**(Filed: March 27, 2003)**

```
FILED

MAR 2 7 2003

U.S. COURT OF
FEDERAL CLAIMS
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                       \*

**TEXAS PEANUT FARMERS, et al.,**     \*
                                       \*

              **Plaintiffs,**    \*
                                       \*

**v.**                                          \*

**THE UNITED STATES,**             \*

              **Defendant,**    \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SPECIAL PROCEDURES ORDER

Pursuant to Rules of the United States Court of Federal Claims 16 and Appendix A ¶ 2, **IT IS ORDERED** that each party shall comply with the following procedures:

1.    **ADR - Pilot Procedure:** This case has been selected for the ADR Pilot Program. The procedures governing that program are set forth in Amended General Order No. 40.

2.    **Motion in Lieu of an Answer - Scheduling and Filing Requirements:**

    a.    For cases in which defendant intends to proceed by motion in lieu of an answer, the defendant shall ask for a conference no later than 40 days after filing of this order. In such cases, the Joint Preliminary Status Report ("JPSR") required under Appendix A need not be filed. In lieu thereof, defendant shall file a memorandum briefly identifying the factual and/or legal bases upon which its motion will be based. This memorandum shall be filed not later than 10 days before the date scheduled for the conference. The plaintiff is not required to file a memorandum in response, but may wait until the status conference to respond. If plaintiff wishes to file a response, the response must be filed not later than 5 days before the date scheduled for the conference.



b.   **Responsibility for Scheduling:** Scheduling the conference is counsels' joint responsibility. Arrangements for the conference are to be made by telephone call to this office (202) 219-1470 advising the court of three alternate dates previously agreed to between counsel on which the conference may be scheduled.

c.   **Counsels' Attendance and Preparation:** Counsel are to appear by telephone unless otherwise directed by the court. Counsel are expected to be well prepared. A casual knowledge of the issues will not suffice.

**IT IS SO ORDERED**.

_____
NANCY B. FIRESTONE
Judge

A TRUE COPY:
TEST:                    APR  4 2003
          BRIAN BISHOP
Clerk, U.S. Court of Federal Claims

By Debra L. Scarlett
Deputy Clerk