# In the United States Court of Federal Claims

**NOTICE**

**TEXAS PEANUT FARMERS,**
et al.

No. 03-445 C

v.

**THE UNITED STATES**

Clerk's Office
Washington, D.C., April 24, 2003

To Attorney of Record, Assistant Attorney General, and Judge Firestone:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed April 23, 2003, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

A TRUE COPY:
TEST: APR 4 2006
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By _____
Deputy Clerk

Margaret M. Earnest, Clerk