**ORIGINAL**

# In the United States Court of Federal Claims

No. 03-445C
(Filed: May 16, 2003)

FILED
MAY 1 6 2003
U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TEXAS PEANUT FARMERS, et al.,

      Plaintiffs,

v.

THE UNITED STATES,

      Defendant,

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

The court hereby **SCHEDULES** a status conference for **Friday, May 23, 2003, at 2:30 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following telephone numbers: counsel for plaintiffs 919-833-7373 and counsel for defendant 202-616-8283. The court will initiate the call.

**IT IS SO ORDERED**.

NANCY B. FIRESTONE
Judge

A TRUE COPY
TEST: APR 4 2006
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By _____
Deputy Clerk