# In the United States Court of Federal Claims

No. 03-445C
(Filed: May 23, 2003)

**FILED**
MAY 2 3 2003
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * *
TEXAS PEANUT FARMERS, et al.,

    Plaintiffs,

v.

THE UNITED STATES,

    Defendant,
* * * * * * * * * * * * * * *

## SCHEDULING ORDER

Based upon the status conference held May 23, 2003, it is hereby **ORDERED**:

1) The defendant shall file with the court on **Monday, July 21, 2003** a memorandum that details its position on which court has jurisdiction over plaintiff's claims.

2) A status conference is hereby scheduled for **Friday, July 25, 2003 at 2:30 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified and will be contacted at the following telephone numbers: counsel for defendant (202) 307-1011; counsel for plaintiff (919) 833-7373.

IT IS SO ORDERED.

A TRUE COPY:
TEST:    4 2003
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By _____

NANCY B. FIRESTONE
Judge