**ORIGINAL**

# In the United States Court of Federal Claims

No. 03-445C
(Filed: August 11, 2003)

FILED
AUG 1 1 2003
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * *
TEXAS PEANUT FARMERS, et al.,

      Plaintiffs,

v.

THE UNITED STATES,

      Defendant,

* * * * * * * * * * * * * * *

## ORDER ON MOTION FOR ENLARGEMENT OF TIME

Plaintiffs' unopposed motion, filed August 7, 2003, for an extension of time within which to file its response to defendant's motion to dismiss is **GRANTED**. Accordingly, plaintiffs shall file their response by **September 2, 2003**.

IT IS SO ORDERED.

NANCY B. FIRESTONE
Judge

A TRUE COPY:
TEST:
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims