# In the United States Court of Federal Claims

No. 03-445 C



TEXAS PEANUT FARMERS, ET AL.,

JUDGMENT

v.

THE UNITED STATES

Pursuant to the court's published opinion, filed December 16, 2003, granting the government's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice under RCFC 12(b)(1). Each party to bear its own costs.

Brian Bishop
Acting Clerk of Court

December 16, 2003

By: _____

Deputy Clerk

A TRUE COPY
TEST: APR 4 2006
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By: _____

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.