# In the United States Court of Federal Claims

No. 03-445C
(Filed: January 13, 2004)

FILED
JAN 1 3 2004
U.S. COURT OF
FEDERAL CLAIMS

```
* * * * * * * * * * * * * * *
                              *
TEXAS PEANUT FARMERS, et al., *
                              *
              Plaintiffs,     *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
              Defendant,      *
                              *
* * * * * * * * * * * * * * *
```

## SCHEDULING ORDER

The court is in receipt of plaintiffs' motion, filed January 5, 2004, to reconsider the court's December 16, 2003 Order of Dismissal. The defendant shall file a response to plaintiffs' motion for reconsideration by **February 11, 2004**.

**IT IS SO ORDERED**.

NANCY B. FIRESTONE
Judge

A TRUE COPY
TEST: APR 4 2006
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By Deputy Clerk