**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEXAS PEANUT FARMERS, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 03-445C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
**JAN 23 2004**
**U.S. COURT OF FEDERAL CLAIMS**

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

NOW COME the Plaintiffs in the above-captioned matter and respectfully move for an extension of time to file Notice of Appeal. In support of this Motion, undersigned counsel shows the Court as follows:

1. On December 16, 2003, this Court issued an Order dismissing the lawsuit. Thereafter, Plaintiffs filed a Motion to Reconsider the Order of Dismissal and requested that the Court either transfer the case to the federal district courts or stay the proceedings.

2. On January 13, 2004, the Court ordered the Defendants to file a response to the Motion for Reconsideration by February 11, 2004.

3. The Court previously had stated that a Notice of Appeal had to be filed by February 13, 2004 (see Judgment of December 16, 2003, attached hereto as **Exhibit A.**)

4. Based on the Court's Scheduling Order allowing the Defendants to respond to Plaintiffs Motion for Reconsideration, it appears that filing Notice of Appeal by February 13, 2004 may be premature if the case is stayed or transferred. Accordingly, Plaintiffs request that the Order requiring Notice of Appeal to be filed be stayed pending

ruling by this Court on Plaintiffs' Motion for Reconsideration in that if the case is stayed or transferred, Notice of Appeal may be unnecessary.

This the 22nd day of January, 2004.

BOYCE & ISLEY, PLLC

*R. Daniel Boyce* /s/
R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, NC 27602-1990
Telephone:(919) 833-7373
Facsimile:(919) 833-7536
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I caused to be served by United States mail, postage prepaid, copies of the foregoing Motion for Extension of Time to File Notice of Appeal addressed as follows:

>JANE W. VANNEMAN
>Senior Trial Counsel
>Commercial Litigation Branch
>Civil Division
>Department of Justice
>Attn: Classification Unit, 8th Floor
>1100 L Street, N.W.
>Washington, DC 20530

This the 22nd day of January, 2004.

>BOYCE & ISLEY, PLLC
>
>
>_____
>R. Daniel Boyce
>N. C. State Bar # 12329
>Post Office Box 1990
>Raleigh, NC  27602-1990
>Telephone: (919) 833-7373
>Facsimile:  (919) 833-7536
>*Attorney for Plaintiffs*

3

# In the United States Court of Federal Claims

No. 03-445 C


FILED
DEC 16 2003
U.S. COURT OF
FEDERAL CLAIMS

**TEXAS PEANUT FARMERS, ET AL.,**

                                        **JUDGMENT**

v.

**THE UNITED STATES**

    Pursuant to the court's published opinion, filed December 16, 2003, granting the government's motion to dismiss,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice under RCFC 12(b)(1). Each party to bear its own costs.

                                        Brian Bishop
                                        Acting Clerk of Court

December 16, 2003                        By: *[signature]*

A TRUE COPY
TEST:
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By *[signature]*
Deputy Clerk

                                        Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $255.00.

EXHIBIT A