# In the United States Court of Federal Claims

No. 03-445C
(Filed: February 11, 2004)

FILED
FEB 1 1 2004
U.S. COURT OF FEDERAL CLAIMS

```
* * * * * * * * * * * * * *
                            *
TEXAS PEANUT FARMERS, et al., *
                            *
        Plaintiffs,         *
                            *
v.                          *
                            *
THE UNITED STATES,          *
                            *
        Defendant,          *
                            *
* * * * * * * * * * * * * *
```

## ORDER ON MOTION FOR TIME TO FILE A NOTICE OF APPEAL

Plaintiffs' unopposed motion, filed January 23, 2004, for an extension of time to appeal is **GRANTED** pending the outcome of the court's of plaintiffs' motion for reconsideration.

IT IS SO ORDERED.

_____
NANCY B. FIRESTONE
Judge

A TRUE COPY   APR 4 2006
TEST:
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By _____
Deputy Clerk

24