ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*********************************

TEXAS PEANUT FARMERS, *et al.*   )
                                 )
    Plaintiffs,              )
                                 )
vs.                              )   No. 03-445C
                                 )   (Judge Firestone)
THE UNITED STATES, *et al*       )
                                 )
    Defendants.              )
*********************************

FILED
FEB 1 3 2004
U.S. COURT OF
FEDERAL CLAIMS

## NOTICE OF APPEAL

NOW COME the Plaintiffs in the above-captioned matter and hereby give notice of appeal pursuant to the Federal Rules of Appellate Procedure and RCFC 77.1(c)(2) of the Rules of the United States Court of Federal Claims.

This the 11th day of February, 2004.

A TRUE COPY:
TEST:  APR  4 2006
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By _____
Deputy Clerk

BOYCE & ISLEY, PLLC

R. Daniel Boyce
R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, NC 27602-1990
Telephone: (919) 833-7373
Facsimile: (919) 833-7536
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 11th, 2004, I caused to be served by United States mail, postage prepaid, copies of the foregoing *Notice of Appeal* addressed as follows:

JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

                                              BOYCE & ISLEY, PLLC

                                              R. Daniel Boyce
                                              N. C. State Bar # 12329
                                              Post Office Box 1990
                                              Raleigh, NC  27602-1990
                                              Telephone: (919) 833-7373
                                              Facsimile:  (919) 833-7536
                                              *Attorney for Plaintiffs*