# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

04-5067 - TEXAS PEANUT FARMERS

02/25/04
(Date of Docketing)

**RECEIVED FEB 27 2004 OFFICE OF THE CLERK U.S. COURT OF FEDERAL CLAIMS**

Appeal from: UNITED STATES COURT OF FEDERAL CLAIMS

03-CV-445

Name of appellant(s): TEXAS PEANUT FARMERS, GEORGIA PEANUT FARMERS, ALABAMA PEANUT FARMERS, SOUTH CAROLIA PEANUT FARMERS and FLORIDA PEANUT FARMERS

Critical dates for counsel, pro se parties, and court include:

- Date of docketing, as above (Rules 12 & 15)
- Representation statement (Rule 12)
- Entry of appearance due (Rule 47.3)
- Certificate of interest due (Rule 47.4)
- Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".
- Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

- Official caption (All)
- Rules of Practice (pro se parties - attorneys must return the form below)
- Entry of appearance form (All counsel and pro se parties)
- Informal brief form (Pro se parties)
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form (Parties owing the docketing fee)

JAN HORBALY, Clerk

cc: US Court of Federal Claims
Jane W. Vanneman
R. Daniel Boyce

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

A TRUE COPY:
TEST:
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By: _____
Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### Official Caption[1]

04-5067

TEXAS PEANUT FARMERS, GEORGIA PEANUT FARMERS, ALABAMA PEANUT FARMERS, SOUTH CAROLINA PEANUT FARMERS, and FLORIDA PEANUT FARMERS

                              Plaintiffs-Appellants,

v.

UNITED STATES,

                              Defendant-Appellee.

Appeals from the United States Court of Federal Claims in 03-CV-445, Judge Nancy B. Firestone

### Authorized Abbreviated Caption[2]

TEXAS PEANUT FARMERS v US, 04-5067

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.