# In the United States Court of Federal Claims

No. 03-445C
(Filed: August 3, 2005)

```
* * * * * * * * * * * * * * *
                              *
TEXAS PEANUT FARMERS, et al., *
                              *
            Plaintiffs,       *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
            Defendant,        *
                              *
* * * * * * * * * * * * * * *
```

**FILED**
AUG 3 2005
U.S. COURT OF
FEDERAL CLAIMS

## STATUS CONFERENCE ORDER

The court hereby **SCHEDULES** a status conference for **Wednesday, September 7, 2005 at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (919) 833-7373; counsel for defendant at (202) 616-8283. The court will initiate the call. The parties should be prepared to discuss the next steps in this litigation in light of the Federal Circuit's decision remanding the case with instructions to transfer.

IT IS SO ORDERED.

NANCY B. FIRESTONE
Judge

A TRUE COPY
TEST: APR 4 2006

BRIAN BISHOP
Clerk, U.S. Court of Federal Claims