

FILED

SEP 2 9 2005

U.S. COURT OF
FEDERAL CLAIMS

No. 03-445C
(Judge Firestone)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TEXAS PEANUT FARMERS, *et. al.,*

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR TRANSFER OF THIS CASE TO THE JUDICIAL PANEL ON MULTIPDISTRICT LITIGATION

A TRUE COPY:    4 2005
TEST:
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims

By
Deputy Clerk

**BOYCE & ISLEY, PLLC**

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, NC 27602-1990
Telephone: (919) 833-7373
Facsimile: (919) 833-7536
*Attorney for Plaintiffs*

September 28, 2005

TABLE OF CONTENTS

TABLE OF CASES AND AUTHORITIES ................................................................................. i

PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS'
MOTION FOR TRANSFER OF THIS CASE TO THE JUDICIAL PANEL ON
MULTIPDISTRICT LITIGATION ........................................................................................ 1

STATEMENT OF THE CASES AND FACTS:

    A.  Status of Transferee District Court Case (EDNC) ........................................... 2

    B.  Status of Court of Federal Claims Case ........................................................... 3

    C.  Status of Transferor District Court Cases ....................................................... 4

    D.  Class Counsel's Efforts to Obtain Information Regarding Other Named Plaintiff
        And Potential Class Members and Government's Refusal to Provide Information
        On Named Plaintiffs and Other Class Members ............................................... 6

ARGUMENT ........................................................................................................................ 8

CONCLUSION ..................................................................................................................... 18

CERTIFICATE OF SERVICE .............................................................................................. 19

EXHIBITS:

1. Docket Sheet (EDNC Case)
2. Master Docket Sheet for "All Cases" transferred to EDNC
3. Transfer Order of the JPML dated October 26, 2004
4. Vanneman Letter to Boyce dated August 15, 2003 regarding "prudent course to clarify jurisdictional or other matters before proceeding in any district courts on the merits."
5. Boyce Letter to AUSA Goulian dated November 5, 2004 requesting names and information regarding plaintiffs and class members
6. Defendants' Response to Interrogatories dated December 17, 2004 refusing to provide information on plaintiffs and class members
7. Motion For Discovery Order Compelling Production of Documents dated January 17, 2005 including information on plaintiffs and peanut farmers in various federal districts
8. Boyce Letter to Goulian dated July 14, 2005 with attachment providing information on plaintiff peanut farmers not on Government's list.
9. AUSA Goulian letter to Boyce dated September 6,2005 failing to provide information on plaintiff peanut farmers not on Government's list
10. Boyce letter to Vanneman dated July 30, 2003 stating that cases need to be resolved in one place

11. Portions of Brief filed By Government's Counsel Vanneman stating impracticality of issuing transfer orders to total of fourteen possible districts.

12. Plaintiffs' Proposed Efficient Process vs. Government's Proposal and Resulting Additional Steps to Reach Same End Result?

## TABLE OF CASES AND AUTHORITIES

### Cases

Barnhill, *et al*. v. Ross J. Davidson, *et al*., Eastern District of North Carolina, 02-CV-159……………………………………………………………………………….2, 3

Christianson v. Colt Indus. Operating Corp., 486 U.S. 800, 818-19, 108 S. Ct. 2166, 100 L. Ed. 2d 811 (1988)…………………………………………………...…...11

*In re*: Peanut Crop Insurance Litigation v. Ross J. Davidson, *et al*., Eastern District of North Carolina, 05-CV-8…………………………………………………………….3, 5, 6

Simanonok v. Simanonok, 918 F. 2d 947 (1990)…………………………………..…...11

Texas Peanut Farmers; Billy M. Barnes, *et al*. Ross J. Davidson, *et al*., Court of Federal Claims No. 03-445C………...……………………………………………...…...2, 4

### Federal Statutes

7 U.S.C. § 1508(j)……………….…...…………………………………………….14

28 U.S.C. § 610…………………………………………………………………9, 10

28 U.S.C. § 1346……………………………………………………………10, 12

28 U.S.C. § 1404……………………………………………………10, 14, 16

28 U.S.C. § 1406……………………………………………………….10, 14, 16

28 U.S.C. § 1407………………………………….2, 4, 8, 9, 14, 16, 17

28 U.S.C. § 1491(a)(1)…………………………………………….……...10

28 U.S.C. § 1631……………………………………………….……...3, 9, 14, 16

### Federal Rules of Civil Procedure

Fed. R. Civ. P. 23……………………………………………………….......5, 11

### Rules of Procedure of the Judicial Panel on Multidistrict Litgation

Rule 1.1 General Rules/Rules for Multidistrict Litigation under 28 U.S.C. § 1407………………..…….9

Rule 7.4 Conditional Transfer Order for "Tag-Along Actions"……………………...…….9, 14

Rule 7.5 Miscellaneous Provisions Concerning "Tag-Along Actions"……………….…….…...9, 17

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEXAS PEANUT FARMERS, *et al.* | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 03-445C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, *et al* | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR TRANSFER OF THIS CASE TO THE JUDICIAL PANEL ON MULTIPDISTRICT LITIGATION

NOW COME Plaintiffs'/Class Counsel and hereby file its Reply to Defendants'

Objection to Plaintiffs' Motion to Notify the Judicial Panel on Multi-District Litigation (JPML)

that this case may be a "tag-along action." Defendants apparently oppose Plaintiffs' request to

notify the JPML but also state that "if however this Court determines that it would be an

appropriate courtesy for this Court to inform the JPML of the status of these cases we would

have no objection to such notice." (See Government's brief at pg. 12.) The Government

Defendants also make certain concessions that may mean the only difference in the parties'

positions are whether to go through a multi-step process (proposed by the Government) which

may or may not cut out certain named plaintiffs and potential class members from recovering

damages or a shorter and more efficient process (proposed by Class Counsel) that should result

in all the plaintiffs and potential class members being before Judge Howard in the Eastern

District of North Carolina sooner rather than later. (See *Exhibit 12 comparing the two proposed*

*processes.*)

Simultaneous with the filing of this motion, Class Counsel are filing a Notice and Motion

with the Judicial Panel On Multi-District Litigation requesting the same relief; that is, pursuant

to Rule 7.4(a) and 7.5(d) of the General Rules for Multidistrict Litigation under 28 U.S.C. § 1407, that the Clerk of the Panel enter a Conditional Order transferring the action entitled "Texas Peanut Farmers; Billy M. Barnes, *et al* v. Ross J. Davidson, *et al*, Federal Court of Claims No. 03-445" to the transferee district, Eastern District of North Carolina; or alternatively that they issue as many as 14 separate orders transferring the cases to the transferee district if this Court and the Court of Federal Claims determines that the extra steps proposed by the Government are required.

In support of this request to issue one conditional transfer order directly to the Eastern District of North Carolina rather than as many as 14 separate transfer orders, Class Counsel submit that this Court can confirm to the JPML that this case may be a "tag-along action" and request that the JPML issue a conditional transfer order to the EDNC. Such an order is valid and enforceable, is in the interests of judicial efficiency and economy, and will avoid continued delays in the conclusion of these class action cases.

## STATEMENT OF THE CASE AND FACTS

### A. Status of Transferee District Court Case (EDNC)

Plaintiffs filed the initial class action lawsuit on behalf of North Carolina, Virginia, and South Carolina Peanut Farmers regarding the Government's breach of the 2002 Multiple Peril Crop Insurance Policy (MPCI Policy) in November 2002. The Docketing Statement which contains the various motions and rulings mentioned below is attached hereto as *Exhibit 1, Docket Sheet, EDNC.* [1]

---

[1] In the Government's brief Counsel for defendants alleged that Plaintiffs'/Class Counsel made an "incomplete and misleading" summary during the telephone conference. However, when challenged on the matter, Government's counsel said that they merely wanted a "more complete summary of the status of all the related cases, than you presented during the status conference." Out of an abundance of caution and based on the original allegations made by Government's counsel, Plaintiffs are providing the docketing statements and a more thorough recitation of the status of the cases than may actually be needed for purposes of the Transfer issue.

The Honorable Malcolm Howard (EDNC) ruled in favor of North Carolina Plaintiff Peanut Farmers and against Defendants on cross-motions for summary judgment. The Court also ruled in favor of North Carolina Plaintiff Peanut Farmers (over the objection of the Government Defendants) on their request for class certification. The Order on these issues was entered on July 22, 2004. (*Exhibit 1.*) No appeal was taken. On July 29, 2004, Plaintiffs filed a motion and memorandum requesting that instead of dismissing certain Plaintiffs from the case that the Court "Transfer Virginia Plaintiffs or Other Plaintiffs to the Appropriate Venues." The Court recently denied that motion. (*Exhibit 1.*)[2]

Judge Howard (EDNC) issued an order on calculation of damages based on cross motions filed by the parties on March 31, 2005. This order on calculation of damages covered the first filed case in the Eastern District of North Carolina as well as the transferee cases. (*Exhibit 2, Docket Sheet For All Cases Sent to Transferee District*) A Motion for Certification of a National Class Action (and Incorporated Memorandum of Law) was filed originally on February 17, 2005. An Amended Memorandum was filed on March 4, 2005. (*Exhibit 2*) The Government opposes this motion. Judge Howard has not ruled.

### B. Status of Court of Federal Claims Case

A similar class-action lawsuit was filed in the Court of Federal Claims on behalf of Alabama, Florida, Georgia, South Carolina and Texas farmers on February 25, 2003. As stated in their previously filed pleadings, Class Counsel were attempting to have all cases heard in the same forum.

---

[2] Class Counsel are filing a notice of appeal of that ruling and requesting that MDNC plaintiffs and MDVA plaintiffs should not have been dismissed under 28 U.S.C. § 1631 which is consistent with the Federal Circuit Court of Appeals ruling in this case. Class Counsel also are filing new "prophylactic" lawsuits in the MDNC and MDVA districts.

On May 31, 2005, the Federal Circuit Court of Appeals reversed the Court of Federal Claims' dismissal of the Court of Federal Claims 2002 peanut insurance case ruling that although jurisdiction lies in the federal district courts, the Court of Federal Claims should have transferred the cases to the appropriate federal district courts. That ruling was not appealed.

Notice for a telephone conference regarding the status of the case was scheduled by this Court for September 9, 2005. Although the notice did not state the purpose of the September 9, 2005 telephone conference, counsel for plaintiffs correctly anticipated the discussion to be about the appropriate method to transfer the Court of Federal Claims case. In preparation for a telephone conference, undersigned counsel sent copies of the Judicial Panel on Multidistrict Litigation (JPML) rules on "tag along cases" to opposing counsel and the Court. Opposing counsel did not send any documents to the court and never contacted class counsel prior to the telephone hearing to discuss its position. In its September 9, 2005 Scheduling Order, this Court treated the Plaintiffs' submission as a motion to notify the JPML that the case may be a "Tag Along" action to the action now centralized in the Eastern District of North Carolina.

### C. Status of Transferor District Court Cases.

Because of delays caused by the Government in the Court of Federal Claims case and elsewhere, Class counsel decided identical "prophylactic" lawsuits should be filed in six federal district courts in six states (including Virginia) in May, 2003. After additional repeated delays, Class Counsel filed a request with the Judicial Panel on Multi District Litigation (JPML) that the six federal district court cases be transferred to the Eastern District of North Carolina for consolidated proceedings pursuant to 28 U.S.C. § 1407. The Government opposed the request.

On July 1, 2004, Class Counsel filed a Notice of Partial Withdrawal of Court of Federal Claims case No. 03-445C in Plaintiff's Motion to Transfer Cases pursuant to 28 U.S.C. § 1407.

As stated in that Notice, Plaintiffs had appealed the ruling of the Court of Federal Claims to preserve the venue or jurisdictional issue. However, in light of a conversation with the Clerk of the Judicial Panel on Multidistrict Litigation, the Plaintiffs filed a Notice of Partial Withdrawal of the Court of Federal Claims case (pending the appeal.) (*Exhibit 3, Footnote 1 of Transfer Order.*)

Pursuant to the federal rules on multi-district litigation, (and over the objection of the Government Defendants,) the JPML transferred for all pretrial proceedings the six federal district court cases to the Eastern District of North Carolina on October 26, 2004. (*Exhibit 2.*) In its Transfer Order, the JPML acknowledged that the Court of Federal Claims case had been withdrawn in recognition of the fact that it was on appeal. A seventh "tag-along" case (from Alabama) also was acknowledged by the JPML in the Transfer Order and was sent to the EDNC several months later (for a total of eight cases before Judge Howard (EDNC)) for all pretrial proceedings. (*Exhibit 2.*) Judge Howard (EDNC), who was assigned the transferee cases ruled in favor of Plaintiffs in the seven other federal district court cases that had been transferred and against the same Defendants on cross-motions for summary judgment. Judge Howard (EDNC) also ruled in favor of Plaintiffs (again over the objection of the Government Defendants) in each of the separate federal district court cases on their request for class certification pursuant to Fed. R. Civ. P. 23. The Order on these issues was entered on March 31, 2005. (*Exhibit 2*) No appeal was taken.

As mentioned above, Judge Howard (EDNC) issued an order on calculation of damages based on cross motions filed by the parties on March 31, 2005. This order on calculation of damages covered the first filed case in the Eastern District of North Carolina as well as the transferee cases. (*Exhibit 2, Docket Sheet for All Cases Transferee District*) A "Motion for

Certification of a National Class Action (And Incorporated Memorandum of Law) was filed originally on February 17, 2005. An Amended Memorandum was filed on March 4, 2005. (*Exhibit 2.*) The Government opposes this motion. Judge Howard has not ruled.

### D. Class Counsel's Efforts to Obtain Information Regarding Other Named Plaintiffs' and Potential Class Members and Government's Refusal to Provide Information on Named Plaintiffs and Other Class Members

The Government's efforts to limit the recovery of potential claimants was announced at the outset of the case. In a letter of August 15, 2003, Counsel for the Government Defendants wrote:

> We also wish to make clear that, even though one or more of the plaintiffs may be named in the appropriate district court, the Government reserves the right to assert other defenses (which may or may not be jurisdictional in nature), and if we prevail, these defenses would result in a dismissal of that plaintiff's action. These potential defenses include: statute of limitations and/or other time-bars, and/or failure to exhaust administrative remedies.

(*Exhibit 4, Vanneman letter of August 15, 2003.*)

Thereafter, Class Counsel began its efforts to determine the appropriate venue or jurisdiction for the Plaintiffs (clients of the law firm.) At every turn, the Government has resisted those efforts.

For example, on November 5, 2004, Class Counsel attempted to obtain the necessary information regarding named plaintiffs and potential class members who were not in the Government's database of information by requesting that the Government provide information:

> ...please advise whether the Government is willing to furnish names of all potential class members in other states. We received the Court's Order regarding notice to the class members. We compared the list the Government provided with our internal list of clients [plaintiffs] and found that there were almost 100 clients [plaintiffs] who were not considered class members according to the Government's document that you submitted. It would be helpful if the

Government can go ahead and voluntarily furnish the names of all potential class members in each of the states so we can be working on similar information.

(*Exhibit 5, Boyce letter to AUSA Goulian, November5, 2005.*)    The information was never provided.

On December 2004, The Government filed its responses to discovery requests and again refused to provide information regarding named plaintiffs and other potential class members in the various states in which actions were pending. (*Exhibit 6, Defendants' Response to Plaintiffs' First Set of Interrogatories.*)

On February 17, 2005, Class Counsel filed a motion to compel the production of documents regarding the identification of plaintiffs and potential class members in the seven districts in which cases had been filed as well as other districts in other states where no actions had been filed. (*Exhibit 7, Motion for Discovery Order Compelling Production of Documents.*) The Government opposes providing the information. On July 14, 2005, Class Counsel again wrote the Government handling the consolidated cases when it was determined that class notice (using the information provided by the Government) had not included all Plaintiff peanut farmers represented by class counsel. (*Exhibit 8, Boyce letter of July 14, 2005.*)  In fact, as many as 56 Texas peanut farmers, four Florida peanut farmers, 1 South Carolina plaintiff, 42 Virginia plaintiffs, 10 Alabama plaintiffs, and 47 Georgia plaintiffs were not included in the Government's list.  Almost two months went by before the Government responded to the request.  In their September 6, 2005 response, the government merely stated those plaintiffs did not have farms located in one of the seven federal districts (or did not have a loss) and as such refused to provide any additional information. *Exhibit 9, AUSA Goulian letter to Boyce dated September 6, 2005.*)

7

The Government steadfastly has refused to provide any assistance or information to help identify the appropriate venues or jurisdictions on named plaintiffs or potential class members while the Government contends they did not farm in a district in which there is an action pending. In fact in their pleadings, they insist that it is up to Plaintiffs'/Class counsel to find the correct jurisdiction or venue for each named plaintiff even though they have conceded (by providing some of the information for certain districts) that they have the information in their possession that could help in this process. Due in part to the Government's refusal to cooperate; the well-founded belief that certain farmers and corresponding class members might be excluded from recovery because of the Government's action; and the fact that the Federal Rules of Civil Procedure require that all potential class members (and plaintiffs) be treated similarly, Class Counsel have filed for national class action certification.

## ARGUMENT

The Transfer Order of October 26, 2004 describes the seven actions listed in Schedule A regarding the breach of contract of the Multiple Peril Crop Insurance policy for the year 2002. Eight cases presently are consolidated before Judge Howard (EDNC). In the Transfer Order, the Honorable Judge Hodges of the JPML ordered that, "pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Eastern District of North Carolina are transferred to the Eastern District of North Carolina ...for coordinated or consolidated pretrial proceedings...." The cases still are before that Court for coordinated or consolidated pretrial proceedings which would include the determination of various jurisdictional and venue issues.

Title 28 U.S.C. § 1407 provides:

> (a) when civil actions involving one or more common questions of fact are pending in different districts, said actions may be transferred to any district for coordinated or consolidated pretrial proceedings . Such transfer shall be made by the Judicial Panel on Multidistrict Litigation authorized by this section upon its determination that transfers of

8

such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions. Each action so transferred shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred unless it shall have been previously terminated." (emphasis added)

Rule 7.5 Miscellaneous Provisions Concerning "Tag-Along Actions" provides: (d) "a civil action apparently involving common questions of fact with actions under consideration by the Panel for the transfer under § 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing section, will ordinarily be treated by the Panel as a potential "tag-along action."

Rule 1.1 of the General Rules/Rules for Multidistrict Litigation under 28 U.S.C. § 1407 provide that "a 'tag-along action' refers to a civil action pending in a district court and involving common questions of fact with actions previously transferred under § 1407." The Court of Federal Claims case has the identical facts and legal issues to the other eight cases but with potentially different plaintiffs and potential class members.

Rule 7.4, Conditional Transfer Orders for "Tag-Along Actions" provides that

(a) "upon learning of the pendency of a potential tag-along action", as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation." Moreover, Rule 7.4(c) provides that "any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the 15-day period. If a Notice of Opposition is received by the Clerk of the Panel within this 15-day period, the Clerk of Panel shall not transmit said Order to the Clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule."

Also in Title 28 are three additional statutes that speak to jurisdictional and venue issues.

Title 28 U.S.C. § 1631 provides for a transfer to cure want of jurisdiction:

"Whenever a civil action is filed in a court as defined in § 610 of this Title [28 U.S.C. § 610] or an appeal, including a petition for review of administrative

9

action, is noticed for or filed with such a court and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed, and the action or appeal shall proceed as if it had been filed in or noticed for the court to which it is transferred on the date upon which it was actually filed in or noticed for the court from which it is transferred." (Emphasis added).

Most importantly 28 U.S.C. § 610 defines the word "courts" to include the district courts of the United States as well as **the United States Court of Federal Claims**". Thus for transfers to cure want of jurisdiction, Section 610 treats the U.S. Court of Federal Claims the same as a federal district court.

The treatment of the Court of Federal Claims as a federal district court is found in other federal statutes and rules. The Federal Court of Claims has concurrent jurisdiction with federal district courts over certain actions falling under "the Tucker Act 28 U.S.C. § 1491(a)(1) and the Little Tucker Act (28 U.S.C. § 1346). Also, the Federal Circuit Court of Appeals treats the U.S. Court of Federal Claims the same as district courts. Rule 1(a) states the term "district court" and "trial court" include "(a) the **United States district courts** [and] (c) the **United States Court of Federal Claims**.... (emphasis added)

Title 28 U.S.C. § 1406 provides for the cure or waiver of defects: "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Moreover, 28 U.S.C. § 1404 provides for change of venue: "(a) For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

The above statutes all reference transfers to the appropriate federal district courts or division. The statutes refer to "the interests of justice" and speak of convenience of the parties

10

and judicial efficiency. Moreover, Rule 23 which governs class actions, has as part of its purpose, not only treating all class members similarly but also judicial efficiency and economy.

Based on prior statements made by the Government in these proceedings, Plaintiff's Counsel are concerned that the Government's efforts are to preclude some plaintiff peanut farmers and potential class members who otherwise would be entitled to recover like other class members may recover. Under the Government's proposal, they are only willing to transfer to the Eastern District of North Carolina such cases of plaintiffs who farm in the districts whose cases already are pending in the Eastern District of North Carolina. Then they reserve the right to seek dismissal of the transferred cases. The Government has admitted that numerous Plaintiffs are not listed in the database they provided for class notice. Upon information and belief, if the Government is to have its way, 42 plaintiffs in Virginia could be left out; two plaintiffs in North Carolina could be left out; 47 plaintiffs could be left out in Georgia; 4 plaintiffs could be left out in Florida; 10 plaintiffs could be left out in Alabama, and as many as 33 plaintiffs could be left out of the Texas case. (*Exhibits 8 and 9*.) Moreover, many more would be left out since the cases have been certified as class actions. Such a result would fly in the face of Rule 23 of the Rules of Civil Procedure which govern class actions. Potential class members are to be treated similarly, not excluded or precluded from recovery.

In Simanonok v. Simanonok, 918 F.2d 947 (1990), the court dealt with the question of whether the district court lacked jurisdiction over the United States claims. The court stated that it was cognizant of the Supreme Court's admonition that they are obliged to "adhere strictly to principles of law of the case" in order to avoid a "perpetual game of jurisdictional ping pong" citing Christianson v. Colt Indus. Operating Corp., 486 U.S. 800, 818-19, 108 S. Ct. 2166, 100 L.Ed.2d 811 (1988). The Court in Simanonok noted that the whole jurisdictional dispute had

been orchestrated by the Government, which had made and refrained from making arguments as

the mood struck. The Court noted that on appeal to the Eleventh Circuit, the Government argued

that the district court indeed had Little Tucker Act jurisdiction, and so the appeal should lie there.

In support of its motion to transfer, the Government cited the district court's order finding Little

Tucker Act jurisdiction. The Eleventh Circuit accepted the argument and transferred the case

back to the United States Court of Appeals for the Federal Circuit. Once there, however, the

Government doubled back and argued again that there was no Little Tucker Act jurisdiction in

district court. The Court noted that under those circumstances, there was little wonder that the

jurisdictional status of the case had been unsettled. Accordingly, the Federal Circuit

retransferred back to the United States Court of Appeals for the Eleventh Circuit.

In a letter dated July 30, 2003, before the Court of Federal Claims and the subsequent

appeal to the Federal Circuit Court of Appeals, Class Counsel sent a letter to counsel for the

Government Defendants in which Class Counsel stated:

"We agree with Judge Firestone that it would be best for the courts and all concerned to
have these cases heard all in one case. Also, as Judge Firestone said, the Plaintiffs need
something in hand to assure our clients that this case will not be switched back and forth
from jurisdiction to jurisdiction and thereby avoid an expeditious decision on the merits
of the case in the ultimate issue of liability."

(Exhibit 10.)

The Government's Attorney now opposing this consolidation in earlier words to the

Federal Circuit Court of Appeals seemed to agree with Judge Firestone and the theory of

consolidation to resolve pretrial issues in one place when she stated:

"Appellants contend that, for each named plaintiff, the counties with respect to the
farms at issue were identified in the complaint. However, there are dozens of
counties potentially involved, and fourteen possible districts within the five state
(four districts in Texas; three districts each in Florida, Georgia, and Alabama and
one district in South Carolina, for a total of fourteen possible districts) . . . .

12

Thus, it was not practical for the court [Court of Federal Claims] to attempt to issue transfer orders to any one of the multiple district courts...

(*Exhibit 11, Brief filed by Attorney Vanneman with the Federal Circuit Court of Appeals, July 21, 2004.*)  Even earlier, this same Government Attorney was suggesting consolidation and resolution of jurisdictional issues:

I believe that the most prudent course would be first to clarify and correct these jurisdictional and other matters before proceeding in any of the district courts on the merits or any other matters.

(*Exhibit 3, Letter from Attorney Jane Vanneman dated August 15, 2003, pg. "7".*)

Class counsel submit that the Government's own prior statements show how much more practical it would be for the Court of Federal Claims and the JPML to issue one transfer order rather than transferring the Court of Federal Claims case to fourteen separate federal district courts which will then be sent to the JPML for consideration of 14 different tag along orders and end in the same place (EDNC) for consolidated pretrial proceedings.  After all pretrial proceedings, the original seven cases and as many as 14 new cases will be sent back to the appropriate federal district courts.

Counsel for the Government concede in their brief that based on the Federal Circuit Court of Appeals ruling that "the dismissal order of the Court of Federal Claims dismissing the case as vacated and the case is remanded with instructions to transfer" must be followed.  Moreover, the mandate of the procedure of the Judicial Panel on Multidistrict Litigation make the transfer of "tag-along actions" automatic and mandatory unless the party opposing the transfer files a notice of opposition with the Clerk of the JPML Panel within the 15-day period.

The Government Defendants have not cited a single case in which the JPML is prohibited from sending this case to the Eastern District of North Carolina for consolidated and coordinated

pretrial proceedings before returning the cases back to the appropriate federal district courts. [3]

Class Counsel are unaware of any case that prohibits the case being designated as a "tag-along action" and being transferred to the EDNC for determination of all pretrial issues including venue and jurisdictional issues under 28 U.S.C. § 1631; 28 U.S.C. § 1406; 28 U.S.C. § 1407, and 28 U.S.C. § 1404 before sending them to the appropriate federal district courts for final judgment. In fact, in August 2003, counsel for the Government even suggested as much: "I believe that the most prudent course would be first to clarify and correct these jurisdictional and other matters before proceeding in any of the district courts on the merits or any other matters. (*Exhibit 4, Letter of Attorney Vanneman, August 15, 2003.*) As stated in previous cases, it is unfair for parties to play "jurisdictional ping-pong" in order to gain some strategic advantage or delay.

Plaintiffs initially proposed the simple most efficient transfer of cases; that is that this Court notify the JPML and that the JPML issue an order pursuant to JPML Rule 7.4 directing that this case be designated a "tag along" case and join all the other identical cases for coordinated or consolidated pretrial proceedings in the EDNC as allowed by 28 U.S.C. § 1407.

Once the EDNC has ruled on all pretrial proceedings, including transfer of specific plaintiffs'

---

- [3] The Government also attempts to convince the courts that matters of sovereign immunity are involved. (See Government's brief at pg. 3.) What the Government fails to point out is that in his Summary Judgment Order, Judge Howard indicated the "the congressional act reducing crop insurance coverage on peanuts for the 2002 crop year was not a "public and general" act; therefore the sovereign acts doctrines does not allow the government to escape its contractual obligations under the 2002 crop insurance policies. Furthermore, because the governmental act was not "public and general," the unmistakability doctrine does not apply...." Howard Order of July 22, 2004, pg 46). Moreover, the contract and the Code of Federal Regulations specifically waives sovereign immunity for the insurance contract:
- **25 Legal Action Against Us.** You may not bring legal action against us unless you have complied with all of the policy provisions
- If you do take legal action against us, you must do so within 12 months of the date of denial of the claim. Suit must be brought in accordance with the provisions of 7 U.S.C. 1508(j).

claims to other federal district courts to cure any jurisdictional or venue issues, all the cases can be transferred at the conclusion of the multidistrict litigation process. This simple 5 step process as opposed to the inefficient and time-consuming Government proposal is set forth in *Exhibit 12* attached hereto.

Government defendants concede that the "direct transfer of certain plaintiffs' claims may be both efficient and appropriate for this Court to transfer their claims directly to the Eastern District of North Carolina." (Defendants' Response Memorandum, pg. 7); and yet the government opposes this simple process for other Plaintiff Peanut Farmers. Instead, the Government Defendants have proposed a far more laborious, inefficient, and time-consuming process which they concede in their brief "may seem complicated" and that these set of cases are "very complicated procedurally" (*Defendants' Response Memorandum, pg. 2 and pg. 9.*) The process proposed by the Government will actually require much more work for this Court and the Court of Federal Claims' Clerk's Office, the courts and clerks' offices in as many as 14 separate federal districts and the Eastern District of North Carolina Court and its clerk's office. (See *Exhibit 12* which outlines the numerous steps required by the Government's proposal). However, Class Counsel are prepared to follow whatever orderly process this Court and the JPML direct.

The proposals are dramatically different from an efficiency point of view, but they may end up with the same result if the Government does not attempt to preclude named Plaintiffs and similarly situated class members from recovery. The Government's proposal on transfer will result in extra work over the next few months for this Court and the Court of Federal Claims' clerk's office and the courts and clerks' offices of as many as 14 different federal districts courts. After this Court resolves all issues relating to which cases may go to which federal district court,

as many as 14 federal district courts will then have to accept and process cases; and then send notices to the JPML.  The JPML will then have to review 14 separate filings and determine whether they are "tag-along actions".    After Judge Howard resolves all coordinated or consolidated pretrial issues, he will then transfer the original seven federal district court cases plus as many as 14 new federal district court cases for final disposition, final judgment and as many as 21 total class administrations.

Of course, this whole matter could be resolved if the Government had cooperated by providing the information requested; had stipulated to National Class Certification; or had agreed to proceeding in one case for the remainder of the cases including class administration.  But it appears the Government will not stipulate to such judicial efficiency and economy.

On the other hand Class Counsel's proposal is simple and efficient and gets to the same end result.  Plaintiffs' request involves asking the JPML to designate this case as a "tag-along action" and the JPML thereafter transferring the case to the EDNC.  Judge Howard could resolve all pretrial issues including questions of jurisdiction and venue under 28 U.S.C. § 1631; 28 U.S.C. § 1406; 28 U.S.C. § 1407; and 28 U.S.C. § 1404.

If the JPML refuses to rule that the Court of Federal Claims is a "tag-along action," then the Courts would then follow the tedious and time consuming process proposed by the Government.  (*Exhibit 12*)  Then at the end of this tedious process, the final steps would be the same:  JPML can transfer 14 separate cases (instead of one) to the EDNC.  Judge Howard could resolve all pretrial issues including questions of jurisdiction and venue under 28 U.S.C. § 1631; 28 U.S.C § 1406; 28 U.S.C. § 1407; and 28 U.S.C. § 1404 and then again issue transfer orders back to the appropriate federal district courts (if he does not certify it as a national class action.  (*Exhibit 12*)

16

The Government also states in its brief that "if this court determines that it would be an appropriate courtesy for this Court to inform the JPML of the status of those cases, we would have no objection to such notice (Defendants' Response Memorandum at pg. 12.) Based on that representation, undersigned counsel checked on the JPML Rules and checked with the JPML Clerk's Office. Class Counsel have determined it is entirely appropriate for Plaintiffs' counsel to notify the JPML of the potential "tag-along action" in the form of a motion. Specifically, 28 U.S.C. § 1407 Rule 7.5(e) provides "any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag along actions in which that party is also named or in which that counsel appears." Therefore, simultaneous with the filing of this Reply, for purposes of judicial efficiency, Plaintiffs' Counsel is filing a Motion with the JPML to Transfer this case to the EDNC in that the case can properly be designated a "Tag-Along Action" under federal law and pursuant to the General Rules/Rules for Multidistrict Litigation under 28 U.S.C. § 1407.

A much more efficient method would be for this Court, in conjunction with the JPML, to issue one transfer order to the EDNC for all preliminary pretrial proceedings in the Eastern District of North Carolina before proceeding in any of the district courts on the merits or any other matters. Once all pretrial issues including venue or jurisdiction are resolved the cases can be transferred to 21 (or more) separate federal judicial districts for final judgment and the beginning of 21 (or more) separate class administrations. Class counsel merely propose a more efficient route rather than the Government's proposed long circuitous route which will then end up at the same point. (See *Exhibit 12, Plaintiffs proposed steps 4 and 5 vs. Government's proposed steps 11 and 12.*)

## CONCLUSION

WHEREFORE, Class Counsel respectfully requests that this Court notify the JPML and that the Judicial Panel on Multidistrict Litigation rule that the Court of Federal Claims is a "tag-along action" and the Clerk of the JPML issue a conditional transfer order transferring the action to the previously designated transferee district court (EDNC) on the basis of the prior hearing session and the reasons expressed in the previous Order of the Panel filed October 26, 2004.

If, however, this Court and the JPML determine that the longer process proposed by the Government must be followed, Plaintiffs'/Class counsel request that the Court also ORDER the Government to provide the necessary information to Plaintiffs' Class Counsel to determine the appropriate federal district courts for each of the named plaintiffs so that cases can be transferred to each of the appropriate federal district courts.

This the 30th day of September, 2005.

BOYCE & ISLEY, PLLC

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, NC 27602-1990
Telephone: (919) 833-7373
Facsimile: (919) 833-7536
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 28, 2005, I caused to be served by United States mail, postage prepaid, copies of the foregoing Plaintiffs' Reply to Defendants' Objection to Plaintiffs' Motion for Transfer of This Case to the Judicial Panel on Multidistrict Litigation addressed as follows:

> JANE W. VANNEMAN
> Senior Trial Counsel
> Commercial Litigation Branch
> Civil Division
> Department of Justice
> Attn: Classification Unit, 8th Floor
> 1100 L Street, N.W.
> Washington, DC 20530

BOYCE & ISLEY, PLLC

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, NC 27602-1990
Telephone: (919) 833-7373
Facsimile: (919) 833-7536
*Attorney for Plaintiffs*

SEARCH        LOGIN     SUGGESTIONS  USER PREF'S  COURTWATCH      HELP       HOM

RACER U.S. District Court Case Search

# Docket Sheet for 4:02-cv-159 USDC North Carolina Eastern District

                                                    DAN

               U.S. District Court
          Eastern District of North Carolina (New Bern)

          CIVIL DOCKET FOR CASE #: 02-CV-159

Barnhill, et al v. Davidson, et al              Filed: 11/19/02
Assigned to: Judge Malcolm J. Howard
Demand: $0,000                        Nature of Suit: 190
Lead Docket: None                     Jurisdiction: US Defendant
Dkt# in other court: None

Cause: 05:702 Administrative Procedure Act


**MARVIN TAYLOR BARNHILL**            Philip R. Isley
    plaintiff                         [COR LD NTC]
                                      Boyce & Isley
                                      pisley@boyceisley.com
                                      P.O. Box 1990
                                      Raleigh, NC 27602-1990
                                      919-833-7373
                                      FTS 833-7536

                                      G. Eugene Boyce
                                      [COR LD NTC]
                                      Boyce & Isley
                                      gboyce@boyceisley.com
                                      P.O. Box 1990
                                      Raleigh, NC 27602
                                      919-833-7373
                                      FTS 833-7536

                                      R. Daniel Boyce
                                      [COR LD NTC]
                                      Boyce & Isley, PLLC
                                      dboyce@boyceisley.com
                                      P. O. Box 1990
                                      Raleigh, NC 27602-1990
                                      919-833-7373
                                      FTS 833-7536

JERRY HAMILL                          Philip R. Isley
    plaintiff                         (See above)
                                      [COR LD NTC]

                                      G. Eugene Boyce
                                      (See above)
                                      [COR LD NTC]



EXHIBIT

v.

ROSS J. DAVIDSON, Administrator for Risk Management Agency;
RISK MANAGEMENT AGENCY; UNITED STATES OF AMERICA; ANN M.
VENEMAN, Secretary of Agriculture for The United States of
America; UNITED STATES DEPARTMENT OF AGRICULTURE

        defendant

## Proceedings include all events

| Date Filed | Doc. No. | Image | Description |
|---|---|---|---|
| 11/19/2002 | 1 | Yes: 54 Page(s); 2916 KB; PDF | Complaint filed - Class action on behalf of all peanut farmers in NC and VA who are eligible for the Multiple Peril Crop Insurance Policy for crop year 2002. w/attach. cy. to J. Howard. [Date Entered: 12/02/02, By: js] |
| 11/19/2002 | -- | No | Filing Fee Paid; FILING FEE $ 150.00 RECEIPT # 104 9744 [Date Entered: 12/02/02, By: js] |
| 11/19/2002 | 2 | Yes: 3 Page(s); 359 KB; PDF | Motion by Marvin Taylor, Barnhill, Jerry Hamill, John Branham, Clark Jenkins, Tom Clements, David Inn Grant, Jim Phelps, Tommy Flythe, Jim Ferguson, Glen Hawkins, Billy Bain, Glen Moore, R. L. Smith, Jr., Steven Allen with memorandum in support for joinder of additional plaintiffs. cy. to J. Howard w/prop. order. [Date Entered: 12/02/02, By: js] |
| 11/20/2002 | -- | No | Summons(es) issued for Ross Davidson (RMA), Ann Veneman (USDA), Frank Whitney and John Ashcroft. [Date Entered: 12/02/02, By: js] |
| 12/09/2002 | 3 | Yes: 4 Page(s); 94 KB; PDF | Return of service executed as to Frank Whitney 11/21/02 Served by certified mail, return receipt attached. [Date Entered: 12/13/02, By: dh] |
| 12/09/2002 | 4 | Yes: 4 Page(s); 94 KB; PDF | Return of service executed as to Ann M. Veneman 11/25/02 Answer due on 1/25/03 for Ann M. Veneman. Served by certified mail, return receipt attached. [Date Entered: 12/13/02, By: dh] |
| 12/16/2002 | 5 | Yes: 4 Page(s); 91 KB; PDF | Return of service of summons, complaint and motion to join executed as to Ross J. Davidson 11/29/02 by certified mail. Answer due on 1/29/03 for Ross J. Davidson. [Date Entered: 12/17/02, By: ll] |
| 12/16/2002 | 6 | Yes: 5 Page(s); 122 KB; PDF | Return of service of summons, complaint and motion to join executed 11/25/02 as to John Ashcroft by certified mail. [Date Entered: 12/17/02, By: ll] |

| 01/06/2003 | 7 | Yes: 3 Page(s); 117 KB; PDF | Stipulation by Marvin Taylor Barnhill, Jerry Hamill, John Branham, Clark Jenkins, Tom Clements, David mni Grant, Tim Phelps, Tommy Flythe, Jim Ferguson, Glen Hawkins, Billy Bain, Glen Moore, R. L. Smith, H. Steven Allen, Ross J.Davidson, Risk Manage. Agency, USA, Ann M. Veneman, U.S. Dept. of Agric. - as to $.1775 per pound of insurance coverage for the 2002 Crop Year. Further stipulate that pla. and others similarly situated are entitled to settle any and all insurance claims for the 2002 Crop Year at the rate of $.1775 per pound without waiving any further claimsto the difference between $.31 per pound and $.1775 per pound etc... [Date Entered: 01/09/03, By: dh] |
|---|---|---|---|
| 01/09/2003 | -- | No | Motion(s) submitted: [2-1] motion for joinder of additional plaintiffs submitted. CASE FILE TO JUDGE HOWARD FOR CONSIDERATION. [Date Entered: 01/09/03, By: dh] |
| 01/13/2003 | 8 | Yes: 2 Page(s); 47 KB; PDF | Order - the stipulations as set forth in the Stipulation are accepted as fact. It is hereby ORDERED that plaintiff may settle their claims with their insurance carriers under the Multiple Peril Crop Insurance Policy for the 2002 CropYear based on $.1775 per pound without waiving their right to claims additional coverage up to and including $.31 per pound for any loss under the Multiple Peril Crop Insurace Policy for the 2002 Crop Year ccys served. signed by Malcolm J. Howard, US Judge [Date Entered: 01/13/03, By: dh] |
| 01/16/2003 | 9 | Yes: 7 Page(s); 161 KB; PDF | Answer to Complaint by Ross J. Davidson, Risk Manage. Agency, USA, Ann M. Veneman, U.S. Dept. of Agric., cs. NO JURY DEMAND. [Date Entered: 01/22/03, By: dh] |
| 01/22/2003 | 10 | Yes: 1 Page(s); 35 KB; PDF | Order granting [2-1] motion for joinder of additional plaintiffs. **NOTE**400 plaintiffs to be added to case. Clerks will add plaintiffs to case in intervals of fifty until all plaintiffs are added. ccys served. signed byMalcolm H. Howard, US Judge. [Date Entered: 01/22/03, By: dh] |
| 01/22/2003 | -- | No | Advised by Mr. Boyce's office he will be filing a second motion to join an additional fifty plaintiffs to the case. [Date Entered: 01/22/03, By: dh] |
| 01/22/2003 | 11 | Yes: 17 Page(s); 378 KB; PDF | Motion by Marvin Taylor Barnhill, Jerry Hamill, John Branham, Clark Jenkins, Tom Clements, David mni Grant, Tim Phelps, Tommy Flythe, Jim Ferguson, Glen Hawkins, Billy Bain, Glen Moore, R. L. Smith, H. Steven Allen for joinderof additional parties, cs. [Date Entered: 01/28/03, By: dh] |
| 01/28/2003 | -- | No | Motion(s) submitted: [11-1] motion for joinder of additional parties submitted. CASE FILE TO JUDGE HOWARD FOR |

| | | | |
|---|---|---|---|
| | | | CONSIDERATION. [Date Entered: 01/28/03, By: dh] |
| 02/07/2003 | 12 | Yes: 2 Page(s); 38 KB; PDF | Order granting [11-1] second motion for joinder of additional parties signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 02/07/03, By: dh] |
| 06/05/2003 | 13 | Yes: 32 Page(s); 1227 KB; PDF | Memorandum by Marvin Taylor Barnhill and all other plaintiffs, in support of Plaintiff's Motion for Partial Summary Judgment (filed next day on 6/6/03). w/cs. [Date Entered: 06/13/03, By: ll] |
| 06/06/2003 | 14 | Yes: 3 Page(s); 51 KB; PDF | Motion by Marvin Taylor Barnhill and all other plaintiffs for partial summary judgment. w/cs. (*NOTE: Memorandum in Support of this motion previously filed on 6/5/03) [Date Entered: 06/13/03, By: ll] |
| 06/18/2003 | 15 | Yes: 3 Page(s); 71 KB; PDF | Motion by Marvin Taylor Barnhill, and all other plaintiffs, for class certification; appointment of class representatives and designation of class counsel. w/cs. [Date Entered: 06/25/03, By: ll] |
| 06/18/2003 | 16 | Yes: 13 Page(s); 481 KB; PDF | Memorandum by Marvin Taylor Barnhill, and all other plaintiffs, in support of [15-1] motion for class certification; appointment of class representatives and designation of class counsel. w/cs and attachments. [Date Entered: 06/25/03, By: ll] |
| 06/25/2003 | 17 | Yes: 6 Page(s); 177 KB; PDF | Motion by Ross J. Davidson, Risk Manage. Agency, USA, Ann M. Veneman, U.S. Dept. of Agric. to stay responses to motion for partial summary judgment and motion for class certification. w/cs. [Date Entered: 06/27/03, By: ll] |
| 07/03/2003 | 18 | Yes: 10 Page(s); 347 KB; PDF | Response in Opposition by Marvin Taylor Barnhill (and all other plaintiffs) to [17-1] motion to stay responses to motion for partial summary judgment and motion for class certification. w/cs and attachments. [Date Entered: 07/19/03, By: ll] |
| 07/22/2003 | 19 | Yes: 17 Page(s); 588 KB; PDF | Notice of Filing by Ross J. Davidson, Risk Manage. Agency, USA, Ann M. Veneman, U.S. Dept. of Agric. - In Support of Defendants' Motion to Stay, cs. [Date Entered: 07/25/03, By: dh] |
| 07/29/2003 | -- | No | Case file to David W. Daniel, Clerk/Magistrated Judge Designee for consideration of {#17-1} motion to stay responses to motion for partial summary judgment and motion for class certification. [Date Entered: 07/29/03, By: dh] |
| | | | Motion by Marvin Taylor Barnhill, Jerry Hamill, John Branham, Clark Jenkins, Tom Clements, David mni Grant, Tim Phelps, Tommy Flythe, Jim Ferguson, Glen Hawkins, |

| | | | |
|---|---|---|---|
| 12/10/2003 | 20 | Yes: 27 Page(s); 1736 KB; PDF | Billy Bain, Glen Moore, R. L. Smith, H. Steven Allen, GP Kittrell& Son, Earley and Taylor, Walter W. Anderson Jr., Paul C. Askew, John K. Askew, David Wayne Aycock, Leon T. Baird, Donald E. Barnes, Bennie C. Barnes, Stanley H. Barnes, Elizabeth Prince Barnes Family, Marvin Taylor Barnhill, Benford L. Barrett, Jerry W. Batten, Michael E. Belch, Milton E. Bennett, Tony R. Bennett, Billy Drewette, SandraD. Flythe, Estelle Edwards Blanton, Jimmy G. Blythe, Terry C. Boone, Jean J. Boseman, Joel M. Boseman, Wayne Boseman, Mark Boseman, Chris A. Braddy, Timothy R. Braddy, James Arthur Bradley Jr., John W. Branham IV, Clemmon W.Bridgers, Gary B. Bridgers, Sadie V. Bridgers, Keith F. Britt Sr., David W. Britton, Andrew J. Britton, Josiah B. Brown, Thomas E. Brown, Robert T. Brown, Berry Robert Brown, Edward Merrion Brown III, Bobby Joe Browning, Jesse L. Bunch, Lori S. Burgess, Neil B. Burgess, Robert Earl Byrum, Tommy Daniel Byrum Jr., Tommy D. Byrum Sr., James L.Champion, Clark Farms WS, Allen D. Clary, Mike W. Corey, Loumus Council, Charlie Council, Harvey Lee Council, Ben S. Cowin, Bobby E. Crawley, Joy S. Critzer, Jeffrey A. Cumbo, Jack J. Dail Jr., Kelly Mack Davis, Michael A. Davis,Anderson Mack Davis, Joey D. Davis, Hallet S. Davis, Phillip V. Davis, Thomas L. Davis, Grady P. Davis III, Lawrence Dickens, Allen A. Dickens, Aubrey N. Dickens, Edward Lee Dickens, Jacob L Dickens III, Jacob L. Dickens Jr., Barbara W. Drewett, Conwell S. Duncan, David Dunlow, James R. Earley Sr., Calvin R. Eason, Leonard WayneEdwards, Patrick B. Edwards, Robert D. Edwards, Rose T. Edwards, Stephen Scott Edwards, Keith Hugh Edwards, Scott Edwards, James S. Eley, Bobby Lee Eubanks, Myrick Farm Partners, Beech Run Farms, Barnes Farms, Futrell Farms,Star Valley Farms, Sumner Farms, Inc., Richard W. Feher, Jim W. Fisher, Bruce Lea Flye, Bryan K. Flythe, M. Thomas Flythe Jr., James Earl Flythe Jr., James Earl Flythe Sr., George K. Francis, William Earl Futrell Jr., Robert P. Gardner Jr., Robert P. Gardner Sr., Raymond P. Garner, RP & EC Garner, Edward C. Garner, Raymond P. Garner Jr., Thomas [Date Entered: 12/17/03, By: dh] |
| 12/10/2003 | 21 | Yes: 15 Page(s); 438 KB; PDF | Motion by plaintiffs with memorandum in support to compel discovery, cs. [Date Entered: 12/17/03, By: dh] |
| 12/22/2003 | 22 | Yes: 13 Page(s); 424 KB; PDF | Second Motion by plaintiffs for entry of judgment or alternatively, Scheduling Order, cs. [Date Entered: 12/24/03, By: dh] |
| 12/29/2003 | 23 | Yes: 3 Page(s); 72 KB; PDF | Response by USA in opposition to [21-1] motion to compel discovery [Date Entered: 01/12/04, By: dh] |

| 12/30/2003 | 24 | Yes: 3 Page(s); 67 KB; PDF | Motion by plaintiffs to amend [1-1] complaint [Date Entered: 01/12/04, By: dh] |
|---|---|---|---|
| 12/30/2003 | 25 | Yes: 12 Page(s); 558 KB; PDF | Memorandum in support of [24-1] motion to amend [1-1] complaint to add additional defts. [Date Entered: 01/12/04, By: dh] |
| 01/02/2004 | 26 | Yes: 25 Page(s); 966 KB; PDF | Motion with memorandum in support by defts to dismiss or alternatively for Summary Judgment, cs. w/attachments. [Date Entered: 01/12/04, By: dh] |
| 01/02/2004 | 27 | Yes: 11 Page(s); 419 KB; PDF | Defts. Response in opposition to [15-1] motion for class certification; appointment of class representatives and designation of class counsel [Date Entered: 01/12/04, By: dh] |
| 01/02/2004 | 28 | Yes: 29 Page(s); 1088 KB; PDF | Response in opposition to [22-1] motion for entry of judgment or alternatively, Scheduling Order, [20-1] motion to enter judgment or alternatively schedule a status conference with incorporated Memorandum of Law, [14-1] motion for partial summary judgment, cs. [Date Entered: 01/12/04, By: dh] |
| 01/02/2004 | 29 | Yes: 25 Page(s); 757 KB; PDF | Motion by defts with memorandum in support for protective order, cs. [Date Entered: 01/12/04, By: dh] |
| 01/12/2004 | -- | No | Motion(s) referred: referred [21-1] motion to compel discovery to USMJ David W. Daniel. COPY OF MOTION AND UPDATED DOCKET SHEET TO JUDGE DANIEL FOR CONSIDERATION. [Date Entered: 01/12/04, By: dh] |
| 01/16/2004 | 30 | Yes: 4 Page(s); 83 KB; PDF | Motion by the plaintiffs to extend time to file responses to governments' pleadings and request for status conference . Counsel for the defendant's does not oppose this motion. [Date Entered: 02/02/04, By: dh] |
| 01/30/2004 | 31 | Yes: 31 Page(s); 1145 KB; PDF | Reply by plaintiffs to response to [15-1] motion for class certification; appointment of class representatives and designation of class counsel, cs. w/attachments. [Date Entered: 02/05/04, By: dh] |
| 01/30/2004 | 32 | Yes: 15 Page(s); 553 KB; PDF | Reply by plaintiffs to response to [20-1] motion to enter judgment or alternatively schedule a status conference with incorporated Memorandum of Law, [14-1] motion for partial summary judgment, cs. w/attachments. [Date Entered: 02/05/04, By: dh] |
| 01/30/2004 | 33 | Yes: 25 Page(s); 963 KB; PDF | Response by plaintiffs to [26-1] motion to dismiss or alternatively for Summary Judgment, cs. w/attachments. [Date Entered: 02/05/04, By: dh] |
|  |  |  | Motion(s) referred: referred [30-1] motion to extend time to |

| 02/02/2004 | -- | No | file responses to governments' pleadings and request for status conference to USMJ David W. Daniel. COPY OF MOTION AND UPDATED DOCKET SHEET TO JUDGE DANIEL FOR CONSIDERATION. [Date Entered: 02/02/04, By: dh] |
|---|---|---|---|
| 02/09/2004 | 34 | Yes: 1 Page(s); 23 KB; PDF | Order, set status conference before USMJ David W. Daniel for 3:00 2/12/04 in Room 624, Terry Sanford Fed. Bldg., Raleigh, NC signed by David W. Daniel, USMJ. ccys served. Copy to Beck for deputy clerk. Calendar Copy. TelephonedCounsel. [Date Entered: 02/09/04, By: dh] |
| 02/10/2004 | -- | No | Received telephone call from Eric Goulian advising he is in California this week and requesting a continuance of the Status Conf. set for Thursday, Feb. 12th before Judge Daniel in Raleigh. Deputy Clerk Heath advised Mr. Goulianhe would need to file a Motion to Continue and she would get it to Judge Daniel immediately. [Date Entered: 02/10/04, By: dh] |
| 02/10/2004 | 35 | Yes: 2 Page(s); 46 KB; PDF | Motion by deft. to continue hearing scheduled for 2/12/04 at 3:00 p.m., cs. cy to USMJ Daniel. [Date Entered: 02/13/04, By: dh] |
| 02/13/2004 | 36 | Yes: 1 Page(s); 20 KB; PDF | Order granting [35-1] motion to continue hearing scheduled for 2/12/04 at 3:00 p.m., reset status conference before USMJ David W. Daniel for 9:00 2/19/04, 6th floor courtroom, Raleigh signed by David W. Daniel, USMJ. ccysserved. Calendar Copy. Copy to Becky. [Date Entered: 02/13/04, By: dh] |
| 02/17/2004 | -- | No | Motion(s) referred: referred [30-1] motion to extend time to file responses to governments' pleadings and request for status conference to USMJ David W. Daniel, [29-1] motion for protective order, [24-1] motion to amend [1-1] complaint, [21-1] motion to compel discovery, [20-1] motion to enter judgment or alternatively schedule a status conference with incorporated Memorandum of Law, [17-1] motion to stay responses to motion for partial summary judgment and motion for class certification, [15-1] motion for class certification; appointment of classrepresentatives and designation of class counsel. LAST PART OF CASE FILE TO USMJ DANIEL FOR CONSIDERATION. [Date Entered: 02/17/04, By: dh] |
| 02/17/2004 | 37 | Yes: 10 Page(s); 393 KB; PDF | Reply by defendants to response to [26-1] motion to dismiss or alternatively for Summary Judgment, cs. [Date Entered: 02/23/04, By: dh] |
| | | | Motion hearing re: [30-1] motion to extend time to file responses to governments' pleadings and request for status |

| | | | |
|---|---|---|---|
| 02/19/2004 | -- | No | conference, [24-1] motion to amend [1-1] complaint, [17-1] motion to stay responses to motion for partial summaryjudgment and motion for class certification before USMJ David W. Daniel; Courtroom Deputy - Becky Bowen. Court Reporter - Donna Tomawski. Danny Boyce present for Plaintiffs; Eric Goulian for the government; Judge Daniel grants the following motions from the bench: Motion to Extend Time (#30); Motion to amend complaint (#24);Government's motion to stay is MOOT (#17); the Court will defer ruling on other pending motions to Judge Howard (.5 hr) [Date Entered: 02/19/04, By: bb] |
| 02/23/2004 | -- | No | Will submit motion to dismiss once file is back from Judge Daniel's Chamber. [Date Entered: 02/23/04, By: dh] |
| 02/26/2004 | 38 | Yes: 3 Page(s); 77 KB; PDF | Motion by plaintiffs to transfer for hearing on preliminary matters, cs. cy to USMJ Daniel. [Date Entered: 03/11/04, By: dh] |
| 02/26/2004 | 39 | Yes: 27 Page(s); 1015 KB; PDF | Document filed by plaintiffs titled: Plaintiffs' Supplemental Memorandum Regarding Summary Judgment Issues, cs. w/attachments. [Date Entered: 03/11/04, By: dh] |
| 03/03/2004 | 40 | Yes: 28 Page(s); 759 KB; PDF | Memorandum by plaintiffs in opposition to [29-1] motion for protective order, cs. [Date Entered: 03/11/04, By: dh] |
| 03/16/2004 | 41 | Yes: 18 Page(s); 622 KB; PDF | Document filed titled: Supplemental Memorandum of Points and Authorities Regarding Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies, cs. w/attachment. [Date Entered: 03/18/04, By: dh] |
| 04/02/2004 | 42 | Yes: 2 Page(s); 40 KB; PDF | Certificate of service of Plaintiffs' Memo. in Opposition to Gov't's Motion for Proto w/Supporting Memo. [Date Entered: 04/06/04, By: dh] |
| 04/06/2004 | -- | No | Will submit motion to dismiss once file comes back from Judge Daniel's chamber. [Date Entered: 04/06/04, By: dh] |
| 05/03/2004 | 43 | Yes: 6 Page(s); 110 KB; PDF | Notice of Filing by the defendant's of Administrative Record, cs. w/attached CD in clear plastic binder. [Date Entered: 05/10/04, By: dh] |
| 05/03/2004 | 44 | Yes: 16 Page(s); 675 KB; PDF | Document filed by the defendants titled: Defendant's Supplemental Memorandum Regarding Summary Judgment and Response To Plaintiffs' Supplemental Memorandum. cs. w/attachments marked volume 1 - 3. (Place in grayexpandable folder) [Date Entered: 05/10/04, By: dh] |
| | | | Order - This court hereby schedules a hearing on Thursday, May 20, 2004 at 1:00 p.m. in G'ville. The parties should present arguments on the following: Motion hearing before Judge Malcolm J. Howard set for 1:00 5/20/04 for [26-1] |

| 05/07/2004 | 45 | Yes: 1 Page(s); 26 KB; PDF | motion to dismiss or alternatively for Summary Judgment, set for 1:00 5/20/04 for [15-1] motion for class certification; appointment of class representatives and designation of class counsel, set for 1:00 5/20/04 for [14-1] motion for partial summary judgment signed by Malcolm J. Howard, US Judge. ccys served. Calendar Copy. Copy to Becky for CourtReporter. [Date Entered: 05/07/04, By: dh] |
|---|---|---|---|
| 05/10/2004 | -- | No | Case submitted to: Judge Howard [45-1] order Motion hearing before Judge Malcolm J. Howard set for 1:00 5/20/04 for [26-1] motion to dismiss or alternatively for Summary Judgment, set for 1:00 5/20/04 for [15-1] motion for classcertification; appointment of class representatives and designation of class counsel, set for 1:00 5/20/04 for [14-1] motion for partial summary judgment submitted. CASE FILE TO JUDGE HOWARD FOR CONSIDERATION. [Date Entered: 05/10/04, By: dh] |
| 05/12/2004 | 45 | Yes: 7 Page(s); 201 KB; PDF | Document filed titled: Defendant's Notice of Filing of Order Denying Discovery In Related Case, cs. cy to Judge Howard. [Date Entered: 05/17/04, By: dh] |
| 05/17/2004 | 46 | Yes: 1 Page(s); 21 KB; PDF | Order, Motion hearing before Judge Malcolm J. Howard set for 10:00 5/20/04 for [26-1] motion to dismiss or alternatively for Summary Judgment, set for 10:00 5/20/04 for [15-1] motion for class certification; appointment ofclass representatives and designation of class counsel, set for 10:00 5/20/04 for [14-1] motion for partial summary judgment signed by Malcolm J. Howard, US Judge. ccys served. Calendar Copy. [Date Entered: 05/17/04, By: dh] |
| 05/20/2004 | -- | No | Motion hearing held in G'ville before Judge Malcolm J. Howard. Courtroom Deputy - Delsia Heath. Counsel present for plaintiffs - Philip R. Isley, G. Eugene Boyce, R. Daniel Boyce and Bob Sutte, N.C. Peanut Grower'sAssociation. Counsel present for the defendants - Eric Goulian, AUSA. Court calls case. Court notes attys appearances. Opening remarks by counsel. Counsel present arguments. Court will enter written order within two to four weeks. Court does not anticipate any further hearings on the pending motions. Court adjourned at 12:27 p.m. [Date Entered: 05/20/04, By: dh] |
| 06/02/2004 | -- | No | Transcript Filed - regarding hearing on May 20, 2004 before Judge Howard Court Reporter - Sharon Kroeger [Date Entered: 06/03/04, By: dh] |
| 06/30/2004 | -- | No | Received letter from R. Daniel Boyce dated June 25, 2004 with attached copies of documents that were sent to MDL. Letter placed on left side of file. [Date Entered: 06/30/04, By: dh] |

| | | | |
|---|---|---|---|
| 07/22/2004 | 47 | Yes: 49 Page(s); 1710 KB; PDF | Order granting [26-1] motion to dismiss or alternatively for Summary Judgment, granting [15-1] motion for class certification; appointment of class representatives and designation of class counsel, denying [14-1] motion forpartial summary judgment. The court hereby orders that this case shall proceed as a class action and hereby certified the following class: (see order for language). The court hereby appoints the following pla's as class representative: Marvin Taylor Barnhill, Jerry Hamill, John Branham, Clark Jenkins, Tom Clements, David Grant, TimPhelps, and Tommy Flythe. Philip R. Isley, G. Eugene Boyce, and R. Daniel Boyce shall represent the certified class. For lack of subject matter jurisdiction, the court hereby dismisses all plaintiffs who do not have peanut farms inthe EDNC, including Jim Ferguson, Glen Hawkins, Billy Bain, Glen Moore, R.L. Smith, H. Steven Allen, and all pla's listed in Exhibit B to pla's motin to join addtional pla's filed Nov. 19, 2002. Class representative shall have 15 days from the date of this order to file a proposed notice for class members. signed by Malcolm J. Howard, US Judge.ccys served. [Date Entered: 07/22/04, By: dh] |
| 07/29/2004 | 48 | Yes: 5 Page(s); 96 KB; PDF | Motion by plaintiffs to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues.cs [Date Entered: 08/19/04, By: sf] |
| 07/29/2004 | 49 | . Yes: 12 Page(s); 395 KB; PDF | Memorandum by plaintiffs in support of [48-1] motion to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues. cs w/attachments. [Date Entered: 08/19/04, By: sf] |
| 08/05/2004 | 50 | Yes: 21 Page(s); 856 KB; PDF | Motion with memorandum in support for reconsideration of [47-1] order cs [Date Entered: 08/19/04, By: sf] |
| 08/16/2004 | 51 | Yes: 6 Page(s); 121 KB; PDF | Motion by plaintiffs to extend time to file response to deft's m/reconsideration, cs. cy to clerk w/p.o. [Date Entered: 08/20/04, By: dh] |
| 08/18/2004 | 52 | Yes: 5 Page(s); 179 KB; PDF | Response to [48-1] motion to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues., cs. [Date Entered: 08/20/04, By: dh] |
| 08/20/2004 | -- | No | Received Proposed Consent Protective Order. [Date Entered: 08/20/04, By: dh] |
| 08/20/2004 | -- | No | Original Consent Protective Order to USMJ Daniel for consideration. [Date Entered: 08/20/04, By: dh] |
| 08/20/2004 | 53 | Yes: 3 Page(s); 93 KB; PDF | Consent Protective Order as to certain information re: potential class members. ccys served. signed by David W. Daniel, USMJ. [Date Entered: 08/20/04, By: dh] |

| | | | |
|---|---|---|---|
| 08/20/2004 | 54 | Yes: 1 Page(s); 18 KB; PDF | Order granting [51-1] motion to extend time to file response to deft's m/reconsideration, Response to motion reset to 9/7/04 for [50-1] motion for reconsideration of [47-1] order signed by Michael D. Brooks, Acting Clk..ccys served. [Date Entered: 08/20/04, By: dh] |
| 08/20/2004 | 55 | Yes: 15 Page(s); 595 KB; PDF | Document filed by defendants titled: Defendants' Response to Plaintiff's Proposed Class Notice, cs. w/attachments. [Date Entered: 08/25/04, By: dh] |
| 08/30/2004 | 56 | Yes: 3 Page(s); 62 KB; PDF | Reply to response to [48-1] motion to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues., cs. [Date Entered: 09/10/04, By: dh] |
| 09/01/2004 | -- | No | Case submitted to: Judge Howard per request. [Date Entered: 09/01/04, By: dh] |
| 09/07/2004 | 57 | Yes: 14 Page(s); 492 KB; PDF | Response by pla's to [50-1] motion for reconsideration of [47-1] order-cs- w/attachments [Date Entered: 09/13/04, By: sf] |
| 09/16/2004 | 58 | Yes: 1 Page(s); 31 KB; PDF | Order - The plaintiffs have presented to this court a proposed Notice to Class Member pursuant to Rule 23 of the Fed. R. Civ. P. Accordingly, the Notice to Class Members is hereby approved. Class counsel are hereby Ordered tosend the Class Notice to each member of the Class as soon as possible. ccys served 9/16/04. signed by Malcolm J. Howard, US Judge. [Date Entered: 09/17/04, By: dh] |
| 09/17/2004 | 59 | Yes: 5 Page(s); 150 KB; PDF | Reply by Ross J. Davidson, Risk Manage. Agency, USA, Ann M. Veneman, U.S. Dept. of Agric. to response to [50-1] motion for reconsideration of [47-1] order.- cs [Date Entered: 10/01/04, By: sf] |
| 10/01/2004 | -- | No | Motion(s) submitted: [50-1] motion for reconsideration of [47-1] order submitted. Case file to Judge Howard for consideration. [Date Entered: 10/01/04, By: sf] |
| 10/12/2004 | -- | No | Motion(s) submitted: [48-1] motion to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues. COPY OF UPDATED DOCKET SHEET TO JUDGE HOWARD. [Date Entered: 10/12/04, By: sf] |
| 11/09/2004 | 60 | Yes: 4 Page(s); 80 KB; PDF | Motion for class certification and summary judgment for pla. peanut farmers in other states, cs. [Date Entered: 01/05/05, By: dh] |
| 11/09/2004 | 61 | Yes: 11 Page(s); 390 KB; PDF | Memorandum by plaintiffs in support of [60-1] motion for class certification and summary judgment for pla. peanut farmers in other states, cs [Date Entered: 01/05/05, By: dh] |

| 11/22/2004 | 62 | Yes: 3 Page(s); 58 KB; PDF | Motion for setting of formula for calculation of damages and establishment of common fund for all class members, cs. [Date Entered: 01/05/05, By: dh] |
|---|---|---|---|
| 11/22/2004 | 63 | Yes: 25 Page(s); 922 KB; PDF | Memorandum in support of [62-1] motion for setting of formula for calculation of damages and establishment of common fund for all class members, cs. [Date Entered: 01/05/05, By: dh] |
| 11/29/2004 | 64 | Yes: 4 Page(s); 134 KB; PDF | Response by deft's in opposition to [60-1] motion for class certification and summary judgment for pla. peanut farmers in other states, cs. [Date Entered: 01/05/05, By: dh] |
| 12/09/2004 | 65 | Yes: 4 Page(s); 91 KB; PDF | Motion by plainitffs for status conf. and hearing on pending pretrial issues, cs. [Date Entered: 01/05/05, By: dh] |
| 12/15/2004 | 66 | Yes: 2 Page(s); 37 KB; PDF | Motion by deft's for adoption of damages formula, cs. [Date Entered: 01/05/05, By: dh] |
| 12/15/2004 | 67 | No | Memorandum by deft's in support of [66-1] motion for adoption of damages formula, cs. [Date Entered: 01/05/05, By: dh] |
| 12/15/2004 | 67 | Yes: 26 Page(s); 992 KB; PDF | Response by deft's to [62-1] motion for setting of formula for calculation of damages and establishment of common fund for all class members, cs. [Date Entered: 01/05/05, By: dh] |
| 12/22/2004 | 68 | Yes: 3 Page(s); 60 KB; PDF | Motion to extend time to respond to deft's memorandum in support of deft's motion for adoption of damages...., cs. cy to Clerk w/p.o. [Date Entered: 01/05/05, By: dh] |
| 12/30/2004 | 69 | Yes: 1 Page(s); 26 KB; PDF | Order granting [68-1] motion to extend time to respond to deft's memorandum in support of deft's motion for adoption of damages....to and including ten (10) days from the date of service. signed by Michael D. Brooks, Acting Clk.. ccysserved 12/30/04. [Date Entered: 01/05/05, By: dh] |
| 01/06/2005 | -- | No | Motion(s) submitted: [66-1] motion for adoption of damages formula submitted, [65-1] motion for status conf. and hearing on pending pretrial issues submitted, [62-1] motion for setting of formula for calculation of damages andestablishment of common fund for all class members submitted, [60-1] motion for class certification and summary judgment for pla. peanut farmers in other states submitted. UPDATED DOCKET SHEET TO JUDGE HOWARD FOR CONSIDERATION. [Date Entered: 01/06/05, By: dh] |
| 01/10/2005 | 70 | Yes: 38 Page(s); 5636 KB; PDF | Reply to response to [62-1] motion for setting of formula for calculation of damages and establishment of common fund for all class members, cs. cy to Judge Howard. [Date |

USDC North Carolina Eastern District

| | | | Entered: 01/26/05, By: dh] |
|---|---|---|---|
| 01/26/2005 | 71 | Yes: 1 Page(s); 22 KB; PDF | Order denying [50-1] motion for reconsideration of [47-1] order signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 01/26/05, By: dh] |
| 01/31/2005 | 72 | Yes: 13 Page(s); 476 KB; PDF | Deft's Reply to response to [66-1] motion for adoption of damages formula, cs. [Date Entered: 02/08/05, By: dh] |
| 09/22/2005 | 73 | Yes: 1 Page(s); 32 KB; PDF | Order denying [48-1] motion to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues. The court finds no basis for amending its July 22, 2004, order. signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 09/22/05, By: dh] |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/28/2005 10:46:11 | | |
| PACER Login: | bi0157 | Client Code: | peanuts |
| Description: | Docket Listing | Search Criteria: | 4 2 cv 159 |
| Billable Pages: | 11 | Cost: | 0.88 |

*Electronic Case Manager™ - the Premier Electronic Case File Manager!*

SEARCH    LOGIN    SUGGESTIONS   USER PREF'S   COURTWATCH    HELP     HOM

RACER U.S. District Court Case Search

# Docket Sheet for 4:05-cv-8 USDC North Carolina Eastern District

U.S. District Court
Eastern District of North Carolina (New Bern)

CIVIL DOCKET FOR CASE #: 05-CV-8

In re: Peanut Crop I v. Davidson      Filed: 11/09/04
Assigned to: Judge Malcolm J. Howard
Demand: $0,000          Nature of Suit: 190
Lead Docket: None        Jurisdiction: US Defendant
Dkt# in other court: None

Cause: 07:499 Agricultural Commodities Act

IN RE: PEANUT CROP INSURANCE     R. Daniel Boyce
LITIGATION, MDL-1634          [COR LD NTC]
    plaintiff             Boyce & Isley, PLLC
                      dboyce@boyceisley.com
                      P. O. Box 1990
                      Raleigh, NC 27602-1990
                      919-833-7373
                      FTS 833-7536

                      L. Andrew Hollis, Jr.
                       [term 02/23/05]
                      [COR LD NTC]
                      Hollis & Wright
                      andyh@hollis-wright.com
                      1750 Financial Ctr., 505 North
                      20th St.
                      Birmingham, AL 35203
                      205-324-3600
                      FTS 324-3636

                      Paul C. Garrison
                      [term 03/18/05]
                      [COR LD NTC]
                      Hollis & Wright, P.C.
                      paulg@hollis-wright.com
                      1750 Financial Ctr., 505 N.
                      Twentieth St.
                      Birmingham, AL 35203
                      205-324-3600
                      FTS 324-3636

     v.

ROSS J. DAVIDSON,            Eric D. Goulian



EXHIBIT

2

Administrator for Risk
Management Agency
      defendant

[COR LD NTC]
U.S. Attorney's Office
Winnie.Reaves@usdoj.gov
310 New Bern Ave.

Suite 800
Raleigh, NC 27601-1461
919-856-4530
FTS 856-4821

IN RE: PEANUT CROP INSURANCE LITIGATION, MDL-1634

        plaintiff

v.

ROSS J. DAVIDSON, Administrator for Risk Management Agency

        defendant

| Proceedings include all events | | | |
| --- | --- | --- | --- |
| **Date Filed** | **Doc. No.** | **Image** | **Description** |
| 11/09/2004 | 1 | No | Transfer Order - re: MDL 1634. signed by William Terrell Hodges, Chairman. [Date Entered: 01/20/05, By: dh] |
| 11/09/2004 | -- | No | Reference must be made to the individual docket sheet for entries relating only to individual actions. [Date Entered: 01/20/05, By: dh] |
| 01/21/2005 | 2 | Yes: 5 Page(s); 126 KB; PDF | Order - (ALL CASES) Practice and Procedure Order Number One Upon Transfer - (see order for details) signed by Malcolm J. Howard, US Judge. ccys served to Mr. Boyce, Mr. Goulian and Mr. Hollis. [Date Entered: 01/21/05, By: dh] |
| 01/21/2005 | 3 | Yes: 1 Page(s); 25 KB; PDF | Order Scheduling Hearing - (ALL CASES) Motion hearing before Judge Malcolm J. Howard scheduled for Thursday, February 17, 2005 at 10:00 a.m. in G'ville signed by Malcolm J. Howard, US Judge. ccys to Mr. Boyce, Mr. Goulianand Mr. Hollis. Cy to Becky Bowen for Court Reporter. Calendar Copy. [Date Entered: 01/21/05, By: dh] |
| 01/26/2005 | -- | No | Clerk's Office Received Second Consent Protective Order from counsel. Original forwarded to Judge Howard's Chamber. [Date Entered: 01/26/05, By: dh] |
| 01/27/2005 | 4 | Yes: 3 Page(s); 107 KB; PDF | Second Consent Protective Order - (Individual Cases: 4:04-CV-186-H2;187-H2;188-H2;189-H2;190-H2;191-H2) as to production of potential class members for the purpose of providing class notice...see order for complete details.signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 01/27/05, By: dh] |
| 01/31/2005 | 5 | Yes: 2 Page(s); 47 KB; PDF | Deft's Motion for adoption of damages formula in transferred cases. Filed in Case No's. 4:04-CV-186-H2; 187-H2; 188-H2; 189-H2: 190-H2 and 191-H2. cy to Judge Howard 2/2/05. [Date Entered: 02/08/05, By: dh] |

| 01/31/2005 | 6 | Yes: 2 Page(s); 57 KB; PDF | Deft's Motion to dismiss or alternatively for summary judgment in transferred cases, cs. Individual Case No's. 4:04-CV-186-H2; 187-H2; 188-H2; 189-H2; 190-h2 and 191-H2. cy to Judge Howard 2/2/05. [Date Entered: 02/08/05, By: dh] |
| 02/15/2005 | 7 | Yes: 9 Page(s); 272 KB; PDF | Notice of Filing by defendants of Declaration of David Clauser in support of their Motion for Adoption of Damages Formula — Individual Cases 4:04-CV-159-H2; 186-H2; 187-H2; 188-H2; 189-H2; 190-H2 and 191-H2, cs. w/attachments. [Date Entered: 02/17/05, By: dh] |
| 02/17/2005 | -- | No | Motion hearing held in G'ville before Judge Malcolm J. Howard. Courtroom Deputy - Delsia Heath. Court Reporter - Edith Thompson. Plaintiff's Counsel - R. Daniel Boyce, Eugene Boyce & Paul Garrison, Alabama Attorney. Defendant'sCounsel - Eric Goulian, AUSA, EDNC, Kent Porter, AUSA, EDVA, Don Brittenham, Atty. with USDA and Mark Simpson, Atty. with USDA. Court reviews history of case and pending motions. Court hears argument from counsel as to the issue of class certification and the issue of damages calculation formula and establishment of common fund. Plaintiff presentsevidence by sworn testimony. Court directs counsel to draft Proposed Orders as to the issue of Class Action and Formula and a draft of the Judgment. Proposed Orders to be forward to the Court by the first of March. Court sets StatusConference for Tuesday, March 15, 2005. Total Hearing Time 3 hrs. [Date Entered: 02/17/05, By: dh] |
| 02/17/2005 | 8 | Yes: 4 Page(s); 103 KB; PDF | (ALL CASES) Motion by plaintiff peanut farmersfor discovery order compelling production of documents, cs. [Date Entered: 02/17/05, By: dh] |
| 02/17/2005 | 9 | Yes: 12 Page(s); 378 KB; PDF | (ALL CASES) Memorandum in support of [8-1] motion for discovery order compelling production of documents, cs. [Date Entered: 02/17/05, By: dh] |
| 02/17/2005 | 10 | Yes: 9 Page(s); 240 KB; PDF | Motion by Class Counsel on behalf of potential class members, with memorandum in support of for certification of national class action. Individual Cases 4:02-CV-159-H2; 186-H2; 187-H2; 188-H2, 189-H2, 190-H2 and 191-H2, cs. [Date Entered: 02/17/05, By: dh] |
| 02/23/2005 | -- | No | Issued Notice of Hearing: setting status conference before Judge Malcolm J. Howard for 10:00 3/15/05 in G'ville. cys served. Copy to Becky for Court Reporter. [Date Entered: 02/23/05, By: dh] |
| | | | Amended Certificate of service by In re: Peanut Crop Ins. Litigation - re: Motion for Certification of Nationa Class |

| 02/23/2005 | 11 | Yes: 2 Page(s); 46 KB; PDF | Action (and Incorporated Memo. of Law) - Individual Cases 4:02-CV-159-H2; 4:04-186; 4:04-187; 4:04-188; 4:04-189;4:04-190 and 4:04-191. [Date Entered: 02/24/05, By: dh] |
| 02/25/2005 | 12 | Yes: 3 Page(s); 62 KB; PDF | Document filed by plaintiff titled: (ALL CASES) Memorandum of Additional Points and Authorites, cs. cy to Judge Howard. [Date Entered: 03/01/05, By: dh] |
| 03/01/2005 | 13 | No | Notice of Filing by Ross J. Davidson - (ALL CASES) of Proposed Order. [Date Entered: 03/03/05, By: dh] |
| 03/01/2005 | -- | No | Letter date 3/1/05 From: Dan Boyce Re: Proposed Final Judgment [Date Entered: 03/03/05, By: dh] |
| 03/03/2005 | 14 | Yes: 6 Page(s); 115 KB; PDF | (ALL CASES) Response in opposition by Ross J. Davidson to [8-1] motion for discovery order compelling production of documents, cs. [Date Entered: 03/11/05, By: dh] |
| 03/04/2005 | 15 | Yes: 3 Page(s); 59 KB; PDF | (ALL CASES) Motion by plaintiff to file amended memor. in support of motion for certificaiton of Nat'l. Class Action, cs. [Date Entered: 03/11/05, By: dh] |
| 03/04/2005 | 16 | Yes: 14 Page(s); 450 KB; PDF | (ALL CASES) Amended Memorandum in support of [15-1] motion to file amended memor. in support of motion for certificaiton of Nat'l. Class Action, cs. cy to Judge Howard. [Date Entered: 03/11/05, By: dh] |
| 03/07/2005 | -- | No | Transcript Filed - regarding motion hearing on 2/17/05 before Judge Malcolm J. Howard in G'ville - Court Reporter - Edith Thompson [Date Entered: 03/11/05, By: dh] |
| 03/09/2005 | 17 | Yes: 5 Page(s); 105 KB; PDF | (ALL CASES) Notice of Filing by Ross J. Davidson of Exhibit 3 to declaration of David Clauser. cy to Judge Howard. [Date Entered: 03/11/05, By: dh] |
| 03/09/2005 | 18 | Yes: 2 Page(s); 47 KB; PDF | (ALL CASES) Motion by Ross J. Davidson to re-schedule status conf., cs. cy to Judge Howard. [Date Entered: 03/11/05, By: dh] |
| 03/09/2005 | 19 | Yes: 1 Page(s); 22 KB; PDF | (ALL CASES) Order granting [18-1] motion to re-schedule status conf., reset status conference before Judge Malcolm J. Howard for 3/18/05 in jury room in G'ville signed by Malcolm J. Howard, US Judge. ccys served. CalendarCopy. [Date Entered: 03/11/05, By: dh] |
| 03/23/2005 | -- | No | Motion(s) submitted: [15-1] motion to file amended memor. in support of motion for certificaiton of Nat'l. Class Action submitted, [10-1] motion for certification of national class action submitted, [8-1] motion for discoveryorder compelling production of documents submitted, [6-1] motion to dismiss submitted, [5-1] motion for adoption of |

| | | | |
|---|---|---|---|
| | | | damages formula in transferred cases submitted. CASE FILE TO JUDGE HOWARD FOR CONSIDERATION. [Date Entered: 03/23/05, By: dh] |
| 03/24/2005 | 20 | Yes: 8 Page(s); 308 KB; PDF | (ALL CASES) Response by Ross J. Davidson in opposition to [10-1] motion for certification of national class action, cs. Copy to Judge Howard. [Date Entered: 03/30/05, By: dh] |
| 03/25/2005 | 21 | No | (ALL CASES) Motion by In re: Peanut Crop Ins. for class certification and summary judgment for pla. peanut farmers in other states, cs. Copy to Judge Howard. [Date Entered: 03/30/05, By: dh] |
| 03/25/2005 | 21 | Yes: 3 Page(s); 67 KB; PDF | (ALL CASES) Motion by In re: Peanut Crop I for summary judgment and motion for setting of formula for calculation of damages and establishment of common fund for all class members in transferred cases, cs. Copy to Judge Howard. [Date Entered: 03/30/05, By: dh] |
| 03/25/2005 | 22 | Yes: 3 Page(s); 43 KB; PDF | (ALL CASES) Notice of Filing by In re: Peanut Crop Ins. of exhibits introduced at the Status Hearing on March 18, 2005, w/attached exhibits, cs. Copy to Judge Howard. [Date Entered: 03/30/05, By: dh] |
| 03/31/2005 | 23 | Yes: 5 Page(s); 140 KB; PDF | (ALL CASES) Order granting plaintiff's [21-1] motion for class certification and summary judgment for pla. peanut farmers in other states, denying defendant's [6-1] motion to dismiss. Deft's motion for reconsideration is also denied. Pla's motion for class certification is granted and class counsel and class representatives were appointed as stated in this order (see order for details.) Class counsel shall send class notice to all potential class members as soon as practicable as required by Federal Rule of Civil Procedure 23. signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 03/31/05, By: dh] |
| 03/31/2005 | 24 | Yes: 8 Page(s); 239 KB; PDF | Order granting in part, denying in part [21-1] motion for setting of formula for calculation of damages and establishment of common fund for all class members in transferred cases, granting in part, denying in part [5-1] motion for adoption of damages formula in transferred cases. The formula as established in this order shall be used in calculating the total damages due to each individual class member (see order for details.) signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 03/31/05, By: dh] |
| 04/08/2005 | 25 | Yes: 3 Page(s); 52 KB; PDF | (ALL CASES) Motion by In re: Peanut Crop I to extend time to file reply brief, cs. cy to Judge Howard. [Date Entered: 04/08/05, By: dh] |
| | | | (ALL CASES) Order granting [25-1] motion to extend time |

| | | | |
|---|---|---|---|
| 04/08/2005 | 26 | Yes: 1 Page(s); 18 KB; PDF | to file reply brief to deft's opposition to pla's motion for certification of national class action. Reply to Response to Motion reset to 4/20/05 for [10-1] motion forcertification of national class action signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 04/08/05, By: dh] |
| 04/20/2005 | 27 | No | (ALL CASES) Reply by In re: Peanut Crop to response to [10-1] motion for certification of national class action, cs. [Date Entered: 04/22/05, By: dh] |
| 04/22/2005 | -- | No | Motion(s) submitted: [10-1] motion for certification of national class action submitted. CASE FILE TO JUDGE HOWARD FOR CONSIDERATION. [Date Entered: 04/22/05, By: dh] |
| 05/03/2005 | 28 | Yes: 10 Page(s); 459 KB; PDF | (ALL CASES) Order On Notice To Class Members - the Notice to Class Members is hereby approved. Class counsel are hereby Ordered to send the Class Notice to each member of the Class as soon as practicable. signed by Malcolm J.Howard, US Judge. ccys served. Individual Case Nos: 4:04-186; 4:04-187; 4:04-188; 4:04-189; 4:04-190; 4:04-191 & 4:05-2. [Date Entered: 05/03/05, By: dh] |
| 09/06/2005 | 29 | Yes: 13 Page(s); 372 KB; PDF | Motion by In re: Peanut Crop Insurance Litigation to begin class administration and request for status conference, cs. Copy to Judge Howard. [Date Entered: 09/13/05, By: dh] |
| 09/06/2005 | 30 | Yes: 17 Page(s); 580 KB; PDF | Renewed Motion by In re: Peanut Crop Insurance Litigation to certify this case as a national class action and supplemental memorandum of additional points and authorities, cs. Copy to Judge Howard. [Date Entered: 09/13/05, By: dh] |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/28/2005 11:31:56 | | | |
| PACER Login: | bi0157 | Client Code: | peanuts |
| Description: | Docket Listing | Search Criteria: | 4 5 cv 8 |
| Billable Pages: | 4 | Cost: | 0.32 |

*Electronic Case Manager™ - the Premier Electronic Case File Manager!*

Scanned

FILED-CLERK
J.S. DISTRICT COURT

*RELEASED FOR PUBLICATION* 58
04 NOV -1 PM 12

*DOCKET NO. 1634*-MARSHALL
TX EASTERN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 2 6 2004

FILED
CLERK'S OFFICE

BY_____

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PEANUT CROP INSURANCE LITIGATION* 2:03CV120

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

### *TRANSFER ORDER*

This litigation currently consists of seven actions listed on the attached Schedule A and pending, respectively, in the Middle District of Alabama, the Northern District of Florida, the Middle District of Georgia, the Eastern District of North Carolina, the District of South Carolina, the Eastern District of Texas, and the Eastern District of Virginia[1] Plaintiffs in the seven actions move the Panel, pursuant to 28 U.S.C. § 1407, for an order centralizing this litigation in the Eastern District of North Carolina. The defendants in the actions, who are the United States, two United States Government officials, and three United States departments or agencies, oppose transfer. If the Panel determines to order transfer over their objections, then these defendants suggest that the Eastern District of Virginia would be an appropriate transferee district.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of North Carolina will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiff peanut farmers in each action allege that common defendants on or after May 13, 2002, unlawfully and unilaterally imposed modifications to the Multiple Peril Crop Insurance Policy for Year 2002, which changed the plaintiff farmers' insurance coverage by reducing it from $.31 to $ 1775 per pound of peanuts. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with respect to jurisdictional and class certification matters), and conserve the resources of the parties, their counsel and the judiciary.

Objecting defendants have argued that Section 1407 transfer would circumvent the requirements of 7 U.S.C. § 1508 (j)(2)(a), which provides that actions on crop insurance claims may

---

[1] The Section 1407 motion, as originally filed, also pertained to an additional action brought in the United States Court of Federal Claims. Movants subsequently withdrew their motion from the list of actions encompassed by their motion in recognition of the fact that the action had been dismissed and was on appeal. Also, the Panel has been notified of one additional related action recently filed in the Middle District of Alabama. In light of the Panel's disposition of this docket, this action will be treated as a potential tag-along action *See* Rules 7 4 and 7 5, R P J P M L , 199 F R D 425, 435-36 (2001)

EXHIBIT

tabbies

3

- 2 -

be brought only in the district court for the district in which the insured farm is located. Opponents argue that because of this clear Congressional mandate that a federal court, in a particular district, possesses exclusive jurisdiction to entertain certain farmers' crop insurance claims, the Panel cannot or should not exercise its Section 1407 authority to transfer multiple such actions to a single district for coordinated or consolidated pretrial proceedings. We note, however, that in considering transfer under Section 1407, the Panel is not encumbered by considerations of venue. *In re Great Western Ranches Litigation*, 369 F.Supp. 1406, n.1 (J.P.M.L. 1974). An opposite conclusion would frustrate the essential purpose of Congress in enacting Section 1407 and providing for transfer of civil actions to "any district" by the Panel, namely, to permit centralization in one district of all pretrial proceedings when civil actions involving one or more common questions of fact are pending in different districts. *See In re Matter of New York City Municipal Securities Litigation*, 572 F.2d 49 (2nd Cir. 1978). We also note that any action transferred under Section 1407 for coordinated or consolidated pretrial proceedings that has not been terminated in the transferee district court will be remanded to its transferor district for trial. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. 425, 436-38 (2001).

In concluding that the Eastern District of North Carolina is an appropriate forum for this docket, we note that the proceedings are furthest advanced in that district, which is also well equipped with the resources that this docket is likely to require.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Eastern District of North Carolina are transferred to the Eastern District of North Carolina and, with the consent of that court, assigned to the Honorable Malcolm J. Howard for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

## SCHEDULE A

MDL-1634 -- In re Peanut Crop Insurance Litigation

Middle District of Alabama    *MDAL*

Terry E. Beasley, et al. v. Ross J. Davidson, et al., C.A. No. 1:03-500

Northern District of Florida    *NDFL*

Florida Peanut Farmers, et al. v. Ross J. Davidson, et al., C.A. No. 5:03-107

Middle District of Georgia    *MDGA*

Georgia Peanut Farmers, et al. v. Ross J. Davidson, et al., C.A. No. 1:03-175

Eastern District of North Carolina    *EDNC*

Marvin Taylor Barnhill, et al. v. Ross J. Davidson, et al., C.A. No. 4:02-159

District of South Carolina    *SCD*

Wallace A. Berry, et al. v. Ross J. Davidson, et al., C.A. No. 3:03-1631

Eastern District of Texas    *EDTX*

Texas Peanut Farmers, et al. v. Ross J. Davidson, et al., C.A. No. 2:03-120

Eastern District of Virginia    *EDVA*

Tom Clements, et al. v. Ross J. Davidson, et al., C.A. No. 2:03-352



**U.S. Department of Justice**

Civil Division

PK:DMC:JVanneman
154-03-445

Telephone: (202) 307-1011
Fax:         (202) 514-8624

*Washington, D.C. 20530*

August 15, 2003

Mr. R. Daniel Boyce
Boyce & Isley
Post Office Box 1990
Raleigh, North Carolina 27602-1990

     Re:  Texas Peanut Farmers, et al. v. United States,
         No. 03-445C (Fed. Cl.)

Dear Mr. Boyce:

    This letter is to respond, on behalf of the United States
Department of Justice, to your letter dated July 30, 2003.  In
your letter, you propose a dismissal of this action, subject to a
variety of conditions.  We cannot agree to your proposal, for the
following reasons.[1]

    <u>Jurisdiction</u>.  As a threshold matter, there is a specific
statutory provision that provides that jurisdiction to entertain
these types of claims resides exclusively in the Federal district
court in which the peanut farm is located.  Given the sovereign
immunity issues involved when a party sues the United States, the
parties cannot stipulate to jurisdiction in a court in which
jurisdiction does not properly lie.  Therefore, it is not
possible for all of the cases that you have filed on behalf of
peanut farmers in various district courts to be adjudicated all
in one district court, the Eastern District of North Carolina
(the first case you filed).

---

[1]  We are still researching various issues, so this letter is a
preliminary response.  We reserve the right to amend and/or
supplement our response to your letter at a later date.

EXHIBIT
4

-2-

The statute at issue that governs claims involving Federal crop insurance is 7 U.S.C. §1508(j)(2)(A).[1]  See Williams Farms of Homestead, Inc. v. Rain and Hail Insurance Services, 121 F.3d 630 (11th Cir. 1997).  This statute governs jurisdiction and cannot be waived.  Therefore, we cannot enter into the type of "stipulation" that you propose.

As we establish in our motion to dismiss, the Court of Federal Claims lacks jurisdiction to entertain the suit.  Each plaintiff must file his or her suit in the appropriate district court, that is, the court in which his or her farm(s) are located.[2]

In addition, even if the potentially dispositive issues (e.g., alleged breach of contract and violation of due process) are purely issues of law, all of the remaining issues would clearly be fact-bound (e.g., whether there was an insurable cause of loss, whether each individual farmer complied with all of the terms and conditions of the insurance policy).  These and other factual issues (including potential damages issues) may depend

---

[1]  In our motion to dismiss, we established that a plaintiff peanut farmer who holds Federal crop insurance must file in an appropriate district court.  While we cited 7 U.S.C. §1506(d)(any suit against the Corporation shall be brought in the District of Columbia, or in the district wherein the plaintiff resides or is engaged in business), it is the section cited above, 7 U.S.C. §1508(j)(2)(A), that is more specific and governs here.  The statute, 7 U.S.C. §1508(j)(2)(A), requires that a plaintiff, such as the ones you represent, who asserts a claim for indemnity, must file in the district court in which the insured farm is located.

[2]  For a listing of district courts and their areas of jurisdiction, see 28 U.S.C. Chapter 5, §81 (Alabama), §89 (Florida), §90 (Georgia), §113 (North Carolina), §121 (South Carolina), §124 (Texas), §127 (Virginia).

In your letter, you also refer to 28 U.S.C. §1407, governing multidistrict litigation.  If you are aware of any authority that would permit the type of transfer to one court, in suits involving the United States involving the types of jurisdictional issues raised in these cases, we would consider any such authority.

-3-

upon key dates and/or conditions in a particular state and/or peanut-growing region. As another example, there may be important factual differences among peanut-growing regions, states, and counties, and among the plaintiffs, that would affect the merits issues. Further, the opinion that you proffer as an expert opinion (Mr. Gary Bullen) in the North Carolina motion for partial summary judgment provided his opinions only with respect to peanut crop insurance in North Carolina and Virginia (with only tangential reference to South Carolina). Mr. Bullen's affidavit contains no information on any of the other peanut-growing regions at issue in the other cases (e.g., Georgia, Florida, Alabama, Texas).

In sum, it is too early in these sets of cases to reach any possible agreement on any global treatment of these cases. Accordingly, even if there were no jurisdictional or other bars to consolidation, we cannot agree at this time to your proposal to litigate all of the cases in one district court, given the potentially wide variety of factual scenarios among plaintiffs and peanut-growing regions and states.

Transfer. For the same reasons, we cannot stipulate to a transfer of all of the cases to the one case that you filed in the Eastern District of North Carolina. As we established above, the court in North Carolina lacks jurisdiction to entertain claims brought by plaintiffs whose farms are located in another state.

Indeed, for the same reasons, the court in North Carolina may lack jurisdiction to entertain the claim of any particular plaintiff named in that suit if the person's farm is located outside the boundaries of the Eastern District of North Carolina in which you filed. This applies not only to the plaintiffs whose farms are located in Virginia or South Carolina, but also to those whose farms may be located in the Middle or Western Districts of North Carolina.

As another example, only approximately twenty of the more than fifty plaintiffs named in the suit that you filed in the Eastern District of Texas have farms located in that district; other named plaintiffs have farms located in the other three districts for Federal district courts in Texas.

5

-4-

We are still in the process of reviewing all the named plaintiffs in each suit that you have filed in the several states.  There may be other examples of these problems as well with respect to plaintiffs in the other states.

One trial court disposition, one circuit court of appeals. Similarly, because the district court in North Carolina would not possess jurisdiction to entertain the claims of farmers in other Circuits, we cannot agree to only one "trial court disposition," with an appeal to only one Circuit Court, as you suggest. (Further, we do not agree to trial by jury, one of your other conditions.)

Information requested.  It is your burden to establish jurisdiction on behalf of each individually-named plaintiff for the court(s) in which you file.  I have consulted with many of the Assistant United States Attorneys assigned to these cases and with agency counsel and we request that you provide the following information (some of which is not available to the Government). We request this information so that we may ascertain whether the named plaintiffs in each of the complaints that you have filed are individuals whose farms[1] are located in the respective (appropriate) districts and so that we may also determine other

---

[1]  We recognize that it may be that an individual who owns a farm for which the farm property boundaries extend beyond more than one county line, or who owns more than one farm in more than one state (and/or more than one district within a state), may properly be named in more than one district court complaint.  7 U.S.C. §1508(j)(2)(A).

-5-

facts relating to other issues that are potentially
jurisdictional in nature (see discussion below):

1.    name of plaintiff[5/];
2.    address of farm (include county);
3.    address of residence (include county);
4.    farm number (number assigned by the Farm Services Agency
      (FSA) and any other pertinent numbers associated with the
      crop insurance program;
5.    name and address of plaintiff's insurance company;
6.    whether the plaintiff filed a claim with his or her
      insurance company (and if so, the date), and if so;
      a.    whether the claim was allowed (and if so, the date), or
      b.    whether the claim was denied (and if so, the date);
            and,
7.    whether the plaintiff filed any notice of appeal to the
      National Appeals Division (NAD), United States Department of
      Agriculture (and if so, the date).

       I believe that the most prudent course would be first to
clarify and correct these jurisdictional and other matters
before proceeding in any of the district courts on the merits or
any other matters.

       Other defenses.  We also wish to make clear that, even
though one or more of the plaintiffs may be named in the
appropriate district court, the Government reserves the right to
assert other defenses (which may or may not be jurisdictional in
nature), and if we prevail, these defenses would result in a
dismissal of that plaintiff's action.  These potential defenses
include: statute of limitations and/or other time-bars, and/or
failure to exhaust administrative remedies.

_____

[5/]    Please ensure the correct spelling of names.  For example,
for some of the plaintiffs in the complaint filed in the Court of
Federal Claims and also in the Eastern District of Texas, the
names are spelled differently.

       You should also be aware that there is an inconsistency in
your filings; for example, in the Texas complaint, some of the
named plaintiffs are listed in the caption of the complaint but
not listed in the text of the complaint, while some are in the
text of the complaint but not listed in the style of the caption.

7

-6-

In addition, there may be other reasons to support the denial of a plaintiff's claim (_e.g._, whether the plaintiff complied with all the terms and conditions of the insurance policy), which also might support dismissal of the action. Therefore, even if any of the individually-named plaintiffs are or will be in the correct district court, there may be other defenses (in addition to the merits) that would warrant dismissal of the plaintiff's action.

* * *

If you have any questions, please feel free to telephone me at (202) 307-1011 (or on my direct line if you are unable to reach me at the main number).

Very truly yours,

JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

cc:  Mr. Eric Goulian (AUSA, North Carolina)
     Mr. Rand Neeley (AUSA, Alabama)
     Ms. Pat Stout (AUSA, Georgia)
     Ms. Ruth Yeager (AUSA, Texas)
     Mr. Bryan Wilson (AUSA, Florida)
     Ms. Terri Bailey (AUSA, South Carolina)
     Mr. Kent Porter (AUSA, Virginia)
     Ms. Kim Arrigo (USDA, OGC, Washington, D.C.)
     Mr. Mark Simpson (USDA, OGC, Atlanta)

# BOYCE & ISLEY, PLLC

ATTORNEYS AT LAW
LAWYERS WEEKLY BUILDING, SUITE 100
POST OFFICE BOX 1990
RALEIGH, NORTH CAROLINA 27602-1990

G. Eugene Boyce
R. Daniel Boyce
Philip R. Isley
Laura Boyce Isley

107 Fayetteville Street Mall
Raleigh, North Carolina 27601

Telephone: (919) 833-7373
Facsimile: (919) 833-7536

November 5, 2004

**(VIA FACSIMILE 856-4821
AND UNITED STATES MAIL)**

Mr. Eric D. Goulian
Assistant U. S. Attorney
310 New Bern Avenue
Suite 800
Raleigh, North Carolina 27601-1461

Re:   Barnhill *et al* v. Davidson, *et al*
No. 4:02-CV-159-H(4)

Dear Eric:

As you know, the Judicial Panel on Multidistrict Litigation has issued its Order transferring all cases to the Eastern District of North Carolina. I am requesting that the Court hold a status conference and hearing on the transfer and any other pending motions. Please advise what, if any, issues you would like to be discussed at the hearing, along with any proposed dates for the hearing. I will check with the Clerk's Office to see the next available hearing date that is mutually convenient. If you can give me several weeks in which you are available, I will try to find a mutually acceptable date. If I do not hear from you by November 11, 2004, I will assume that you do not wish to agree to any of the above information.

Also, please advise whether the Government is willing to furnish names of all potential class members in the other states. We received the Court's Order regarding notice to the class members in the Eastern District of North Carolina. We compared the list the Government provided with our internal list of clients and found that there were almost 100 clients who were not considered class members according to the Government's document that you submitted. Before requesting that the Court resolve this matter, it might be that there is some way to resolve this issue. It would be helpful if the Government can go ahead and voluntarily furnish the name of all potential class members in each of the states so we can be working on similar information. Please advise whether you will voluntarily provide this information (we will be happy to enter a similar stipulation or order regarding confidentiality.) If the Government is not willing to provide the information, we will have no recourse but to file a motion with the Court.

EXHIBIT

5

Mr. Eric Goulian
November 5, 2004
Page 2

        Thank you for your prompt attention to these matters.

                                Sincerely yours,

                                BOYCE & ISLEY, PLLC

                                R. Daniel Boyce

/sj
Enclosure
[11/5/04 ltr e goul]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 4:02-CV-159-H(4)

MARVIN TAYLOR BARNHILL et al.,    )
     Plaintiffs,    )
        )    **DEFENDANTS' RESPONSE TO**
v.    )    **PLAINTIFFS' FIRST SET OF**
        )    **INTERROGATORIES**
ROSS J. DAVIDSON, ADMINISTRATOR,    )
RISK MANAGEMENT AGENCY, et al.    )
    Defendants.    )

       Pursuant to Rule 33(b) of the Federal Rules of Civil Procedure, defendants hereby

respond as follows to Plaintiffs' First Set of Interrogatories:

INTERROGATORY NO. 1: Provide the total amount of indemnity paid at $.1775 per pound on
the 2002 Multiple Peril Crop Insurance (MPCI) contract for losses by peanut farmers in the
following states including each district in each state:

     a.    Alabama: Middle District, Northern District, and Southern District;
     b.    Florida: Middle District, Northern District, and Southern District;
     c.    Georgia: Middle District, Northern District, and Southern District;
     d.    North Carolina: Eastern District, Middle District, and Western District;
     e.    South Carolina District Court;
     f.    Texas: Eastern District, Northern District, Southern District and Western District
     g.    Virginia: Eastern District and Western District.

INTERROGATORY NO. 2: Provide the total number of peanut farmers who had MPCI
coverage under the 2002 MPCI policy in the following states that were entitled to recover under
the 2002 MPCI policy for losses in the 2002 crop year (including each district in each state for
the following states):

     a.    Alabama: Middle District, Northern District, and Southern District;
     b.    Florida: Middle District, Northern District, and Southern District;
     c.    Georgia: Middle District, Northern District, and Southern District;
     d.    North Carolina: Eastern District, Middle District, and Western District;
     e.    South Carolina District Court;
     f.    Texas: Eastern District, Northern District, Southern District and Western District
     g.    Virginia: Eastern District and Western District.

**EXHIBIT**
tabbies
6

RESPONSE: Defendants object to Interrogatories Nos. 1 and 2 as overbroad in at least two respects. First, both interrogatories encompass losses by peanut farmers whose farms would not have been assigned quota even in the absence of the 2002 Farm Bill. Second, they encompass losses by peanut farmers in districts other than those in which parallel civil actions have been filed.

Without waiving the foregoing objections, Defendants have compiled a listing of all peanut farmers who were paid an indemnity in 2002 in each of the districts where parallel civil actions were filed, including the amount of the indemnity paid to each farmer. This listing will be provided to plaintiffs upon the Court's approval of the Second Consent Protective Order.

This the 17th day of December, 2004.

FRANK D. WHITNEY
United States Attorney

R.A. RENFER, JR.
Assistant United States Attorney
Chief, Civil Division

ERIC D. GOULIAN
Assistant United States Attorney
310 New Bern Avenue
Raleigh, North Carolina 27601-1461
Telephone: (919) 856-4356
Fax:         (919) 856-4487
Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed by first class mail on this 17th day of December, 2004 to R. Daniel Boyce, Esq., P.O. Box 1990, Raleigh, NC, 27602-1990.

Eric D. Goulian
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

FILED
2/17/05
US DISTRICT COURT, EDNC

In Re: Peanut Crop Insurance
Litigation, MDL-1634

)
)
)

Master Docket Case No.
4:05-CV-8-H2
(ALL CASES)

## MOTION FOR DISCOVERY ORDER COMPELLING
## PRODUCTION OF DOCUMENTS

NOW COME Plaintiff Peanut Farmers ("Plaintiffs"), by and through the undersigned

counsel, and move the Court to compel Defendants to produce previously requested documents

pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure and Local Rule 7.1 EDNC.

As grounds for this Motion, Plaintiffs show the Court as follows:

1.    Plaintiffs have served one set of Interrogatories during the litigation of this case

which included only two requests.  Interrogatory No. 1  requested Defendants to provide the total

amount of indemnity paid at $.1775 per pound on the 2002 Multiple Peril Crop Insurance

(MPCI) contract for losses by peanut farmers in the following states including each district in

each state:

a.   Alabama: Middle District, Northern District, and Southern District;
b.   Florida: Middle District, Northern District, and Southern District;
c.   Georgia: Middle District, Northern District, and Southern District;
d.   North Carolina: Eastern District, Middle District, and Western District;
e.   South Carolina District Court;
f.   Texas: Eastern District, Northern District, Southern District and Western District;
g.   Virginia: Eastern District and Western District

2.    Interrogatory No. 2 requested that Defendants provide the total number of

peanut farmers who had MPCI coverage under the 2002 MPCI policy in the following states that



**EXHIBIT**

7

were entitled to recover under the 2002 MPCI policy for losses in the 2002 crop year (including each district in each state for the following states):

    a.    Alabama: Middle District, Northern District, and Southern District;

    b.    Florida: Middle District, Northern District, and Southern District;

    c.    Georgia: Middle District, Northern District, and Southern District;

    d.    North Carolina: Eastern District, Middle District, and Western District;

    e.    South Carolina District Court;

    f.    Texas: Eastern District, Northern District, Southern District and Western District;

    g.    Virginia: Eastern District and Western District.

3.    Defendants' response was as follows:

"Defendants object to Interrogatories Nos. 1 and 2 as overbroad in at least two respects. First, both interrogatories encompass losses by peanut farmers whose farms would not have been assigned quota even in the absence of the 2002 Farm Bill. Second, they encompass losses by peanut farmers in districts other than those in which parallel civil actions have been filed."

4.    Class Counsel also request that the Court order similar information for all similarly situated Plaintiffs in <u>all</u> districts in <u>each</u> state.

5.    In order to show a good faith effort in resolving disputes on discovery, undersigned counsel mailed a letter to AUSA Eric Goulian, as well as left a telephone message, asking if there was any way to resolve the differences. AUSA Goulian advised the Government stands by its previously stated position. He advised he would send a letter to that effect; but as of the date of this motion, the letter has not been received.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Honorable Court compel the Defendants to produce the previously requested information and documents as requested in Plaintiffs' First Set of Interrogatories as well as the same information for all districts in each state where similarly situated farmers resided and farmed in 2002 and suffered losses covered by the 2002 MPCI contract.

Respectfully submitted, this the 17th day of January, 2005.

BOYCE & ISLEY, PLLC

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, North Carolina 27602-1990
Telephone: (919) 833-7373
Facsimile: (919) 833-7536
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this day a copy of the foregoing *Motion for Discovery Order Compelling Production of Documents* was served upon counsel of record in this action by depositing a copy thereof in the United States mail, postage prepaid, and addressed as follows:

Eric Goulian
Assistant U. S. Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1464

This the 17th day of January, 2005.


R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, North Carolina  27602-1990
Telephone:  (919) 833-7373
Facsimile:  (919) 833-7536

# BOYCE & ISLEY, PLLC

ATTORNEYS AT LAW
LAWYERS WEEKLY BUILDING, SUITE 100
POST OFFICE BOX 1990
RALEIGH, NORTH CAROLINA 27602-1990

G. Eugene Boyce
R. Daniel Boyce
Philip R. Isley
Laura Boyce Isley

107 Fayetteville Street Mall
Raleigh, North Carolina 27601

Telephone: (919) 833-7373
Facsimile: (919) 833-7536

July 14, 2005

Mr. Eric D. Goulian
Assistant U. S. Attorney
310 New Bern Avenue
Suite 800
Raleigh, North Carolina  27601-1461

Dear Eric:

Enclosed please find our list of peanut farmers divided by state along with the Government's list. We have compared the two lists and totaled the number of farmers not found on the Government's list. Please review and verify the number of Plaintiffs not on the Government's list. The number of clients not found on the Government's list are set forth below; however some farmers have listed more than one farm.

- Texas- 56
- Flordia-4
- South Carolina-1
- Virginia-42
- Alabama-10
- Georgia-47

Sincerely yours,

BOYCE & ISLEY, PLLC

R. Daniel Boyce

RDB/mw
Enclosures

EXHIBIT
8

| TITLE | LAST | FIRST | M.I. | FARM | ADDRESS | CITY | COUNTY | STATE/ZIP | HOME TELEPHONE | (SECOND) TELEPHONE | ACRES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Barnes | Billy | | | Skinner Street | De Leon | Comanche | TX | 76644 254-693-2428 | 254-734-6234 | 213 |
| Mr. | Bloodman | Jacob | F | | Rt. 3 Skinner Street | Stephenville | Erath | TX | 79369 915-759-9148 | | 0 |
| Mr. | Brown | Darrel | Wayne | | 11000 ACR 195 | Eldurado | Anderson | TX | | | 34.5 |
| Mr. | Crandall | William | Dwain | | 3401 Hwy 22W | Commanche | Comanche | TX | 79442 254-842-5205 | | 254 |
| Ms. | Crocker | Randy | | Farm # 455, 4588 | 2805 CR 606 | Dublin | Erath | TX | 76446 254-695-9701 | 254-967-3405 | 22 |
| Ms. | Fischer | Leona | Estela | | 1100 Bavand Road | Pilot Point | Denton | TX | 70259 940-686-3347 | | 35 |
| Mr. | Frazier | | | | Rt 2 Box 727 | Hansy Grove | Lamar | TX | 75446 903-784-3030 | 903-782-0722 | 144 |
| Mr. | Gayle | Bill | | Wade Pennington & Sons Farms, FM 5869 | 512 Sellick Street C | Grapeland | Houston | TX | 75844 936-687-2630 | 936-687-2131 | 32 |
| Mr. | Grimshaw | David | | Grimshaw Farms | 8923 FM 2214 | Duncanville | Dallas | TX | 79448 512-379-9069 | 879-272-2427 | 117 |
| Mr. | Grossler | David & Pam | | | 32900 Hobart Road | Waller | Waller | TX | 77484 936-687-2167 | 254-623-5022 | 117 |
| Mr. | Hagan | Larry | | | 117 County Road 297 | Cisco | Eastland | TX | 76437 | 936-540-4851 | 95 |
| Mr. | Henry | Gene | O | | Rt 1 Box 176 B | Grapeland | Grapeland | TX | 78644 512-235-0654 | | 31 |
| Mr. | Irett | Melvin | | Farm Rte. 3677, 2006, 1897 | 1473 CLR 324 | Lincoln | Lee | TX | 75945 254-768-2631 | | 35 |
| Mr. | Iseli | Leslie | B | Farm 1899 | 1473 CLR 324 | Lincoln | Lee | TX | 78640 | 936-687-2131 | 35 |
| Mr. | Johnson | Tommy | | Wade Pennington & Sons Farms, FM 2334 | 512 Selick Street C | Grapeland | Houston | TX | 75844 936-279-0654 | 936-687-2131 | 20 |
| Mr. | Jones | Porter | | Wade Pennington & Sons Farms, FM 5473 | 512 Selick Street C | Grapeland | Houston | TX | 75844 936-687-2680 | 936-687-2131 | 28.2 |
| Mr. | Jones | Lother | Don | Cow Water Drilling #394 | 698 Country Road 415 | Comanche | Comanche | TX | 79442 254-675-3374 | 254-734-5073 | 14.5 |
| Mr. | Keith | Lother | R | Martin Farm | Rt 1 Box 25 A | Aspermont | Stonewall | TX | 79502 806-384-8963 | 915-888-3345 | 14.5 |
| Mr. | Keith | Robert | | Highland Hill Farm | 1907 FM 2150 | Dublin | Erath | TX | 76446 254-445-3978 | | 110 |
| Mr. | Keith | Ronald | Scott | | 1907 FM 2150 | Emir | Erath | TX | 76446 254-445-3904 | | 82 |
| Ms. | Koonce | | | Koonce Farms | 1800 Hwy 169 #502 | De Leon | Comanche | TX | 75640 | 254-467-2487 | 660 |
| Mr. | Lamar | Lloyd | | Wade Pennington & Sons Farms, FM 4899 | 250 Enfinown Chaput Road | Houston | Houston | TX | 76213 940-866-2789 | 936-372-2401 | 119 |
| Mr. | Lamar | R. | | | 117 County Road 297 | Grapeland | Grapeland | TX | 78644 936-687-2680 | 936-687-2131 | 120 |
| Mr. | Lewis | David | Gene | | Post Office Box 1403 | Bronfindle | Gaines | TX | 79309 915-758-0309 | 915-758-1506 | 123 |
| Mr. | Logan | Philip | S | | 612 Selick Street C | Wendi | Fayette | TX | 76780 979-542-6690 | 979-542-3391 | 60.5 |
| Mr. | Marlin | JW | | Wade Pennington & Sons Farms, FM 178 | 612 Selick Street C | Dunderston | Erath | TX | 75446 254-768-2691 | 254-734-5044 | 154 |
| Mr. | Medine | Tony | M | | 612 Selick Street C | De Leon | Comanche | TX | 76444 214-687-2600 | 936-687-2131 | 31.3 |
| Mr. | Mercer | Timothy | R | | 612 Selick Street C | Addieng | Comanche | TX | 76444 936-687-2680 | 254-734-5073 | 25.6 |
| Mr. | Morgan | Sammy | | Wade Martin Drilling #354 | Rt 1 Box 25A | Comanche | Comanche | TX | 79442 254-879-3374 | | 164.4 |
| Mr. | Olwell | Dollard | | Wade Pennington & Sons Farms, FM 4703 | 1907 FM 2150 | Filona | Stonewall | TX | 79502 806-384-8963 | | 7.5 |
| Mr. | Olwell | Thomas | L | | 370 CR 452 | Dublin | Lamar | TX | 79240 936-687-2131 | 936-682-2131 | 12 |
| Mr. | Parcell | | L | TF Farm | 33545 Dutch Road | Wallon | Comanche | TX | 77484 936-481-0269 | 936-372-2401 | 670 |
| Mr. | Pennington | Glynn | A | | 250 Enfinown Chaput Road | Houston | Grayson | TX | 76252 940-866-2789 | 940-381-4997 | 225.1 |
| Mr. | Parek | Alvin | | Wade Pennington & Sons Farms, FM 109 | 512 Selick Street C | Grapeland | Houston | TX | 75844 936-687-2680 | 936-687-2131 | 41.4 |
| Mr. | Quiriello | Mike | | | 9392 CR Rt 225 | Stephenville | Erath | TX | 76112 | 936-687-2131 | 269 |
| Mr. | Replogle | Walter | | Don Regular Farm | 284 Tupalob Circle | Grapeland | Houston | TX | 78644 | 229-332-4212 | 22.4 |
| Mr. | Regier | Ernel | Wayne | | 16598 FM 459 | Chula | Irwin | TX | 31733 229-382-7923 | 229-332-4212 | 193 |
| Mr. | Robinson Estate Jr. | Jee | Wayne | Wade Pennington & Sons Farms, FM 459 | 16598 FM 459 | Wellington | Collingworth | TX | 73005 806-449-4034 | 806-447-1588 | 20 |
| Mr. | Scarborough | Owen | | | Rt 1 Box 59 | Houston | Houston | TX | 75844 936-687-2680 | 930-687-2131 | 7.6 |
| Mr. | Schiserth | | W | | Rt 1 Box 59 | Lincoln | Lee | TX | 76640 512-567-7641 | | 44.5 |
| Mr. | Slacy | Jimmy | W | | Post Office Box 227 | Fleasanton | Atascosa | TX | 79064 830-569-2397 | 830-569-3492 | 65 |
| Mr. | Sharman | Billy | | B & S Sharonas Farms Inc. | Rt 1 Box 59 | McKay | Motley | TX | 79205 806-489-3357 | 806-349-7641 | 391 |
| Mr. | Sharman | Billy | W | | Rt 1 Box 59 | Quitique | Motley | TX | 79255 806-489-3357 | 806-347-7413 | 204 |
| Mr. | Sherwood | Neal | | | Post Office Box 100 | Turkey | Hall | TX | 79261 806-423-1236 | 930-340-9919 | 380 |
| Mr. | Slacy | Terry | | | Post Office Box 100 | Turkey | Hall | TX | 79261 806-423-1236 | | 28 |
| Mr. | Stacy | Lee | | Staty Farms | 8023 Highway 1027 | Honey Grove | Carbon | TX | 75446 254-252-2922 | 254-631-5961 | 417 |
| Mr. | Underwood | Ray | Dalmin | | 810 CR 479 | Carbon | Eastland | TX | 76431 254-639-1894 | 254-631-1894 | 399 |
| Mr. | Weichenstein | | | | 2590 CR 479 | Carbon | Eastland | TX | 76464 254-734-8043 | 254-734-5872 | 85 |
| Mr. | Huther | Clarence | C | | Flagle | Comanche | Comanche | TX | 76659 915-259-6988 | | 700 |
| Mr. | Stovalle | Julius | | Wade Pennington & Sons Farms, FM 87 | 512 Selick Street C | Grapeland | Houston | TX | 75844 936-687-2680 | 936-687-2131 | 7 |
| Mr. | Wells Estate | Julius | C | Wade Pennington & Sons Farms, FM 90 | 512 Selick Street C | Grapeland | Houston | TX | 75844 936-687-2680 | 936-687-2131 | 21 |
| Mr. | Winfrey | Michael | S | Wade Pennington & Sons Farms, FM 5727 | 512 Selick Street C | Grapeland | Houston | TX | 75844 936-687-2680 | 936-687-2131 | 8.4 |
| Mr. | Pylants | | | | Post Office Box 476 | Houston | Houston | TX | | 936-687-2131 | 162 |
| Mr. | Wood | | | Two We Farms | 308 County Road 331 | Turkey | Hall | TX | 79201 806-423-1048 | 806-346-7417 | 160 |
| Ms. | Heidi & Ineez | | | A.I.H.M. Inc. | 308 County Road 331 | Chillicothe | Wilbarger | TX | 79225 940-862-3375 | 940-237-2401 | 25 |
| | | | | F.A.C.E. Inc. | 394 County Road 331 | NC-4 Box 608-B | Swaninda | TX | 79390 915-758-26144 | 915-758-8483 | 252.9 |
| | | | | Wade Pennington & Sons Farms, FM 4/98 | 512 Selick Street C | Grapeland | Houston | TX | 75844 935-687-2680 | 936-687-2131 | 9.4 |
| | | | | Wade Pennington & Sons Farms, FM 5727 | 512 Selick Street C | Grapeland | Houston | TX | 75844 935-687-2680 | 936-687-2131 | 196 |
| | | | | Two We Farms | Post Office Box 476 | Hall | Hall | TX | 79241 806-423-1048 | 806-346-7417 | 213 |
| | | | | M.E. Walman Farms, Inc. | Post Office Box 506 | Hardeman | Hardeman | TX | 79252 940-663-2256 | 940-663-6101 | 380 |

| TITLE | LAST | FIRST | M.I. | FARM NAME | ADDRESS | CITY | COUNTY | STATE | ZIP | FIRST TELEPHONE | SECOND TELEPHONE | POUNDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Barnes | James | C | | 4974 Hartsfield Road | Marianna | Jackson | FL | 32446 | 850-482-7475 | 850-482-7165 | 127 |
| Mr. | Beauchamp, Jr. | J | L | | 899 Cascade Lane | Marianna | Jackson | FL | 32448 | 850-762-3892 | | 45 |
| Mr. | Blackmon | Preston | W | Preston Blackmon | 4882 Hwy 4 | Jay | Santa Rosa | FL | 32565 | 850-675-2409 | 850-675-4067 | |
| Mr. | Diamond | Joseph | M | Diamond Farms | 12760 Chumuckla Hwy | Jay | Santa Rosa | FL | 32565 | 850-675-2772 | 850-675-5460 | 131 |
| Mr. | Dilly | Joseph | C | Dilly Farms | 5464 McAnulty Road | Bascom | Jackson | FL | 32423 | 850-569-2984 | 850-209-2108 | 160.8 |
| Mr. | Edwards | Allan | J | | 2108 Mineral Springs Road | Jay | Santa Rosa | FL | 32565 | 850-675-5706 | 850-336-3461 | 115 |
| Mr. | Everett | Kenneth | M | | 4720 Auburn Rd | Malone | Jackson | FL | 32445 | 850-594-2339 | | 82 |
| Mr. | Floyd | Roland | C | | Post Office Box 476 | Jay | Santa Rosa | FL | 32565 | 850-675-2126 | | 146.8 |
| Mr. | Greggs | RD | O | Greggs Farms | 517 Joe Anderson Rd | DeFuniak Springs | Walton | FL | 32433 | 850-892-6626 | | 65 |
| Mr. | Jones | Wyman | L | | 6057 Jay's Way | Milton | Santa Rosa | FL | 32570 | 850-623-2483 | | 8.5 |
| Mr. | Lowry | Daunie | Frank | Lowry's Farm | 2118 Lee Morris Road | Jay | Santa Rosa | FL | 32565 | 850-675-8972 | 850-675-0183 | |
| Mr. | Mooneyham, Jr. | Milton | M | Mooneyham Farms | 3146 Darnel Road | Grand Ridge | Jackson | FL | 32440 | 850-592-8542 | 850-482-9759 | 5 |
| Mr. | Peterson | Franklin | R | | 1665 Shiloh Church Locop | Graceville | Jackson | FL | 32440 | 850-263-3625 | 850-482-8700 | 191 |

| TITLE | LAST | FIRST | M.I. | FARM NAME | ADDRESS | CITY | COUNTY | STATE | ZIP | FIRST TELEPHONE | SECOND TELEPHONE | ACRES | (General Exc) |
|-------|------|-------|------|-----------|---------|------|--------|-------|-----|-----------------|------------------|-------|------|
| Mr. | Berry | Wallace | A | W.A. Berry & Son | 680 Browntown Road | Bishopville | Lee | SC | 29010 | 803-428-3853 | | 4985.5 | yes |
| Mr. | Marsh | William | R | Will Marsh Farms | 6650 T.O. McLeod Road | Reinhert | Lee | SC | 29128 | 803-432-7457 | | 80 | |

| TITLE | LAST | FIRST | M.I. | FARM NAME | ADDRESS | CITY | COUNTY | STATE | ZIP | FIRST TELEPHONE | SECOND TELEPHONE | ACRES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Abernathy | James | D | | 24101 Courthouse Road | Stony Creek | Sussex | VA | 23882 | 804-478-4629 | | 50 |
| Ms. | Allen | Pauline | | | 358 Hilltop Lane | Skippers | Greensville | VA | 23879 | 434-634-5367 | | 26.5 |
| Mr. | Allen | Joseph | W | | 358 Hilltop Lane | Skippers | Greensville | VA | 23879 | 434-634-5367 | | 68 |
| Mr. | Allen | Michael | Stephen | | 358 Hilltop Lane | Skippers | Greensville | VA | 23879 | 434-634-5367 | | 68 |
| Mr. | Allen | Henry | | | 358 Hilltop Lane | Skippers | Greensville | VA | 23879 | 434-634-5367 | | 63 |
| Mr. | Allen | Ronnie | L | | 6464 Brink Road | Emporia | Greensville | VA | 23847 | 434-348-3167 | | 60 |
| Mr. | Allen | Sherman | F | | 847 Allen Town Road | Emporia | Greensville | VA | 23847 | 434-634-8804 | | 77 |
| Mr. | Allen | Gilbert | Earl | | 2597 Beef Road | Emporia | Greensville | VA | 23847 | 434-634-5163 | 252-537-4147 | 77 |
| Mr. | Allen, Sr. | Cecil | W | | 1167 Halls Island Road | Emporia | Greensville | VA | 23847 | 434-634-4236 | | 53 |
| Mr. | Appel, Jr. | John | | Gum Corner Farms | 89 Golden Hill Road | Elberon | Surry | VA | 23846 | 757-294-3915 | 757-734-3933 | 225.7 |
| Mr. | Bain | William | B | | 19509 Bain Road | Dinwiddie | Dinwiddie | VA | 23841 | 804-478-4832 | 804-586-3400 | 500 |
| Mr. | Bain | Warren | C | | 14512 Sleepy Hollow Road | Dinwiddie | Dinwiddie | VA | 23841 | 804-469-7230 | | 150 |
| Mr. | Barlow | Joseph | H | Bain Plantations Inc. | 898 Cherry Grove Road N. | Suffolk | Suffolk | VA | 23432 | 757-238-2062 | 757-544-1836 | 53 |
| Mr. | Barnes | Harvey | M | :Cotton Plains Farms, Inc. | 21087 Peters Bridge Road | Yale | Sussex | VA | 23897 | 434-246-4247 | 804-586-7528 | 186.5 |
| Mr. | Barnes | Richard | R | | 4079 Staples Lane Road | Emporia | Greensville | VA | 23847 | 434-634-2628 | | 60 |
| Mr. | Barnes | Charles | R | | 11204 Hardwood Creek Road | Stony Creek | Sussex | VA | 23882 | 804-478-4067 | 804-479-4985 | 17.5 |
| Mr. | Barnes | Francis | W | | 19105 Boisters Road | Stony Creek | Sussex | VA | 23882 | 804-478-4173 | 804-691-1351 | 225.6 |
| Yes | Barnes | Wayne | | | 19315 Courthouse Road | Dinwiddie | Dinwiddie | VA | 23841 | 804-469-3118 | 804-731-0081 | 195 |
| Mr. | Barnett, Jr. | Harry | G | | 33440 Statesville Road | Newsoms | Southampton | VA | 23874 | 757-654-8509 | | 14.15 |
| Mr. | Berryman | E | | | 31182 Beachland Road | Elberon | Surry | VA | 23846 | 757-294-3905 | 757-451-8120 | 494 |
| Mr. | Blaha | Alvin | McDonald | Beechland Farms, Inc. | 10149 Squirrel Level Road | Petersburg | Prince George | VA | 23803 | 804-733-0280 | 804-891-0755 | 93 |
| Mr. | Blount | Theron | H | Laurel Farms Inc. | 9074 Blounts Corner Road | Smithfield | Isle of Wight | VA | 23430 | 757-357-2395 | | 64 |
| Mr. | Breske, Jr. | Alex | W | | 10080 Pole Run Road | Smithfield | Isle of Wight | VA | 23430 | 804-481-0587 | 804-891-0813 | 133.3 |
| Mr. | Bma | Johnny | L | | 655 Deerfield Road | Emporia | Greensville | VA | 23847 | 434-348-0118 | 434-837-2321 | 96 |
| Mr. | Bma | Rosa | B | | 677 Deerfield Road | Emporia | Greensville | VA | 23847 | 434-834-4419 | | 17 |
| Mr. | Bma | Joe | R | | 675 Deerfield Road | Emporia | Greensville | VA | 23847 | 434-634-5039 | | 125.9 |
| Mr. | Brock, Jr. | John | M | | 1047Baconn Castle Trail | Surry | Surry | VA | 23883 | 757-357-2311 | 757-357-6159 | 148 |
| Mr. | Brothers | | | | 8244 Goodrich Lane | Smithfield | Isle of Wight | VA | 23430 | | | 380 |
| Mr. | Brown | Griffin | | | 32482 School House Road | Smithfield | Southampton | VA | 23851 | 757-562-4249 | | 151.5 |
| Mr. | Brown | Lawerence | W | Brown Farms | 34442 Sandy Ridge Road | Franklin | Southampton | VA | 23851 | 757-562-8681 | | 15 |
| Mr. | Bryant | Roeser | E | Sleepy Hollow Farms | 9520 Longnand Road | Franklin | Southampton | VA | 23851 | 434-634-8644 | | 47.5 |
| Mr. | Bryant, Jr. | Raymond | | Bryant Farms | 18211 Sedley Road | Sedley | Southampton | VA | 23878 | 757-562-4404 | | 31.5 |
| Mr. | Bulls | James | A | | 8516 Fire Tower Road | Windsor | Southampton | VA | 23487 | 757-242-4504 | 757-242-3227 | 153 |
| Mr. | Bynum | Cecil | R | Cecil R. Bynum Farms, Inc. | 22810 Carson Road | Dinwiddie | Dinwiddie | VA | 23841 | 804-469-7487 | 804-731-0302 | 276 |
| Mr. | Chappell, Jr. | William | | Chappell Farms LLC | 25408 Mill Run Road | Dinwiddie | Sussex | VA | 23882 | 804-478-4301 | | 194 |
| Mr. | Clark | Ray | M | Clark Farms LLC | Post Office Box 10 | Drewryville | Southampton | VA | 23844 | 757-453-9750 | 434-655-4113 | 209.7 |
| Mr. | Claud | John | M | | 600 Beef Road | Emporia | Greensville | VA | 23847 | 434-634-2075 | 252-536-8026 | 6 |
| Mr. | Clements | Tom | | Walnut Tree Farm | 552 Beef Road | Emporia | Greensville | VA | 23851 | 757-582-5026 | | 100 |
| Mr. | Clements | Jeffrey | C | | 32450 Sycamore Church Road | Franklin | Southampton | VA | 23851 | 757-582-6756 | | 39.9 |
| Ms. | Cobb | Robert | E | | 34622 Statesville Road | Newsoms | Southampton | VA | 23874 | 757-654-6756 | | 6 |
| Mr. | Cobb | Catherine | B | Cobb's Farm | 35025 Burdette Road | Franklin | Southampton | VA | 23851 | 757-562-5532 | | 7 |
| Mr. | Collier | Roger | T | Tomblin Farm | 1984 Hickory Hill Road | Waverly | Sussex | VA | 23890 | 804-834-2164 | 757-547-9032 | 175 |
| Mr. | Copeland | Peter | F | Copeca Farms | 28085 Bethany School Road | Franklin | Southampton | VA | 23851 | 757-569-8141 | 757-651-9730 | 90.5 |
| Mr. | Crumpler | Leslia | | Sandy Ridge Farms, Inc. | Monroe Road | Franklin | Southampton | VA | 23851 | 757-562-6730 | | 16.35 |
| Mr. | Curley | Edmond | R | | 8407 Sussex Drive | Sussex | Sussex | VA | 23822 | 434-246-5801 | | 34 |
| Mr. | Daniel | Joan | G | | 4712 Reeves Pond Drive | Chester | Chesterfield | VA | 23831 | 804-768-8695 | | 4 |
| Mr. | Dianis | Matthew & George | | Dianis Brothers | 938 Deenfield Road | Emporia | Greensville | VA | 23847 | 434-634-2531 | 434-634-4819 | 398 |
| Mr. | Doyle | Joey | G | | | Emporia | Greensville | VA | 23847 | 434-634-9986 | 434-894-7262 | 320 |
| Mr. | Rodger | Michael | R | RE and Rodger R. Drake, Inc. | 25232 Drake Drive | Newsoms | Southampton | VA | 23874 | 757-654-9723 | 757-451-8578 | 127.7 |
| Mr. | Drake | Michael | G | Sandy Ridge Farms, Inc. | 31251 Sands Road | Newsoms | Southampton | VA | 23874 | 757-654-6400 | | 134.75 |
| Mr. | Drake | Edward | S | | 30193 Statesville Road | Newsoms | Southampton | VA | 23874 | 757-654-6539 | | 151 |
| Mr. | Drake | Rodger | | D & T Farms | 25232 Drake Drive | Newsoms | Southampton | VA | 23874 | 757-654-9723 | 757-651-8576 | 142.8 |
| Mr. | Drake | George | B | | 32055 Bearss Church Circle | Newsoms | Southampton | VA | 23874 | 757-654-9567 | | 11 |
| Mr. | Drake, Jr. | George | T | George T. Drake & Son, Inc. | Post Office 73 | Newsoms | Southampton | VA | 23874 | 757-654-0936 | 757-654-6853 | 154.2 |
| Mr. | Drake, Jr. | Walter | F | Drake Farms | 31398 Sunbeam Road | Newsoms | Southampton | VA | 23874 | 757-562-4682 | | 186 |
| Mr. | Drake, Jr. | Willie | | Drake Brothers Farms | 31147 Sands Road | Newsoms | Southampton | VA | 23874 | 757-654-8500 | | 185 |
| Mr. | Drewry | Burton | L | BLD Farms LLC | 907 Forest Lane | South Hill | Mecklenburg | VA | 23970 | 434-447-8044 | | 7.5 |
| Mr. | Drewry | David & Burton | | Magnolia Farms | 807 Forest Lane | South Hill | Mecklenburg | VA | 23970 | 434-447-8044 | | 20.2 |
| Mr. | Drewry, III | John | H | Drewry Lane Farms | Post Office Box 322 | Boykins | Southampton | VA | 23827 | 757-562-2900 | 757-629-7307 | 32 |
| Mr. | Drewry, Jr. | Sam | B | S.B. Drewry, Jr. Farms | 31048 Little Texas Road | Boykins | Southampton | VA | 23828 | 757-654-9777 | 757-654-0005 | 135.8 |
| Mr. | Dunn | Keith | B | | 21087 Peters Bridge Road | Yale | Sussex | VA | 23897 | 434-246-5820 | 804-731-5043 | 186.5 |
| Mr. | Dunn | Harvey | M | | 21087 Peters Bridge Road | Yale | Sussex | VA | 23897 | 434-246-4247 | 804-586-7528 | 166.5 |
| Mr. | Dunn | John | William | | 18518 Corrans Wells Road | Yale | Sussex | VA | 23897 | 434-246-5408 | 804-691-3400 | 237 |
| Mr. | Edwards | Kenny | O | | 23012 The Hall Road | Branchville | Southampton | VA | 23828 | 757-654-9522 | 757-654-9622 | 194.5 |

| | Last Name | First | MI | Farm / Business | Address | Town | County | State | ZIP | Phone | No. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Edwards | Philip | T | Philip Edwards Farms | 13463 Bemis Church Boulevard | Smithfield | Isle of Wight | VA | 23430 | 757-357-2639 | 93 |
| Mr. | Edwards | Gregory | S | Edwards Farms | 29210 Little Texas Road | Branchville | Southampton | VA | 23828 | 434-654-4770 | 93 |
| Mr. | Edwards | Drew | | Edwards Farms | 29210 Little Texas Road | Branchville | Southampton | VA | 23828 | 434-658-4728 | 28.1 |
| Mr. | Edwards | Gene | A | | 29230 Little Texas Road | Branchville | Southampton | VA | 23828 | 434-658-3310 | 5.1 |
| Mr. | Ellis | Partridge | A | Oak Grove Diary | Post Office Box 178 | Boykins | Southampton | VA | 23827 | 757-654-8412 | 65 |
| Mr. | Epps | William | H | | 7031 E Colonial Trail | Surry | Surry | VA | 23683 | 757-357-2945 | 57 |
| Mr. | Everett | Randy | | E & E Crop Management | 18291 Concord Sappony Road | Stony Creek | Sussex | VA | 23882 | 434-246-2515 | 358 |
| Mr. | Everett | Lance | V | Old Hickory Farms, Inc. | 28818 Courthouse Road | Sussex | Sussex | VA | 23929 | 434-654-4708 | 238 |
| Mr. | Everett, Jr. | Marvin | L | Everett Farms | 17413 Everett Road | Capron | Southampton | VA | 23829 | 434-658-4343 | 51.6 |
| Mr. | Fajna | John | L | | 4270 Purdy Road | Emporia | Greensville | VA | 23847 | 434-634-4343 | 4.75 |
| Mr. | Fajna, Jr. | John | L | Sandy Grove Farms, Inc. | 4270 Purdy Road | Emporia | Greensville | VA | 23847 | 434-634-4251 | 7 |
| Mr. | Farms | Whley | | | Post Office Box 57 | Boykins | Southampton | VA | 23827 | 757-654-0005 | 47.5 |
| Mr. | Farms | Drapr | | | 18483 Oxbit Road | Windsor | Southampton | VA | 23487 | 757-242-6812 | 300 |
| Mr. | Farms, Inc. | Babb | | | 30385 Vicks Millpond Road | Branchville | Southampton | VA | 23068 | 757-383-0184 | 57 |
| Mr. | Felts | Charles | D | | 32222 East Street | Branchville | Southampton | VA | 23827 | 757-654-6240 | 60 |
| Mr. | Felts | Brent | F | Felts Farms, Inc. | 30346 Shiloh Road | Capron | Southampton | VA | 23027 | 757-617-9115 | 80 |
| Mr. | Felts | Larry | P | | 1570 Brine Road | Boykins | Southampton | VA | 23027 | 757-641-8899 | 100 |
| Ms. | Felts | James (Jamie) | S | | 1570 Brine Road | Boykins | Southampton | VA | 23047 | 434-634-4467 | 135.45 |
| Mr. | Ferguson, Jr. | James | S | | 15002 Pinopolis Road | Emporia | Greensville | VA | 23847 | 434-430-1335 | 132.65 |
| Mr. | Ferguson, Sr. | James | | | 15185 Pinopolis Road | Boykins | Southampton | VA | 23827 | 434-634-4719 | 125 |
| Ms. | Francis | Glenn | | | Post Office Box 128 | Emporia | Greensville | VA | 23827 | 434-658-3127 | 15 |
| Mr. | Francis | Brian | P | | Post Office Box 148 | Branchville | Southampton | VA | 23828 | 757-654-6483 | 96.8 |
| Mr. | Fuhrell, Jr. | Harold | | | 34618 Burnt Reed Road | Sussex | Southampton | VA | 23888 | 434-248-6811 | 100 |
| Mr. | Gill, Jr. | Calvin | Carter | Gray Farms | 5374 Kingswood Drive | Sussex | Sussex | VA | 23827 | 757-654-6903 | 252 |
| Ms. | Gray | Wayne | B | | 22627 Crown Keys Road | Newsoms | Southampton | VA | 23874 | | 31.9 |
| Ms. | Gray | Glenn | H | | 1750 Zion Church Road | Emporia | Greensville | VA | 23847 | 434-348-3888 | 84 |
| Mr. | Gray | James | W | | 1690 Fiddlers Road | Emporia | Greensville | VA | 23827 | 757-654-9895 | 8.5 |
| Mr. | Gray | Jimmy | C | | 34490 Bufri Reed Road | Boykins | Southampton | VA | 23827 | 757-654-6885 | 105.6 |
| Mr. | Gray | Roger | W | | 34490 Bufri Reed Road | Boykins | Southampton | VA | 23827 | 757-424-2857 | 105.6 |
| Mr. | Gray, Jr. | Roger | C | | 1419 Brunswick Avenue | Norfolk | | VA | 23500 | 434-634-2995 | 24.5 |
| Mr. | Hall | Ira | B | | 8035 Purdy Road | Emporia | Greensville | VA | 23847 | 757-569-9741 | 122.5 |
| Ms. | Hamell | Jesse | C | C.G. Glover Farms, Inc. | 26323 Sparrow Lane | Carrsville | Isle of Wight | VA | 23315 | 757-569-9976 | 22 |
| Ms. | Hamell | Sandra | B | | 6205 Courthouse Road | Church Road | Chesapeake | VA | 23830 | 804-469-4510 | 72.6 |
| Mr. | Harrison | Preston | B | | 9045 Chevy Lane | Carson | Dinwiddie | VA | 23851 | 757-892-8481 | 282 |
| Mr. | Haville | Lisa | Edward | | 18002 Line Pine Road | Franklin | | SC | 29732 | 434-654-8838 | 3.3 |
| Mr. | Hatfield | | | | 5374 Kingswood Drive | Rock Hill | | SC | 29732 | 434-634-5330 | 444 |
| Mr. | Hawer | Glenn | H | | 1750 Zion Church Road | Greensville | Greensville | VA | 23847 | 434-634-3204 | 66 |
| Mr. | Hawkins | | | | 1690 Fiddlers Road | Emporia | Greensville | VA | 23847 | 434-348-3898 | 11 |
| Mr. | Hawkins | Jimmy | | | East Street | Emporia | Greensville | VA | 23827 | 757-654-9618 | 3.3 |
| Mr. | Hawkins | Jason | | | 5889 Holybush Road | Smithfield | Southampton | VA | 23881 | 757-317-9536 | 43.5 |
| Ms. | Hawthorne | Lilly | L | Cross Roads Farms | 2913 Longstreet Lane | Spring Grove | Surry | VA | 23487 | 757-498-4751 | 235 |
| Mr. | Hidlsworth | David | D | | 6568 Redmond Road | Suffolk | Suffolk | VA | 23437 | 757-657-2468 | 130 |
| Mr. | Hidland | Edwin | D | | 17944 Dry Break Road | Suffolk | Suffolk | VA | 23867 | 434-246-5986 | 119 |
| Mr. | Hidland | Jason | B | | 19035 Wallace's Mill Road | Jarratt | Sussex | VA | 23841 | 434-634-2249 | 100 |
| Mr. | Holloway | Clinton | W | Oak View Farm | 17944 Dry Break Road | Emporia | Sussex | VA | 23827 | 434-535-8123 | 76 |
| Mr. | Holloway | Thomas | E | | 23154 Stokes Road | Yale | Sussex | VA | 23887 | 434-637-7468 | 119.5 |
| Mr. | Ivey | William | W | | Post Office 29 | Jarratt | Yale | VA | 23897 | 434-638-8151 | 15 |
| Mr. | Jarratt | Melvin | A | | 23116 Stokes Road | Yelle | Sussex | VA | 23897 | 434-536-4151 | 119 |
| Mr. | Jarratt | Benjamin | | | 23116 Stokes Road | Boykins | Sussex | VA | 23897 | 757-854-8016 | 222 |
| Mr. | Jarratt | Benjamin | Earl | | 29436 Johnson Drive | Carson | Southampton | VA | 23920 | 804-834-3984 | 254 |
| Mr. | Jarratt | Alvis | L | | 20070 Cabin Point Road | Carson | Southampton | VA | 23437 | 757-657-6643 | 10.4 |
| Mr. | Johnson | Richard | J | | 7821 Ruritan Boulevard | Suffolk | Suffolk | VA | 23437 | 757-657-6643 | 301.13 |
| Mr. | Johnson | Matthew | E | J & J Farms | 7821 Ruritan Boulevard | Boykins | Southampton | VA | 23437 | 757-657-9892 | 159 |
| Mr. | Johnson | James | D | | 29161 Porter House Road | Windsor | Southampton | VA | 23487 | 757-242-4466 | 225 |
| Mr. | Johnson | Joseph | W | Jones Farms, Inc. | 27081 Little Norfolk Road | Surry | Surry | VA | 23883 | 757-294-3508 | 15 |
| Mr. | Jones | James | Ray | | 586 Chestnut Farm | Disputanta | Prince George | VA | 23842 | 804-733-2868 | 110.4 |
| Mr. | Jones, Jr. | Thomas | E | | 14007 Prince George Drive | Disputanta | Prince George | VA | 23844 | 804-861-8649 | 20 |
| Mr. | Jones | James | H | | 27030 Old Church Road | Drewryville | Southampton | VA | 23827 | 757-562-2701 | 4 |
| Mr. | Kanurest | William | | | 7985 Ruritan Boulevard | Suffolk | Suffolk | VA | 23827 | 434-658-4649 | 29 |
| Mr. | Kindred | | T | | 33272 Princess Drive | Boykins | Southampton | VA | 23827 | 804-834-3453 | 40 |
| Mr. | Knight | | C | | 1182 Newsome Lane | Emporia | Greensville | VA | 23847 | 434-634-3453 | 81 |
| Ms. | Lassiter, Jr. | Barbara | | Lee Farms | 34059 Burnt Reed Road | Boykins | Southampton | VA | 23827 | 434-634-4816 | 40 |
| Mr. | Rolo | Wilmer | M | | 1182 Newsome Lane | Emporia | Greensville | VA | 23847 | 434-634-4874 | 84 |
| Mr. | Lee | David | B | Lee Farms | 20099 Sussex Drive | Greensville | Sussex | VA | 23860 | 804-834-3549 | 94 |
| Mr. | Lowsry | Preston | T | | 34481 Meherrin Road | Boykins | Southampton | VA | 23827 | 804-834-3549 | 113.25 |
| Mr. | Mann | | J | Michael | | | | | | | |

SEP. 6. 2005 5:31PM    No.030  P. 8

| Title | Last Name | First Name | MI | Farm/Business | Address | Town | State | Zip / Phone | Phone | Acres |
|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Mann | Melvin | E | Marks Farms | 34327 Marksam Road | Boykins | VA | 23837 757-654-9409 | 757-641-8206 | 360 |
| Mr. | Marks | Michael | J | | 22833 Popes Station Road | Capron | VA | 23829 434-658-4911 | 757-641-8206 | 350 |
| Mr. | Matthews | C | G | C.G. Matthews & Son, Inc. | 31408 Statesville Road | Newsoms | VA | 23874 757-654-6823 | | 190.4 |
| Mr. | Moore | Glenn | R | Moore Farms | 3893 Skippers Road | Skippers | VA | 23879 434-634-6049 | 434-634-5662 | 291 |
| Mr. | Moss | Michael | W | | 955 Meadow Brink Road | Emporia | VA | 23847 434-634-5928 | 804-586-8917 | 77 |
| Mr. | Nottingham, Jr. | John | M | Newsome Farms | 9771 Little Longwood Road | Criterion | VA | 23316 757-678-7643 | | 125 |
| Mr. | Owen | Patrick | L | Post Office Box 4B | | Emporia | VA | 23847 434-634-2217 | | 55 |
| Mrs. | Owen | Charles | H | RMC Owen Farm | 4428 Hunt Road | Jarratt | VA | 23867 434-348-3269 | | 154 |
| Mr. | Owen | Robert | T | R.T. Owen & Sons L.L.C. | 303 Halifax Road | Jarratt | VA | 23867 434-348-4779 | 434-535-8282 | 125 |
| Mr. | Parson | Fredrick | P | | 16003 Parson Lane | Stony Creek | VA | 23882 434-656-4457 | | 53 |
| Mr. | Partridge | Eddie | A | | 25308 Drewry Road | Drewryville | VA | 23844 757-357-7094 | 757-651-8451 | 160 |
| No. | Pittman, Jr. | Robert | D | Pittman Farms | 313 Ivey Street | Surry | VA | 23883 757-357-7094 | 804-731-4644 | 65 |
| Mr. | Poarch, Sr. | William | S | | 7134 Colonial Trail E | Surry | VA | 23883 757-294-3245 | 804-731-4644 | 230 |
| Mr. | Pope | Jeffrey | W | Magnolia (1089) | 13009 Cedar View Road | Jarratt | VA | 23844 434-535-8901 | 804-370-2224 | 20.2 |
| Mr. | Pope | Sam | E | Home Farm (3257) | 13009 Cedar View Road | Drewryville | VA | 23844 434-658-8515 | 804-370-2224 | 15.0 |
| Mr. | Pope | Jeffrey | W | Ross Hill (2339) | 13009 Cedar View Road | Drewryville | VA | 23844 434-658-8515 | 804-370-2224 | 7.5 |
| Mr. | Pope | Mark | W | Smith Farm (2417) | 13009 Cedar View Road | Drewryville | VA | 23844 434-658-8515 | 804-370-2224 | 72.6 |
| No. | Porter | J.L. | | B.L. & R.R. Farms, Inc. | 28158 Sunbeam Road | Southhampton | VA | 23874 757-562-8484 | | 18.25 |
| No. | Porter | J.L. | | B.L. & R.R. Farms, Inc. | 25485 General Thomas Hwy | Southhampton | VA | 23874 757-454-4999 | | 105.76 |
| No. | Porter | Bobby | L | | 8747 Brink Road | Newsoms | VA | 23874 434-634-0199 | 434-637-0468 | 86.5 |
| No. | Powell | Kenny | W | | 6747 Brink Road | Emporia | VA | 23847 434-634-3245 | | 125 |
| No. | Powell, III | Robert | H | Post Office Box 3037 | | Norfolk | VA | 23514 757-624-3245 | | 210 |
| Mr. | Redd, Jr. | Charles | | Powell Farms L.L.C. | 5495 W. Blackwater Road | Zuni | VA | 23898 757-242-6817 | 757-242-6740 | 70 |
| Mr. | Ridout | Charles | W | Redd & Redd | 16803 Hardwood Creek Road | Stony Creek | VA | 23870 804-478-4925 | 804-720-7838 | 10 |
| Mr. | Ridout | Nannie | P | | 2708 Eagle Rock Road | Pattersburg | VA | 23870 804-732-0867 | | 25 |
| Mr. | Ridout, Jr. | James | R | | 4415 Hunt Road | Jarratt | VA | 23897 434-348-3946 | 434-832-3245 | 145 |
| Mr. | Ridout, Sr. | James | R | | 4374 Hunt Road | Sussex | VA | 23897 434-348-3088 | 434-894-3255 | 4.9 |
| Mr. | Robinson | Jack | C | | 8755 Brink Road | Emporia | VA | 23847 434-634-4220 | | 4.25 |
| Mr. | Robinson | Sidney | R | Randy Robinson Farms | 2578 Oldevann Road | Greensville | VA | 23847 434-634-5374 | 434-634-0567 | 4.9 |
| Mr. | Robinson | Jack | R | | 2578 Oldevann Road | Greensville | VA | 23847 434-634-5500 | 804-894-0070 | 214.2 |
| Mr. | Robinson | Mike | W | Mike Robinson Farms, Inc. | 2498 Oldevann Road | Greensville | VA | 23888 757-389-4477 | 757-650-8871 | 36.8 |
| Mr. | Rogers | Jerry | L | | 722 White Marsh Road | Wakefield | VA | 23043 757-539-1276 | | 114 |
| Mr. | Savage | William | C | | 2413 Joshua Lane | Suffolk | VA | 23898 757-889-5151 | 757-899-6639 | 11 |
| Mr. | Saredge | Sarah | P | | 124 E. Pinecrest Road | Wakefield | VA | 23840 804-834-2895 | 804-899-9735 | 173 |
| Mr. | Sebera | John | R | | 22464 Cabin Point Road | Disputanta | VA | 23842 804-834-2376 | 804-834-3489 | 115 |
| Mr. | Seward | Robert | W | | 12812 Old Folly Road | Waverly | VA | 23890 804-834-1415 | 804-898-9233 | 50 |
| Mr. | Smith | Carter | A | Carter A. Smith Farms LLC | 12613 Pinopolis Road | Boykins | VA | 23827 434-658-4801 | 434-658-4233 | 50 |
| Mr. | Smith | Stuart | M | Stuart M. Smith Farms LLC | 12260 Pinopolis Road | Branchville | VA | 23827 757-854-6463 | 757-620-9361 | 50 |
| Mr. | Smith | R | | | 14506 Banks Lane | Boykins | VA | 23827 | | 33.4 |
| Mr. | Smith | Margaret | R | | 32418 S Main Street | Southhampton | VA | 23434 757-934-1478 | 757-886-2927 | 332.4 |
| Mr. | Spedelt | Robert | B | Greenway Farms LTD | 331 Sussex Court | Suffolk | VA | 23890 804-478-4723 | 804-731-8285 | 100 |
| Mr. | Spiers | Douglas | W | Wayne Spires Farming | 25715 Courthouse Road | Stony Creek | VA | 23890 804-478-4723 | 434-246-1116 | 22 |
| Mr. | Spiers | Allce | B | | 25715 Double Bean Road | Stony Creek | VA | 23882 434-246-1322 | | 160 |
| Mr. | Spiers | Robert | H | | 21718 Double Bean Road | Newsoms | VA | 23874 757-654-9479 | | 2 |
| Mr. | Story | Louise | W | | 21944 Cypress Bridge Road | Newsoms | VA | 23803 804-590-1507 | | 20 |
| Mr. | Temple | Major | B | | Post Office Box 4501 | Petersburg | VA | 23437 757-657-8543 | | 7.85 |
| Mr. | Thomas | Horace | | | 315 Kings Road | Holland | VA | 23874 757-664-6290 | 757-664-9688 | 200 |
| Mr. | Thomas | George | | Oakland Farms | 34577 Marsha Road | Newsome | VA | 23874 757-653-0852 | 757-641-0103 | 161.7 |
| Mr. | Thorpe | John | B | JB Thorpe Farms | 34134 Statesville Road | Southhampton | VA | 23837 757-653-0852 | 757-641-8202 | 4.9 |
| Mr. | Thorpe | Matthew | T | JB Thorpe Farms | 32769 Barnes Church Circle | Newsome | VA | 23874 757-654-0166 | 757-641-0154 | 13.1 |
| Mr. | Trout | Steven | Hall | | 5404 Skaldday Avenue | Norfolk | VA | 23509 757-440-9872 | | 6.8 |
| Mr. | Vedey | Benjamin | | | 49865 Purdy Road | Emporia | VA | 23847 757-854-4364 | 757-539-7451 | 30 |
| Mr. | Weaver | Harry Lee | H | | 8201 Plantelow Road | Suffolk | VA | 23437 757-988-4180 | 757-630-8149 | 118.2 |
| Mr. | West | James (Jim) | R | | 5773 Greenhead Road | Courtland | VA | 23437 757-653-0852 | 757-641-0154 | 12.6 |
| Mr. | Wayland | Robert | | | 23236 Greenhead Road | Courtland | VA | 23837 757-653-0852 | 757-641-0154 | 103 |
| Mr. | Williams | James | | | 23236 Greenhead Road | Emporia | VA | 23847 | | 14.3 |
| Mr. | Woodruff, Jr. | John | | 10378 Brink Road | | Southhampton | VA | 23847 757-654-6871 | 757-377-8283 | 6.8 |
| Mr. | Wormell | Howard | Carter | ROSEWORREL | 33128 Olden Chapel Road | Boykins | VA | 23847 434-634-5285 | | 155.375 |
| Mr. | Wrey | Aubry | E | Shady Oaks Farm Inc. | 3834 Wythe Mill Road | Greensville | VA | 23897 434-430-7282 | 434-430-7282 | 104 |
| Mr. | Young | Walter | L | Rose Valley Farms | 25250 Delaware Road | Courtland | VA | 23837 757-562-5293 | 757-835-9438 | 70 |
| | | | | Fox Farms | Post Office Box 176 | Boykins | VA | 23827 757-654-6412 | | 21 |

| TITLE | LAST | FIRST | MI | FARM INC | ADDRESS | CITY | COUNTY | STATE | ZIP | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Anderson | Henry | | | 3303 Curtis Ellison Rd | Gordon | Houston | AL | 36343 | 334-522-3597 | 35 |
| Mr. | Armstrong | Chadwick | J | Farm No. 30/37 | 700 East Main Street | Headland | Henry | AL | 36345 | 334-671-1723 | 549 |
| Mr. | Armstrong | Dathan | J | Armstrong Farms, Inc. | 700 East Main Street | Headland | Henry | AL | 36345 | 334-693-5319 | 367 |
| Mr. | Baxley | Terry | | Baxley Farms | 2801 Co. Rd. 38 | Headland | Henry | AL | 36345 | 334-693-3130 | 956.8 |
| Mr. | Boswell | Blane | M | B & T Farms, LLP | 410 Boswell Road | Pansey City | Houston | AL | 36868 | 334-237-3331 | 430 |
| Mr. | Boyd | Lloyd | D | | Rt. 3 Box 206-A | Opp | Corr | AL | 35467 | 334-897-3134 | 71 |
| Mr. | Byrd | Eddie | O | | 1480 County Rd 174 | Opp | Forgia | AL | 33443 | 334-493-2944 | 631.6 |
| Mr. | Conway | Daniel | B | Bruce Conway Farms | 18225 Co. Rd. 4 | Gordon | Houston | AL | 35543 | 334-623-3912 | 20 |
| Mr. | Cook | Eugene | | | 191 E & S.S Farm Blvd | Eufaula | Barbour | AL | 36027 | 334-687-4928 | 91 |
| Mr. | Corbett | Samuel | D | | 278 County Rd 468 | Ozark | Pike | AL | 36305 | 334-347-4172 | 160 |
| Mr. | Davis | Louis | C | | County Road 22202 Box 1572 | Coffee | Coffee | AL | 35467 | 334-897-3331 | 12 |
| Mr. | Davis | Ronald | R | | Post Office Box 332 | Clayton | Barbour | AL | 36016 | 334-493-4081 | 242 |
| Mr. | Donofrion | David | | | PO 1294 | Opp | Covington | AL | 35467 | 334-493-4081 | 65 |
| Mr. | Elmore | Wicked | D | Donaldson Farms | 1933 Camp Victory Rd | Florala | Geneva | AL | 36442 | 334-858-2762 | 105 |
| | Elwood | E | | | 302 County Road 7 88 | Enterprise | Coffee | AL | 35430 | 222-0285 | 140 |
| Mr. | Fishing | E | | Elmore Farms | Rt. 8 Box 164 | Anaheim | Henry | AL | 36345 | | 653 |
| Mr. | Falkner, Jr. | Jacob | J.E. | | Post Office Box 331 | Headland | Henry | AL | 35343 | | 1600 |
| Mr. | Falkner, Sr. | James | L | Fishner Farms, Inc. | 2802 State Hwy. 134 W. Route One, Box 144 | Headland | Henry | AL | 36345 | 334-693-0487 | 150 |
| Mr. | Gentry | James | L | | 18667 Highway 84 West | Ethel | Dale | AL | 36272 | 334-003-2117 | 18 |
| Mr. | Gray | Johnny | G | Farm #5 | Post Office Box 172A | Enterprise | Coffee | AL | 36011 | 251-843-8272 | 225 |
| Mr. | Hayes | William | H | | 72400 Henderson Hwy | Bob Springer | Dixon | AL | 38778 | 334-674-4700 | 355 |
| Mr. | Henry | John | A | John C. Henry Farm | 1205 Dallas Road #2 | Sandia | Dallas | AL | 38442 | | 22 |
| Mr. | Hitson | Robert | A | | 13335 Alabama 55 | Florida | Covington | AL | 38442 | 334-684-2653 | 49 |
| Mr. | Ingram | Jerry | | Thvuies Farm 5406 | 5406 North Street Hwy 27 | Gwenna | Geneva | AL | 38343 | | 106 |
| Mr. | Jackson | Steve | | Ingram Farms | 2304 County Road 4647 | Brantley | Crenshaw | AL | 36009 | 334-897-2281 | 34 |
| Mr. | Land | James | | | Rt. 1 Box 92 | Ramkin | Crenshaw | AL | 36442 | 334-301-5521 | 377 |
| Mr. | Laughlin | Larry | E. | L.L. Farms | 689 Race Track Road | Flonala | Geneva | AL | 36342 | | 142 |
| Mr. | Lawrence | Willie | C | | 4688 Old Dripley Road | Sipcomb | Coffee | AL | 36407 | | 17.5 |
| Mr. | Marshall | Larry | Wood | Larry Marshall Farms | 2366 County Road 487 | Headland | Henry | AL | 36349 | 334-693-2440 | 473 |
| Mr. | McCoff | Charles | E | | 1492 County Rd 179 | Gordon | Houston | AL | 36343 | 334-222-3716 | 16 |
| Mr. | McKinley | James | R | McKinley Farms | 705 Elm Development Rd | Elbe | Coffee | AL | 36323 | 334-892-3450 | 185 |
| Mr. | Prescott | Ed | E | | 3466 Co. Rd. 427 | Elbe | Coffee | AL | 36323 | 334-401-6930 | 235 |
| Mr. | Rodgers | James | | Rodgers Farm | 5190 Smith Avenue | Elba | Pine | AL | 36005 | 334-243-6080 | 355 |
| Mr. | Rodgers | M | | | 6001 Prairie Rd #807 | Banks | Geneva | AL | 36302 | 334-795-3137 | 18 |
| Mrs. | Sheffield | Deca | | | 137 Carl Simmons Dr | Elba | Pike | AL | 38006 | 334-343-4919 | 14 |
| Mr. | Simmons | Edward | | Edward Smith Farm | 448 Co Rd 531 | Ethel | Crenshaw | AL | 36323 | | 1851 |
| Mr. | Smith | Jimmy | R | Jimmy Suretis | 6979 Co Rd 460 | Sliton | Geneva | AL | 36544 | 334-343-4288-3335 | 363 |
| Mr. | Suretis | Jimmy | | Estate of Tulford Suretis | PO Box 345 | Headland | Henry | AL | 36345 | 334-566-3380 | 177 |
| Mr. | Suretis | Kevin | B | Anoy Suretis | 6979 Box 345 | Kinston | Coffee | AL | 36453 | 334-566-3380 | 1075 |
| Mr. | Sundlin | Andy | A | Andy Sundlin Farms | PO Box 345 | Kinston | Coffee | AL | 36453 | 334-566-3380 | 626 |
| Mr. | Sundlin | Martin | A | Farm 026 | 3110 Hwy 27 | Enterprise | Coffee | AL | 36330 | 334-347-6100 | 15 |
| Mr. | Temple, Jr. | Thomas | J | Charles Thomas Farm | 3465 County Road 187 | Enterprise | Harvey | AL | 38542 | 334-803-4989 | 85 |
| Mr. | Thomas | Charles | Clyde | P. Clyde Thompson Farm No. 1171) | 354 Peck Road | Chancellor | Geneva | AL | 36319 | 334-483-0781 | 28 |
| Mr. | Thompson | Peny | | & Gardiner (Farm No. 2371) | | Opp | Covington | AL | 35440 | 334-493-3383 | 28 |
| Mr. | Tillis | Lindelia | | | 1725 14-127 Hd Prog Rd | Opp | Covington | AL | 35457 | 334-493-3083 | 263.7 |
| Mr. | Titus | Otis | B | J & C Farms Inc. | 1245 18 Prings Groves Rd | Elba | Coffee | AL | 36453 | 334-565-3118 | 15 |
| Mr. | Truman | Stephen | C | | No. 1 Box 127 Old Elb Road | Elba | Coffee | AL | 36323 | 334-347-4384 | |
| Mr. | Tyson | Louis | | | No. 1 Box 127 Old Elb Road | Enterprise | Coffee | AL | 35330 | 334-809-2092 | 70 |
| Mr. | Williams | Silena | E | Steve Williams | 2304 Sakory Street | Headland | Henry | AL | 35349 | 334-693-3442 | 25 |
| Mr. | Wise | Thermil | | | 10368 County Road 90 | Enterprise | Coffee | AL | 30453 | 334-566-5988 | |

| TITLE | LAST | FIRST | M.I. | FARM | ADDRESS | CITY | COUNTY | STATE | ZIP | HOME TELEPHONE | SECOND TELEPHONE | ACRES (approved fart) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Aldrich | Aubrey | | Aldrich Farm | 5509 Hanville Road | Statesboro | Bulloch | GA | 30459 | 912-852-9702 | 912-531-1942 | 76.5 |
| Mr. | Anderson | Leslie | W | Wil. Anderson Farm Inc. | 385 Manassa Foy Road | Register | Bulloch | GA | 30452 | 912-852-5550 | | 98 |
| Mr. | Anderson, Jr. | Iverson | | | 1691 IBO Anderson Road | Register | Bulloch | GA | 30452 | 912-852-5550 | | 81 |
| Mr. | Bellhowick, Jr. | Marion | C | Arrowhead Farms | 97 Bellhowe Road | Cochran | Dodge | GA | 31014 | 478-934-7689 | | 17 |
| Mr. | Bland | Michael | M | | RR 2 Box 164 | Milan | Dodge | GA | 30239 | 912-885-2898 | | 12 |
| Mr. | Bledsoe | Peggy | D | BPS Farms | 197 Langston Circle | Perry | Houston | GA | 31069 | 478-987-2028 | 479-987-2028 | 55.0 |
| Mr. | Bledsoe | Samual | | | 197 Langston Circle | Perry | Houston | GA | 31069 | 478-987-3341 | 478-214-1172 | 26.4 |
| Mr. | Bledsoe, Jr. | Sidney | S | | 197 Langston Circle | Perry | Houston | GA | 31069 | 478-987-3341 | 478-214-2329 | 16 |
| Mr. | Blish | Edwin | H | Antioch Farms, Inc. | 2205 Stilson-Lanfield Road | Brooklet | Bulloch | GA | 30415 | 912-823-8713 | | 102 |
| Mr. | Bradley | Jessie | | Brookin Farm | Rte 2, Box 680 | Perry | Calhoun | GA | 31713 | 229-724-6080 | 229-725-3349 | 80 |
| Mr. | Bradley | Maslin | #895 | E. Jeffrey Bilich Farms | Rr # 1 Box 1330 | Arlington | Johnson | GA | 31086 | 478-384-3105 | | 18 |
| Mr. | Brown | Terry | M | | 1412 Massey Airport Road | Wrightsville | Worth | GA | 31023 | 229-724-6576 | 229-881-9633 | 103 |
| Mr. | Burch | Billy | | B & W Burch Farm | 11556 Stanfield Rd | Screven | Wayne | GA | 31560 | | | 100 |
| Mr. | Burnham | James | Edwin | E & T Farm | 70 Edwin Burnham Road | Eastman | Dodge | GA | 31023 | 229-365-8802 | | 215 |
| Mr. | Carroll | Bradford | L | | 141 Salem Church Road | Fitzgerald | Ben Hill | GA | 31750 | 229-423-2130 | 229-426-2215 | 533 |
| Mr. | Carter | Jerald | | | 127 Bridgeboro-Anderson City Rd | Sylvester | Worth | GA | 31791 | 229-776-7839 | 229-776-6030 | 79 |
| Mr. | Cavender | Ralph | H | | Post Office Box 467 | Clayton | Evans | GA | 30709 | 229-304-9564 | 812-736-0171 | 120 |
| Mr. | Clark | Edwin | | | 2010 Hwy 216 South | Rochelle | Wilcox | GA | 31079 | 229-385-2298 | | 17 |
| Mr. | Clark | J.B. | | | 2305 Peacock Drive | Dublin | Laurens | GA | 31021 | 478-272-6892 | | 40 |
| Mr. | Cobb | Michael | Harrell | | 869 Raybrand Road | Ocilla | Irwin | GA | 31821 | 229-250-1913 | 229-425-1320 | 162 |
| Mr. | Cobb | David | | | 331 Chitcliff Road | Vienna | Dooly | GA | 31774 | 229-468-7784 | | 74.4 |
| Mr. | Collins, Jr. | John | Mark | | 3698 Clinch Dairy Road | Donalsonville | Seminole | GA | 31092 | 478-382-2198 | 229-388-8508 | 130 |
| Mr. | Copeland | Norris | L | | 3900 Clem Copeland Rd | Americus | Sumter | GA | 30845 | 229-924-9204 | | 77 |
| Mr. | Copeland | Samuel | | Davenport Farms | 768 Lasco Harvey Road | Pinehurst | Dooly | GA | 31708 | 229-924-9564 | 229-924-7645 | 316.5 |
| Mr. | Davenport | Richard | R | | Post Office Box 74 | Pinehurst | Dooly | GA | 31070 | 229-645-8508 | | 66 |
| Mr. | Doster | Steve | R | | 291 Glenville Road | Byron | Decatur | GA | 31070 | 229-645-3831 | | 32 |
| Mr. | Dozier | Walter | | Steve Driver | 103 Washington Street | Warwick | Worth | GA | 31738 | 229-535-6805 | 229-254-4478 | 40 |
| Mr. | Dunaway | Troy | Hamilton | | 2750 GA Hwy 230 | Unadilla | Pulaski | GA | 31091 | 478-627-3107 | 888-626-8502 | 32 |
| Mr. | Echhanks | John | L | J.L. Eubanks | 2750 GA Hwy 230 | Unadilla | Pulaski | GA | 31036 | 478-793-4587 | 888-433-3478 | 58.2 |
| Mr. | Fedd | Baurelina | | | 5488 Reuben Brooklins Rd | Donalsonville | Mitchell | GA | 31845 | 229-524-1114 | 229-264-4972 | 87 |
| Mrs. | Fedd | | T | | 5488 Reuben Brooklins Rd | Donalsonville | Seminole | GA | 31096 | 478-835-3055 | | 25 |
| Ms. | Flournoy, Jr. | Hubert | | Hubert Flournoy Jr Farm | 2905 Donald Cobb Rd | Barlow | Jefferson | GA | 30413 | 478-835-3055 | 877-173-3328 | 25 |
| Mr. | Fraser | Reuben | W | | 243 Cypress Pond Road | Glenbar | Butherson | GA | 31011 | 229-386-7234 | | 15 |
| Mr. | Gibbs | Eric | S | Gibbs Farm | 249 Tyson Road | Abbeville | Wilcox | GA | 31749 | 229-382-6950 | 229-425-1455 | 111 |
| Mr. | Gibbs | Eugenia | R | | 372 Brookleaf Turner Church Rd | Enigma | Tift | GA | 31023 | 478-374-3843 | | 111 |
| Mr. | Giolden | Cannot | Lewis | | 201 Clayton Childers Road | Eastman | Dodge | GA | 31023 | 478-374-3843 | | 21 |
| Mr. | Glenn | Nathaniel | Russell | | 2750 GA Hwy 230 | Unadilla | Worth | GA | 31091 | 478-627-3107 | 478-627-3351 | 27 |
| Mr. | Gray | Charles | C | Griggs Farms | 2750 GA Hwy 230 | Unadilla | | GA | 31091 | 478-627-3107 | 478-627-3351 | 127 |
| Mr. | Griggs | George | | Griggs Farms | 2750 GA Hwy 230 | Unadilla | | GA | 31091 | 478-627-3107 | 478-627-3351 | 11.2 |
| Mr. | Griggs III | WC (Bill) | | Griggs Farms | 2750 GA Hwy 230 | Unadilla | | GA | 31091 | 478-627-3107 | 478-627-3351 | 18.2 |
| Mr. | Griggs IV | WC | | Gwinns Farm | 574 Portuss Connor Road | Sylvester | Worth | GA | 31791 | 229-941-0558 | | 15 |
| Mr. | Gwinns | Joseph & Robin | | Eriah Farms | 1238 Cookdown Rd | Colquitt | Miller | GA | 38937 | 229-221-7868 | 229-254-0573 | 210.15 |
| Mrs. | Gwinns | Jeffery | S | | 1238 Cookdown Rd | Cordele | Crisp | GA | 38915 | 229-251-6093 | | 1642 |
| Mr. | Haile | Milton | Lee | Half Farm | 461 Med Road | Sylvester | Miller | GA | 38937 | 229-476-0628 | | 33.5 |
| Mr. | Huff, Jr. | Jeffrey | | | Post Office Box 699 | Whigham | Grady | GA | 38907 | 229-324-4501 | 229-320-5000 | 13 |
| Mr. | Harrison | David | B | | 3497 John Collins Road | Pelham | Mitchell | GA | 31079 | 229-385-2488 | | 82.8 |
| Mr. | Harrison | Bennie | NNN | Bennie Harrison & Son Farms | 282 Salem Road | Rochelle | Wilcox | GA | 31079 | 229-385-2488 | 229-487-2442 | 191 |
| Mr. | Hawkins | Danny | W | | 1533 Old Still Road | Americus | Sumter | GA | 31711 | 229-924-0204 | | 35.5 |
| Mr. | Hodges | Gladis | S | Warner F. Hodges | 1533 Old Still Road | Colquitt | Miller | GA | 38937 | 229-758-9076 | | 33 |
| Mr. | Hodges | William | G | 1716 Williams Farm, 1087 Holmes Farm | 1533 Twidght Church Road | Colquitt | Miller | GA | 38937 | 229-758-9076 | | 98 |
| Mr. | Holmes | Larry | | Eric Hopkins Farm | 802 E Chason St | Donalsonville | Seminole | GA | 38945 | 229-524-9137 | | 94.5 |
| Mr. | Holmes | Robert | Lester | | 518 Three Notch Road | Miller | Miller | GA | 30439 | 912-885-5408 | 229-221-0854 | 288 |
| Mr. | Houston | Steve | E | Jones Family Farms | 5793 St. John St. Matthew Rd | Donalsonville | Seminole | GA | 38937 | 229-738-2892 | 228-254-0133 | 40 |
| Mr. | Hunter | Ray | | Hunter Farm | Post Office Box 249 | Smithville | Sumter | GA | 21767 | 229-824-3217 | 229-848-4708 | 13 |
| Mr. | Hunter, Jr. | Charles | L | | 6377 Thomas Mill Road | Plains | Sumter | GA | 31780 | 229-848-4027 | | 35 |
| Mr. | Israel | | Isreal | | 5545 Cedar Crossing Road | Uvalda | | GA | 30473 | 912-594-4177 | | 35 |
| Mr. | Johnson | Hadel | J | H J Johnson Farms | 5901 Elam Road | Jenkins | | GA | 30442 | 478-982-0770 | 478-982-0770 | 193.5 |
| Mr. | Johnson | Raylum | G | Johnson Farm | 887 GA Hwy 83 N | Cairo | Grady | GA | 31825 | 229-377-7046 | 229-254-8768 | 154 |
| Mr. | Jones | William | G | | P.O. Box 154 | Richland | Stewart | GA | 31825 | 229-887-2594 | 229-438-4311 | 134 |
| Mr. | Jones | Larry | | | Route 3 Box 182 | Nettar | Candles | GA | 30439 | 229-738-2892 | 912-882-8015 | 98 |
| Mr. | Jones | Robert | Lester | Jones Family Farms | 501 Griffin-Shefield Road | Colquitt | Miller | GA | 38937 | 229-738-2892 | | 150 |
| Mr. | Keen, Jr. | Elbie | Houston | | 135 Keens Crossing Road | Dublin | Laurens | GA | 31027 | 478-272-0639 | | 13 |
| Mrs. | Kendrick | Ann | W | | 8676 Denham Rd | Sycamore | Turner | GA | 31830 | 229-535-6494 | 478-888-5005 | 29.7 |
| Mr. | King | Sherwood | T | | RL 2 Box 1815 | Nashville | Berrien | GA | 31639 | 229-266-6584 | | 28 |
| Mr. | Lamb | Robert | A | | 855 Hwy 15 | Sumter | Sumter | GA | 31780 | 229-824-0481 | 229-888-6070 | 115.7 |
| Mr. | Kelloe | Willie | Ready | Fort Green Acres | RL 2 Box 1940 | Hawkinsville | Pulaski | GA | 31036 | 478-892-2855 | | 100 |
| Mr. | Lancaster | Thomas | R | | RL 2 Box 4600 | Hawkinsville | Pulaski | GA | 31036 | 478-834-7888 | 478-314-4281 | 57.2 |
| Mr. | Lancaster | | | | | | | GA | | 478-892-2410 | | 204.5 |

| Title | Last Name | First | MI | Farm / Entity | Address | City | County | State | Zip | Phone 1 | Phone 2 | Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Lancaster, Sr. | Robert | J | Lane Farms | Route 2 Box 4630 | Stanleyboro | Bulloch | GA | 30406 | 478-482-2413 | | 245.3 |
| Mr. | Lane | William | J | Farm No. 3643 | Rt 1 Box 31-A | Ashburn | | GA | 30061 | 912-687-5542 | | 39 |
| Mr. | Lowery | Lester | | Mack | 2407 Montrose-Allentown Road | Montrose | Laurens | GA | 31002 | 912-529-4500 | | 20 |
| Mr. | Mack | Jerry | | | 288 Gates Road | Denson | Worth | GA | 31065 | 478-378-4851 | 478-945-6800 | 8 |
| Mr. | McClure | Jimmy | G | McClure & Gwinns | 288 Gates Road | Denson | Worth | GA | 31744 | 229-776-5489 | | 72.15 |
| Mrs. | McClure | Ann | | McClure Farms | 288 Gates Road | Denson | Worth | GA | 31744 | 229-776-5489 | 229-347-5955 | 628.6 |
| Mr. | McClure | Jimmy & Ann | | McClure Farms | 288 Gates Road | Denson | Worth | GA | 31744 | 229-776-5489 | 229-347-5855 | 415.9 |
| Mr. | McClery | Royce | | | 430 Woodcrest Road | Sylvester | Worth | GA | 31791 | 229-778-5469 | 229-776-7688 | 200 |
| Mr. | McClery | Howard | K | Howard K. McDaniel | RR 3 Box 402 | Adel | Cook | GA | 31650 | 229-896-4292 | | 123 |
| Mr. | McDaniel | Alfred | | McDonald Farms | RR 3 Box 402 | Sylvester | Worth | GA | 31791 | 229-438-9464 | 229-347-1324 | 146 |
| Mr. | McElmurry | Floyd | | | 1239 Wright Chapel Road | Fitzgerald | Ben Hill | GA | 31730 | 229-423-6712 | 229-386-7511 | 50.4 |
| Mr. | McMillan | Leroy | | Stockton Grace Farms | 789 Crawford Dairy Road | Rochelle | Wilcox | GA | 31079 | 229-365-4270 | 229-538-8865 | 158.9 |
| Mr. | Medlock | Pat | S | | Route 1, Box 61-C | Enigma | Berrien | GA | 31749 | 229-833-7995 | 229-533-8865 | 158 |
| Mr. | Mobley | Wilford | | | 351 Magnolia Road | Plains | Sumter | GA | 31780 | 229-824-4395 | | 16.8 |
| Mr. | Morton | Darman | | Matthew/Morton Farm | 893 Mathis Rd | Cairo | Grady | GA | 39827 | 229-377-2145 | | 80 |
| Mrs. | Moss | Marvin | | | 1274 Stinson-Leonard Road | Brooklet | Bulloch | GA | 30415 | 912-823-3423 | 912-682-3990 | 146 |
| Mrs. | Nelson | Sara | J | | 607 Rt Hill Street | Fitzgerald | Ben Hill | GA | 31730 | 229-423-5712 | 229-423-5688 | 100 |
| Mr. | Oliver | Clifford | L | Cliff Oliver Farm | 2201 Hill Road | Ashburn | Turner | GA | 31714 | 229-567-4408 | 229-567-7741 | 130 |
| Mr. | Orr | Robert | D | Orr Farm | 964 Meadow Road | Camilla | Mitchell | GA | 31740 | 229-336-4254 | 229-336-0901 | 26 |
| Mr. | Parlin | Timothy | E | | Rte. 1, Box 206 | Richland | Stewart | GA | 31825 | 229-887-3466 | 229-887-3368 | 20 |
| Mr. | Paulk | Ricky | | | 4213 Hwy 65 West | Unadilla | Toombs | GA | 31475 | 912-614-6403 | 912-594-6253 | 57.6 |
| Mr. | Peek, Sr. | Ronald | A | | 117 Oriole Circle | Wray | Irwin | GA | 31798 | 912-539-5380 | | 24 |
| Mr. | Preston | Kenneth | | | R12 Box 263 Hwy 240 | Ellaville | Schley | GA | 31606 | 229-937-2060 | | 32 |
| Mr. | Profito | Wallie | E | | Post Office Box 985 | Weena | Jefferson | GA | 31825 | 706-547-2723 | 708-547-6681 | 175 |
| Mr. | Profito | Fred | E | | Rt. 1 Box 343 | Richland | Stewart | GA | 31825 | 229-887-3304 | | 175 |
| Mr. | Purvis | Larry | | Moss Hay Company | Rt. 1 Box 343 | Richland | Stewart | GA | 31825 | 229-896-2857 | 708-330-6066 | 34 |
| Mr. | Rayborn | Janice | B | Apex Farms | Box 618 Hwy 37 | Cook | Crisp | GA | 31606 | 229-937-6775 | 229-889-1302 | 94 |
| Mr. | Register | | | | Rt. 1 Box 16D | Ellaville | Schley | GA | 31606 | 229-524-5098 | 229-687-2211 | 15.5 |
| Mr. | Scott | William | R | William R. Scott Farms | 3168 Town & Country Rd | Donalsonville | Seminole | GA | 39845 | 229-524-5098 | | 45.5 |
| Mr. | Sandbell | Billy | | | Post Office Box 284 | Newington | Screven | GA | 30446 | 912-857-3500 | 912-687-5515 | 230 |
| Mr. | Shuman | | Ward | | 1081 York Road | Sylvester | Worth | GA | 31791 | 229-776-3428 | 229-347-1195 | 10 |
| Ms. | Slingberry | Mary | V | | Rt 1 Box 315 | Reidsville | Tattnall | GA | 30453 | 912-557-4852 | | 380.5 |
| Mr. | Smith | Dan | W | Smith Farms | 1819 Upper River Road | Plains | Sumter | GA | 31780 | 229-824-3281 | 229-824-3281 | 135 |
| Mr. | Smith | Louie | T | Tietjen Smith Farm | PO Box 633B | Americus | Sumter | GA | 31700 | 229-924-6881 | | 30 |
| Mr. | Smith, Jr. | Charles | Y | | 3717 River Road | Reidsville | | GA | 30438 | 478-376-4154 | 912-557-7417 | 116.8 |
| Mr. | Stanley | Clyde | | | 2826 Cinnamon-Dublin Hwy | Chauncey | Dodge | GA | 39477 | 478-3926-8095 | | 72 |
| Mr. | Thomas | Thomas | E | | 280 Old Ferry Road | Sumner | Worth | GA | 31051 | 478-374-4741 | 229-378-7081 | 11 |
| Mr. | Stephens, III | Larry | J | FBNG 2396 & 2445 | 557 Vanceville Co Ln Rd | Tifton | Tift | GA | 31793 | 229-863-5490 | 229-638-7403 | 99 |
| Mr. | Szabo | Larry | B | | 2159 Philipsburg Road | Damascus | | GA | 39841 | 229-765-2916 | | 7.65 |
| Mr. | Tabb | J | R | Thompson Farms | 6385 Mandini Road | Ochlochnee | Thomas | GA | 31773 | 229-574-5611 | 229-674-6021 | 105 |
| Mr. | Thompson | Amos | | | 10162 Vines Road | Barnsten | Mitchell | GA | 31716 | 229-787-6954 | 229-738-6242 | 17 |
| Mr. | Toobles, Jr. | Jim | R | | Post Office Box 732 | Fitzgerald | Ben Hill | GA | 31793 | 229-345-8245 | 229-468-7408 | 15.8 |
| Mr. | Troutman | Stinson | A | Troutman Family Farms | 3701 Shidgefield Drive | Valdosta | Lowndes | GA | 31605 | 229-245-7650 | | 24 |
| Mr. | Walker | Clifford | M | | RR #1 Box 123 | Morris | Clay | GA | 39867 | 229-768-2820 | | 20.8 |
| Mr. | Walker, Jr. | Edward | E | E.E. Watson Sr. & Jr. | 6954 Hooks Road | Miller | Jenkins | GA | 39042 | 478-982-5454 | | 203 |
| Mr. | Wealham | William | H | | 285 S. Boulevard | Sharsho | Bulloch | GA | 31730 | | | 27 |
| Mr. | Weatharsby, III | Horace | | | 1034 Miller Street Ext | Statesboro | Bulloch | GA | 30456 | 912-764-4239 | | 25 |
| Mr. | Williams | Eugene | | | 2750 GA Hwy 259 | Leslie | Sumter | GA | 31764 | 229-874-4475 | 912-682-3949 | 160.2 |
| Mr. | Williams | Robert | E | Williams Farm | Post Office Box 25 | | | GA | 30458 | | | 25 |
| Mr. | Williams, Jr. | Albert | | Gaigs Farms | 2750 GA Hwy 259 | Unadilla | | GA | 31091 | 478-627-3107 | 478-627-9351 | 19.2 |



## United States Attorney
### Eastern District of North Carolina

## *FAX COVER*

DATE:        September 6, 2005

FROM:                          TO:

**Eric D. Goulian**              **Brenna**   833-7536
U.S. Attorney's Office
310 New Bern Ave., Suite 800
Raleigh, NC 27601
919-856-4356                     Total Pages
FAX 856-4487                     (including cover sheet): __11__


Peanut litigation:     Dan's 7-14-05 letter to me

4:36PM    NO.029    P.2



**U. S. Department of Justice**

*United States Attorney*
*Eastern District of North Carolina*

| | |
|---|---|
| *Terry Sanford Federal Building* | *Telephone (919) 856-4530* |
| *310 New Bern Avenue* | *Criminal FAX (919) 856-4487* |
| *Suite 800* | *Civil FAX (919) 856-4821* |
| *Raleigh, North Carolina 27601-1461* | *www.usdoj.gov/usao/nce* |

September 6, 2005

<u>Fax and First-Class Mail</u>

R. Daniel Boyce
Boyce & Isley
P.O. Box 1990
Raleigh, North Carolina 27602-1990

    Re:    <u>Peanut Crop Insurance Litigation</u>

Dear Dan:

    I am writing in response to your letter of July 14, 2005, concerning farmers on your list who do not appear on RMA's list. Please understand that RMA's list includes only those peanut farmers who (a) have farms within one of the seven federal districts where lawsuits were filed, and (b) were paid an indemnity for a peanut loss in 2002. If someone appears on your list but not on RMA's list, it is because that person's farm is not located in one of the seven federal districts, or because that person did not receive an indemnity for a peanut loss in 2002, or both.

    Feel free to give me a call if you have any questions.

                    Sincerely yours,

                    FRANK D. WHITNEY
                    United States Attorney

                    Eric D. Goulian
                    Assistant United States Attorney



EXHIBIT

9

# BOYCE & ISLEY, PLLC

ATTORNEYS AT LAW
LAWYERS WEEKLY BUILDING, SUITE 100
POST OFFICE BOX 1990
RALEIGH, NORTH CAROLINA 27602-1990

G. Eugene Boyce
R. Daniel Boyce
Philip R. Isley
Laura Boyce Isley

107 Fayetteville Street Mall
Raleigh, North Carolina 27601

Telephone: (919) 833-7373
Facsimile: (919) 833-7536

July 30, 2003

**VIA FACSIMILE (202) 514-8625**
**AND UNITED STATES MAIL**

Ms. Jane W. Vanneman
Senior Trial Counsel, Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington. DC 20530

Re:    **Texas Peanut Farmers. et al. v. The United States**
No. 03-445C (Judge Firestone)

Dear Jane:

We agree with Judge Firestone that it would be best for the Courts and all concerned to have these cases heard all in one place. Also, as Judge Firestone said, the Plaintiffs "need something in our hand" to assure our clients that this case will not be switched back and forth from jurisdiction to jurisdiction and thereby avoid an expeditious decision on the merits of the case and the ultimate issue of liability.

Judge Firestone's suggestion of a joint stipulation on jurisdiction seems to make sense. It may be that we can reach an agreement that any claims under the first filed Complaint are properly before that court and that court has jurisdiction over all the claims. We could further stipulate pursuant to 28 U.S.C. § 1407, assuming we have approval of the other Courts, to transfer all of the cases to one court for hearing on the same issues. Activity in the other cases could be stayed pending resolution of discovery and pretrial motions. The other U.S. Attorneys would likely agree, we believe. If that agreement can be reached, we could then take a dismissal in the Court of Federal Claims. We could have one trial court disposition. one jury trial, if needed, and one appeal to one Circuit Court.

Given both of our summer vacation plans (I also will be out of the office quite extensively during August), we would appreciate your efforts this week in advising us of the Government's position on these matters and advising whether a stipulation can be reached.

Thank you for your prompt attention to this matter, and I look forward to hearing from you.

Sincerely yours,

BOYCE & ISLEY, PLLC

Dan Boyce (oj)

R. Daniel Boyce

RDB/bh

EXHIBIT
10

- 10

## CORRECTED BRIEF FOR DEFENDANT-APPELLEE

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

04-5067

TEXAS PEANUT FARMERS, GEORGIA PEANUT FARMERS, ALABAMA PEANUT
FARMERS, SOUTH CAROLINA PEANUT FARMERS, and FLORIDA PEANUT
FARMERS,

Plaintiff-Appellants,

v.

THE UNITED STATES,

Defendant-Appellee.

APPEAL FROM THE UNITED STATES COURT OF FEDERAL CLAIMS
NO. 03-445, Judge Nancy B. Firestone

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
    8th Floor,
1100 L Street, N.W.
Washington, D.C.  20530
Tele:  (202) 307-1011
Fax:   (202) 514-8624

July 21, 2004

**EXHIBIT**
tabbies 11

Attorneys for Defendant-Appellee

C.  The Plaintiffs Named In The Court of
    Federal Claims Are Also Named In
    Suits Pending In Five District Courts

As we explained to the court, all of the plaintiffs named
in the Complaint filed in the court were also specifically
named in five district court complaints that appellants'
counsel filed in Texas, South Carolina, Florida, Alabama, and
Georgia, after the filing in the Court of Federal Claims.
A149-226.[13]  Because the individually-named appellants are now
named in a district court (although not necessarily in the
district in which the farm is located), the court properly
denied the motion to transfer.

D.  It Is Not Practical To Transfer Appellants' Cases
    Because The Court Would Be Required To Transfer
    To The Districts In Which The Farms Are Located

The court recognized that it would not be practical to
transfer the cases to the various districts in which the farms
are located.  Counsel for the farmers provided no information
upon which to base a transfer to any particular district court
in the five states.

Appellants contend that, for each named plaintiff, the
counties with respect to the farms at issue were identified in
the complaint.  However, there are dozens of counties

_____

[13] Because the district court suits in the five states
were filed in May 2003, after the February 2003 filing in the
Court of Federal Claims, 28 U.S.C. §1500 does not apply.  See
generally Loveladies Harbor v. United States, 27 F.3d 1545
(Fed. Cir. 1994).  See Part F3, below.

42

potentially involved, and fourteen possible districts within the five states (four districts in Texas; three districts each in Florida, Georgia, and Alabama; and one district in South Carolina, for a total of fourteen possible districts). Appellants failed to identify, for each of the named plaintiffs, by counties, the fourteen districts, within the five states, in which the farms were located. See 28 U.S.C. Chapter 5: §81(Alabama), §89(Florida), §90(Georgia), §121(South Carolina), §124(Texas). A96-99.

Thus, it was not practical for the court to attempt to issue transfer orders to any one of the multiple district courts. See Part E.

E.    It Is Too Late To Transfer The Case For
The Named Plaintiffs Because Appellants
Failed To Provide This Court
With Information Sufficient To Transfer The Claims

Appellants failed to provide any information to the court as to the district in which the farms are located. Appellants fail to provide, on appeal, any information to this Court that might assist it in any possible transfer order. The burden that appellants sought to impose upon both courts - to match the dozens of named plaintiffs, with the counties in which the farms are located, with the appropriate district court, within one of five states - is too great to warrant any consideration of the transfer motion. In any event, appellants failed to file any motion to transfer in this court. Rule 27.

It would clearly be a burden for this Court, or for the

43

| PLAINTIFF'S PROPOSED EFFICIENT PROCESS | GOVERNMENT'S PROPOSAL AND RESULTING ADDITIONAL STEPS TO REACH SAME END RESULT |
|---|---|
| 1. Class Counsel filed Motion before JPML Panel that Court of Federal Claims case be identified as "potential tag along action" (Court of Federal Claims merely confirms status and requests ruling) | 1. ~~Court of Federal Claims~~ transfers "some" cases to EDNC which requires determination of which cases go to EDNC and which cases may go elsewhere. |
| 2. JPML issues "tag along action" transfer order of the Court of Federal Claims case (in its entirety) to EDNC pursuant to JPML Rule 7.4 and sends one file pursuant to JPML Rule 1.6 | 2. ~~Court of Federal Claims~~ requires "plaintiffs' counsel to identify those plaintiffs named in this action whose farms are not located in the specific judicial districts in the five states in which the cases were filed so that the Court of Federal Claims may transfer the cases for those named plaintiffs to the appropriate judicial districts in the district courts in the five states in which the farms are located." |
| 3. EDNC completes all coordinated/consolidated pretrial proceedings including determination of jurisdiction & venue issues of individual plaintiff cases and issues transfer orders of all plaintiff cases to the appropriate federal district courts pursuant to 28 USC 1631; 28 USC 1406; 28USC 1407 and 28 USC 1404. | 3. Plaintiffs file Motion to Compel production of information including Governments' withheld information regarding the location of specific plaintiffs' farms to determine which districts are the appropriate federal districts for new lawsuits. |
| 4. 24 federal district courts receive identical transfer orders; enter final judgment and begin 24 identical class administrations unless Government agrees to consolidate as one class administration. | 4. Government either provides or does not provide the information needed to determine the appropriate federal districts for each of Plaintiffs' claims. |
| | 5. ~~Court of Federal Claims~~ sorts out disputes as to which new federal district courts must be identified and sends as many as 14 separate transfer orders to 14 new separate federal district courts. |
| | 6. As many as 14 new federal cases are initiated in 14 new federal district courts |
| | 7. Plaintiffs file as many as 14 motions to transfer the cases in 14 new and different federal district courts requesting that the cases be designated "tag along actions" to be handled by JPML. |



EXHIBIT
12

8. Plaintiffs identify 14 new "tag along actions" and request JPML to certify 14 new cases as "tag along actions."

9. JPML certifies each of the 14 new federal cases as "tag along" cases and transfers them to the EDNC pursuant to rule 7.4. This also requires the transfer of 14 new files pursuant to JPML Rule 1.6.

10. After waiting for all these cases to reach it for _?_ months, EDNC accepts and enters into system as many as 14 new tag along cases for pretrial determination. (meanwhile other cases either disposed of or waiting for the 14 new cases to reach EDNC).

11. EDNC completes all coordinated/consolidated pretrial proceedings including determination of jurisdiction & venue issues of individual plaintiff cases and issues transfer orders of all plaintiff cases to the appropriate federal district courts pursuant to 28 USC 1631; 28 USC 1406; 28USC 1407 and 28 USC 1404.

12. 24 federal district courts receive identical transfer orders; enter final judgment and begin 24 identical class administrations unless Government agrees to consolidate as one class administration.