ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED

OCT 2 4 2005

U.S. COURT OF
FEDERAL CLAIMS

TEXAS PEANUT FARMERS, *et al.* )
    Plaintiffs, )
                 )
    vs. )    No. 03-445C
                 )    (Judge Firestone)
THE UNITED STATES, )
    Defendant. )
                 )

## NOTICE OF NAMED PLAINTIFFS WHOSE CASES SHOULD BE TRANSFERRED AND MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO PRODUCE INFORMATION TO ASSIST IN THE TRANSFER OF PLAINTIFFS' CASES TO THE APPROPRIATE FEDERAL DISTRICT COURTS

NOW COME Class Counsel and Counsel for individual Plaintiffs and respectfully file this Notice regarding the identification of information as required by this Court's Order of October 12, 2005. Plaintiffs/Class Counsel also move for an order requiring the production of the government's information and certain other relief as set forth herein to assist in the further identification of the appropriate venues for transfer of Plaintiffs' cases.

This Court's Order of October 12, 2005 provides that Plaintiffs' Counsel is responsible for identifying the following by October 24, 2005:

1.    Each named Plaintiff;

2.    The judicial district(s) in which each plaintiff's farm is located; and

3.    Whether the plaintiff has another action pending in the Eastern District of North Carolina (hereinafter "EDNC") that was centralized from a district court that had jurisdiction over the plaintiff's action under 28 U.S.C. § 1508(j)(2)(A).

1

Plaintiffs' counsel has at least one address provided by each of the named Plaintiffs.[1] Plaintiffs' Counsel cannot certify within the time ordered by the Court that the addresses provided by Plaintiffs include the complete answer to No. 2: the judicial district(s) in which each Plaintiff's farm is located. Counsel for the Plaintiffs requested information and assistance from the Defendants in previous correspondence and motions filed in various courts, in the reply memorandum and in a letter of October 12, 2005. For two years, the Government refuses to provide the requested information in their database regarding insurance payments for the 2002 crop year and instead recently state the burden is Plaintiff Counsel's: "Therefore, many of your questions are inappropriate because the court clearly did not place the burden upon the Government to take the next steps. Rather, the court clearly placed the burden upon you, as counsel for Plaintiffs take next steps." Class Counsel does not have the most pertinent data requested by the Court; the Defendants do.[2] However, Plaintiffs' counsel have reviewed the

---

[1]  An example of the original information provided by Plaintiff peanut farmers is attached hereto as **Exhibit 1.**)

[2]  Based on information previously provided by the Government Defendants, there is no doubt, and the Government has not denied, that the Defendants have the information needed to determine the location of Plaintiffs' farms in their database. This is evidenced by the fact that the Defendants previously provided the information on certain Plaintiffs who were paid on claims for the 2002 crop year. Plaintiffs made numerous requests in the past and as recent as the September 28 Reply Memorandum sought an Order that the government provide information or assist in identifying the appropriate districts the Defendants contend each farmer has farmed. Plaintiffs/Class counsel repeatedly have requested this information and in the Reply Memorandum filed before this Court, Plaintiffs Counsel stated and requested: "If, however, this Court and the JPML determine that the longer process proposed by the Government must be followed, Plaintiffs' Class counsel request that the Court also ORDER the Government to provide the necessary information to Plaintiffs' Class Counsel to determine the appropriate federal district courts for each of the named plaintiffs so that cases can be transferred to each of the appropriate federal district courts." See *Plaintiffs' Reply To Defendants' Objection to Plaintiffs' Motion for Transfer of this Case to the Judicial Panel on Multi-District Litigation filed September 28, 2005, pg. 18 as explained in Section D ("Class Counsel's Efforts to Obtain Information Regarding Other Named Plaintiff And Potential Class Members and Government's Refusal to Provide Information on Named Plaintiffs and Other Class Members.")*

information in their possession and can provide the information set forth below and attached hereto and incorporated herein by reference.

Plaintiffs'/Class Counsel have reviewed the Complaints in each of the federal district courts which have cases now pending in the EDNC. Eight (8) cases, including the original EDNC case and one "tag-along" case, are pending in the EDNC. The headings and listing of plaintiffs in those transferee cases are set forth in **Exhibits 2A and 2B**. The captions of the complaints with the listed Plaintiffs and their farms or county residences are attached as **Exhibits 3-9**.

The Plaintiffs listed in both the Court of Federal Claims case and one of the eight federal district courts are coded in blue (**Exhibit 10**). Upon information and belief, there may be approximately 92 plaintiffs in the Court of Federal Claims case who have claims presently pending in the EDNC as a result of the transfer of seven (7) cases (including one "tag-along action from the Middle District of Alabama) by the Judicial Panel on Multidistrict Litigation (hereinafter "JPML").

There are approximately 32 plaintiffs named in the Court of Federal Claims case who may reside or farm in a district other than the above seven districts. Those Plaintiff Peanut Farmers are coded in yellow. The districts in which they list mailing address, residence or farm are set forth in the **Exhibit 11**. (Again, the Government refuses to provide the exact location of the farms). Thus, there may be at least 32 plaintiffs and cases that must be transferred to the following new districts:

Middle District of Texas
Western District of Texas
Southern District of Texas
Southern District of Georgia
Southern District of Alabama

Plaintiff/Class Counsel respectfully request that this Court transfer the Plaintiffs' cases as set forth in **Exhibit 11** to the appropriate federal districts and thereafter that the JPML be notified that the cases are "tag along actions" pursuant to JPML Rule 5.2(b); and, accordingly, the cases should thereupon be transferred to the EDNC for further pretrial proceedings.[3]

In order to expedite this matter, Plaintiff/Class Counsel also respectfully request that this Court order Defendants to provide the information identified in **Exhibit 10** (the Court of Federal Claims Complaint listing all plaintiffs in this action) so that their cases can be transferred to the appropriate federal district court. The reason for this request is set forth below.

A number of issues arose in attempting to identify the information required by the Court. Usually, these matters are handled as matters incidental to Class Administration. However, the Government's position on jurisdiction and venue as well as its refusal to provide the databases on named plaintiffs make it more time consuming and require us to seek Court intervention. Examples of problems identifying the information requested by this Court include:

1.  We have at least one address for each client. We cannot in the time allotted be certain if it is a mailing address, residence address, farm location, etc. Oftentimes, the residence and farm location are not the same. We have encountered several instances where the plaintiff farmer resided in another federal district, and even in other states, than the farm(s). Defendants could provide all this information in one computer print-out.

2.  Our list may have a Plaintiff farmer's name listed one way, but then the Government's list has the farmer listed differently (either by first initial, etc.). At first glance, it looks like different people, when in actuality it turns out to be the same person. And *visa versa* – we may be overlooking some of our clients on the Government's list because the name does not appear to be exactly the same.

---

[3] Although the Defendants repeatedly has said there are as many as 21 federal districts that might be affected, and Plaintiffs' counsel have relied upon those representations, the information we have reviewed indicates there may be as few as four new causes of action. However, there is a pending motion for national class action certification that is before Judge Howard (EDNC) which may resolve these jurisdiction/venue issues for these and additional similarly situated plaintiffs in other federal districts.

3.      If our Client/ Plaintiff does not appear on the Defendants' lists provided to date, then we have to compare each individual client's county with the county listings in the district with pending cases versus the other districts in their state to see in what federal district they might belong. That leaves room for error. We are relying on the address the client gave us; we must look at hundreds of names on an Excel spreadsheet. We are having to track down the county listings for all the federal districts in the states we filed in (Some are online; others are not. We have had to call several clerk's offices to be sure).

4.      We are requesting our clients send in documents related to the 2002 crop year if they are not on the Government's list. Some have indicated they may not have the records; others have stored records and it would take a substantial amount of time to locate them.

Public records, secured by a Protective Order, are readily available to be furnished by the Defendants. If the Government Defendants will provide a copy of its database which includes all Plaintiff farmers who filed a claim for crop year 2002, this process can be expedited. Plaintiffs/Class Counsel also request a telephone conference as soon as the information has been provided by the Government to discuss any other procedural issues relating to an orderly and efficient transfer of all cases. To the extent necessary, Plaintiffs' Counsel request additional time necessary to accomplish the appropriate identification of venue or jurisdiction over all named plaintiffs.

**Wherefore**, Plaintiffs respectfully request that this Honorable Court:

1.  Order the transfer of Plaintiffs' cases as set forth in **Exhibit 11**;

2.  Order that Defendants provide relevant information regarding the judicial district in which each Plaintiff's farm is located;

3.  Order that a telephonic conference call be set after the information has been provided by the Government;

4. Order that the parties be provided reasonable and additional time as necessary to accomplish the appropriate identification of venue or jurisdiction over all named Plaintiffs; and

5. Any other Orders this Court deems just and proper.

This the 21st day of October, 2005.

**BOYCE & ISLEY, PLLC**

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, NC  27602-1990
Telephone: (919) 833-7373
Facsimile:  (919) 833-7536
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 21, 2005, I caused to be served by United States mail, postage prepaid, copies of the foregoing *Notice of Named Plaintiffs Whose Cases Should Be Transferred and Motion to Compel the Production of Information to Assist in the Identification of the Transfer to the Appropriate Federal District Courts* addressed as follows:

The Honorable Margaret M. Earnest
Clerk, U. S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC  20005-1011

Clerk, US District Court
Eastern District of North Carolina
310 New Bern Avenue
Federal Building, 5th Floor
Raleigh, NC  27601

Eric Goulian
Assistant United States Attorney
310 New Bern Avenue
Federal Building, Room 800
Raleigh, North Carolina 27601-1461

Kent Porter
Assistant U.S. Attorney
8000 World Trade Center
101 W. Main St.
Norfolk, Virginia, 23510

Jane W. Vanneman
Senior Trial Counsel
Commercial Litigation Branc
Department of Justice
Attn:  Classification Unit, 8th Fl.
1100 L Street, NW
Washington, DC  20530

**BOYCE & ISLEY, PLLC**

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, NC  27602-1990
Telephone:  (919) 833-7373
Facsimile:  (919) 833-7536
*Attorney for Plaintiffs*

## LAWSUIT ON MULTIPLE PERIL INSURANCE POLICY

_____ Yes, I would like to participate in the lawsuit involving the breach of contract claim against the United States and other parties relating to my Multiple Peril Insurance Policy. I understand the Law Firm of Boyce & Isley, PLLC, will file a lawsuit to recover the difference in the expected insurance coverage ($.31 per pound) versus the $.1775 per pound rate of insurance. I understand that I am responsible for $1.00 per acre planted and insured peanuts and that the rest of the fee will be handled on a contingency fee basis. I understand no additional funds will be needed from me and that the attorneys will only collect in the event we win the lawsuit. I further understand that a copy of the attorney fee agreement will be mailed to me after I send in this form.

NAME: _____, _____, _____
        (Last)                                (First)           (M)

MAILING ADDRESS: _____
                                  (Street/Post Office Box)

_____
     (City)               (County)        (State)     (Zip Code)

TELEPHONE NOS. _____ (Home)

                     _____ (Work)

                     _____ (Cell)

                     _____ (Fax)

Total Acres Planted and Insured (PEANUTS ONLY) for Crop Year 2002: _____ Acres

                                            x  $1.00 per Acre =

                                   Check Total: $ _____

Make Check Payable to:    Boyce & Isley, PLLC

And Mail to:              R. Daniel Boyce
                                Boyce & Isley, PLLC
                                Post Office Box 1990
                                Raleigh, NC 27602-1990

                                Attention: PEANUT CASE

If you cannot attend any of the meetings mentioned in the enclosed memo and want to participate in the suit, please complete this form and send along with your check to the above address by September 30, 2002.

**EXHIBIT**

1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 26 2004

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1634*

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE PEANUT CROP INSURANCE LITIGATION

## BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

## TRANSFER ORDER

This litigation currently consists of seven actions listed on the attached Schedule A and pending, respectively, in the Middle District of Alabama, the Northern District of Florida, the Middle District of Georgia, the Eastern District of North Carolina, the District of South Carolina, the Eastern District of Texas, and the Eastern District of Virginia.[1] Plaintiffs in the seven actions move the Panel, pursuant to 28 U.S.C. § 1407, for an order centralizing this litigation in the Eastern District of North Carolina. The defendants in the actions, who are the United States, two United States Government officials, and three United States departments or agencies, oppose transfer. If the Panel determines to order transfer over their objections, then these defendants suggest that the Eastern District of Virginia would be an appropriate transferee district.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of North Carolina will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiff peanut farmers in each action allege that common defendants on or after May 13, 2002, unlawfully and unilaterally imposed modifications to the Multiple Peril Crop Insurance Policy for Year 2002, which changed the plaintiff farmers' insurance coverage by reducing it from $.31 to $.1775 per pound of peanuts. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with respect to jurisdictional and class certification matters), and conserve the resources of the parties, their counsel and the judiciary.

Objecting defendants have argued that Section 1407 transfer would circumvent the requirements of 7 U.S.C. § 1508 (j)(2)(a), which provides that actions on crop insurance claims may

---

[1]The Section 1407 motion, as originally filed, also pertained to an additional action brought in the United States Court of Federal Claims. Movants subsequently withdrew this action from the list of actions encompassed by their motion in recognition of the fact that the action had been dismissed and was on appeal. Also, the Panel has been notified of one additional related action recently filed in the Middle District of Alabama. In light of the Panel's disposition of this docket, this action will be treated as a potential tag-along action. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

EXHIBIT

2-A

- 2 -

be brought only in the district court for the district in which the insured farm is located. Opponents argue that because of this clear Congressional mandate that a federal court, in a particular district, possesses exclusive jurisdiction to entertain certain farmers' crop insurance claims, the Panel cannot or should not exercise its Section 1407 authority to transfer multiple such actions to a single district for coordinated or consolidated pretrial proceedings. We note, however, that in considering transfer under Section 1407, the Panel is not encumbered by considerations of venue. *In re Great Western Ranches Litigation*, 369 F.Supp. 1406, n.1 (J.P.M.L. 1974). An opposite conclusion would frustrate the essential purpose of Congress in enacting Section 1407 and providing for transfer of civil actions to "any district" by the Panel, namely, to permit centralization in one district of all pretrial proceedings when civil actions involving one or more common questions of fact are pending in different districts. *See In re Matter of New York City Municipal Securities Litigation*, 572 F.2d 49 (2nd Cir. 1978). We also note that any action transferred under Section 1407 for coordinated or consolidated pretrial proceedings that has not been terminated in the transferee district court will be remanded to its transferor district for trial. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. 425, 436-38 (2001).

In concluding that the Eastern District of North Carolina is an appropriate forum for this docket, we note that the proceedings are furthest advanced in that district, which is also well equipped with the resources that this docket is likely to require.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Eastern District of North Carolina are transferred to the Eastern District of North Carolina and, with the consent of that court, assigned to the Honorable Malcolm J. Howard for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

# SCHEDULE A

MDL-1634 -- In re Peanut Crop Insurance Litigation

### Middle District of Alabama

*Terry E. Beasley, et al. v. Ross J. Davidson, et al.*, C.A. No. 1:03-500

### Northern District of Florida

*Florida Peanut Farmers, et al. v. Ross J. Davidson, et al.*, C.A. No. 5:03-107

### Middle District of Georgia

*Georgia Peanut Farmers, et al. v. Ross J. Davidson, et al.*, C.A. No. 1:03-175

### Eastern District of North Carolina

*Marvin Taylor Barnhill, et al. v. Ross J. Davidson, et al.*, C.A. No. 4:02-159

### District of South Carolina

*Wallace A. Berry, et al. v. Ross J. Davidson, et al.*, C.A. No. 3:03-1631

### Eastern District of Texas

*Texas Peanut Farmers, et al. v. Ross J. Davidson, et al.*, C.A. No. 2:03-120

### Eastern District of Virginia

*Tom Clements, et al. v. Ross J. Davidson, et al.*, C.A. No. 2:03-352

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 9 2004

FILED
CLERK'S OFFICE

## *DOCKET NO. 1634*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PEANUT CROP INSURANCE LITIGATION*

*Joey Watford v. Ross J. Davidson, et al.*, M.D. Alabama, C.A. No. 1:03-153

### *CONDITIONAL TRANSFER ORDER (CTO-1)*

On October 26, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of North Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Malcolm J. Howard.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Eastern District of North Carolina and assigned to Judge Howard.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of North Carolina for the reasons stated in the order of October 26, 2004, _____F.Supp.2d_____ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Malcolm J. Howard.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of North Carolina. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel



EXHIBIT

2-B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2004 JAN -7 A 11: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ALABAMA PEANUT FARMERS; TERRY E. BEASLEY, LARRY BRYANT; ELAINE O. BRYANT, LARRY WOOD MARSHALL, HENRY ANDERSON, CHADWICK D. ARMSTRONG, DETHALIA J. ARMSTRONG, M. BRUCE BOSWELL, DANIEL B. CARAWAY, EUGENE COOK, SAMUEL CORBETT, LOUIE D. COURSON; HAROLD C. CURRIE; RONALD R. DAVIS; DAVID DONALDSON, WEDSEL D. DUNN, E. J. ELLENBURG; JACOB E. ELMORE, JAMES L. FALKNER, JR., JAMES L. FALKNER, SR., JOHNNY G. FOLEY, COFIELD FORTE; WILLIAM H. HAYES, JOHN C. HENRY, ROBERT A. HILSON, JACOB JERRY HORNSBY, STEVE INGRAM, JAMES TOYAL JACKSON, NOLAN L. LAIRD, LARRY LASSITER, WILLIE C. LAWRENCE, CHARLES E. McGRIFF; JAMES D. McKINNEY; JAMES R. NICHOLSON, EARL RODGERS, HENRY SIMMONS, EDWARD D. SMITH, JIMMY R. SORRELLS, MARTIN A. SUMBLIN, ANNE B. SUMBLIN, MARTIN A SUMBLIN, THOMAS J. TARPLEY, JR., CHARLES THOMAS, PERRY CLYDE THOMPSON, RICKIE TILLIS, OZIE B. TUBBS, STEPHEN C. TURMAN, LOUIS TYSON, STEVE E. WILLIAMS, and THERRELL WISE, and Others Similarly Situated, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| ROSS J. DAVIDSON, Administrator and Manager for RMA and FCIC, RISK MANAGEMENT AGENCY (RMA), FEDERAL CROP INSURANCE CORPORATION (FCIC) UNITED STATES OF AMERICA, ANN M. VENEMAN, Secretary of Agriculture for the United States of America, and UNITED STATES DEPARTMENT OF AGRICULTURE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

CLASS ACTION

AMENDED COMPLAINT FOR
DECLARATORY JUDGMENT
AND INJUNCTIVE RELIEF

CIVIL NO. # 03-T-0500-S

EXHIBIT

3

1

## I.    INTRODUCTION

1.    Plaintiffs are Alabama farmers in the "Southeast Growing Region" (hereinafter Plaintiff Peanut Farmers) who grow and harvest peanuts and who have applied for and received Multiple Peril Crop Insurance Policies for the growing season of 2002.

2.    Plaintiff Peanut Farmers bring this class action on behalf of all peanut farmers in Alabama who are eligible for the Multiple Peril Crop Insurance Policy for crop year 2002 and are similarly situated to the named Plaintiffs.

3.    Plaintiff Peanut Farmers bring this action to challenge the unlawful and unilateral contract modification and impairment that Defendants made on or after May 13, 2002 to the Multiple Peril Crop Insurance Policy which changed the price guarantee of their insurance protection by reducing it from $.31 to $.1775 per pound of peanuts.

4.    Plaintiff Peanut Farmers seek, among other claims for relief, a declaratory judgment that the Defendants' conduct in unilaterally and retrospectively changing the terms and conditions of the contract for insurance breaches the contract, is contrary to law as set forth in *U. S. v. Winstar*, 518 U.S. 839, 116 S. Ct. 2432, 135 L.Ed. 2d 964 (1996), violates statutory requirements for changes in policies and is arbitrary and capricious and therefore unconstitutional.  Defendants' conduct also destroys Plaintiffs reasonable expectations and impairs other existing contracts and thus deprives them of their property without due process of law.

5.    In addition, Plaintiff Peanut Farmers seek injunctive relief to compel the Defendants including USDA and RMA to honor the contract to provide insurance at the agreed contractual coverage of $.31 per pound.

6.     Plaintiff Peanut Farmers further seek a preliminary injunction forbidding the Secretary of Agriculture or the Administrator of the RMA from illegally and unconstitutionally demanding that farmers waive their property right to the Multiple Peril Crop Insurance Policy as published in the Federal Register and Code of Federal Regulations or else have their peanut peril insurance coverage rejected or cancelled for the 2002 crop year and future years.

7.     Plaintiffs previously filed Petitions with the United State Department of Agriculture complaining of Defendants' actions and seeking administrative relief. Plaintiffs previously filed a Complaint in the Federal Court of Claims seeking relief from the Defendants' actions. A similar suit was previously filed in the Eastern District of North Carolina. Plaintiffs are filing this Complaint to preserve their claims against any jurisdictional defense or similar defenses if raised against the Petitions and Complaints previously filed on behalf of these Plaintiffs and all other plaintiffs similarly situated.

## II.     PARTIES AND JURISDICTION

8.     Plaintiffs Henry Anderson, Eugene Cook and Charles E. McGriff are peanut farmers who farm and reside in Houston County, which is located in the Middle District of Alabama.

9.     Plaintiffs Chadwick D. Armstrong, Dethala J. Armstrong, Terry E. Beasley, James L. Falkner, Jr., James L. Falkner, Sr., Larry Wood Marshall and Charles Thomas are peanut farmers who farm and reside in Henry County, which is located in the Middle District of Alabama.

10.     Plaintiff Terry E. Beasley is a peanut farmer who farms and resides in Russell County, which is located in the Middle District of Alabama.

11.      Plaintiffs M. Bruce Boswell, Lloyd D. Bryant, Elaine O. Bryant, Daniel B. Caraway, David Donaldson, Jacob Elmore, Robert A. Hilson, James Toyal Jackson, Nolan L. Laird and Rickie Tillis are peanut farmers who farm and reside in Covington County, which is located in the Middle District of Alabama.

12.      Plaintiffs Samuel Corbett and Harold C. Currie are peanut farmers who farm and reside in Barbour County, which is located in the Middle District of Alabama.

13.      Plaintiffs Louis D. Courson, Steve Ingram, Earl Rodgers and Henry Simmons are peanut farmers who farm and reside in Pike County, which is located in the Middle District of Alabama.

14.      Plaintiffs Ronald R. Davis, E. J. Ellenburg, Willie C. Lawrence, James D. McKinney, James R. Nicholso, Edard D. Smith, Martin A. Sumblin, Anne B. Sumblin, Martin A. Sumblin, Thomas J. Tarpley, Jr., Ozie B. Tubbs, Stephen C. Turman and Therrell Wise are peanut farmers who farm and reside in Coffee County, which is located in the Middle District of Alabama.

15.      Plaintiffs Wedsel D. Dunn, Jimmy R. Sorrells, Perry Clyde Thompson, Louis Tyson and Jacob Hornsby are peanut farmers who farm and reside in Geneva County, which is located in the Middle District of Alabama.

16.      Plaintiffs William H. Hayes and John C. Henry are peanut farmers who farm and reside in Baldwin and Dallas Counties respectively, which are located in the Southern District of Alabama.

17.      Defendant Ann M. Veneman, is Secretary of Agriculture for the United States of America.

4

18.    Defendant Ross J. Davidson is Manager and Chief Executive Officer for the Federal Crop Insurance Corporation 7 U. S. C. § 1505(d), and is also Administrator of the Risk Management Agency.

19.    The Risk Management Agency (RMA) was established under provisions of the Federal Agriculture Improvement and Reform Act of 1996 (Freedom to Farm Act), P.L. 104-127, approved April 4, 1996. It is an independent office within the United States Department of Agriculture responsible for supervision of the Federal Crop Insurance Corporation (FCIC) and the administration and enforcement of programs authorized under the Federal Crop Insurance Act. (See 7 U. S. C. §§ 1501 *et seq.*).

20.    The RMA Regional Office that serves Alabama is located in Valdosta, Georgia.

21.    Defendants, including the United States of America and the United States Department of Agriculture (hereinafter the "Government,") through its right to contract with private citizens have waived sovereign immunity as a defense to the contract entered into by the parties and specifically waived its rights of sovereign immunity in the insurance contract.

22.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.") This action arises under the Federal Crop Insurance Act, 7 U.S.C. §§ 1501, *et seq.*, and the Constitution of the United States.

23.    The Plaintiffs' cause of action is created by the judicial review provisions of the Administrative Procedures Act, 5 U.S.C. § 702-706.

24.    To date, Plaintiff Peanut Farmers complied with all terms and conditions of the insurance contract as required by Paragraph 25 of the Multiple Peril Crop Insurance Policy.

5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**FILED**

FEB **7** 2003

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| JOEY WATFORD and all OTHERS SIMILARLY SITUATED, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | COMPLAINT FOR DECLARATORY  JUDGMENT AND INJUNCTIVE RELIEF |
| ROSS J. DAVIDSON, ADMINISTRATOR FOR RISK MANAGEMENT AGENCY, RISK MANAGEMENT AGENCY, UNITED STATES OF AMERICA, ANN M. VENEMAN, SECRETARY OF AGRICULTURE FOR THE UNITED STATES OF AMERICA, and UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. _O3·M·153·S_ |
| Defendants. | ) ) | |

RECEIVED
2003 FEB -7 P 7:45

## I. INTRODUCTION

1.    Plaintiffs are Alabama farmers in the "Alabama-Georgia-Florida peanut growing region" (hereinafter Plaintiff Peanut Farmers) who grow and harvest peanuts and who had applied for and received Multiple Peril Crop Insurance Policies for the growing season of 2002.

2.    Plaintiff Peanut Farmers bring this class action on behalf of all peanut farmers in Alabama who are eligible for the Multiple Peril Crop Insurance Policy for crop year 2002 and are similarly situated to the named Plaintiffs.

3.    Plaintiff Peanut Farmers bring this action to challenge the unlawful and unilateral contract modification and impairment that Defendants made on or after May 13,

**EXHIBIT**
3-B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION
FILE No. 5: 03 Cv 107 SPM

**FLORDIA PEANUT FARMERS:** JAMES C. )
BARNES; J. L. BEAUCHAMP, JR., PRESTON )
W. BLACKMON, JOSPEH M. DIAMOND, )
JOSEPH C.DITTY, ALAN J. EDWARDS, )
KENNETH M. EVERETT, ROLAND C. FLOYD, )
R. D. GREGGS, WYMAN L. JONES, DONNIE )
FRANK LOWRY, MILTON M. MOONEYHAM, )
JR., FRANKLIN R. PETERSON, and OTHERS )
SIMILARLY SITUATED, )
                            Plaintiffs )
                                     )
     v.                              )
                                     )
ROSS J. DAVIDSON, ADMINISTRATOR FOR )
RISK MANAGEMENT AGENCY, RISK )
MANAGEMENT AGENCY, UNITED STATES )
OF AMERICA, ANN M.VENEMAN, )
SECRETARY OF AGRICULTURE FOR THE )
UNITED STATES OF AMERICA and UNITED )
STATES DEPARTMENT OF AGRICULTURE, )
                            Defendants. )

COMPLAINT FOR
DECLARATORY JUDGMENT
AND INJUNCTIVE RELIEF

## I.    INTRODUCTION

1.     Plaintiffs are Florida farmers in the Southeast Growing Area (hereinafter Plaintiff

Peanut Farmers) who grow and harvest peanuts and who have applied for and received Multiple

Peril Crop Insurance Policies for the growing season of 2002.

2.     Plaintiff Peanut Farmers bring this class action on behalf of all peanut farmers in

Florida who are eligible for the Multiple Peril Crop Insurance Policy for crop year 2002 and are

similarly situated to the named Plaintiffs.

3.     Plaintiff Peanut Farmers bring this action to challenge the unlawful and unilateral

contract modification and impairment that Defendants made on or after May 13, 2002 to the

1

**EXHIBIT**

4

Multiple Peril Crop Insurance Policy which changed the price guarantee of their insurance protection by reducing it from $.31 to $.1775 per pound of peanuts.

4.     Plaintiff Peanut Farmers seek, among other claims for relief, a declaratory judgment that the Defendants' conduct in unilaterally and retrospectively changing the terms and conditions of the contract for insurance breaches the contract, is contrary to law as set forth in *U. S. v. Winstar*, 518 U.S. 839, 116 S. Ct. 2432, 135 L.Ed. 2d 964 (1996), violates statutory requirements for changes in policies and is arbitrary and capricious and therefore unconstitutional.   Defendants' conduct also destroys Plaintiffs reasonable expectations and impairs other existing contracts and thus deprives them of their property without due process of law.

5.     In addition, Plaintiff Peanut Farmers seek injunctive relief to compel the Defendants including USDA and RMA to honor the contract to provide insurance at the agreed contractual coverage of $.31 per pound.

6.     Plaintiff Peanut Farmers further seek a preliminary injunction forbidding the Secretary of Agriculture or the Administrator of the RMA from illegally and unconstitutionally demanding that farmers waive their property right to the Multiple Peril Crop Insurance Policy as published in the Federal Register and Code of Federal Regulations or else have their peanut peril insurance coverage rejected or cancelled for the 2002 crop year and future years.

7.     Plaintiffs previously filed Petitions with the United State Department of Agriculture complaining of Defendants' actions and seeking administrative relief.   Plaintiffs previously filed a Complaint in the Federal Court of Claims seeking relief from the Defendants' actions. A similar suit was previously filed in the Eastern District of North Carolina. Plaintiffs are filing this Complaint to preserve their claims against any jurisdictional defense or similar

2

defenses if raised against the Petitions and Complaints previously filed on behalf of these Plaintiffs and all other plaintiffs similarly situated.

## II.    PARTIES AND JURISDICTION

8.    Plaintiffs James C. Barnes, J. L. Beauchamp, Jr., Joseph C. Ditty, Kenneth Everett, Milton M. Mooneyham, Jr. and Franklin R. Peterson are peanut farmers who farm and reside in Jackson County, Florida.

9.    Plaintiffs Preston W. Blackmon, Joseph M. Diamond, Alan J. Edwards, Roland C. Floyd, Wyman L. Jones and Donnie Frank Lowry are peanut farmers who farm and reside in Santa Rosa County, Florida.

10.    Plaintiff R. D. Greggs is a peanut farmer who farms and resides in Walton County, Florida.

11.    Defendant Ann M. Veneman, is Secretary of Agriculture for the United States of America.

12.    Defendant Ross J. Davidson is Manager and Chief Executive Officer for the Federal Crop Insurance Corporation 7 U. S. C. § 1505(d), and is also Administrator of the Risk Management Agency.

13.    The Risk Management Agency (RMA) was established under provisions of the Federal Agriculture Improvement and Reform Act of 1996 (Freedom to Farm Act), P.L. 104-127, approved April 4, 1996. It is an independent office within the United States Department of Agriculture responsible for supervision of the Federal Crop Insurance Corporation (FCIC) and the administration and enforcement of programs authorized under the Federal Crop Insurance Act. (See 7 U. S. C. §§ 1501 *et seq.*).

14.    The RMA Regional Office that serves Florida is located in Valdosta, Georgia.

15.    Defendants, including the United States of America and the United States Department of Agriculture (hereinafter the "Government,") through its right to contract with private citizens have waived sovereign immunity as a defense to the contract entered into by the parties and specifically waived its rights of sovereign immunity in the insurance contract.

16.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.") This action arises under the Federal Crop Insurance Act, 7 U.S.C. §§ 1501, *et seq.*, and the Constitution of the United States.

17.    The Plaintiffs' cause of action is created by the judicial review provisions of the Administrative Procedures Act, 5 U.S.C. § 702-706.

18.    To date, Plaintiff Peanut Farmers complied with all terms and conditions of the insurance contract as required by Paragraph 25 of the Multiple Peril Crop Insurance Policy.

19.    For Plaintiff Peanut Farmers to make individual administrative claims would be an effort in futility in that Plaintiff Peanut Farmers have been advised by Defendants that the Defendants lowered the rates of insurance coverage from $.31 per pound to $.1775 per pound for all claims under the peanut provisions of the Multiple Peril Crop Insurance Policy. Furthermore, time is of the essence in that the Plaintiffs' crops are now being harvested and farmers must pay their obligations for loans, interest on loans, seed, fertilizer, labor, equipment, etc. in a timely fashion in order to avoid bankruptcy or legal actions by third-party contractors against Plaintiff Peanut Farmers.



PER LOCAL RULE 5.1(J), PLEASE ADD THE THREE-INITIAL SUFFIX WHICH WILL IDENTIFY THE DISTRICT JUDGE TO WHOM THE CASE IS ASSIGNED.

ATLANTA DIVISION

FILE No. 1:03-CV-1263

CAP

GEORGIA PEANUT FARMERS:                    )
BRADFORD L. CARROLL; EDWIN CLARK;          )
MICHAEL H. COBB; WALTER L. DAVENPORT;)
TREY HAMILTON DUNAWAY; JOHN L.             )
EUBANKS; ERIC S. GIBBS; JOSEPH GWINES;     )
ROBIN GWINES; DANNY W. HAWKINS;            )
STEVE E. HOUSTON; CHARLES L. ISRAEL;       )
JUSTIN ISRAEL JOHNSON; WILLIAM G.          )
JONES; LARRY JONES; SHERWOOD T. KING;)
ROBERT A. LANCASTER; JIMMY M.              )
McCLURE; ANN G. McCLURE; ROYCE            )
McCRARY; TIMOTHY E. McMILLAN;              )
MARVIN MOSS; CLIFFORD L. OLIVER;           )
WILLIE J. PROTHO; BILLY SENKBEIL; DAN      )
W. SMITH; CHARLES E. SMITH, JR.; EUGENE    )
WILLIAMS; AUBRY ALDRICH; LESLIE W.         )
ANDERSON; IVERSON ANDERSON, JR.;           )
MARVIN C. BELFLOWER, JR.; MICHAEL M.       )
BLAND; PEGGY D. BLEDSOE; SAMUEL            )
BRYANT BLEDSOE; SIDNEY S. BLEDSOE, JR.; )
EDWARD J. BLITCH; JESSIE BRAKIN;           )
MARION GENE BRANTLEY; TERRY L.             )
BROWN; BILLY M. BURCH; JAMES EDWIN         )
BURNHAM; JERALD L. CARTER; RALPH H.        )
CAVENDAER; J. B. CLARK; DAVID COLLINS, )
JR.; JOHN MARK COODY; NORRIS               )
COPELAND; WALTER L. DAVENPORT;             )
SAMUEL RICHARD DOSTER; STEVE R.            )
DOSTER; WALTER S. DRIVER; SAUNDRA          )
FEDD; S. T. FEDD; HUBERT FLONNORY, JR.; )
REUBEN W. FRASIER; EUGENE W. GIBBS;        )
CARROL R. GIDDENS; NATHANIEL LEW           )
BLENN; CHARLES RUSSELL GOODMAN;            )
GEORGE C. GRIFFS; W. C. (BILLY) GRIGGS,    )
III; W. C. GRIGGS, IV; JEFFERY S. HAIRE;   )



EXHIBIT
5

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
FILE No. 1:03-CV-1263

GEORGIA PEANUT FARMERS:                          )
BRADFORD L. CARROLL; EDWIN CLARK;       )
MICHAEL H. COBB; WALTER L. DAVENPORT;)
TREY HAMILTON DUNAWAY; JOHN L.           )
EUBANKS; ERIC S. GIBBS; JOSEPH GWINES; )
ROBIN GWINES; DANNY W. HAWKINS;          )
STEVE E. HOUSTON; CHARLES L. ISRAEL;     )
JUSTIN ISRAEL JOHNSON; WILLIAM G.          )
JONES; LARRY JONES; SHERWOOD T. KING;)
ROBERT A. LANCASTER; JIMMY M.              )
McCLURE; ANN G. McCLURE; ROYCE            )
McCRARY; TIMOTHY E. McMILLAN;              )
MARVIN MOSS; CLIFFORD L. OLIVER;           )
WILLIE J. PROTHO; BILLY SENKBEIL; DAN    )
W. SMITH; CHARLES E. SMITH, JR.; EUGENE )
WILLIAMS; AUBRY ALDRICH; LESLIE W.       )
ANDERSON; IVERSON ANDERSON, JR.;          )
MARVIN C. BELFLOWER, JR.; MICHAEL M.    )
BLAND; PEGGY D. BLEDSOE; SAMUEL          )
BRYANT BLEDSOE; SIDNEY S. BLEDSOE, JR.; )
EDWARD J. BLITCH; JESSIE BRAKIN;            )
MARION GENE BRANTLEY; TERRY L.           )
BROWN; BILLY M. BURCH; JAMES EDWIN     )
BURNHAM; JERALD L. CARTER; RALPH H.     )
CAVENDAER; J. B. CLARK; DAVID COLLINS, )
JR.; JOHN MARK COODY; NORRIS               )
COPELAND; WALTER L. DAVENPORT;          )
SAMUEL RICHARD DOSTER; STEVE R.          )
DOSTER; WALTER S. DRIVER; SAUNDRA       )
FEDD; S. T. FEDD; HUBERT FLONNORY, JR.; )
REUBEN W. FRASIER; EUGENE W. GIBBS;      )
CARROL R. GIDDENS; NATHANIEL LEW        )
BLENN; CHARLES RUSSELL GOODMAN;         )
GEORGE C. GRIFFS; W. C. (BILLY) GRIGGS,  )
III; W. C. GRIGGS, IV; JEFFERY S. HAIRE;    )

MILTON LEE HALL, JR.; DAVID B.                    )
HARRISON; BENNIE HARRISON; WARREN    )
HODGES; GLADIS HOLMES; ANDRICO S.        )
HOLMES; ERIC HOPKINS; RAY HUNTER, JR.;)
HERBERT J. JOHNSON; RAYBURN G.              )
JOHNSON; ROBERT LESTER JONES; ELIX       )
HOUSTON JONES; BEEMAN C. KEEN, JR.;      )
ANN W. KENDRICK; MIKE BRADY LAMB;       )
THOMAS R. LANCASTER; ROBERT JERRY       )
LANCASTER, SR.; WILLIAM J. LANE;              )
WILLIAM LOWERY; LESTER MACK;               )
HOWARD K. MCDANIEL; ALFRED                  )
MCDONALD; FLOYD LEROY MCELMURRAY;)
PAT S. MEDLOCK; WINFORD MOBLEY;         )
DERMAN MATTHEWS MORTON; SARA J.        )
NELSON; ROBERT D. ORR; HERBERT RICKY )
PARTIN; RONALD HUGH PAULK; KENNETH   )
A. PEEK, SR.; WALTER E. PRESOTT; FRED E. )
PURVIS; LARRY J. RAYBON; JANICE B.          )
REGISTER; WARD SHUMAN; MARY V.           )
SINGETARY; LOUIS T. SMITH; CLYDE          )
STANLEY; THOMAS E. STEPPHENS, III;        )
LARRY J. STONE; J. B. TABB; JIM R.             )
THOMPSON; AMOS TOOKES, JR.; STINSON   )
A. TROUTMAN; CLIFFORD M. WALKER, JR.; )
EDWARD E. WATSON; HORACE H.               )
WEATHERSBY, III; ROBERT E. WILLIAMS;    )
ALBERT WILLIAMS, JR.; GRIGGS FARMS      )
AND OTHERS SIMILARY SITUATED,             )
                            Plaintiffs,                           )
                                                                      )
        v.                                                            )
                                                                      )
ROSS J. DAVIDSON, ADMINISTRATOR FOR  )
RISK MANAGEMENT AGENCY, RISK            )
MANAGEMENT AGENCY, UNITED STATES      )
OF AMERICA, ANN M. VENEMAN,               )
SECRETARY OF AGRICULTURE FOR THE      )
UNITED STATES OF AMERICA and UNITED    )
STATES DEPARTMENT OF AGRICULTURE,     )
                            Defendants.                        )

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE No. 4:02-CV-159-H(4)

FILED

JAN 22 2003

DAVID W. DANIEL, CLERK
US DISTRICT COURT EDNC
BY _____ DEP. CLERK

| | |
|---|---|
| MARVIN TAYLOR BARNHILL, JERRY HAMILL, JOHN BRANHAM , CLARK JENKINS, TOM CLEMENTS, DAVID GRANT, TIM PHELPS, TOMMY FLYTHE, JIM FERGUSON, GLEN HAWKINS, BILLY BAIN, GLEN MOORE, R. L. SMITH, H. STEVEN ALLEN and OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSS J. DAVIDSON, ADMINISTRATOR FOR RISK MANAGEMENT AGENCY, RISK MANAGEMENT AGENCY, UNITED STATES OF AMERICA, ANN M. VENEMAN, SECRETARY OF AGRICULTURE FOR THE UNITED STATES OF AMERICA, and UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SECOND MOTION TO JOIN
ADDITIONAL PARTIES
(Rules 17 and 20 F.R. Civ.P.)**

NOW COMES undersigned counsel in the above-captioned case, pursuant to Rules 17 and 20 of Federal Rules of Civil Procedure, and hereby move that this honorable Court allow additional plaintiffs to become parties to this lawsuit. In support of this motion, plaintiffs show the Court as follows:

1.    Plaintiffs filed this action as a class action on behalf of fourteen (14) plaintiffs and others similarly situated.

2.    Thereafter, plaintiffs filed the first "Motion to Join Additional Plaintiffs" adding an additional 388 plaintiffs, for a total of 402.

**EXHIBIT
6**

3.    Plaintiffs have requested that this case be identified as a class action lawsuit, but have not filed a motion for certification.

4.    The defendants have answered, have not opposed the first Motion to Join Additional Parties and apparently have taken no position on class certification or joinder and therefore, are not harmed in any way by the joinder of additional plaintiffs.

5.    Subsequent to filing the lawsuit, an additional 45 clients have requested representation in this matter.

6.    These potential plaintiffs are in the same class of plaintiffs in that they are seeking a declaratory judgment that they are entitled to insurance coverage at a maximum rate of $.31 per pound rather than the $.1775 per pound and thereby prohibiting the Department of Agriculture, Risk Management Agency, and other governmental agencies or other entities from restricting coverage to $.1775 per pound.

7.    The insurance policies for each of the new potential plaintiff peanut farmers are the same. As stated in recent correspondence from an insurance provider, "The Multiple Peril Crop Insurance Program is designed to afford identical services to all producers purchasing this type of crop insurance. All companies reinsured by FCIC are required to use the same policy language, rates, rules, and regulations as outlined and provided by FCIC/RMA."

8.    An alphabetized new list of approximately 447 potential plaintiffs from North Carolina, Virginia, and South Carolina[1] is attached hereto as Exhibit A.

9.    AUSA Norman Acker, who was acting on behalf of AUSA Rudy Renfer, advised undersigned counsel that Defendants do not take a position on the Second Motion for Joinder at

---

[1] No farmers from South Carolina were named in the original complaint. However, South Carolina farmers are in the Virginia-Carolina farming region and is monitored by Defendant Risk Management Agency which has its regional office in Raleigh, North Carolina (in the Eastern District of North Carolina.) Subsequent to the filing of the complaint, it has been determined that South Carolina also has suffered significant adverse weather conditions. To date, it is believed by undersigned counsel that there has not been significant publicity or notice to potential claimants in South Carolina. However, upon information and belief, it is anticipated that additional South Carolina peanut farmers will request participation in this lawsuit.

this time and do not intend to file a response to the motion. However, the Defendants reserve the right to contest individual joinder in the future.

WHEREFORE, the Plaintiffs respectfully request that this honorable Court allow additional plaintiffs as set forth in Exhibit be joined in this lawsuit.

This the 22nd day of January, 2003.

BOYCE & ISLEY, PLLC

R. Daniel Boyce
N. C. State Bar # 12529

G. Eugene Boyce  //RDB
G. Eugene Boyce
N. C. State Bar # 0435

Philip R. Isley  //RDB
Philip R. Isley
N. C. State Bar # 19094

Post Office Box 1990
Raleigh, North Carolina 27602-1990
Telephone: (919) 833-7373
Facsimile: (919) 833-7536
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this day a copy of the foregoing *Second Motion to Join Additional Plaintiffs* was served upon counsel of record in this action by depositing a copy thereof in the United States mail, postage prepaid, and addressed as follows:

Rudy Renfer
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1464

Ann M. Veneman
U. S. Secretary of Agriculture
200-A Whitten Building
1400 Independence Ave., SW
Washington, DC 20250

Ross J. Davidson, Administrator
Risk Management Agency
1400 Independence Avenue, SW
Stop 0801
Washington, DC 20250-0805

This 22nd day of January, 2003.

R. Daniel Boyce
Attorney for Plaintiffs

| TITLE | LAST | FIRST | M.I. | FARM | STATE |
|-------|------|-------|------|------|-------|
| | & Son, Inc. | | Kittrell | | NC |
| | and Taylor | GP | | | NC |
| Mr. | Anderson, Jr. | Earley | W | | NC |
| Mr. | Askew | Walter | C | | NC |
| Mr. | Askew | Paul | K | | NC |
| Mr. | Aycock | David | | | NC |
| Mr. | Baird | John | Wayne | | NC |
| Mr. | Barnes | Leon | T | | NC |
| Mr. | Barnes | Donald | E | | NC |
| Mr. | Barnes | Bennie | C | | NC |
| Ms. | Barnes Family | Stanley | H | | NC |
| Ms. | Barnhill | Elizabeth | | | NC |
| Mr. | Barrett | Marvin | Prince | | NC |
| Mr. | Batten | Benford | Taylor | | NC |
| Mr. | Belch | Jerry | L | | NC |
| Mr. | Bennett | Michael | W | | NC |
| Mr. | Bennett | Milton | E | | NC |
| Mr. | Billy Drewette | Tony | R | Drewette & Flythe Farms | NC |
| Ms. | Blanton | Sandra Flythe | D | | NC |
| Mr. | Blythe | Estelle | Edwards | C.C. Edwards Farms, Inc. | NC |
| Mr. | Boone | Jimmy | G | | NC |
| Mr. | Boseman | Terry | C | T & B Farms, LLC | NC |
| Mr. | Boseman | Jean | C | | NC |
| Mr. | Boseman | Joel | J | | NC |
| Mr. | Boseman | Wayne | M | | NC |
| Mr. | Boseman | Mark | | | NC |
| Mr. | Braddy | Chris | A | | NC |
| Mr. | Braddy | Timothy | R | | NC |
| Mr. | Bradley, Jr. | James | Arthur | | NC |
| Mr. | Branham, IV | John | W | | NC |
| Mr. | Bridgers | Clemmon | W | | NC |
| Mr. | Bridgers | Gary | B | | NC |
| Ms. | Bridgers | Sadie | V. | | NC |
| Mr. | Britt, Sr. | Keith | F | | NC |
| Mr. | Britton | David | W | | NC |
| Mr. | Britton | Andrew | J | | NC |
| Mr. | Brown | Josiah | B | | NC |
| Mr. | Brown | Thomas | E | | NC |
| Mr. | Brown | Robert | T | | NC |
| Mr. | Brown | Berry | Robert | | NC |
| Mr. | Brown, III | Edward | Merrion | | NC |
| Mr. | Browning | Bobby | Joe | | NC |
| Mr. | Bunch | Jesse | L | | NC |
| Ms. | Burg | Lori | S | | NC |

EXHIBIT A

tabbies

| Title | Last Name | First | Initial | Farm | State |
|---|---|---|---|---|---|
| Mr. | Burgess | Neil | B | | NC |
| Mr. | Byrum | Robert | Earl | | NC |
| Mr. | Byrum, Jr. | Tommy | Daniel | | NC |
| Mr. | Champion | James | D | | NC |
| Mr. | Clark Farms | WS | | | NC |
| Mr. | Clary | Allen | D | | NC |
| Mr. | Corey | Mike | W | | NC |
| Mr. | Council | Loumus | E | | NC |
| Mr. | Council | Charlie | S | | NC |
| Mr. | Cowin | Harvey | Lee | | NC |
| Mr. | Crawley | Ben | | | NC |
| Mr. | Critzer | Bobby | | | NC |
| Mr. | Cumbo | Joy | S | | NC |
| Mr. | Dail, Jr. | Jack | A | | NC |
| Mr. | Davis | Jeffrey | J | | NC |
| Mr. | Davis | Kelly | Mack | | NC |
| Mr. | Davis | Michael | A | | NC |
| Mr. | Davis | Anderson | Mack | | NC |
| Mr. | Davis | Joey | D | | NC |
| Mr. | Davis | Hallet | S | | NC |
| Mr. | Davis | Phillip | V | | NC |
| Mr. | Davis | Grady | L | Davis Farm | NC |
| Mr. | Davis, III | Thomas | P | | NC |
| Mr. | Dickens | Lawrence | | | NC |
| Mr. | Dickens | Allen | A | | NC |
| Mr. | Dickens | Aubrey | N | | NC |
| Mr. | Dickens | Edward | Lee | | NC |
| Mr. | Dickens, III | Jacob | L | | NC |
| Mr. | Dickens, Jr. | Jacob | L | | NC |
| Ms. | Drewett | Barbara | W | | NC |
| Mr. | Duncan | Conwell | S | | NC |
| Mr. | Dunlow | David | R | Taylor and Earley | NC |
| Mr. | Earley, Sr. | James | R | | NC |
| Mr. | Eason | Calvin | R | | NC |
| Mr. | Edwards | Leonard | Wayne | | NC |
| Mr. | Edwards | Patrick | B | | NC |
| Mr. | Edwards | Robert | D | | NC |
| Mr. | Edwards | Rose | T | | NC |
| Mr. | Edwards | Stephen | Scott | | NC |
| Ms. | Edwards | Keith | Hugh | | NC |
| Mr. | Edwards | Scott | | Edwards Farms, Inc. | NC |
| Mr. | Eley | James | S | | NC |
| Mr. | Eubr... | Bobby | Lee | | NC |

| | Name / Entity | First | Middle | Company | State |
|---|---|---|---|---|---|
| | Farm Partnership | Myrick | | | NC |
| | Farms | Beech Run | | | NC |
| | Farms | Barnes | | | NC |
| | Farms | Futrell | | | NC |
| | Farms, Inc. | Star Valley | | | NC |
| | Farms, Inc. | Sumner | | | NC |
| Mr. | Feher | Richard | | | NC |
| Mr. | Fisher | Jim | | Fisher Farms Partnership | NC |
| Mr. | Flye | Bruce | W | | NC |
| Mr. | Flythe, Jr. | M. | Lea | | NC |
| Mr. | Flythe, Jr. | James | K | | NC |
| Mr. | Flythe, Sr. | George | Thomas | Flythe Farms | NC |
| Mr. | Francis | William | Earl | | NC |
| Mr. | Futrell, Jr. | Robert | P | | NC |
| Mr. | Gardner, Jr. | Robert | P | | NC |
| Mr. | Gardner, Sr. | Raymond | P | | NC |
| Mr. | Garner | RP & EC | | | NC |
| Mr. | Garner | Edward | C | | NC |
| Mr. | Garner | Raymond | P | | NC |
| Mr. | Garner, Jr. | Thomas | Reed | | NC |
| Mr. | Garriss | Stanley | T | | NC |
| Mr. | Garriss | Robert | H | | NC |
| Mr. | Gay, Jr. | Robin | D | | NC |
| Ms. | Gibson | Norman | E | | NC |
| Mr. | Godwin | Winslow | | | NC |
| Mr. | Goins | David | M | | NC |
| Mr. | Grant | Rickie | D | | NC |
| Mr. | Grimes | Lee | | | NC |
| Mr. | Hamill | Jerry | Clinton | | NC |
| Mr. | Hamill, Jr. | Sam | T | | NC |
| Mr. | Hargrave, Jr. | John | T | | NC |
| Mr. | Hargrave, Sr. | Tommy | Josh | | NC |
| Mr. | Harris | James | B | | NC |
| Mr. | Harris | Willis | Paul | | NC |
| Mr. | Harris Farms, Inc. | W | Robert | | NC |
| Mr. | Hawkins, Jr. | Harvey | T | | NC |
| Mr. | Hayes | Donald | W | W & H Farms Supply Inc. | NC |
| Mr. | Hedgepath | James | B | | NC |
| Mr. | Hedgepath | Michael | A | | NC |
| Mr. | Hedgepath, Jr. | James | B | | NC |
| Mr. | Hendricks | Patricia | W | | NC |
| Mr. | How... II | Mason | Rodwell | Rod Howell Fa... Inc. | NC |

| Title | Last Name | First Name | MI | Entity | State |
|---|---|---|---|---|---|
| Mr. | Howser | Edward | J | | NC |
| Ms. | Hubert | Sorie | | | NC |
| Mr. | Hughson | Allen | | | NC |
| Mr. | Hughson | Anthony | Keith | | FL |
| Mr. | Hughson | Brian | | Hughson Farms, Inc. | NC |
| Ms. | James | Blair | M | | NC |
| Mr. | James | Blair | L | | NC |
| Mr. | Johnson | Joseph | | | NC |
| Mr. | Johnston | Todd | | | NC |
| Mr. | Jones | William | A | | NC |
| Mr. | Jones | Lloyd | W | | NC |
| Mr. | Jones, Jr. | Edward | S | | NC |
| Mr. | Jordan | Vernon | W | | NC |
| Mr. | Joyner | Michael | | | NC |
| Mr. | Keel | Clalen | P | | NC |
| Mr. | Killebrew | James | K | JRK Farms, PTRS. | NC |
| Mr. | Kitchin | David | L | | NC |
| Mr. | Langley | Bobby | R | | NC |
| Mr. | Lassiter | Worth | T | | NC |
| Mr. | Lassiter | Rolo | E | | NC |
| Mr. | Lassiter, III | Charlie | Clinton | | NC |
| Mr. | Lawrence | Robert | E | | NC |
| Mr. | Lee | Robert | R | | NC |
| Mr. | Leggett | Thomas | A | Lewis Brothers Farms | NC |
| Mr. | Lewis | Thomas | E | Union Sand & Gravel, Inc. | NC |
| Mr. | Lilies | Willis | O | | NC |
| Mr. | Liverman | Richard | E | | NC |
| Mr. | Liverman | Rupert | R | C. W. Locke and Sons, Inc. | NC |
| Mr. | Locke | John | J | | NC |
| Mr. | Long | Derreck | | | NC |
| Mr. | Mann | Larry | | Mann Farms | NC |
| Mr. | Mann | Ray | W | Arman, Inc. | NC |
| Mr. | Manning, Jr. | Roland | K | | NC |
| Mr. | Martin | Joseph | H | | NC |
| Ms. | Matthews | Pauline | L | | NC |
| Ms. | Matthews | Emma | Hinton | | NC |
| Mr. | McGhee | George | R | | NC |
| Mr. | Medford | Kenneth | Mac | R.E. Miller Jr. & Sons Inc. | NC |
| Mr. | Miller | George | Revel | | NC |
| Mr. | Mizelle | Jimmy | | | NC |
| Mr. | Mobley | Clayton | | Cypress Glade Farms | NC |
| Mr. | Morgan | Richard | H | | NC |
| Mr. | Morris | Bernard | M | | NC |
| Mr. | Morris | Bernard | F | | NC |
| Mr. | 'New' | Walter | R | | NC |

| Title | Last Name | First Name | Middle | Entity | State |
|---|---|---|---|---|---|
| Mr. | Norris | Carl | D | | NC |
| Mr. | Outland, Jr. | Felton | J | | NC |
| Mr. | Parker | William | E | | NC |
| Mr. | Parker | Alton | H | | NC |
| Mr. | Parker Trust | Elizabeth | S | | NC |
| Mr. | Parker Trust | E | W | | NC |
| Mr. | Pat | Taylor | | | NC |
| Mr. | Peele | J | | | NC |
| Mr. | Peele, Jr. | Robert | Slade | | NC |
| Mr. | Pendleton, III | George | Edmund Hodges | G. E. Pendleton, III Farms, Inc. | NC |
| Mr. | Pendleton, IV | George | Edmund | G. E. Pendleton, III Farms, Inc. | NC |
| Mr. | Phelps | Tim | W | | NC |
| Mr. | Philips | Frank | P | | NC |
| Mr. | Philips | Burt | T | | NC |
| Mr. | Pope | Thomas | | | NC |
| Mr. | Powell | Johnny | | Davis Farm | NC |
| Mr. | Puryear III | Leonard | | | NC |
| Mr. | Reid | Edwin | Thomas | | NC |
| Mr. | Revelle | Danny | Willis | | NC |
| Ms. | Revelle Estate | Pearla | F | | NC |
| Mr. | Rhodes, III | Vernon | L | Ashriel Farms | NC |
| Mr. | Ricks | Phillip | E | | NC |
| Mr. | Ricks | Lemuel | C | | NC |
| Mr. | Ricks | Braxton | C | Ashriel Farms | NC |
| Mr. | Ricks | Henry | R | | NC |
| Mr. | Ricks | Elliott | L | | NC |
| Mr. | Riddick | Sidney | R | Ashriel Farms | NC |
| Mr. | Riddick | Fred | N | | NC |
| Mr. | Riddick | Jason | V | | NC |
| Mr. | Riddick, Jr. | Fred | N | | NC |
| Mr. | Roberson, III | John | D | | NC |
| Mr. | Rogers | John | M | | NC |
| Ms. | Rogerson | Diane | B | | NC |
| Mr. | Rogerson | James | David | | NC |
| Mr. | Rose, Jr. | Joseph | H | | NC |
| Mr. | Ross | Mark | Whitley | | NC |
| Mr. | Rountree | Joseph | H | | NC |
| Mr. | Simmons | Forrest | B | | NC |
| Mr. | Simpson | Joe | W | | NC |
| Mr. | Singletary | Joseph | D | | NC |
| Mr. | Skinner | Ronnie | | | NC |
| Mr. | Smith | James | Earl R | | NC |
| Mr. | Smoak | Bobby | | | NC |
| Mr. | Sorir | Hubert | | | NC |

| Title | Last Name | First Name | M | Entity | State |
|---|---|---|---|---|---|
| Mr. | Spruill | Dennis | C | | NC |
| Mr. | Spruill | Denton | O | | NC |
| Mr. | Stephenson | James | E | | NC |
| Mr. | Stephenson | Thomas | W | | NC |
| Mr. | Stephenson Farms | | | | NC |
| Mr. | Stephenson | W | Harry | | NC |
| Mr. | Stephenson, Jr. | Charles | J | | NC |
| Mr. | Storey | Ronnie | Lewis | | NC |
| Ms. | Storey Estate | Ruth | M | | NC |
| Mr. | Story | Edward | S | | NC |
| Mr. | Sumner | Ted | M | | NC |
| Mr. | Supply, Inc. | Woodville | | | NC |
| Mr. | Sykes | John | Samuel | | NC |
| Mr. | Taylor | Bobby | R | B.R. & S.K. Taylor Farms, Inc. | NC |
| Mr. | Taylor | Daniel | H | | NC |
| Mr. | Taylor | Michael | S | | NC |
| Mr. | Taylor | Coleman | F | | NC |
| Ms. | Taylor | Martina | | | NC |
| Mr. | Taylor | Pat | | | NC |
| Mr. | Thompson | Archie | Thornton | | NC |
| Mr. | Trust | G.E. | Gibbs | | NC |
| Mr. | Tudor | Albert | R | | NC |
| Mr. | Turner | Sam | C | Sam Turner & Company | NC |
| Mr. | Turner | Bill | | | NC |
| Mr. | Turner | Michael | | | NC |
| Mr. | Umphlett, Jr. | Robert | Wayne | | NC |
| Ms. | Vann | Kelly | L | | NC |
| Mr. | Vann Heirs | Josephine | | | NC |
| Ms. | Vincent | Hugh | C | | NC |
| Mr. | Ward | Barbara | J | | NC |
| Ms. | Warren | Martha | D | | NC |
| Mr. | Weinstein | Nanci | Ward | | NC |
| Mr. | White | Donald | W | D. & B. Farms | NC |
| Mr. | White, III | Rufus | J | White Farms, Inc. | NC |
| Mr. | Whitehead | Joey | G | | NC |
| Mr. | Whitehurst | William | A | | NC |
| Mr. | Whitley | Richard | O | | NC |
| Mr. | Whitley | Richard | O | | NC |
| Mr. | Wilkins | Frank | E | | NC |
| Ms. | Williamson | Dorothy | C | | NC |
| Mr. | Winslow, Jr. | Zeb | W | | NC |
| Mr. | Winslow, Jr. | Aloner | Thomas | | NC |
| Mr. | Wojnar | George | A | | NC |
| Mr. | Wo''d | Myrld | B | | NC |

Wr.

Woodard, Jr.

John

H

Watson & Johnson Farms, LLP

NC
NC

| TITLE | LAST | FIRST | M.I. | FARM NAME | STATE |
|---|---|---|---|---|---|
| Mr. | Abernathy | James | D | | VA |
| Ms. | Allen | Pauline | W | | VA |
| Mr. | Allen | Joseph | | | VA |
| Mr. | Allen | Henry | | | VA |
| Mr. | Allen | Ronnie | L | | VA |
| Mr. | Allen | Sherman | F | | VA |
| Mr. | Allen | Gilbert | Earl | | VA |
| Mr. | Allen | Cecil | W | Gum Corner Farms | VA |
| Mr. | Allen, Sr. | Cecil | F | | VA |
| Mr. | Appel, Jr. | John | B | | VA |
| Mr. | Bain | William | | | VA |
| Mr. | Bain | Warren | C | Bain Plantations, Inc. | VA |
| Mr. | Barlow | Joseph | H | | VA |
| Mr. | Barnes | Harvey | M | Cotton Plains Farms, Inc. | VA |
| Mr. | Barnes | Richard | R | | VA |
| Mr. | Barnes | Charles | W | | VA |
| Ms. | Barnes | Francis | | | VA |
| Mr. | Barnes | Wayne | C | | VA |
| Mr. | Berryman | E | McDonald | Beechland Farms, Inc. | VA |
| Mr. | Blaha | Alvin | W | | VA |
| Mr. | Blount | Theron | H | Laurel Farms Inc. | VA |
| Mr. | Bresko, Jr. | Alex | W | | VA |
| Mr. | Brna | Johnny | L | | VA |
| Ms. | Brna | Rosa | B | | VA |
| Mr. | Brna | Joe | R | | VA |
| Mr. | Brock, Jr. | John | M | | VA |
| Mr. | Brothers | Griffin | | | VA |
| Mr. | Brown | Lawerence | W | Brown Farms | VA |
| Mr. | Bryant | Rosser | E | Sleepy Hollow Farms | VA |
| Mr. | Bryant, Jr. | Raymond | | Bryant Farms | VA |
| Mr. | Bulls | James | A | | VA |
| Mr. | Byrum | Cecil | R | Cecil R. Byrum Farms, Inc. | VA |
| Mr. | Chappell, Jr. | William | | Chappell Farms LLC | VA |
| Mr. | Clark | Ray | | Clark Farms LLC | VA |
| Mr. | Clark | John | M | | VA |
| Mr. | Claud | Tom | M | Walnut Tree Farm | VA |
| Mr. | Clements | Jeffrey | E | | VA |
| Mr. | Cobb | Robert | C | | VA |
| Ms. | Cobb | Catherine | B | Cobb's Farm | VA |
| Mr. | Cobb | Jessie | T | | VA |
| Mr. | Collier | Roger | | | VA |
| Mr. | Copeland | Peter | F | Copeca Farms | VA |
| Ms. | Crumpler | Letitia | | Sandy Ridge Farms, Inc. | VA |
| Mr. | Cur | Edmond | R | | VA |

| Title | Last Name | First Name | MI | Farm/Business | State |
|---|---|---|---|---|---|
| Ms. | Daniel | Joan | G | | VA |
| Mr. | Dianis | Matthew & George | | Dianis Brothers | VA |
| | Doyle | Joey | G | | VA |
| Mr. | Drake | Rodger | R | RE and Rodger R. Drake, In | VA |
| Mr. | Drake | Michael | G | Sandy Ridge Farms, Inc. | VA |
| Mr. | Drake | Edward | S | | VA |
| Mr. | Drake | Rodger | | D & T Farms | VA |
| Mr. | Drake | George | T | | VA |
| Mr. | Drake | George | B | George T. Drake & Son, Inc. | VA |
| Mr. | Drake, Jr. | George | T | | VA |
| Mr. | Drake | Walter | F | Drake Farms | VA |
| Mr. | Drake, Jr. | Willie | | Drake Brothers Farms | VA |
| Mr. | Drewry | Burton | L | BLD Farms LLC | VA |
| Mr. | Drewry | David & Burton | | Magnolia Farms | VA |
| Mr. | Drewry, III | John | H | Drewry Lane Farms | VA |
| Mr. | Drewry, Jr. | Sam | B | S. B. Drewry, Jr. Farms | VA |
| Mr. | Dunn | Keith | M | | VA |
| Mr. | Dunn | Harvey | | | VA |
| Mr. | Dunn | John | Milton | | VA |
| Mr. | Edwards | Kenny | O | Philip Edwards Farms | VA |
| Mr. | Edwards | Philip | F | Edwards Farms | VA |
| Mr. | Edwards | Gregory | S | Edwards Farms | VA |
| Mr. | Edwards | Drew | | | VA |
| Mr. | Edwards | Gene | A | | VA |
| Mr. | Ellis | Partridge & | | | VA |
| Mr. | Epps | William | H | Oak Grove Diary | VA |
| Mr. | Everett | L | Randy | E & E Crop Management | VA |
| Mr. | Everett | Lance | V | Old Hickory Farms, Inc. | VA |
| Mr. | Everett, Jr. | Marvin | L | Everett Farms | VA |
| Mr. | Fajna | John | L | | VA |
| Mr. | Fajna, Jr. | J | Ludwig | Sandy Grove Farms, Inc. | VA |
| Mr. | Farms | Wiley | | | VA |
| Mr. | Farms | Draper | | | VA |
| | Farms, Inc. | Babb | D | | VA |
| Mr. | Felts | Charles | Brent | | VA |
| Mr. | Felts | F | | | VA |
| Mr. | Felts | Larry | P | Felts Farms, Inc. | VA |
| Mr. | Felts, Jr. | James (Jamie) | S | | VA |
| Mr. | Ferguson, Jr. | James | S | | VA |
| Mr. | Ferguson, Sr. | Glenn | | | VA |
| Mr. | Francis | Brian | | | VA |
| Mr. | Francis | Harold | P | | VA |
| Mr. | Futrell, Jr. | Calvin | Carter | | VA |
| Mr. | Gill, Jr. | Richard | B | | VA |
| Mr. | Gray | Wayne | T | Gray Farms | VA |
| Mr. | Gray | | | | VA |

| Title | Last Name | First Name | M.I. | Farm | State |
|---|---|---|---|---|---|
| Mr. | Gray | James | W | | VA |
| Mr. | Gray | Roger | C | | VA |
| Mr. | Gray, Jr. | Roger | G | | VA |
| Mr. | Hall | Ira | B | | VA |
| Mr. | Harrell | Jesse | B | | VA |
| Mr. | Harrell | J | C | | VA |
| Ms. | Harrison | Sandra | B | | VA |
| Mr. | Harville | Preston | | C.G. Glover Farms, Inc. | VA |
| Mr. | Hatfield | J | | | VA |
| Ms. | Haver | Lisa | | | SC |
| Mr. | Hawkins | Glenn | H | | VA |
| Mr. | Hawkins | Jimmy | | | VA |
| Mr. | Hawkins | Jason | | | VA |
| Ms. | Hawthrone | Lilly | L | | VA |
| Mr. | Holdsworth | David | L | Cross Roads Farms | VA |
| Mr. | Holland | Edwin | D | | VA |
| Mr. | Holland | Jason | D | | VA |
| Mr. | Holloway | Clinton | W | | VA |
| Mr. | Ivey | Thomas | E | Oak View Farm | VA |
| Mr. | Jarratt | William | A | | VA |
| Mr. | Jarratt | Melvin | | | VA |
| Mr. | Jarratt | Benjamin | | | VA |
| Mr. | Jarratt | Benjamin | Earl | | VA |
| Mr. | Johnson | Alvis | L | | VA |
| Mr. | Johnson | Richard | J | | VA |
| Mr. | Johnson | Matthew | E | J & J Farms | VA |
| Mr. | Johnson | James | D | | VA |
| Mr. | Johnson | Joseph | | | VA |
| Mr. | Jones, Jr. | James | W | Jones Farms, Inc. | VA |
| Mr. | Jones, Jr. | Thomas | Ray | | VA |
| Mr. | Kanusek | James | E | | VA |
| Mr. | Kindred | William | H | | VA |
| Mr. | Knight | Jefferson | L | | VA |
| Mr. | Lassiter, Jr. | Rolo | T | | VA |
| Ms. | Lee | Barbara | C | Lee Farms | VA |
| Ms. | Lee | Wilmer | M | | VA |
| Mr. | Lee | David | B | Lee Farms | VA |
| Mr. | Lowery | Preston | T | | VA |
| Mr. | Marks | Michael | J | Marks Farms | VA |
| Mr. | Matthews | C | G | C.G. Matthews & Son, Inc. | VA |
| Mr. | Moore | Glenn | R | Moore Farms | VA |
| Mr. | Moss | Michael | W | | VA |
| Mr. | Newsome | Patrick | L | Newsome Farms | VA |
| Mr. | Not . 'nam, Jr. | John | M | | VA |

| Title | Last Name | First Name | MI | Farm/Company | State |
|---|---|---|---|---|---|
| Mr. | Owen | Charles | H | RMC Owen Farm | VA |
| Mr. | Owen | Robert | T | R.T. Owen & Sons L.L.C. | VA |
| Mr. | Parson | Fredrick | P | | VA |
| Mr. | Partridge | Eddie | A | | VA |
| Mr. | Pittman, Jr. | Robert | D | Pittman Farms | VA |
| Mr. | Poarch, Sr. | William | S | | VA |
| Mr. | Pope | Jeffrey | W | Magnolia (1068) | VA |
| Mr. | Pope | Sam | E | Home Farm (3257) | VA |
| Mr. | Pope | Jeffrey | W | Rose Hill (3257) | VA |
| Mr. | Pope | Mark | W | Smith Farm (2417) | VA |
| Mr. | Pope | J.L. | | B. & R. Farms, Inc. | VA |
| Mr. | Porter | Bobby | L | B. & R. Farms, Inc. | VA |
| Mr. | Porter | Kenny | W | B. & R. Farms, Inc. | VA |
| Mr. | Powell | Robert | H | Powell Farms L.L.C. | VA |
| Mr. | Powell, III | Charles | L | | VA |
| Mr. | Redd, Jr. | Charles | W | Redd & Redd | VA |
| Mr. | Rideout | Nannie | P | | VA |
| Mr. | Rideout | James | R | | VA |
| Mr. | Rideout, Jr. | James | R | | VA |
| Mr. | Rideout, Sr. | Jack | C | | VA |
| Mr. | Robinson | Sidney | R | Randy Robinson Farms | VA |
| Mr. | Robinson | Mike | W | Mike Robinson Farms, Inc. | VA |
| Mr. | Rogers | Jerry | L | | VA |
| Mr. | Savage | William | C | | VA |
| Mr. | Savedge | Sarah | P | | VA |
| Mr. | Sebera | John | R | | VA |
| Mr. | Seward | Robert | W | | VA |
| Mr. | Smith | Carter | A | Carter A. Smith Farms LLC | VA |
| Mr. | Smith | Stuart | M | Stuart M. Smith Farms LLC | VA |
| Mr. | Smith | R | L | | VA |
| Ms. | Smith | Margaret | R | | VA |
| Mr. | Speight | Robert | B | Greenway Farms LTD | VA |
| Mr. | Spiers | Douglas | W | Wayne Spiers Farming | VA |
| Ms. | Spiers | Alice | B | | VA |
| Mr. | Spiers | Robert | H | | VA |
| Ms. | Story | Louise | W | | VA |
| Mr. | Temple | Major | B | | VA |
| Mr. | Thomas | Horace | | | VA |
| Mr. | Thorpe | George | L | Oakland Farms | VA |
| Mr. | Thorpe | John | B | JB Thorpe Farms | VA |
| Mr. | Thorpe | Matthew | T | JB Thorpe Farms | VA |
| Mr. | Trust | Steven | Hall | | VA |
| Mr. | Veliky | Benjamin | | | VA |
| Mr. | Wer . | Harry Lee | | | VA |

| Mr. | West | Wayland | H | | Robert | | ROSEWORREL | VA |
|-----|------|---------|---|---|--------|---|------------|-----|
| Mr. | Williams | James | | | | | | VA |
| Mr. | Woodruff, Jr. | John | | | | Carter | Shady Oaks Farm Inc. | VA |
| Mr. | Worrell | Howard | E | | | | Rose Valley Farms | VA |
| Mr. | Wray | Aubry | | | | | | VA |
| Mr. | Young | Walter | L | | | | Fox Farms | VA |

| TITLE Mr. | LAST Marsh | FIRST William | M.I. R | FARM NAME Will Marsh Farms | ADDRESS | CITY | COUNTY | STATE ZIP SC | FIRST TELEPHONE | SECOND TELEPHONE | ACRES | & PAID |
|-----------|------------|---------------|--------|-----------------------------|---------|------|--------|--------------|-----------------|------------------|-------|--------|

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:02-CV-159-H



FILED

FEB 7 2003

DAVID W. DANIEL, CLERK
US DISTRICT COURT
E. DIST. N. CAROLINA

MARVIN TAYLOR BARNHILL, JERRY          )
HAMILL, JOHN BRANHAM, CLARK            )
JENKINS, TOM CLEMENTS, DAVID           )
GRANT, TIM PHELPS, TOMMY               )
FLYTHE, JIM FERGUSON, GLENN            )
HAWKINS, BILLY BAIN, GLEN              )
MOORE, R.L. SMITH, H. STEVEN           )
ALLEN and OTHERS SIMILARLY             )
SITUATED,                              )
                                       )
          Plaintiffs,                  )
                                       )
     v.                                )          ORDER
                                       )
ROSS J. DAVIDSON,                      )
ADMINISTRATOR FOR RISK                 )
MANAGEMENT AGENCY, RISK                )
MANAGEMENT AGENCY UNITED               )
STATES OF AMERICA, ANN M.              )
VENEMAN, SECRETARY OF                  )
AGRICULTURE FOR THE UNITED             )
STATES OF AMERICA, and UNITED          )
STATES DEPARTMENT OF                   )
AGRICULTURE,                           )
                                       )
          Defendants.                  )

     Plaintiffs filed a motion to join additional parties
contemporaneously with their complaint on November 19, 2002.
Defendants did not respond to that motion, and it was granted by
this court on January 22, 2003.   This matter is now before the
court on plaintiffs' second motion to join additional parties,
filed January 22, 2003.   For good cause shown, plaintiffs' second
motion to join additional parties is GRANTED.   Pursuant to Fed. R.
Civ. P. 20, the persons listed in Exhibit "A" of plaintiffs' second

motion to join additional parties are hereby allowed as plaintiffs

in this action.

This ___6th___ day of February, 2003.


MALCOLM J. HOWARD
United States District Judge


At Greenville, NC
#3

...rtify the foregoing to be a true and correct
copy of the original.
David W. Daniel, Clerk
United States District Court
Eastern District of North Carolina
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**ORIGINAL FILED**

MAR 2 3 2004

LARRY W. PROPES, CLERK
COLUMBIA, SC

| | | |
|---|---|---|
| SOUTH CAROLINA PEANUT FARMERS: WALLACE A. BERRY, WILLIAM MARSH and OTHER SIMILARLY SITUATED, Plaintiffs | ) ) ) ) ) | |
| v. | ) ) | C/A No.: 3:03-1631-10 |
| ROSS J. DAVIDSON, ADMINISTRATOR FOR RISK MANAGEMENT AGENCY, RISK MANAGEMENT AGENCY, UNITED STATES OF AMERICA, ANN M. VENEMAN, SECRETARY OF AGRICULTURE FOR THE UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF AGRICULTURE, Defendants. | ) ) ) ) ) ) ) ) ) | |

---

## AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

---

### I.    INTRODUCTION

1.    Plaintiffs are South Carolina farmers in the "V-C Growing Region" (hereinafter Plaintiff Peanut Farmers) who grow and harvest peanuts and who have applied for and received Multiple Peril Crop Insurance Policies for the growing season of 2002.

2.    Plaintiff Peanut Farmers bring this class action on behalf of all peanut farmers in South Carolina who are eligible for the Multiple Peril Crop Insurance Policy for crop year 2002 and are similarly situated to the named Plaintiffs.

3.    Plaintiff Peanut Farmers bring this action to challenge the unlawful and unilateral contract modification and impairment that Defendants made on or after May 13, 2002 to the



EXHIBIT
tables 7

1

Multiple Peril Crop Insurance Policy, which changed the price guarantee of their insurance protection by reducing it from $.31 to $.1775 per pound of peanuts.

4.    Plaintiff Peanut Farmers seek, among other claims for relief, a declaratory judgment that the Defendants' conduct in unilaterally and retrospectively changing the terms and conditions of the contract for insurance breaches the contract, is contrary to law as set forth in *U.S. v. Winstar*, 518 U.S. 839, 116 S. Ct. 2432, 135 L.Ed. 2d 964 (1996), violates statutory requirements for changes in policies and is arbitrary and capricious and therefore unconstitutional. Defendants' conduct also destroys Plaintiffs reasonable expectations and impairs other existing contracts and thus deprives them of their property without due process of law.

5.    In addition, Plaintiff Peanut Farmers seek injunctive relief to compel the Defendants including USDA and RMA to honor the contract to provide insurance at the agreed contractual coverage of $.31 per pound.

6.    Plaintiffs previously filed Petitions with the United State Department of Agriculture complaining of Defendants' actions and seeking administrative relief. Plaintiffs previously filed a Complaint in the Federal Court of Claims seeking relief from the Defendants' actions. A similar suit was previously filed in the Eastern District of North Carolina. Plaintiffs are filing this Complaint to preserve their claims against any jurisdictional defense or similar defenses if raised against the Petitions and Complaints previously filed on behalf of these Plaintiffs and all other plaintiffs similarly situated.

## II.    PARTIES AND JURISDICTION

7.    Plaintiffs are as follows:

    a.    Plaintiffs Wallace A. Berry and William R. are peanut farmers who farm and reside in Lee County, South Carolina.

    8.    Defendants are as follows:

    a.    Ann M. Veneman, is Secretary of Agriculture for the United States of America;

    b.    Defendant Ross J. Davidson is Manager and Chief Executive Officer for the Federal Crop Insurance Corporation 7 U. S. C. § 1505(d), and is also Administrator of the Risk Management Agency; and

    c.    The Risk Management Agency (RMA) was established under provisions of the Federal Agriculture Improvement and Reform Act of 1996 (Freedom to Farm Act), P. L. 104-127, approved April 4, 1996.  It is an independent office within the United States Department of Agriculture responsible for supervision of the Federal Crop Insurance Corporation (FCIC) and the administration and enforcement of programs authorized under the Federal Crop Insurance Act. (See 7 U. S. C. §§ 1501 *et seq.*).

    9.    The RMA Regional Office that serves South Carolina is located in Valdosta, Georgia.

    10.    Defendants, including the United States of America and the United States Department of Agriculture (hereinafter the "Government,") through its right to contract with private citizens have waived sovereign immunity as a defense to the contract entered into by the parties and specifically waived its rights of sovereign immunity in the insurance contract.

    11.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**TEXAS PEANUT FARMERS:**
1.     BILLY M. BARNES;
2.     JACOB F. BOSCHMAN;
3.     DARRELL WAYNE BROWN;
4.     WILLIAM DWAIN CARROLL;
5.     RANDY D. DECKER;
6.     LORAINE FISCHER ESTATE;
7.     BILL GAYLE;
8.     JAY GRIMSHAW;
9.     DAVID and PAM GROSCHKE;
10.    MELVIN O. ISELT;
11.    LORINE B. ISELT;
12.    TOMMY JOHNSON;
13.    PORTER JONES;
14.    LUTHER DON KEITH;
15.    ROBERT D. KEITH;
16.    RONALD SCOTT KOONCE;
17.    LOYAL LASITER;
18.    R. S. LAWRENCE;
19.    DAVID GENE LEHMANN;
20.    PHILIP S. LEWIS;
21.    J. W. LOGAN;
22.    TERRY M. MATHIS;
23.    TIMOTHY L. MATTHEWS;
24.    BILLY R. MEADORF;
25.    TOMMIE R. MERCER;
26.    SAMMY MORGAN;
27.    DELBERT L. OTWELL;
28.    LEON A. PELZEL;
29.    GLYNN PENNINGTON;
30.    MIKE QUATTRIN;
31.    WALTER DONALD REGISTER;
32.    ELMER WAYNE REYNOLDS, JR.;
33.    JOE ROBINSTON ESTATE;
34.    GWEN SCARBROUGH;
35.    JIMMY SEAY;
36.    BILLY W. SHANNON;
37.    BILLY NEAL SHANNON;
38.    TERRY LEE STACY;
39.    BRADLEE DAVIN STACY;
40.    TROYAT UNDERWOOD;
41.    CLARENCE C. WASCHSMANN;
42.    SUVELLA WALKER;
43.    JULIUS WELLS ESTATE;
44.    WANDA WINTER;

§
§
§
§
§
§
§
§
§
§
§
§
§    Civil Action No. **2** – 0 3 **C** **V** – 1 2 0
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

1

**EXHIBIT**

8

| | | |
|---|---|---|
| 45. | PEGGY S.WOODS; | § |
| 46. | HEIDI and JOE ED WORD; | § |
| 47. | A.L.H.M. INC; | § |
| 48. | F.A.C.E., INC.; | § |
| 49. | WADE PENNINGTON & SONS FARMS, FN 4798; | § § |
| 50. | WADE PENNINGTON & SONS FARMS, FN 5868; | § § |
| 51. | M. E. WATSON FARMS, INC.; and OTHERS SIMILARLY SITUATED, Plaintiffs, | § § § § |
| VS. | | § § |
| 1. | ROSS J. DAVIDSON, ADMINISTRATOR FOR RISK MANAGEMENT AGENCY; | § § |
| 2. | RISK MANAGEMENT AGENCY; | § |
| 3. | UNITED STATES OF AMERICA; | § |
| 4. | ANN M.VENEMAN, SECRETARY OF AGRICULTURE FOR THE UNITED STATES OF AMERICA; and | § § § |
| 5. | UNITED STATES DEPARTMENT OF AGRICULTURE. Defendants. | § § |

---

## PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

### I.  INTRODUCTION

1.      Plaintiffs are Texas farmers in the "Southwest Growing Region" (hereinafter Plaintiff Peanut Farmers) who grow and harvest peanuts and who have applied for and received Multiple Peril Crop Insurance Policies for the growing season of 2002.

2.      Plaintiff Peanut Farmers bring this class action on behalf of all peanut farmers in Texas who are eligible for the Multiple Peril Crop Insurance Policy for crop year 2002 and are similarly situated to the named Plaintiffs.

3.     Plaintiff Peanut Farmers bring this action to challenge the unlawful and unilateral contract modification and impairment that Defendants made on or after May 13, 2002 to the Multiple Peril Crop Insurance Policy which changed the price guarantee of their insurance protection by reducing it from $.31 to $.1775 per pound of peanuts.

4.     Plaintiff Peanut Farmers seek, among other claims for relief, a declaratory judgment that the Defendants' conduct in unilaterally and retrospectively changing the terms and conditions of the contract for insurance breaches the contract, is contrary to law as set forth in *U. S. v. Winstar*, 518 U.S. 839, 116 S. Ct. 2432, 135 L.Ed. 2d 964 (1996), violates statutory requirements for changes in policies and is arbitrary and capricious and therefore unconstitutional.     Defendants' conduct also destroys Plaintiffs reasonable expectations and impairs other existing contracts and thus deprives them of their property without due process of law.

5.     In addition, Plaintiff Peanut Farmers seek injunctive relief to compel the Defendants including USDA and RMA to honor the contract to provide insurance at the agreed contractual coverage of $.31 per pound.

6.     Plaintiff Peanut Farmers further seek a preliminary injunction forbidding the Secretary of Agriculture or the Administrator of the RMA from illegally and unconstitutionally demanding that farmers waive their property right to the Multiple Peril Crop Insurance Policy as published in the Federal Register and Code of Federal Regulations or else have their peanut peril insurance coverage rejected or cancelled for the 2002 crop year and future years.

7.     Plaintiffs previously filed Petitions with the United State Department of Agriculture complaining of Defendants' actions and seeking administrative relief.  Plaintiffs previously filed a Complaint in the Federal Court of Claims seeking relief from the Defendants' actions.  A similar suit was previously filed in the Eastern District of North Carolina.  Plaintiffs are filing this Complaint to preserve their claims against any jurisdictional defense or similar

3

defenses if raised against the Petitions and Complaints previously filed on behalf of these Plaintiffs and all other plaintiffs similarly situated.

## II.  PARTIES AND JURISDICTION

8.    Plaintiff Darrell Wayne Brown is a peanut farmer who farms and resides in Anderson County, Texas.

9.    Plaintiff Jimmy Seay is a peanut farmer who farms and resides in Atascosa County, Texas.

10.   Plaintiff Elmer Wayne Reynolds, Jr. is a peanut farmer who farms and resides in Collingsworth County, Texas.

11.   Plaintiffs Billy M. Barnes, Ronald Scott Koonce, Terry M. Mathis, Timothy L. Matthews, Delbert L. Otwell and Troyat Underwood are peanut farmers who farm and reside in Comanche County, Texas.

12.   Plaintiff Loraine Fischer Estate is a peanut farm in Denton County, Texas.

13.   Plaintiffs Jay Grimshaw, Benny D. Hagan, Philip S. Lewis, Terry Lee Stacy and Bradlee Davin Stacy are peanut farmers who farm and reside in Eastland County, Texas.

14.   Plaintiffs Randy D. Decker, Luther Don Keith and Robert D. Keith are peanut farmers who farm and reside in Erath County, Texas.

15.   Plaintiff David Gene Lehmann is a peanut farmer who farms and resides in Fayette County, Texas.

16.   Plaintiffs Jacob F. Boschman and R. S. Lawrence are peanut farmers who farm and reside in Gaines County, Texas.

17.   Plaintiff A.L.H.M. Inc. is a peanut farm in Gaines County, Texas.

18.   Plaintiff Leon A. Pelzel is a peanut farmer who farms and resides in Grayson County, Texas.

19.    Plaintiffs Billy Neal Shannon and Peggy S. Woods are peanut farmers who farm and reside in Hall County, Texas.

20.    Plaintiff M.E. Watson Farms, Inc. is a peanut farm in Hardeman County, Texas.

21.    Plaintiffs Bill Gayle, Larry Gene Huff, Tommy Johnson, Porter Jones, Loyal Lasiter, J.W. Logan, Sammy Morgan, Glynn Pennington, Mike Quatrran, the Joe Robinston Estate, Gwen Scarbrough, Suvella Walker, the Julius Wells Estate, Wanda Winter, Wade Pennington & Sons Farms, FN 4798 and Wade Pennington & Sons Farms, FN 5868 are peanut farmers who farm and reside in Houston County, Texas.

22.    Plaintiff Walter Donald Register is a peanut farmer who farms and resides in Irwin County, Texas.

23.    Plaintiffs Clark Foster, Tommie R. Mercer and Richard R. Shewood are peanut farmers who farm and reside in Lamar County, Texas.

24.    Plaintiffs Melvin O. Iselt, Lorine B. Iselt, Calvin W. Schmank and Clarence C. Wachsmann are peanut farmers who farm and reside in Lee County, Texas.

25.    Plaintiff Billy W. Shannon is a peanut farmer who farms and resides in Motley County, Texas.

26.    Plaintiff Billy R. Meadorf is a peanut farmer who farms and resides in Stonewall County, Texas.

27.    Plaintiffs David and Pam Groschke are peanut farmers who farm and reside in Waller County, Texas.

28.    Plaintiffs Heidi and Joe Ed Word are peanut farmers who farm and reside in Wilburger County, Texas.

29.    Defendant Ann M. Veneman, is Secretary of Agriculture for the United States of America.

5

30.    Defendant Ross J. Davidson is Manager and Chief Executive Officer for the Federal Crop Insurance Corporation 7 U. S. C. § 1505(d), and is also Administrator of the Risk Management Agency.

31.    The Risk Management Agency (RMA) was established under provisions of the Federal Agriculture Improvement and Reform Act of 1996 (Freedom to Farm Act), P.L. 104-127, approved April 4, 1996. It is an independent office within the United States Department of Agriculture responsible for supervision of the Federal Crop Insurance Corporation (FCIC) and the administration and enforcement of programs authorized under the Federal Crop Insurance Act. (See 7 U. S. C. §§ 1501 *et seq.*).

32.    The RMA Regional Office that serves Texas is located in Oklahoma City, Oklahoma.

33.    Defendants, including the United States of America and the United States Department of Agriculture (hereinafter the "Government,") through its right to contract with private citizens have waived sovereign immunity as a defense to the contract entered into by the parties and specifically waived its rights of sovereign immunity in the insurance contract.

34.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.")  This action arises under the Federal Crop Insurance Act, 7 U.S.C. §§ 1501, *et seq.*, and the Constitution of the United States.

35.    The Plaintiffs' cause of action is created by the judicial review provisions of the Administrative Procedures Act, 5 U.S.C. § 702-706.

36.    To date, Plaintiff Peanut Farmers complied with all terms and conditions of the insurance contract as required by Paragraph 25 of the Multiple Peril Crop Insurance Policy.

37.    For Plaintiff Peanut Farmers to make individual administrative claims would be an effort in futility in that Plaintiff Peanut Farmers have been advised by Defendants that the

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
FILE No _____

2:10
MAY - 8 2003
CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| VIRGINIA PEANUT FARMERS: TOM CLEMENTS; JIM FERGUSON; GLEN HAWKINS; BILLY BAIN; GLEN MOORE; R. L. SMITH; H. STEPHEN ALLEN and OTHERS SIMILARLY SITUATED, <br>                  Plaintiffs, <br><br> v. <br><br> ROSS J. DAVIDSON, ADMINISTRATOR FOR RISK MANAGEMENT AGENCY, RISK MANAGEMENT AGENCY, UNITED STATES OF AMERICA, ANN M. VENEMAN, SECRETARY OF AGRICULTURE FOR THE UNITED STATES OF AMERICA, and UNITED STATES DEPARTMENT OF AGRICULTURE, <br>                  Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

2: 03 c v 352

**COMPLAINT FOR
DECLARATORY JUDGMENT
AND INJUNCTIVE RELIEF**

## I.  INTRODUCTION

1.   Plaintiffs are Virginia farmers in the "V-C Growing Area" (hereinafter Plaintiff Peanut Farmers) who grow and harvest peanuts and who have applied for and received Multiple Peril Crop Insurance Policies for the growing season of 2002.

2.   Plaintiff Peanut Farmers bring this class action on behalf of all peanut farmers in Virginia who are eligible for the Multiple Peril Crop Insurance Policy for crop year 2002 and are similarly situated to the named Plaintiffs.

3.   Plaintiff Peanut Farmers bring this action to challenge the unlawful and unilateral contract modification and impairment that Defendants made on or after May 13, 2002 to the Multiple Peril Crop Insurance Policy which changed the price guarantee of their insurance protection by reducing it from $.31 to $.1775 per pound of peanuts.

Clerk's Note: See 6/9/03 Order amending Caption now

1

**EXHIBIT**

9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
FILE No 2:03-CV-352

| | | |
|---|---|---|
| VIRGINIA PEANUT FARMERS: TOM CLEMENTS; JIM FERGUSON; GLEN HAWKINS; BILLY BAIN; GLEN MOORE; R. L. SMITH; H. STEPHEN ALLEN and OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF |
| ROSS J. DAVIDSON, ADMINISTRATOR FOR RISK MANAGEMENT AGENCY, RISK MANAGEMENT AGENCY, UNITED STATES OF AMERICA, ANN M. VENEMAN, SECRETARY OF AGRICULTURE FOR THE UNITED STATES OF AMERICA, and UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## I.    INTRODUCTION

1.      Plaintiffs are Virginia farmers in the "V-C Growing Area" (hereinafter Plaintiff Peanut Farmers) who grow and harvest peanuts and who have applied for and received Multiple Peril Crop Insurance Policies for the growing season of 2002.

2.      Plaintiff Peanut Farmers bring this class action on behalf of all peanut farmers in Virginia who are eligible for the Multiple Peril Crop Insurance Policy for crop year 2002 and are similarly situated to the named Plaintiffs.

3.      Plaintiff Peanut Farmers bring this action to challenge the unlawful and unilateral contract modification and impairment that Defendants made on or after May 13, 2002 to the Multiple Peril Crop Insurance Policy which changed the price guarantee of their insurance protection by reducing it from $.31 to $.1775 per pound of peanuts.

1

4. Plaintiff Peanut Farmers seek, among other claims for relief, a declaratory judgment that the Defendants' conduct in unilaterally and retrospectively changing the terms and conditions of the contract for insurance breaches the contract, is contrary to law as set forth in *U. S. v. Winstar*, 518 U.S. 839, 116 S. Ct. 2432, 135 L.Ed. 2d 964 (1996), violates statutory requirements for changes in policies and is arbitrary and capricious and therefore unconstitutional. Defendants' conduct also destroys Plaintiffs reasonable expectations and impairs other existing contracts and thus deprives them of their property without due process of law.

5. In addition, Plaintiff Peanut Farmers seek injunctive relief to compel the Defendants including USDA and RMA to honor the contract to provide insurance at the agreed contractual coverage of $.31 per pound.

6. Plaintiff Peanut Farmers further seek a preliminary injunction forbidding the Secretary of Agriculture or the Administrator of the RMA from illegally and unconstitutionally demanding that farmers waive their property right to the Multiple Peril Crop Insurance Policy as published in the Federal Register and Code of Federal Regulations or else have their peanut peril insurance coverage rejected or cancelled for the 2002 crop year and future years.

II. PARTIES AND JURISDICTION

7. Plaintiffs previously filed Petitions with the United State Department of Agriculture complaining of Defendants' actions and seeking administrative relief. A similar suit was previously filed in the Eastern District of North Carolina. Plaintiffs are filing this Complaint to preserve their claims against any jurisdictional defense or similar defenses if raised against the Petitions and Complaints previously filed on behalf of these Plaintiffs and all other plaintiffs similarly situated.

8. Plaintiff Tom Clements is a peanut farmer who farms and resides in Virginia.

9. Plaintiffs Jim Ferguson, Glen Hawkins, Billy Bain, Glen Moore, R. L. Smith and H. Stephen Allen are peanut farmers who farm and reside in the Virginia-Carolina Growing Area.

10. Defendant Ann M. Veneman, is Secretary of Agriculture for the United States of America.

11. Defendant Ross J. Davidson is Manager and Chief Executive Officer for the Federal Crop Insurance Corporation 7 U. S. C. § 1505(d), and is also Administrator of the Risk Management Agency.

12. The Risk Management Agency (RMA) was established under provisions of the Federal Agriculture Improvement and Reform Act of 1996 (Freedom to Farm Act), P.L. 104-127, approved April 4, 1996. It is an independent office within the United States Department of Agriculture responsible for supervision of the Federal Crop Insurance Corporation (FCIC) and the administration and enforcement of programs authorized under the Federal Crop Insurance Act. (See 7 U. S. C. §§ 1501 *et seq.*.).

13. The RMA Regional Office that serves North Carolina and Virginia is located in Raleigh, North Carolina which is in the Eastern District of North Carolina.

14. Defendants, including the United States of America and the United States Department of Agriculture (hereinafter the "Government,") through its right to contract with private citizens have waived sovereign immunity as a defense to the contract entered into by the parties and specifically waived its rights of sovereign immunity in the insurance contract.



ORIGINAL

#050496

FILED
FEB 2 5 2003
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TEXAS PEANUT FARMERS: BILLY M.                )
BARNES; JACOB F. BOSCHMAN; DARRELL            )
WAYNE BROWN; WILLIAM DWAIN                     )
CARROLL; RANDY D. DECKER; LORAINE             )
FISCHER ESTATE; BILL GAYLE; JAY               )
GRIMSHAW; DAVID and PAM GROSCHKE;             )
MELVIN O. ISELT; LORINE B. ISELT; TOMMY       )
JOHNSON; PORTER JONES; LUTHER DON             )
KEITH; ROBERT D. KEITH; RONALD SCOTT          )
KOONCE; LOYAL LASITER; R. S.                   )
LAWRENCE; DAVID GENE LEHMANN;                 )
PHILIP S. LEWIS; J. W. LOGAN; TERRY M.        )
MATHIS; TIMOTHY L. MATTHEWS; BILLY R          )
MEADORF; TOMMIE R. MERCER; SAMMY              )
MORGAN; DELBERT L. OTWELL; LEON A.            )
PELZEL; GLYNN PENNINGTON; MIKE                )
QUATTRIN; WALTER DONALD REGISTER;             )
ELMER WAYNE REYNOLDS, JR.; JOE                )
ROBINSON ESTATE; GWEN SCARBROUGH;             )
JIMMY SEAY; BILLY W. SHANNON; BILLY           )
NEAL SHANNON; TERRY LEE STACY;                )
BRADLEE DAVIN STACY; TROYAT                    )
UNDERWOOD; CLARENCE C.                         )
WASCHSMANN; SUVELLA WALKER; JULIUS            )
WELLS ESTATE; WANDA WINTER; PEGGY S.          )
WOODS; HEIDI and JOE ED WORD; A.L.H.M.        )
Inc; F.A.C.E., INC.; WADE PENNINGTON &        )
SONS FARMS, FN 4798; WADE PENNINGTON          )
& SONS FARMS, FN 5868; M. E. WATSON           )
FARMS, INC.;GEORGIA PEANUT FARMERS:
BRADFORD L. CARROLL; EDWIN CLARK;             )
MICHAEL H. COBB; WALTER L. DAVENPORT;)
TREY HAMILTON DUNAWAY; JOHN L.                )
EUBANKS; ERIC S. GIBBS; JOSEPH GWINES;        )
ROBIN GWINES; DANNY W. HAWKINS;               )
STEVE E. HOUSTON; CHARLES L. ISRAEL;          )
JUSTIN ISRAEL JOHNSON; WILLIAM G.             )
JONES; LARRY JONES; SHERWOOD T. KING;         )
ROBERT A. LANCASTER; JIMMY M.                  )
McCLURE; ANN G. McCLURE; ROYCE                )
McCRARY; TIMOTHY E. McMILLAN;                 )
MARVIN MOSS; CLIFFORD L. OLIVER;              )
WILLIE J. PROTHO; BILLY SENKBEIL; DAN         )

No. 03 - 445 C

EXHIBIT
10

1

W. SMITH; CHARLES E. SMITH, JR.; EUGENE )
WILLIAMS; and GRIGGS FARMS; ALABAMA )
PEANUT FARMERS: TERRY E. BEASLEY; )
LLOYD D. BRYANT; ELAINE O. BRYANT; )
LARRY WOOD MARSHALL; FLORIDA )
PEANUT FARMERS: JAMES C. BARNES; )
BRUCE GODWIN; JOSEPH M. DIAMOND; )
DONNIE FRANK LWRY; ALLAN EDWARDS; )
SOUTH CAROLINA PEANUT FARMERS: )
WALLACE A. BERRY; WILLIAM R. MARSH; )
and OTHERS SIMILARLY SITUATED, )
                         Plaintiffs, )
                                   )
   vs. )
                                   )
ROSS J. DAVIDSON, ADMINISTRATOR FOR )
RISK MANAGEMENT AGENCY, RISK )
MANAGEMENT AGENCY, UNITED STATES )
OF AMERICA, ANN M.VENEMAN, )
SECRETARY OF AGRICULTURE FOR THE )
UNITED STATES OF AMERICA, UNITED )
STATES DEPARTMENT OF AGRICULTURE, )
RON BERRYHILL, RMA REGIONAL OFFICE )
DIRECTOR, Oklahoma City, Oklahoma; and )
MIKE MOORE, RMA REGIONAL OFFICE )
DIRECTOR, Valdosta, Georgia, )
                        Defendants. )

---

## COMPLAINT

### I. INTRODUCTION

    1.      Plaintiffs are peanut farmers in Texas, Georgia, Alabama, Florida and South Carolina in the "Southwestern and Southeastern Growing Area" (hereinafter Plaintiff Peanut Farmers) who grow and harvest peanuts and who applied for and received Multiple Peril Crop Insurance Policies for the growing season of 2002.

    2.      Plaintiff Peanut Farmers bring this class action on behalf of all peanut farmers in Texas, Georgia, Alabama, Florida, and South Carolina who are eligible for the Multiple Peril Crop Insurance Policy for crop year 2002 and are similarly situated to the named Plaintiffs.

3.    Plaintiff Peanut Farmers bring this action to challenge the unlawful and unilateral contract modification and impairment that Defendants made on or after May 13, 2002 to the Multiple Peril Crop Insurance Policy which changed the price guarantee of their insurance protection by reducing it from $.31 to $.1775 per pound of peanuts.

4.    Plaintiff Peanut Farmers seek, among other claims for relief, a declaratory judgment pursuant to RFCC Rule 57 that the Defendants' conduct in unilaterally and retrospectively changing the terms and conditions of the contract for insurance breaches the contract, is contrary to law as set forth in *U.S. v. Winstar*, 518 U.S. 839, 116 S. Ct. 2432, 135 L.Ed. 2d 964 (1996), violates statutory requirements for changes in policies and is arbitrary and capricious and therefore unconstitutional.    Defendants' conduct also destroys Plaintiffs' reasonable expectations and impairs other existing contracts and thus deprives them of their property without due process of law.

5.    In addition, Plaintiff Peanut Farmers seek injunctive relief to compel the Defendants including USDA and RMA to honor the contract to provide insurance at the agreed contractual coverage of $.31 per pound.

6.    Plaintiff Peanut Farmers further seek a preliminary injunction forbidding the Secretary of Agriculture or the Administrator of the RMA from illegally and unconstitutionally demanding that farmers waive their property right to the Multiple Peril Crop Insurance Policy as published in the Federal Register and Code of Federal Regulations or else have their peanut peril insurance coverage rejected or cancelled for the 2002 crop year and future years.

## II. PARTIES AND JURISDICTION

7.    Plaintiffs Billy M. Barnes; Jacob F. Boschman; Darrell Wayne Brown; William Dwain Carroll; Randy D. Decker; Loraine Fischer Estate; Bill Gayle; Jay Grimshaw; David and

Pam Groschke; Melvin O. Iselt; Lorine B. Iselt; Tommy Johnson; Porter Jones; Luther Don Keith; Robert D. Keith; Ronald Scott Koonce; Loyal Lasiter; R.S. Lawrence; David Gene Lehmann; Philip S. Lewis; J. W. Logan; Terry M. Mathis; Timothy L. Matthews; Billy R. Meadorf; Tommie R. Mercer; Sammy Morgan; Delbert L. Otwell; Leon A. Pelzel; Glynn Pennington; Mike Quattrin; Walter Donald Register; Elmer Wayne Reynolds, Jr.; Joe Robinston Estate; Gwen Scarbrough; Jimmy Seay; Billy W. Shannon; Billy Neal Shannon; Terry Lee Stacy; Bradlee Davin Stacy; Troyat Underwood; Clarence C. Waschsmann; Suvella Walker; Julius Wells Estate; Wanda Winter; Peggy S. Woods; Heidi and Joe Ed Word are peanut farmers who farm and reside in Comanche County, Gaines County, Anderson County, Erath County, Denton County, Houston County, Eastland County, Waller County, Lee County, Fayette County, Stonewall County, Lamar County, Grayson County, Irwin County, Collingsworth County, Atascosa County, Motley County, Hall County, Wilburger County and Hardeman County, Texas.

8.    Plaintiffs Bradford L. Carroll; Edwin Clark; Michael H. Cobb; Walter L. Davenport; Trey Hamilton Dunaway; John L. Eubanks; Eric S. Gibbs; Joseph Gwines; Robin Gwines; Danny W. Hawkins; Steve E. Houston; Charles L. Israel; Justin Israel Johnson; William G. Jones; Larry Jones; Sherwood T. King; Robert A. Lancaster; Jimmy M. McClure; Ann G. McClure; Royce McCrary; Timothy E. McMillan; Marvin Moss; Clifford L. Oliver; Willie J. Protho; Billy Senkbeil; Dan W. Smith; Charles E. Smith, Jr.; Eugene Williams are peanut farmers who farm and reside in Ben Hill County, Wilcox County, Miller County, Sumter County, Pulaski County, Mitchell County, Worth County, Grady County, Stewart County and Berrien County, Georgia.

9.    Plaintiffs Terry E. Beasley; Lloyd D. Bryant; Elaine O. Bryant; Larry Wood Marshall are peanut farmers who farm and reside in Henry County and Opp County, Alabama.

10.    Plaintiffs James C. Barnes, Bruce Godwin, Joseph M. Diamond, Donnie Frank Lowry, and Allan Edwards are peanut farmers who farm and reside in Jackson County and Santa Rosa County, Florida.

11.    Plaintiffs Wallace A. Berry and William R. Marsh are peanut farmers who farm and reside in Lee County, South Carolina.

12.    Defendant Ann M. Veneman, is Secretary of Agriculture for the United States of America.

13.    Defendant Ross J. Davidson is Manager and Chief Executive Officer for the Federal Crop Insurance Corporation 7 U.S.C. § 1505(d), and is also Administrator of the Risk Management Agency.

14.    The Risk Management Agency (RMA) was established under provisions of the Federal Agriculture Improvement and Reform Act of 1996 (Freedom to Farm Act), P.L. 104-127, approved April 4, 1996. It is an independent office within the United States Department of Agriculture responsible for supervision of the Federal Crop Insurance Corporation (FCIC) and the administration and enforcement of programs authorized under the Federal Crop Insurance Act. (See 7 U.S.C. §§ 1501 *et seq.*).

15.    The RMA Regional Office that serves Georgia, Alabama, Florida, and South Carolina is located in Valdosta, Georgia, and the Regional Office Director is Mike Moore.

16.    The RMA Regional Office that serves Texas is located in Oklahoma City, Oklahoma, and the Regional Office Director is Ron Berryhill.

| Last Name | First Name | Middle Initial | County |
|---|---|---|---|
| **Northern District of Texas** | | | |
| Barnes | Billy | | Commanche |
| Boschman | Jacob | | Gaines |
| Carroll | William | Dwain | Anderson |
| Decker | Randy | D | Erath |
| Grimshaw | Jay | | Eastland |
| Keith | Luther | Don | Erath |
| Keith | Robert | D | Erath |
| Koonce | Ronald | Scott | Commanche |
| Lawrence | R.S. | | Gaines |
| Lewis | Philip | S | Eastland |
| Mathis | Terry | M | Commanche |
| Matthews | Timothy | L | Commanche |
| Meadorf | Billy | R | Stonewall |
| Otwell | Delbert | L | Commanche |
| Reynolds, Jr. | Elmer | Wayne | Collingsworth |
| Shannon | Billy | Wayne | Motley |
| Shannon | Billy | Neal | Motley |
| Stacy | Terry | Lee | Eastland |
| Stacy | Bradlee | Davin | Eastland |
| Underwood | Troyat | | Commanche |
| Woods | Peggy | S | Hall |
| Word | Heidi & JoeEd | | Wilburger |
| A.L.H.M., Inc | Inc. | | Gaines |
| F.A.C.E., Inc. | | | Gaines |
| M.E. Watson Farms, Inc. | | | Hardeman |
| | | | |
| **Western District of Texas** | | | |
| Iselt | Melvin | O | Lee |
| Iselt | Lorine | B | Lee |
| Seay | Jimmy | | Atascosa |
| Wachsmann | Clarence | C | Lee |
| | | | |
| **Southern District of Texas** | | | |
| Groschke | David & Pam | | Waller |
| Lehmann | David | Gene | Fayette |
| | | | |
| **Southern District of Georgia** | | | |
| Smith, Jr. | Charles | E | Jefferson |

A TRUE COPY  APR 4 2008
TEST:

BRIAN BISHOP
Clerk, U.S. Court of Federal Claims

By _____
Deputy Clerk



EXHIBIT

11