ORIGINAL

# In the United States Court of Federal Claims

No. 03-445C
(Filed: November 8, 2005)

FILED
NOV 8 2005
U.S. COURT OF
FEDERAL CLAIMS

```
* * * * * * * * * * * * * * *
                              *
TEXAS PEANUT FARMERS, et al., *
                              *
            Plaintiffs,       *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
            Defendant,        *
                              *
* * * * * * * * * * * * * * *
```

## ORDER

The court is in receipt of a notice from Judge William Terrell Hodges, Chairman, United States Judicial Panel on Multidistrict Litigation, indicating that presently before the panel is a motion to transfer the above-captioned case to the multidistrict panel. The notice recommends that this court "wait until the Panel has decided the transfer issue," before ruling on the motion to transfer the present case plaintiffs to various district courts. The above-captioned case is **STAYED** pending a decision by the United States Judicial Panel on Multidistrict Litigation on the motion to transfer. The parties shall notify the court within 5 days of the Panel's ruling.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge

A TRUE COPY:
TEST:
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By
Deputy Clerk