# United States Court of Federal Claims

717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

RECEIVED
2006 APR 10 P 4:05

April 4, 2006

Debra P. Hackett, Clerk
United States District Court for
the Middle District of Alabama
Frank M. Johnson, Jr. Federal
Courthouse Annex
Suite B-110
One Church Street
Montgomery, Alabama 36104

Re: *Texas Peanut Farmers, et al. v. United States,*
No. 03-445 C

Dear Ms. Hackett:

Pursuant to this Court's Order filed on March 24, 2006, certain plaintiffs in the above captioned case have been transferred to your court. Enclosed, please find a certified copy of the complete file, including a certified copy of both the transfer order and docket sheet.

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Sincerely,

Debra L. Samler
Case Manager

Enclosures

cc: Judge Nancy B. Firestone
    R. Daniel Boyce, Esquire
    Jane W. Vanneman, Esquire