ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 2 6 2003
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| TEXAS PEANUT FARMERS, et al., ) | |
| ) | |
| Plaintiff, ) | No. 03-445C |
| ) | (Judge Firestone) |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

By leave of the Judge

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jane W. Vanneman as Senior Trial Counsel of record for the United States. Service of all papers by opposing parties should be addressed as follows:

    Jane W. Vanneman
    Senior Trial Counsel
  Commercial Litigation Branch
      Civil Division
   Department of Justice
   Washington D.C.  20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: March 14, 2003

A TRUE COPY:
TEST: APR 4 2003
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By: _____ Deputy

Jane W. Vanneman
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-1011

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 14th day of March 2003 I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Philip R. Isley
Boyce & Isley, PLLC
Post Office Box 1990
Raleigh, NC  27602-1990

Docket No. 03-449C

## UNITED STATES COURT OF FEDERAL CLAIMS

### MEMORANDUM

TO:       JUDGE _____
FROM:   CLERK'S OFFICE

The attached was received on 3-25-03
and the following defect(s) is/are noted:

1. ____    Untimely, due to be filed by _____ [Rule 7.1]

2. ✓        Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ✓ shows service on wrong attorney ~~or of wrong item~~;
   ____ is not attached to each document or copy

3. ____    Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____    Does not comply with the provisions of Rule:

   ____  5.2(a)(1)(A)      Re: table of contents or index to appendix is missing (or in wrong location)
   ____  5.2(a)(1)(G)      Re: index to appendix is to be located in both the front of the brief and in front of the appendix
   ____  5.2(b)             Re: length of briefs or memorandum
   ____  5.3(c)             Re: binding
   ____  5.3(d)             Re: original/copies missing
   ____  5.3(g)             Re: Judge's name on all filings
   ____  7(b)               Re: brief, supporting memorandum, affidavits shall be attached to motion
   ____  56(h)              Re: proposed findings and/or response to proposed findings is missing or not a separate document
   ____  56.1(b)            Re: statement of facts and/or counter-statement of facts is missing or not a separate document
   ____  77.1(a)            Re: improper use of the night box
   ____  83.1(c)(1)         Re: one attorney for a party; attorney to be an individual not a firm
   ____  _____            Re: _____

5. ____    Original affidavit(s)/declaration(s) is/are missing
6. ____    No provision in the Rules for the filing of this item
7. ____    _____

_____
Deputy Clerk