IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NO. 03-445C

JUDGE NANCY B. FIRESTONE



by leave of the Judge

| | |
|---|---|
| **TEXAS PEANUT FARMERS:** BILLY M. BARNES; JACOB F. BOSCHMAN; DARRELL WAYNE BROWN; WILLIAM DWAIN CARROLL; RANDY D. DECKER; LORAINE FISCHER ESTATE; BILL GAYLE; JAY GRIMSHAW; DAVID and PAM GROSCHKE; MELVIN O. ISELT; LORINE B. ISELT; TOMMY JOHNSON; PORTER JONES; LUTHER DON KEITH; ROBERT D. KEITH; RONALD SCOTT KOONCE; LOYAL LASITER; R. S. LAWRENCE; DAVID GENE LEHMANN; PHILIP S. LEWIS; J. W. LOGAN; TERRY M. MATHIS; TIMOTHY L. MATTHEWS; BILLY R MEADORF; TOMMIE R. MERCER; SAMMY MORGAN; DELBERT L. OTWELL; LEON A. PELZEL; GLYNN PENNINGTON; MIKE QUATTRIN; WALTER DONALD REGISTER; ELMER WAYNE REYNOLDS, JR.; JOE ROBINSTON ESTATE; GWEN SCARBROUGH; JIMMY SEAY; BILLY W. SHANNON; BILLY NEAL SHANNON; TERRY LEE STACY; BRADLEE DAVIN STACY; TROY AT UNDERWOOD; CLARENCE C. WASCHSMANN; SUVELLA WALKER; JULIUS WELLS ESTATE; WANDA WINTER; PEGGY S. WOODS; HEIDI and JOE ED WORD; A.L.H.M. Inc; F.A.C.E., INC.; WADE PENNINGTON & SONS FARMS, FN 4798; WADE PENNINGTON & SONS FARMS, FN 5868; M. E. WATSON FARMS, INC.; **GEORGIA PEANUT FARMERS:** BRADFORD L. CARROLL; EDWIN CLARK; MICHAEL H. COBB; WALTER L. DAVENPORT; TREY HAMILTON DUNAWAY; JOHN L. EUBANKS; ERIC S. GIBBS; JOSEPH GWINES; ROBIN GWINES; DANNY W. HAWKINS; STEVE E. HOUSTON; CHARLES L. ISRAEL; JUSTIN ISRAEL JOHNSON; WILLIAM G. JONES; LARRY JONES; SHERWOOD T. KING; ROBERT A. LANCASTER; JIMMY M. McCLURE; ANN G. McCLURE; ROYCE McCRARY; TIMOTHY E. McMILLAN; | AFFIDAVIT OF SERVICE OF COMPLAINT ON ROSS J. DAVIDSON |





MARVIN MOSS; CLIFFORD L. OLIVER; )
WILLIE J. PROTHO; BILLY SENKBEIL; DAN )
W. SMITH; CHARLES E. SMITH, JR.; EUGENE )
WILLIAMS; and GRIGGS FARMS; **ALABAMA** )
**PEANUT FARMERS:** TERRY E. BEASLEY; )
LLOYD D. BRYANT; ELAINE O. BRYANT; )
LARRY WOOD MARSHALL; **FLORIDA** )
**PEANUT FARMERS**: JAMES C. BARNES; )
BRUCE GODWIN; JOSEPH M. DIAMOND; )
DONNIE FRANK LWRY; ALLAN EDWARDS; )
**SOUTH CAROLINA PEANUT FARMERS:** )
WALLACE A. BERRY; WILLIAM R. MARSH; )
and OTHERS SIMILARLY SITUATED, )
                        Plaintiffs, )
                         )
vs. )
                         )
ROSS J. DAVIDSON, ADMINISTRATOR FOR )
RISK MANAGEMENT AGENCY, RISK )
MANAGEMENT AGENCY, UNITED STATES )
OF AMERICA, ANN M. VENEMAN, )
SECRETARY OF AGRICULTURE FOR THE )
UNITED STATES OF AMERICA, UNITED )
STATES DEPARTMENT OF AGRICULTURE, )
RON BERRYHILL, RMA REGIONAL OFFICE )
DIRECTOR, Oklahoma City, Oklahoma; and )
MIKE MOORE, RMA REGIONAL OFFICE )
DIRECTOR, Valdosta, Georgia, )
                        Defendants. )

---

The undersigned, being duly sworn, deposes and says as follows:

1. That I am Plaintiffs' counsel in this case, over the age of eighteen, under no legal disabilities, and qualified to provide this affidavit.

2. That a Complaint was filed against the Defendants and subsequently was served on Ross j. Davidson, Administrator for Risk Management Agency, of USDA, Certified Mail, Return Receipt Requested on March 12, 2003. The postal registry receipt is attached hereto and incorporated herein by reference as evidence of service of process.

3. That the above statements are true to the best of my knowledge and belief.

This the 21st day of March, 2003.

                      **BOYCE & ISLEY, PLLC**

                      _R. Daniel Boyce_
                      R. Daniel Boyce
                      N.C. State Bar #12394
                      Attorneys for Plaintiff
                      Post Office Box 1990
                      Raleigh, NC 27602-1990
                      Telephone: (919) 833-7373
                      Facsimile: (919) 833-7536

Sworn to and subscribed before me
this the 21st day of March, 2003.

_Shelia L. Jones_
Notary Public

My commission expires: 4-17-04



SHELIA L. JONES
NOTARY PUBLIC
WAKE COUNTY, N.C.
My Commission Expires 4-17-04

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I have served a copy of the foregoing **Affidavit of Service of Complaint on Ron Berryhill** by regular, first-class United States mail, postage fully pre-paid, addressed to the last known address to me as follows:

Ann M. Venman
Secretary, U. S. Department of Agriculture
200-A Whitten Building
1400 Independence Avenue, S.W.
Washington, DC  20250

The Honorable John Ashcroft
United States Attorney General
511 Main Justice Building
Washington, DC  20530

Mr. Ron Berryhill
Director - Oklahoma City, OK
USDA-RMA
205 NW 63rd St., Ste. 170
Oklahoma City, OK  73116

Mr. Mike Moore
Director - Valdosta, GA
USDA-RMA
106 S. Patterson St., Ste. 250
Valdosta, GA  31601-5609

Mr. Ross Davidson
Administrator, Risk Management Agency
1400 Independence Avenue, SW
Stop 0801
Washington, DC  20250-0805

This the 21st day of March, 2003.

R. Daniel Boyce
R. Daniel Boyce
N.C. State Bar No. 12329
Post Office Box 1990
Raleigh, North Carolina 27602-1990
Telephone:  (919) 833-7373
Facsimile:  (919) 833-7536

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ross J. Davidson, Admin.
   RMA
   1400 Independence Ave., SW
   Stop 0801
   Washington, DC 20250-0805

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): PAT WHITSETT
C. Date of Delivery: 3-12-03

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0016 7981 7241

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

Docket No. _____

# UNITED STATES COURT OF FEDERAL CLAIMS

## MEMORANDUM

TO:        JUDGE _____
FROM:   CLERK'S OFFICE

The attached was received on _____
and the following defect(s) is/are noted:

1. ____   Untimely, due to be filed by _____ [Rule 7.1]

2. ____   Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____   Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____   Does not comply with the provisions of Rule:

   ____   5.2(a)(1)(A)      Re: table of contents or index to appendix is missing (or in wrong location)
   ____   5.2(a)(1)(G)      Re: index to appendix is to be located in both the front of the brief <u>and</u> in front of the appendix
   ____   5.2(b)            Re: length of briefs or memorandum
   ____   5.3(c)            Re: binding
   ____   5.3(d)            Re: original/copies missing
   ____   5.3(g)            Re: Judge's name on all filings
   ____   7(b)              Re: brief, supporting memorandum, affidavits shall be attached to motion
   ____   56(h)             Re: proposed findings and/or response to proposed findings is missing or not a separate document
   ____   56.1(b)           Re: statement of facts and/or counter-statement of facts is missing or not a separate document
   ____   77.1(a)           Re: improper use of the night box
   ____   83.1(c)(1)        Re: one attorney for a party; attorney to be an individual not a firm
   ✓      10(_)             Re: _caption of defendant_

5. ____   Original affidavit(s)/declaration(s) is/are missing
6. ✓      No provision in the Rules for the filing of this item _Pursuant to Rule 4_
7. ____   _____

_____
Deputy Clerk