# In the United States Court of Federal Claims

No. 03-445C
(Filed: July 25, 2003)

```
* * * * * * * * * * * * * * *
                            *
TEXAS PEANUT FARMERS, et al., *
                            *
          Plaintiffs,       *
                            *
v.                          *
                            *
THE UNITED STATES,          *
                            *
          Defendant,        *
                            *
* * * * * * * * * * * * * * *
```

FILED
JUL 2 5 2003
U.S. COURT OF
FEDERAL CLAIMS

## SCHEDULING ORDER

Based upon the status conference held July 25, 2003, it is hereby **ORDERED**:

1) The plaintiffs shall file with the court their response to the defendant's motion to dismiss by **Friday, August 8, 2003**.

2) The defendant shall file with the court its reply to the plaintiffs' response pursuant to the Rules of the United States Court of Federal Claims.

The court encourages the parties to explore a joint stipulation of dismissal that codifies the representations of the defendant before this court that pursuant to 7 U.S.C. § 1506(d), the exclusive forum for the plaintiffs' action is in the appropriate United States district court.

**IT IS SO ORDERED**.

NANCY B. FIRESTONE
Judge

A TRUE COPY
TEST:
BRIAN BISHOP  APR 4 2006
Clerk, U.S. Court of Federal Claims
By: _____
Deputy Clerk