# In the United States Court of Federal Claims

No. 03-445C
(Filed: February 11, 2004)

**FILED**
**FEB 1 1 2004**
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * *
|   |
|---|
| TEXAS PEANUT FARMERS, et al., |
| Plaintiffs, |
| v. |
| THE UNITED STATES, |
| Defendant, |

* * * * * * * * * * * * * * *

## ORDER ON MOTION FOR TIME TO FILE A NOTICE OF APPEAL

Plaintiffs' unopposed motion, filed January 23, 2004, for an extension of time to appeal is **GRANTED** pending the outcome of the court's of plaintiffs' motion for reconsideration.

IT IS SO ORDERED.

NANCY B. FIRESTONE
Judge

A TRUE COPY
TEST: APR 4 2006
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By _____
Deputy Clerk

24