ORIGINAL

# In the United States Court of Federal Claims

### No. 03-445C
### (Filed: August 3, 2005)

* * * * * * * * * * * * * * *

TEXAS PEANUT FARMERS, et al.,

       Plaintiffs,

v.

THE UNITED STATES,

       Defendant,

* * * * * * * * * * * * * * *

```
FILED
AUG  3 2005
U.S. COURT OF
FEDERAL CLAIMS
```

## STATUS CONFERENCE ORDER

The court hereby **SCHEDULES** a status conference for **Wednesday, September 7, 2005 at 2:00 p.m. eastern time.**  Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (919) 833-7373; counsel for defendant at (202) 616-8283.  The court will initiate the call.  The parties should be prepared to discuss the next steps in this litigation in light of the Federal Circuit's decision remanding the case with instructions to transfer.

**IT IS SO ORDERED.**

```
A TRUE COPY  APR  4 2006
TEST:
    BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By
    Deputy Clerk
```

NANCY B. FIRESTONE
Judge