

FILED

SEP 2 9 2005

U.S. COURT OF
FEDERAL CLAIMS

No. 03-445C
(Judge Firestone)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

TEXAS PEANUT FARMERS, *et. al.,*

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

## PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR TRANSFER OF THIS CASE TO THE JUDICIAL PANEL ON MULTIPDISTRICT LITIGATION

---

A TRUE COPY:    4 2005
TEST:

BRIAN BISHOP
Clerk, U.S. Court of Federal Claims

By
Deputy Clerk

**BOYCE & ISLEY, PLLC**

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, NC 27602-1990
Telephone: (919) 833-7373
Facsimile: (919) 833-7536
*Attorney for Plaintiffs*

September 28, 2005

TABLE OF CONTENTS

TABLE OF CASES AND AUTHORITIES ........................................................................ i

PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS'
MOTION FOR TRANSFER OF THIS CASE TO THE JUDICIAL PANEL ON
MULTIPDISTRICT LITIGATION ............................................................................... 1

STATEMENT OF THE CASES AND FACTS:

   A.  Status of Transferee District Court Case (EDNC) ............................................. 2

   B.  Status of Court of Federal Claims Case ............................................................ 3

   C.  Status of Transferor District Court Cases ......................................................... 4

   D.  Class Counsel's Efforts to Obtain Information Regarding Other Named Plaintiff
      And Potential Class Members and Government's Refusal to Provide Information
      On Named Plaintiffs and Other Class Members ................................................ 6

ARGUMENT ............................................................................................................. 8

CONCLUSION .......................................................................................................... 18

CERTIFICATE OF SERVICE ..................................................................................... 19

EXHIBITS:

1. Docket Sheet (EDNC Case)
2. Master Docket Sheet for "All Cases" transferred to EDNC
3. Transfer Order of the JPML dated October 26, 2004
4. Vanneman Letter to Boyce dated August 15, 2003 regarding "prudent course to clarify jurisdictional or other matters before proceeding in any district courts on the merits."
5. Boyce Letter to AUSA Goulian dated November 5, 2004 requesting names and information regarding plaintiffs and class members
6. Defendants' Response to Interrogatories dated December 17, 2004 refusing to provide information on plaintiffs and class members
7. Motion For Discovery Order Compelling Production of Documents dated January 17, 2005 including information on plaintiffs and peanut farmers in various federal districts
8. Boyce Letter to Goulian dated July 14, 2005 with attachment providing information on plaintiff peanut farmers not on Government's list.
9. AUSA Goulian letter to Boyce dated September 6, 2005 failing to provide information on plaintiff peanut farmers not on Government's list
10. Boyce letter to Vanneman dated July 30, 2003 stating that cases need to be resolved in one place

11. Portions of Brief filed By Government's Counsel Vanneman stating impracticality of issuing transfer orders to total of fourteen possible districts.

12. Plaintiffs' Proposed Efficient Process vs. Government's Proposal and Resulting Additional Steps to Reach Same End Result?

## TABLE OF CASES AND AUTHORITIES

### Cases

Barnhill, *et al.* v. Ross J. Davidson, *et al.*, Eastern District of North Carolina, 02-CV-159................................................................................................2, 3

Christianson v. Colt Indus. Operating Corp., 486 U.S. 800, 818-19, 108 S. Ct. 2166, 100 L. Ed. 2d 811 (1988)...........................................................................11

*In re*: Peanut Crop Insurance Litigation v. Ross J. Davidson, *et al.*, Eastern District of North Carolina, 05-CV-8.............................................................................3, 5, 6

Simanonok v. Simanonok, 918 F. 2d 947 (1990)...................................................11

Texas Peanut Farmers; Billy M. Barnes, *et al.* Ross J. Davidson, *et al.*, Court of Federal Claims No. 03-445C...........................................................................2, 4

### Federal Statutes

7 U.S.C. § 1508(j).............................................................................................14

28 U.S.C. § 610................................................................................................9, 10

28 U.S.C. § 1346..............................................................................................10, 12

28 U.S.C. § 1404..............................................................................................10, 14, 16

28 U.S.C. § 1406..............................................................................................10, 14, 16

28 U.S.C. § 1407..............................................................................2, 4, 8, 9, 14, 16, 17

28 U.S.C. § 1491(a)(1).......................................................................................10

28 U.S.C. § 1631..............................................................................................3, 9, 14, 16

### Federal Rules of Civil Procedure

Fed. R. Civ. P. 23...........................................................................................5, 11

### Rules of Procedure of the Judicial Panel on Multidistrict Litgation

Rule 1.1 General Rules/Rules for Multidistrict Litigation under 28 U.S.C. § 1407........................9

Rule 7.4 Conditional Transfer Order for "Tag-Along Actions"...........................................9, 14

Rule 7.5 Miscellaneous Provisions Concerning "Tag-Along Actions"....................................9, 17

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TEXAS PEANUT FARMERS, *et al.*        )
             Plaintiffs,        )
                           )
                           )
          vs.        )        No. 03-445C
                           )        (Judge Firestone)
THE UNITED STATES, *et al*        )
                           )
            Defendant.        )

## PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR TRANSFER OF THIS CASE TO THE JUDICIAL PANEL ON MULTIPDISTRICT LITIGATION

NOW COME Plaintiffs'/Class Counsel and hereby file its Reply to Defendants' Objection to Plaintiffs' Motion to Notify the Judicial Panel on Multi-District Litigation (JPML) that this case may be a "tag-along action." Defendants apparently oppose Plaintiffs' request to notify the JPML but also state that "if however this Court determines that it would be an appropriate courtesy for this Court to inform the JPML of the status of these cases we would have no objection to such notice." (See Government's brief at pg. 12.) The Government Defendants also make certain concessions that may mean the only difference in the parties' positions are whether to go through a multi-step process (proposed by the Government) which may or may not cut out certain named plaintiffs and potential class members from recovering damages or a shorter and more efficient process (proposed by Class Counsel) that should result in all the plaintiffs and potential class members being before Judge Howard in the Eastern District of North Carolina sooner rather than later. (See *Exhibit 12 comparing the two proposed processes.*)

Simultaneous with the filing of this motion, Class Counsel are filing a Notice and Motion with the Judicial Panel On Multi-District Litigation requesting the same relief; that is, pursuant

to Rule 7.4(a) and 7.5(d) of the General Rules for Multidistrict Litigation under 28 U.S.C. § 1407, that the Clerk of the Panel enter a Conditional Order transferring the action entitled "Texas Peanut Farmers; Billy M. Barnes, *et al* v. Ross J. Davidson, *et al*, Federal Court of Claims No. 03-445" to the transferee district, Eastern District of North Carolina; or alternatively that they issue as many as 14 separate orders transferring the cases to the transferee district if this Court and the Court of Federal Claims determines that the extra steps proposed by the Government are required.

In support of this request to issue one conditional transfer order directly to the Eastern District of North Carolina rather than as many as 14 separate transfer orders, Class Counsel submit that this Court can confirm to the JPML that this case may be a "tag-along action" and request that the JPML issue a conditional transfer order to the EDNC. Such an order is valid and enforceable, is in the interests of judicial efficiency and economy, and will avoid continued delays in the conclusion of these class action cases.

## STATEMENT OF THE CASE AND FACTS

### A. Status of Transferee District Court Case (EDNC)

Plaintiffs filed the initial class action lawsuit on behalf of North Carolina, Virginia, and South Carolina Peanut Farmers regarding the Government's breach of the 2002 Multiple Peril Crop Insurance Policy (MPCI Policy) in November 2002. The Docketing Statement which contains the various motions and rulings mentioned below is attached hereto as *Exhibit 1, Docket Sheet, EDNC.* [1]

---

[1] In the Government's brief Counsel for defendants alleged that Plaintiffs'/Class Counsel made an "incomplete and misleading" summary during the telephone conference. However, when challenged on the matter, Government's counsel said that they merely wanted a "more complete summary of the status of all the related cases, than you presented during the status conference." Out of an abundance of caution and based on the original allegations made by Government's counsel, Plaintiffs are providing the docketing statements and a more thorough recitation of the status of the cases than may actually be needed for purposes of the Transfer issue.

The Honorable Malcolm Howard (EDNC) ruled in favor of North Carolina Plaintiff Peanut Farmers and against Defendants on cross-motions for summary judgment. The Court also ruled in favor of North Carolina Plaintiff Peanut Farmers (over the objection of the Government Defendants) on their request for class certification. The Order on these issues was entered on July 22, 2004. (*Exhibit 1.*) No appeal was taken. On July 29, 2004, Plaintiffs filed a motion and memorandum requesting that instead of dismissing certain Plaintiffs from the case that the Court "Transfer Virginia Plaintiffs or Other Plaintiffs to the Appropriate Venues." The Court recently denied that motion. (*Exhibit 1.*)[2]

Judge Howard (EDNC) issued an order on calculation of damages based on cross motions filed by the parties on March 31, 2005. This order on calculation of damages covered the first filed case in the Eastern District of North Carolina as well as the transferee cases. (*Exhibit 2, Docket Sheet For All Cases Sent to Transferee District.*) A Motion for Certification of a National Class Action (and Incorporated Memorandum of Law) was filed originally on February 17, 2005. An Amended Memorandum was filed on March 4, 2005. (*Exhibit 2*) The Government opposes this motion. Judge Howard has not ruled.

## B.  Status of Court of Federal Claims Case

A similar class-action lawsuit was filed in the Court of Federal Claims on behalf of Alabama, Florida, Georgia, South Carolina and Texas farmers on February 25, 2003. As stated in their previously filed pleadings, Class Counsel were attempting to have all cases heard in the same forum.

---

[2] Class Counsel are filing a notice of appeal of that ruling and requesting that MDNC plaintiffs and MDVA plaintiffs should not have been dismissed under 28 U.S.C. § 1631 which is consistent with the Federal Circuit Court of Appeals ruling in this case. Class Counsel also are filing new "prophylactic" lawsuits in the MDNC and MDVA districts.

On May 31, 2005, the Federal Circuit Court of Appeals reversed the Court of Federal Claims' dismissal of the Court of Federal Claims 2002 peanut insurance case ruling that although jurisdiction lies in the federal district courts, the Court of Federal Claims should have transferred the cases to the appropriate federal district courts. That ruling was not appealed.

Notice for a telephone conference regarding the status of the case was scheduled by this Court for September 9, 2005. Although the notice did not state the purpose of the September 9, 2005 telephone conference, counsel for plaintiffs correctly anticipated the discussion to be about the appropriate method to transfer the Court of Federal Claims case. In preparation for a telephone conference, undersigned counsel sent copies of the Judicial Panel on Multidistrict Litigation (JPML) rules on "tag along cases" to opposing counsel and the Court. Opposing counsel did not send any documents to the court and never contacted class counsel prior to the telephone hearing to discuss its position. In its September 9, 2005 Scheduling Order, this Court treated the Plaintiffs' submission as a motion to notify the JPML that the case may be a "Tag Along" action to the action now centralized in the Eastern District of North Carolina.

## C. Status of Transferor District Court Cases.

Because of delays caused by the Government in the Court of Federal Claims case and elsewhere, Class counsel decided identical "prophylactic" lawsuits should be filed in six federal district courts in six states (including Virginia) in May, 2003. After additional repeated delays, Class Counsel filed a request with the Judicial Panel on Multi District Litigation (JPML) that the six federal district court cases be transferred to the Eastern District of North Carolina for consolidated proceedings pursuant to 28 U.S.C. § 1407. The Government opposed the request.

On July 1, 2004, Class Counsel filed a Notice of Partial Withdrawal of Court of Federal Claims case No. 03-445C in Plaintiff's Motion to Transfer Cases pursuant to 28 U.S.C. § 1407.

As stated in that Notice, Plaintiffs had appealed the ruling of the Court of Federal Claims to preserve the venue or jurisdictional issue. However, in light of a conversation with the Clerk of the Judicial Panel on Multidistrict Litigation, the Plaintiffs filed a Notice of Partial Withdrawal of the Court of Federal Claims case (pending the appeal.) (*Exhibit 3, Footnote 1 of Transfer Order.*)

Pursuant to the federal rules on multi-district litigation, (and over the objection of the Government Defendants,) the JPML transferred for all pretrial proceedings the six federal district court cases to the Eastern District of North Carolina on October 26, 2004. (*Exhibit 2.*) In its Transfer Order, the JPML acknowledged that the Court of Federal Claims case had been withdrawn in recognition of the fact that it was on appeal. A seventh "tag-along" case (from Alabama) also was acknowledged by the JPML in the Transfer Order and was sent to the EDNC several months later (for a total of eight cases before Judge Howard (EDNC)) for all pretrial proceedings. (*Exhibit 2.*) Judge Howard (EDNC), who was assigned the transferee cases ruled in favor of Plaintiffs in the seven other federal district court cases that had been transferred and against the same Defendants on cross-motions for summary judgment. Judge Howard (EDNC) also ruled in favor of Plaintiffs (again over the objection of the Government Defendants) in each of the separate federal district court cases on their request for class certification pursuant to Fed. R. Civ. P. 23. The Order on these issues was entered on March 31, 2005. (*Exhibit 2*) No appeal was taken.

As mentioned above, Judge Howard (EDNC) issued an order on calculation of damages based on cross motions filed by the parties on March 31, 2005. This order on calculation of damages covered the first filed case in the Eastern District of North Carolina as well as the transferee cases. (*Exhibit 2, Docket Sheet for All Cases Transferee District*) A "Motion for

Certification of a National Class Action (And Incorporated Memorandum of Law) was filed originally on February 17, 2005. An Amended Memorandum was filed on March 4, 2005. (*Exhibit 2.*) The Government opposes this motion. Judge Howard has not ruled.

### D. Class Counsel's Efforts to Obtain Information Regarding Other Named Plaintiffs' and Potential Class Members and Government's Refusal to Provide Information on Named Plaintiffs and Other Class Members

The Government's efforts to limit the recovery of potential claimants was announced at the outset of the case. In a letter of August 15, 2003, Counsel for the Government Defendants wrote:

> We also wish to make clear that, even though one or more of the plaintiffs may be named in the appropriate district court, the Government reserves the right to assert other defenses (which may or may not be jurisdictional in nature), and if we prevail, these defenses would result in a dismissal of that plaintiff's action. These potential defenses include: statute of limitations and/or other time-bars, and/or failure to exhaust administrative remedies.

(*Exhibit 4, Vanneman letter of August 15, 2003*)

Thereafter, Class Counsel began its efforts to determine the appropriate venue or jurisdiction for the Plaintiffs (clients of the law firm.) At every turn, the Government has resisted those efforts.

For example, on November 5, 2004, Class Counsel attempted to obtain the necessary information regarding named plaintiffs and potential class members who were not in the Government's database of information by requesting that the Government provide information:

> ...please advise whether the Government is willing to furnish names of all potential class members in other states. We received the Court's Order regarding notice to the class members. We compared the list the Government provided with our internal list of clients [plaintiffs] and found that there were almost 100 clients [plaintiffs] who were not considered class members according to the Government's document that you submitted. It would be helpful if the

Government can go ahead and voluntarily furnish the names of all potential class members in each of the states so we can be working on similar information.

(*Exhibit 5, Boyce letter to AUSA Goulian, November5, 2005.*)    The information was never provided.

On December 2004, The Government filed its responses to discovery requests and again refused to provide information regarding named plaintiffs and other potential class members in the various states in which actions were pending. (*Exhibit 6, Defendants' Response to Plaintiffs' First Set of Interrogatories.*)

On February 17, 2005, Class Counsel filed a motion to compel the production of documents regarding the identification of plaintiffs and potential class members in the seven districts in which cases had been filed as well as other districts in other states where no actions had been filed. (*Exhibit 7, Motion for Discovery Order Compelling Production of Documents.*) The Government opposes providing the information.

On July 14, 2005, Class Counsel again wrote the Government handling the consolidated cases when it was determined that "class notice "(using the information provided by the Government) had not included all Plaintiff peanut farmers represented by class counsel. (*Exhibit 8, Boyce letter of July 14, 2005.*)  In fact, as many as 56 Texas peanut farmers, four Florida peanut farmers, 1 South Carolina plaintiff, 42 Virginia plaintiffs, 10 Alabama plaintiffs, and 47 Georgia plaintiffs were not included in the Government's list.  Almost two months went by before the Government responded to the request.  In their September 6, 2005 response, the government merely stated those plaintiffs did not have farms located in one of the seven federal districts (or did not have a loss) and as such refused to provide any additional information. *Exhibit 9, AUSA Goulian letter to Boyce dated September 6, 2005.*)

The Government steadfastly has refused to provide any assistance or information to help identify the appropriate venues or jurisdictions on named plaintiffs or potential class members while the Government contends they did not farm in a district in which there is an action pending. In fact in their pleadings, they insist that it is up to Plaintiffs'/Class counsel to find the correct jurisdiction or venue for each named plaintiff even though they have conceded (by providing some of the information for certain districts) that they have the information in their possession that could help in this process. Due in part to the Government's refusal to cooperate; the well-founded belief that certain farmers and corresponding class members might be excluded from recovery because of the Government's action; and the fact that the Federal Rules of Civil Procedure require that all potential class members (and plaintiffs) be treated similarly, Class Counsel have filed for national class action certification.

## ARGUMENT

The Transfer Order of October 26, 2004 describes the seven actions listed in Schedule A regarding the breach of contract of the Multiple Peril Crop Insurance policy for the year 2002. Eight cases presently are consolidated before Judge Howard (EDNC). In the Transfer Order, the Honorable Judge Hodges of the JPML ordered that, "pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Eastern District of North Carolina are transferred to the Eastern District of North Carolina ...for coordinated or consolidated pretrial proceedings...." The cases still are before that Court for coordinated or consolidated pretrial proceedings which would include the determination of various jurisdictional and venue issues.

Title 28 U.S.C. § 1407 provides:

> (a) when civil actions involving one or more common questions of fact are pending in different districts, said actions may be transferred to any district for coordinated or consolidated pretrial proceedings . Such transfer shall be made by the Judicial Panel on Multidistrict Litigation authorized by this section upon its determination that transfers of

such proceedings will be for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions. Each action so transferred shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred unless it shall have been previously terminated." (emphasis added)

Rule 7.5 Miscellaneous Provisions Concerning 'Tag-Along Actions" provides: (d) "a civil action apparently involving common questions of fact with actions under consideration by the Panel for the transfer under § 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing section, will ordinarily be treated by the Panel as a potential "tag-along action."

Rule 1.1 of the General Rules/Rules for Multidistrict Litigation under 28 U.S.C. § 1407 provide that "a 'tag-along action' refers to a civil action pending in a district court and involving common questions of fact with actions previously transferred under § 1407." The Court of Federal Claims case has the identical facts and legal issues to the other eight cases but with potentially different plaintiffs and potential class members.

Rule 7.4, Conditional Transfer Orders for "Tag-Along Actions" provides that

(a) "upon learning of the pendency of a potential tag-along action", as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation." Moreover, Rule 7.4(c) provides that "any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the 15-day period. If a Notice of Opposition is received by the Clerk of the Panel within this 15-day period, the Clerk of Panel shall not transmit said Order to the Clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule."

Also in Title 28 are three additional statutes that speak to jurisdictional and venue issues.

Title 28 U.S.C. § 1631 provides for a transfer to cure want of jurisdiction:

"Whenever a civil action is filed in a court as defined in § 610 of this Title [28 U.S.C. § 610] or an appeal, including a petition for review of administrative

9

action, is noticed for or filed with such a court and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed, and the action or appeal shall proceed as if it had been filed in or noticed for the court to which it is transferred on the date upon which it was actually filed in or noticed for the court from which it is transferred." (Emphasis added).

Most importantly 28 U.S.C. § 610 defines the word "courts" to include the district courts of the United States as well as **the United States Court of Federal Claims**". Thus for transfers to cure want of jurisdiction, Section 610 treats the U.S. Court of Federal Claims the same as a federal district court.

The treatment of the Court of Federal Claims as a federal district court is found in other federal statutes and rules. The Federal Court of Claims has concurrent jurisdiction with federal district courts over certain actions falling under "the Tucker Act 28 U.S.C. § 1491(a)(1) and the "Little Tucker Act (28 U.S.C. § 1346). Also, the Federal Circuit Court of Appeals treats the U.S. Court of Federal Claims the same as district courts. Rule 1(a) states "the term 'district court' and 'trial court' include "(a) the **United States district courts** [and] (c) the **United States Court of Federal Claims**.... (emphasis added)

Title 28 U.S.C. § 1406 provides for the cure or waiver of defects: "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Moreover, 28 U.S.C. § 1404 provides for change of venue: "(a) For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

The above statutes all reference transfers to the appropriate federal district courts or division. The statutes refer to "the interests of justice" and speak of convenience of the parties

and judicial efficiency. Moreover, Rule 23 which governs class actions, has as part of its purpose, not only treating all class members similarly but also judicial efficiency and economy.

Based on prior statements made by the Government in these proceedings, Plaintiff's Counsel are concerned that the Government's efforts are to preclude some plaintiff peanut farmers and potential class members who otherwise would be entitled to recover like other class members may recover. Under the Government's proposal, they are only willing to transfer to the Eastern District of North Carolina such cases of plaintiffs who farm in the districts whose cases already are pending in the Eastern District of North Carolina. Then they reserve the right to seek dismissal of the transferred cases. The Government has admitted that numerous Plaintiffs are not listed in the database they provided for class notice. Upon information and belief, if the Government is to have its way, 42 plaintiffs in Virginia could be left out; two plaintiffs in North Carolina could be left out; 47 plaintiffs could be left out in Georgia; 4 plaintiffs could be left out in Florida; 10 plaintiffs could be left out in Alabama, and as many as 33 plaintiffs could be left out of the Texas case. (*Exhibits 8 and 9.*) Moreover, many more would be left out since the cases have been certified as class actions. Such a result would fly in the face of Rule 23 of the Rules of Civil Procedure which govern class actions. Potential class members are to be treated similarly, not excluded or precluded from recovery.

In Simanonok v. Simanonok, 918 F.2d 947 (1990), the court dealt with the question of whether the district court lacked jurisdiction over the United States claims. The court stated that it was cognizant of the Supreme Court's admonition that they are obliged to "adhere strictly to principles of law of the case" in order to avoid a "perpetual game of jurisdictional ping pong" citing Christianson v. Colt Indus. Operating Corp., 486 U.S. 800, 818-19, 108 S. Ct. 2166, 100 L.Ed.2d 811 (1988). The Court in Simanonok noted that the whole jurisdictional dispute had

been orchestrated by the Government, which had made and refrained from making arguments as the mood struck. The Court noted that on appeal to the Eleventh Circuit, the Government argued that the district court indeed had Little Tucker Act jurisdiction, and so the appeal should lie there. In support of its motion to transfer, the Government cited the district court's order finding Little Tucker Act jurisdiction. The Eleventh Circuit accepted the argument and transferred the case back to the United States Court of Appeals for the Federal Circuit. Once there, however, the Government doubled back and argued again that there was no Little Tucker Act jurisdiction in district court. The Court noted that under those circumstances, there was little wonder that the jurisdictional status of the case had been unsettled. Accordingly, the Federal Circuit retransferred back to the United States Court of Appeals for the Eleventh Circuit.

In a letter dated July 30, 2003, before the Court of Federal Claims and the subsequent appeal to the Federal Circuit Court of Appeals, Class Counsel sent a letter to counsel for the Government Defendants in which Class Counsel stated:

"We agree with Judge Firestone that it would be best for the courts and all concerned to have these cases heard all in one case. Also, as Judge Firestone said, the Plaintiffs need something in hand to assure our clients that this case will not be switched back and forth from jurisdiction to jurisdiction and thereby avoid an expeditious decision on the merits of the case in the ultimate issue of liability."

*(Exhibit 10.)*

The Government's Attorney now opposing this consolidation in earlier words to the Federal Circuit Court of Appeals seemed to agree with Judge Firestone and the theory of consolidation to resolve pretrial issues in one place when she stated:

"Appellants contend that, for each named plaintiff, the counties with respect to the farms at issue were identified in the complaint. However, there are dozens of counties potentially involved, and fourteen possible districts within the five state (four districts in Texas; three districts each in Florida, Georgia, and Alabama and one district in South Carolina, for a total of fourteen possible districts) . . . .

Thus, it was not practical for the court [Court of Federal Claims] to attempt to issue transfer orders to any one of the multiple district courts...

(*Exhibit 11, Brief filed by Attorney Vanneman with the Federal Circuit Court of Appeals, July 21, 2004.*) Even earlier, this same Government Attorney was suggesting consolidation and resolution of jurisdictional issues:

I believe that the most prudent course would be first to clarify and correct these jurisdictional and other matters before proceeding in any of the district courts on the merits or any other matters.

(*Exhibit 3, Letter from Attorney Jane Vanneman dated August 15, 2003, pg. "7".*)

Class counsel submit that the Government's own prior statements show how much more practical it would be for the Court of Federal Claims and the JPML to issue one transfer order rather than transferring the Court of Federal Claims case to fourteen separate federal district courts which will then be sent to the JPML for consideration of 14 different tag along orders and end in the same place (EDNC) for consolidated pretrial proceedings. After all pretrial proceedings, the original seven cases and as many as 14 new cases will be sent back to the appropriate federal district courts.

Counsel for the Government concede in their brief that based on the Federal Circuit Court of Appeals ruling that "the dismissal order of the Court of Federal Claims dismissing the case as vacated and the case is remanded with instructions to transfer" must be followed. Moreover, the mandate of the procedure of the Judicial Panel on Multidistrict Litigation make the transfer of "tag-along actions" automatic and mandatory unless the party opposing the transfer files a notice of opposition with the Clerk of the JPML Panel within the 15-day period.

The Government Defendants have not cited a single case in which the JPML is prohibited from sending this case to the Eastern District of North Carolina for consolidated and coordinated

pretrial proceedings before returning the cases back to the appropriate federal district courts. [3]
Class Counsel are unaware of any case that prohibits the case being designated as a "tag-along
action" and being transferred to the EDNC for determination of all pretrial issues including
venue and jurisdictional issues under 28 U.S.C. § 1631; 28 U.S.C. § 1406; 28 U.S.C. § 1407, and
28 U.S.C. § 1404 before sending them to the appropriate federal district courts for final
judgment. In fact, in August 2003, counsel for the Government even suggested as much: "I
believe that the most prudent course would be first to clarify and correct these jurisdictional and
other matters before proceeding in any of the district courts on the merits or any other matters.
(*Exhibit 4, Letter of Attorney Vanneman, August 15, 2003.*) As stated in previous cases, it is
unfair for parties to play "jurisdictional ping-pong" in order to gain some strategic advantage or
delay.

Plaintiffs initially proposed the simple most efficient transfer of cases; that is that this
Court notify the JPML and that the JPML issue an order pursuant to JPML Rule 7.4 directing
that this case be designated a "tag along" case and join all the other identical cases for
coordinated or consolidated pretrial proceedings in the EDNC as allowed by 28 U.S.C. § 1407.
Once the EDNC has ruled on all pretrial proceedings, including transfer of specific plaintiffs'

---

- [3] The Government also attempts to convince the courts that matters of sovereign immunity are involved. (See Government's brief at pg. 3.) What the Government fails to point out is that in his Summary Judgment Order, Judge Howard indicated the "the congressional act reducing crop insurance coverage on peanuts for the 2002 crop year was not a "public and general" act; therefore the sovereign acts doctrines does not allow the government to escape its contractual obligations under the 2002 crop insurance policies. Furthermore, because the governmental act was not "public and general," the unmistakability doctrine does not apply...." Howard Order of July 22, 2004, pg 46). Moreover, the contract and the Code of Federal Regulations specifically waives sovereign immunity for the insurance contract:
- **25 Legal Action Against Us.** You may not bring legal action against us unless you have complied with all of the policy provisions
- If you do take legal action against us, you must do so within 12 months of the date of denial of the claim. Suit must be brought in accordance with the provisions of 7 U.S.C. 1508(j).

claims to other federal district courts to cure any jurisdictional or venue issues, all the cases can be transferred at the conclusion of the multidistrict litigation process. This simple 5 step process as opposed to the inefficient and time-consuming Government proposal is set forth in *Exhibit 12* attached hereto.

Government defendants concede that the "direct transfer of certain plaintiffs' claims may be both efficient and appropriate for this Court to transfer their claims directly to the Eastern District of North Carolina." (Defendants' Response Memorandum, pg. 7); and yet the government opposes this simple process for other Plaintiff Peanut Farmers. Instead, the Government Defendants have proposed a far more laborious, inefficient, and time-consuming process which they concede in their brief "may seem complicated" and that these set of cases are "very complicated procedurally" (*Defendants' Response Memorandum, pg. 2 and pg. 9*.) The process proposed by the Government will actually require much more work for this Court and the Court of Federal Claims Clerk's Office, the courts and clerks' offices in as many as 14 separate federal districts and the Eastern District of North Carolina Court and its clerk's office. (See *Exhibit 12* which outlines the numerous steps required by the Government's proposal). However, Class Counsel are prepared to follow whatever orderly process this Court and the JPML direct.

The proposals are dramatically different from an efficiency point of view, but they may end up with the same result if the Government does not attempt to preclude named Plaintiffs and similarly situated class members from recovery. The Government's proposal on transfer will result in extra work over the next few months for this Court and the Court of Federal Claims' clerk's office and the courts and clerks' offices of as many as 14 different federal districts courts. After this Court resolves all issues relating to which cases may go to which federal district court,

as many as 14 federal district courts will then have to accept and process cases; and then send notices to the JPML. The JPML will then have to review 14 separate filings and determine whether they are "tag-along actions". After Judge Howard resolves all coordinated or consolidated pretrial issues, he will then transfer the original seven federal district court cases plus as many as 14 new federal district court cases for final disposition, final judgment and as many as 21 total class administrations.

Of course, this whole matter could be resolved if the Government had cooperated by providing the information requested; had stipulated to National Class Certification; or had agreed to proceeding in one case for the remainder of the cases including class administration. But it appears the Government will not stipulate to such judicial efficiency and economy.

On the other hand Class Counsel's proposal is simple and efficient and gets to the same end result. Plaintiffs' request involves asking the JPML to designate this case as a "tag-along action" and the JPML thereafter transferring the case to the EDNC. Judge Howard could resolve all pretrial issues including questions of jurisdiction and venue under 28 U.S.C § 1631; 28 U.S.C. § 1406; 28 U.S.C. § 1407; and 28 U.S.C. § 1404.

If the JPML refuses to rule that the Court of Federal Claims is a "tag-along action," then the Courts would then follow the tedious and time consuming process proposed by the Government. (*Exhibit 12*) Then at the end of this tedious process, the final steps would be the same: JPML can transfer 14 separate cases (instead of one) to the EDNC. Judge Howard could resolve all pretrial issues including questions of jurisdiction and venue under 28 U.S.C. § 1631; 28 U.S.C § 1406; 28 U.S.C. § 1407; and 28 U.S.C. § 1404 and then again issue transfer orders back to the appropriate federal district courts (if he does not certify it as a national class action. (*Exhibit 12*)

The Government also states in its brief that "if this court determines that it would be an appropriate courtesy for this Court to inform the JPML of the status of those cases, we would have no objection to such notice (Defendants' Response Memorandum at pg. 12.) Based on that representation, undersigned counsel checked on the JPML Rules and checked with the JPML Clerk's Office. Class Counsel have determined it is entirely appropriate for Plaintiffs' counsel to notify the JPML of the potential "tag-along action" in the form of a motion. Specifically, 28 U.S.C. § 1407 Rule 7.5(e) provides "any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag along actions in which that party is also named or in which that counsel appears." Therefore, simultaneous with the filing of this Reply, for purposes of judicial efficiency, Plaintiffs' Counsel is filing a Motion with the JPML to Transfer this case to the EDNC in that the case can properly be designated a "Tag-Along Action" under federal law and pursuant to the General Rules/Rules for Multidistrict Litigation under 28 U.S.C. § 1407.

A much more efficient method would be for this Court, in conjunction with the JPML, to issue one transfer order to the EDNC for all preliminary pretrial proceedings in the Eastern District of North Carolina before proceeding in any of the district courts on the merits or any other matters. Once all pretrial issues including venue or jurisdiction are resolved the cases can be transferred to 21 (or more) separate federal judicial districts for final judgment and the beginning of 21 (or more) separate class administrations. Class counsel merely propose a more efficient route rather than the Government's proposed long circuitous route which will then end up at the same point. (See *Exhibit 12, Plaintiffs proposed steps 4 and 5 vs. Government's proposed steps 11 and 12.*)

## CONCLUSION

WHEREFORE, Class Counsel respectfully requests that this Court notify the JPML and that the Judicial Panel on Multidistrict Litigation rule that the Court of Federal Claims is a "tag-along action" and the Clerk of the JPML issue a conditional transfer order transferring the action to the previously designated transferee district court (EDNC) on the basis of the prior hearing session and the reasons expressed in the previous Order of the Panel filed October 26, 2004.

If, however, this Court and the JPML determine that the longer process proposed by the Government must be followed, Plaintiffs'/Class counsel request that the Court also ORDER the Government to provide the necessary information to Plaintiffs' Class Counsel to determine the appropriate federal district courts for each of the named plaintiffs so that cases can be transferred to each of the appropriate federal district courts.

This the 30th day of September, 2005.

BOYCE & ISLEY, PLLC

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, NC 27602-1990
Telephone: (919) 833-7373
Facsimile: (919) 833-7536
*Attorney for Plaintiffs*

18

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 28, 2005, I caused to be served by United States mail, postage prepaid, copies of the foregoing Plaintiffs' Reply to Defendants' Objection to Plaintiffs' Motion for Transfer of This Case to the Judicial Panel on Multidistrict Litigation addressed as follows:

>     JANE W. VANNEMAN
>     Senior Trial Counsel
>     Commercial Litigation Branch
>     Civil Division
>     Department of Justice
>     Attn:  Classification Unit, 8th Floor
>     1100 L Street, N.W.
>     Washington, DC 20530

BOYCE & ISLEY, PLLC

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, NC  27602-1990
Telephone:  (919) 833-7373
Facsimile:  (919) 833-7536
*Attorney for Plaintiffs*

19

SEARCH        LOGIN        SUGGESTIONS   USER PREF'S   COURTWATCH        HELP        HOM

RACER U.S. District Court Case Search

# Docket Sheet for 4:02-cv-159 USDC North Carolina Eastern District

DAN

U.S. District Court
Eastern District of North Carolina (New Bern)

CIVIL DOCKET FOR CASE #: 02-CV-159

Barnhill, et al v. Davidson, et al                     Filed: 11/19/02
Assigned to: Judge Malcolm J. Howard
Demand: $0,000                          Nature of Suit: 190
Lead Docket: None                       Jurisdiction: US Defendant
Dkt# in other court: None

Cause: 05:702 Administrative Procedure Act


**MARVIN TAYLOR BARNHILL**              Philip R. Isley
    plaintiff                      [COR LD NTC]
                                        Boyce & Isley
                                        pisley@boyceisley.com
                                        P.O. Box 1990
                                        Raleigh, NC 27602-1990
                                        919-833-7373
                                        FTS 833-7536

                                        G. Eugene Boyce
                                        [COR LD NTC]
                                        Boyce & Isley
                                        gboyce@boyceisley.com
                                        P.O. Box 1990
                                        Raleigh, NC 27602
                                        919-833-7373
                                        FTS 833-7536

                                        R. Daniel Boyce
                                        [COR LD NTC]
                                        Boyce & Isley, PLLC
                                        dboyce@boyceisley.com
                                        P. O. Box 1990
                                        Raleigh, NC 27602-1990
                                        919-833-7373
                                        FTS 833-7536

JERRY HAMILL                            Philip R. Isley
    plaintiff                      (See above)
                                        [COR LD NTC]

                                        G. Eugene Boyce
                                        (See above)
                                        [COR LD NTC]



EXHIBIT

_____

```
       v.

ROSS J. DAVIDSON, Administrator for Risk Management Agency;
RISK MANAGEMENT AGENCY; UNITED STATES OF AMERICA; ANN M.
VENEMAN, Secretary of Agriculture for The United States of
America; UNITED STATES DEPARTMENT OF AGRICULTURE

           defendant
```

| | | Proceedings include all events | |
|---|---|---|---|
| **Date Filed** | **Doc. No.** | **Image** | **Description** |
| 11/19/2002 | 1 | Yes: 54 Page(s); 2916 KB; PDF | Complaint filed - Class action on behalf of all peanut farmers in NC and VA who are eligible for the Multiple Peril Crop Insurance Policy for crop year 2002. w/attach. cy. to J. Howard. [Date Entered: 12/02/02, By: js] |
| 11/19/2002 | -- | No | Filing Fee Paid; FILING FEE $ 150.00 RECEIPT # 104 9744 [Date Entered: 12/02/02, By: js] |
| 11/19/2002 | 2 | Yes: 13 Page(s); 559 KB; PDF | Motion by Marvin Taylor,Barnhill, Jerry Hamill, John Branham, Clark Jenkins, Tom Clements, David Ind Grant, Jim Phelps,Tommy Flythe, Jim Ferguson, Glen Hawkins, Billy Bain, Glen Moore, R. L. Smith, tt, Steven Allen withmemorandum in support for joinder of additional plaintiffs. cy. to J. Howard w/prop. order. [Date Entered: 12/02/02, By: js] |
| 11/20/2002 | -- | No | Summons(es) issued for Ross Davidson (RMA), Ann Veneman (USDA), Frank Whitney and John Ashcroft. [Date Entered: 12/02/02, By: js] |
| 12/09/2002 | 3 | Yes: 4 Page(s); 94 KB; PDF | Return of service executed as to Frank Whitney 11/21/02 Served by certified mail, return receipt attached. [Date Entered: 12/13/02, By: dh] |
| 12/09/2002 | 4 | Yes: 4 Page(s); 94 KB; PDF | Return of service executed as to Ann M. Veneman 11/25/02 Answer due on 1/25/03 for Ann M. Veneman. Served by certified mail, return receipt attached. [Date Entered: 12/13/02, By: dh] |
| 12/16/2002 | 5 | Yes: 4 Page(s); 91 KB; PDF | Return of service of summons, complaint and motion to join executed as to Ross J. Davidson 11/29/02 by certified mail. Answer due on 1/29/03 for Ross J. Davidson. [Date Entered: 12/17/02, By: ll] |
| 12/16/2002 | 6 | Yes: 5 Page(s); 122 KB; PDF | Return of service of summons, complaint and motion to join executed 11/25/02 as to John Ashcroft by certified mail. [Date Entered: 12/17/02, By: ll] |

| Date | No. | PDF | Description |
|---|---|---|---|
| 01/06/2003 | 7 | Yes: 3 Page(s); 117 KB; PDF | Stipulation by Marvin Taylor Barnhill, Jerry Hamill, John Branham, Clark Jenkins, Tom Clements, David mni Grant, Tim Phelps, Tommy Flythe, Jim Ferguson, Glen Hawkins, Billy Bain, Glen Moore, R. L. Smith, H. Steven Allen, Ross J.Davidson, Risk Manage. Agency, USA, Ann M. Veneman, U.S. Dept. of Agric. - as to $.1775 per pound of insurance coverage for the 2002 Crop Year. Further stipulate that pla. and others similarly situated are entitled to settle any and all insurance claims for the 2002 Crop Year at the rate of $.1775 per pound without waiving any further claimsto the difference between $.31 per pound and $.1775 per pound etc... [Date Entered: 01/09/03, By: dh] |
| 01/09/2003 | -- | No | Motion(s) submitted: [2-1] motion for joinder of additional plaintiffs submitted. CASE FILE TO JUDGE HOWARD FOR CONSIDERATION. [Date Entered: 01/09/03, By: dh] |
| 01/13/2003 | 8 | Yes: 2 Page(s); 47 KB; PDF | Order - the stipulations as set forth in the Stipulation are accepted as fact. It is hereby ORDERED that plaintiff may settle their claims with their insurance carriers under the Multiple Peril Crop Insurance Policy for the 2002 CropYear based on $.1775 per pound without waiving their right to claims additional coverage up to and including $.31 per pound for any loss under the Multiple Peril Crop Insurace Policy for the 2002 Crop Year ccys served. signed by Malcolm J. Howard, US Judge. [Date Entered: 01/13/03, By: dh] |
| 01/16/2003 | 9 | Yes: 7 Page(s); 161 KB; PDF | Answer to Complaint by Ross J. Davidson, Risk Manage. Agency, USA, Ann M. Veneman, U.S. Dept. of Agric., cs. NO JURY DEMAND. [Date Entered: 01/22/03, By: dh] |
| 01/22/2003 | 10 | Yes: 1 Page(s); 35 KB; PDF | Order granting [2-1] motion for joinder of additional plaintiffs. **NOTE**400 plaintiffs to be added to case. Clerks will add plaintiffs to case in intervals of fifty until all plaintiffs are added. ccys served. signed byMalcolm H. Howard, US Judge. [Date Entered: 01/22/03, By: dh] |
| 01/22/2003 | -- | No | Advised by Mr. Boyce's office he will be filing a second motion to join an additional fifty plaintiffs to the case. [Date Entered: 01/22/03, By: dh] |
| 01/22/2003 | 11 | Yes: 17 Page(s); 378 KB; PDF | Motion by Marvin Taylor Barnhill, Jerry Hamill, John Branham, Clark Jenkins, Tom Clements, David mni Grant, Tim Phelps, Tommy Flythe, Jim Ferguson, Glen Hawkins, Billy Bain, Glen Moore, R. L. Smith, H. Steven Allen for joinderof additional parties, cs. [Date Entered: 01/28/03, By: dh] |
| 01/28/2003 | -- | No | Motion(s) submitted: [11-1] motion for joinder of additional parties submitted. CASE FILE TO JUDGE HOWARD FOR |

|  |  |  | CONSIDERATION. [Date Entered: 01/28/03, By: dh] |
|---|---|---|---|
| 02/07/2003 | 12 | Yes: 2 Page(s); 38 KB; PDF | Order granting [11-1] second motion for joinder of additional parties signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 02/07/03, By: dh] |
| 06/05/2003 | 13 | Yes: 32 Page(s); 1227 KB; PDF | Memorandum by Marvin Taylor Barnhill and all other plaintiffs, in support of Plaintiff's Motion for Partial Summary Judgment (filed next day on 6/6/03). w/cs. [Date Entered: 06/13/03, By: ll] |
| 06/06/2003 | 14 | Yes: 3 Page(s); 51 KB; PDF | Motion by Marvin Taylor Barnhill and all other plaintiffs for partial summary judgment. w/cs. (*NOTE: Memorandum in Support of this motion previously filed on 6/5/03) [Date Entered: 06/13/03, By: ll] |
| 06/18/2003 | 15 | Yes: 3 Page(s); 71 KB; PDF | Motion by Marvin Taylor Barnhill, and all other plaintiffs, for class certification; appointment of class representatives and designation of class counsel. w/cs. [Date Entered: 06/25/03, By: ll] |
| 06/18/2003 | 16 | Yes: 13 Page(s); 481 KB; PDF | Memorandum by Marvin Taylor Barnhill, and all other plaintiffs, in support of [15-1] motion for class certification; appointment of class representatives and designation of class counsel. w/cs and attachments. [Date Entered: 06/25/03, By: ll] |
| 06/25/2003 | 17 | Yes: 6 Page(s); 177 KB; PDF | Motion by Ross J. Davidson, Risk Manage. Agency, USA, Ann M. Veneman, U.S. Dept. of Agric. to stay responses to motion for partial summary judgment and motion for class certification. w/cs. [Date Entered: 06/27/03, By: ll] |
| 07/03/2003 | 18 | Yes: 10 Page(s); 347 KB; PDF | Response in Opposition by Marvin Taylor Barnhill (and all other plaintiffs) to [17-1] motion to stay responses to motion for partial summary judgment and motion for class certification. w/cs and attachments. [Date Entered: 07/19/03, By: ll] |
| 07/22/2003 | 19 | Yes: 17 Page(s); 588 KB; PDF | Notice of Filing by Ross J. Davidson, Risk Manage. Agency, USA, Ann M. Veneman, U.S. Dept. of Agric. - In Support of Defendants' Motion to Stay, cs. [Date Entered: 07/25/03, By: dh] |
| 07/29/2003 | -- | No | Case file to David W. Daniel, Clerk/Magistrated Judge Designee for consideration of {#17-1} motion to stay responses to motion for partial summary judgment and motion for class certification. [Date Entered: 07/29/03, By: dh] |
|  |  |  | Motion by Marvin Taylor Barnhill, Jerry Hamill, John Branham, Clark Jenkins, Tom Clements, David mni Grant, Tim Phelps, Tommy Flythe, Jim Ferguson, Glen Hawkins, |

| | | | |
|---|---|---|---|
| 12/10/2003 | 20 | Yes: 27 Page(s); 1736 KB; PDF | Billy Bain, Glen Moore, R. L. Smith, H. Steven Allen, GP Kittrell& Son, Earley and Taylor, Walter W. Anderson Jr., Paul C. Askew, John K. Askew, David Wayne Aycock, Leon T. Baird, Donald E. Barnes, Bennie C. Barnes, Stanley H. Barnes, Elizabeth Prince Barnes Family, Marvin Taylor Barnhill, Benford L. Barrett, Jerry W. Batten, Michael E. Belch, Milton E. Bennett, Tony R. Bennett, Billy Drewette, SandraD. Flythe, Estelle Edwards Blanton, Jimmy G. Blythe, Terry C. Boone, Jean J. Boseman, Joel M. Boseman, Wayne Boseman, Mark Boseman, Chris A. Braddy, Timothy R. Braddy, James Arthur Bradley Jr., John W. Branham IV, Clemmon W.Bridgers, Gary B. Bridgers, Sadie V. Bridgers, Keith F. Britt Sr., David W. Britton, Andrew J. Britton, Josiah B. Brown, Thomas E. Brown, Robert T. Brown, Berry Robert Brown, Edward Merrion Brown III, Bobby Joe Browning, Jesse L. Bunch, Lori S. Burgess, Neil B. Burgess, Robert Earl Byrum, Tommy Daniel Byrum Jr., Tommy D. Byrum Sr., James L.Champion, Clark Farms WS, Allen D. Clary, Mike W. Corey, Loumus Council, Charlie Council, Harvey Lee Council, Ben S. Cowin, Bobby E. Crawley, Joy S. Critzer, Jeffrey A. Cumbo, Jack J. Dail Jr., Kelly Mack Davis, Michael A. Davis,Anderson Mack Davis, Joey D. Davis, Hallet S. Davis, Phillip V. Davis, Thomas L. Davis, Grady P. Davis III, Lawrence Dickens, Allen A. Dickens, Aubrey N. Dickens, Edward Lee Dickens, Jacob L Dickens III, Jacob L. Dickens Jr., Barbara W. Drewett, Conwell S. Duncan, David Dunlow, James R. Earley Sr., Calvin R. Eason, Leonard WayneEdwards, Patrick B. Edwards, Robert D. Edwards, Rose T. Edwards, Stephen Scott Edwards, Keith Hugh Edwards, Scott Edwards, James S. Eley, Bobby Lee Eubanks, Myrick Farm Partners, Beech Run Farms, Barnes Farms, Futrell Farms,Star Valley Farms, Sumner Farms, Inc., Richard W. Feher, Jim W. Fisher, Bruce Lea Flye, Bryan K. Flythe, M. Thomas Flythe Jr., James Earl Flythe Jr., James Earl Flythe Sr., George K. Francis, William Earl Futrell Jr., Robert P. Gardner Jr., Robert P. Gardner Sr., Raymond P. Garner, RP & EC Garner, Edward C. Garner, Raymond P. Garner Jr., Thomas [Date Entered: 12/17/03, By: dh] |
| 12/10/2003 | 21 | Yes: 15 Page(s); 438 KB; PDF | Motion by plaintiffs with memorandum in support to compel discovery, cs. [Date Entered: 12/17/03, By: dh] |
| 12/22/2003 | 22 | Yes: 13 Page(s); 424 KB; PDF | Second Motion by plaintiffs for entry of judgment or alternatively, Scheduling Order, cs. [Date Entered: 12/24/03, By: dh] |
| 12/29/2003 | 23 | Yes: 3 Page(s); 72 KB; PDF | Response by USA in opposition to [21-1] motion to compel discovery [Date Entered: 01/12/04, By: dh] |
| | | | |

| 12/30/2003 | 24 | Yes: 3 Page(s); 67 KB; PDF | Motion by plaintiffs to amend [1-1] complaint [Date Entered: 01/12/04, By: dh] |
|---|---|---|---|
| 12/30/2003 | 25 | Yes: 12 Page(s); 558 KB; PDF | Memorandum in support of [24-1] motion to amend [1-1] complaint to add additional defts. [Date Entered: 01/12/04, By: dh] |
| 01/02/2004 | 26 | Yes: 25 Page(s); 966 KB; PDF | Motion with memorandum in support by defts to dismiss or alternatively for Summary Judgment, cs. w/attachments. [Date Entered: 01/12/04, By: dh] |
| 01/02/2004 | 27 | Yes: 11 Page(s); 419 KB; PDF | Defts. Response in opposition to [15-1] motion for class certification; appointment of class representatives and designation of class counsel [Date Entered: 01/12/04, By: dh] |
| 01/02/2004 | 28 | Yes: 29 Page(s); 1088 KB; PDF | Response in opposition to [22-1] motion for entry of judgment or alternatively, Scheduling Order, [20-1] motion to enter judgment or alternatively schedule a status conference with incorporated Memorandum of Law, [14-1] motion for partial summary judgment, cs. [Date Entered: 01/12/04, By: dh] |
| 01/02/2004 | 29 | Yes: 25 Page(s); 757 KB; PDF | Motion by defts with memorandum in support for protective order, cs. [Date Entered: 01/12/04, By: dh] |
| 01/12/2004 | -- | No | Motion(s) referred: referred [21-1] motion to compel discovery to USMJ David W. Daniel. COPY OF MOTION AND UPDATED DOCKET SHEET TO JUDGE DANIEL FOR CONSIDERATION. [Date Entered: 01/12/04, By: dh] |
| 01/16/2004 | 30 | Yes: 4 Page(s); 83 KB; PDF | Motion by the plaintiffs to extend time to file responses to governments' pleadings and request for status conference . Counsel for the defendant's does not oppose this motion. [Date Entered: 02/02/04, By: dh] |
| 01/30/2004 | 31 | Yes: 31 Page(s); 1145 KB; PDF | Reply by plaintiffs to response to [15-1] motion for class certification; appointment of class representatives and designation of class counsel, cs. w/attachments. [Date Entered: 02/05/04, By: dh] |
| 01/30/2004 | 32 | Yes: 15 Page(s); 553 KB; PDF | Reply by plaintiffs to response to [20-1] motion to enter judgment or alternatively schedule a status conference with incorporated Memorandum of Law, [14-1] motion for partial summary judgment, cs. w/attachments. [Date Entered: 02/05/04, By: dh] |
| 01/30/2004 | 33 | Yes: 25 Page(s); 963 KB; PDF | Response by plaintiffs to [26-1] motion to dismiss or alternatively for Summary Judgment, cs. w/attachments. [Date Entered: 02/05/04, By: dh] |
| | | | Motion(s) referred: referred [30-1] motion to extend time to |

| | | | |
|---|---|---|---|
| 02/02/2004 | -- | No | file responses to governments' pleadings and request for status conference to USMJ David W. Daniel. COPY OF MOTION AND UPDATED DOCKET SHEET TO JUDGE DANIEL FOR CONSIDERATION. [Date Entered: 02/02/04, By: dh] |
| 02/09/2004 | 34 | Yes: 1 Page(s); 23 KB; PDF | Order, set status conference before USMJ David W. Daniel for 3:00 2/12/04 in Room 624, Terry Sanford Fed. Bldg., Raleigh, NC signed by David W. Daniel, USMJ. ccys served. Copy to Beck for deputy clerk. Calendar Copy. TelephonedCounsel. [Date Entered: 02/09/04, By: dh] |
| 02/10/2004 | -- | No | Received telephone call from Eric Goulian advising he is in California this week and requesting a continuance of the Status Conf. set for Thursday, Feb. 12th before Judge Daniel in Raleigh. Deputy Clerk Heath advised Mr. Goulianhe would need to file a Motion to Continue and she would get it to Judge Daniel immediately. [Date Entered: 02/10/04, By: dh] |
| 02/10/2004 | 35 | Yes: 2 Page(s); 46 KB; PDF | Motion by deft. to continue hearing scheduled for 2/12/04 at 3:00 p.m., cs. cy to USMJ Daniel. [Date Entered: 02/13/04, By: dh] |
| 02/13/2004 | 36 | Yes: 1 Page(s); 20 KB; PDF | Order granting [35-1] motion to continue hearing scheduled for 2/12/04 at 3:00 p.m., reset status conference before USMJ David W. Daniel for 9:00 2/19/04, 6th floor courtroom, Raleigh signed by David W. Daniel, USMJ. ccysserved. Calendar Copy. Copy to Becky. [Date Entered: 02/13/04, By: dh] |
| 02/17/2004 | -- | No | Motion(s) referred: referred [30-1] motion to extend time to file responses to governments' pleadings and request for status conference to USMJ David W. Daniel, [29-1] motion for protective order, [24-1] motion to amend [1-1] complaint, [21-1] motion to compel discovery, [20-1] motion to enter judgment or alternatively schedule a status conference with incorporated Memorandum of Law, [17-1] motion to stay responses to motion for partial summary judgment and motion for class certification, [15-1] motion for class certification; appointment of classrepresentatives and designation of class counsel. LAST PART OF CASE FILE TO USMJ DANIEL FOR CONSIDERATION. [Date Entered: 02/17/04, By: dh] |
| 02/17/2004 | 37 | Yes: 10 Page(s); 393 KB; PDF | Reply by defendants to response to [26-1] motion to dismiss or alternatively for Summary Judgment, cs. [Date Entered: 02/23/04, By: dh] |
| | | | Motion hearing re: [30-1] motion to extend time to file responses to governments' pleadings and request for status |

| | | | |
|---|---|---|---|
| 02/19/2004 | -- | No | conference, [24-1] motion to amend [1-1] complaint, [17-1] motion to stay responses to motion for partial summaryjudgment and motion for class certification before USMJ David W. Daniel; Courtroom Deputy - Becky Bowen. Court Reporter - Donna Tomawski. Danny Boyce present for Plaintiffs; Eric Goulian for the government; Judge Daniel grants the following motions from the bench: Motion to Extend Time (#30); Motion to amend complaint (#24);Government's motion to stay is MOOT (#17); the Court will defer ruling on other pending motions to Judge Howard (.5 hr) [Date Entered: 02/19/04, By: bb] |
| 02/23/2004 | -- | No | Will submit motion to dismiss once file is back from Judge Daniel's Chamber. [Date Entered: 02/23/04, By: dh] |
| 02/26/2004 | 38 | Yes: 3 Page(s); 77 KB; PDF | Motion by plaintiffs to transfer for hearing on preliminary matters, cs. cy to USMJ Daniel. [Date Entered: 03/11/04, By: dh] |
| 02/26/2004 | 39 | Yes: 27 Page(s); 1015 KB; PDF | Document filed by plaintiffs titled: Plaintiffs' Supplemental Memorandum Regarding Summary Judgment Issues, cs. w/attachments. [Date Entered: 03/11/04, By: dh] |
| 03/03/2004 | 40 | Yes: 28 Page(s); 759 KB; PDF | Memorandum by plaintiffs in opposition to [29-1] motion for protective order, cs. [Date Entered: 03/11/04, By: dh] |
| 03/16/2004 | 41 | Yes: 18 Page(s); 622 KB; PDF | Document filed titled: Supplemental Memorandum of Points and Authorities Regarding Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies, cs. w/attachment. [Date Entered: 03/18/04, By: dh] |
| 04/02/2004 | 42 | Yes: 2 Page(s); 40 KB; PDF | Certificate of service of Plaintiffs' Memo. in Opposition to Gov't's Motion for Proto w/Supporting Memo. [Date Entered: 04/06/04, By: dh] |
| 04/06/2004 | -- | No | Will submit motion to dismiss once file comes back from Judge Daniel's chamber. [Date Entered: 04/06/04, By: dh] |
| 05/03/2004 | 43 | Yes: 6 Page(s); 110 KB; PDF | Notice of Filing by the defendant's of Administrative Record, cs. w/attached CD in clear plastic binder. [Date Entered: 05/10/04, By: dh] |
| 05/03/2004 | 44 | Yes: 16 Page(s); 675 KB; PDF | Document filed by the defendants titled: Defendant's Supplemental Memorandum Regarding Summary Judgment and Response To Plaintiffs' Supplemental Memorandum. cs. w/attachments marked volume 1 - 3. (Place in grayexpandable folder) [Date Entered: 05/10/04, By: dh] |
| | | | Order - This court hereby schedules a hearing on Thursday, May 20, 2004 at 1:00 p.m. in G'ville. The parties should present arguments on the following: Motion hearing before Judge Malcolm J. Howard set for 1:00 5/20/04 for [26-1] |

| 05/07/2004 | 45 | Yes: 1 Page(s): 26 KB; PDF | motion to dismiss or alternatively for Summary Judgment, set for 1:00 5/20/04 for [15-1] motion for class certification; appointment of class representatives and designation of class counsel, set for 1:00 5/20/04 for [14-1] motion for partial summary judgment signed by Malcolm J. Howard, US Judge. ccys served. Calendar Copy. Copy to Becky for CourtReporter. [Date Entered: 05/07/04, By: dh] |
|---|---|---|---|
| 05/10/2004 | -- | No | Case submitted to: Judge Howard [45-1] order Motion hearing before Judge Malcolm J. Howard set for 1:00 5/20/04 for [26-1] motion to dismiss or alternatively for Summary Judgment, set for 1:00 5/20/04 for [15-1] motion for classcertification; appointment of class representatives and designation of class counsel, set for 1:00 5/20/04 for [14-1] motion for partial summary judgment submitted. CASE FILE TO JUDGE HOWARD FOR CONSIDERATION. [Date Entered: 05/10/04, By: dh] |
| 05/12/2004 | 45 | Yes: 7 Page(s): 201 KB; PDF | Document filed titled: Defendant's Notice of Filing of Order Denying Discovery In Related Case. cs. cy to Judge Howard. [Date Entered: 05/17/04, By: dh] |
| 05/17/2004 | 46 | Yes: 1 Page(s): 21 KB; PDF | Order, Motion hearing before Judge Malcolm J. Howard set for 10:00 5/20/04 for [26-1] motion to dismiss or alternatively for Summary Judgment, set for 10:00 5/20/04 for [15-1] motion for class certification; appointment ofclass representatives and designation of class counsel, set for 10:00 5/20/04 for [14-1] motion for partial summary judgment signed by Malcolm J. Howard, US Judge. ccys served. Calendar Copy. [Date Entered: 05/17/04, By: dh] |
| 05/20/2004 | -- | No | Motion hearing held in G'ville before Judge Malcolm J. Howard. Courtroom Deputy - Delsia Heath. Counsel present for plaintiffs - Philip R. Isley, G. Eugene Boyce, R. Daniel Boyce and Bob Sutte, N.C. Peanut Grower'sAssociation. Counsel present for the defendants - Eric Goulian, AUSA. Court calls case. Court notes attys appearances. Opening remarks by counsel. Counsel present arguments. Court will enter written order within two to four weeks. Court does not anticipate any further hearings on the pending motions. Court adjourned at 12:27 p.m. [Date Entered: 05/20/04, By: dh] |
| 06/02/2004 | -- | No | Transcript Filed - regarding hearing on May 20, 2004 before Judge Howard Court Reporter - Sharon Kroeger [Date Entered: 06/03/04, By: dh] |
| 06/30/2004 | -- | No | Received letter from R. Daniel Boyce dated June 25, 2004 with attached copies of documents that were sent to MDL. Letter placed on left side of file. [Date Entered: 06/30/04, By: dh] |

| | | | |
|---|---|---|---|
| 07/22/2004 | 47 | Yes: 49 Page(s); 1710 KB; PDF | Order granting [26-1] motion to dismiss or alternatively for Summary Judgment, granting [15-1] motion for class certification; appointment of class representatives and designation of class counsel, denying [14-1] motion forpartial summary judgment. The court hereby orders that this case shall proceed as a class action and hereby certified the following class: (see order for language). The court hereby appoints the following pla's as class representative: Marvin Taylor Barnhill, Jerry Hamill, John Branham, Clark Jenkins, Tom Clements, David Grant, TimPhelps, and Tommy Flythe. Philip R. Isley, G. Eugene Boyce, and R. Daniel Boyce shall represent the certified class. For lack of subject matter jurisdiction, the court hereby dismisses all plaintiffs who do not have peanut farms inthe EDNC, including Jim Ferguson, Glen Hawkins, Billy Bain, Glen Moore, R.L. Smith, H. Steven Allen, and all pla's listed in Exhibit B to pla's motin to join addtional pla's filed Nov. 19, 2002. Class representative shall have 15 days from the date of this order to file a proposed notice for class members. signed by Malcolm J. Howard, US Judge.ccys served. [Date Entered: 07/22/04, By: dh] |
| 07/29/2004 | 48 | Yes: 5 Page(s); 96 KB; PDF | Motion by plaintiffs to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues.cs [Date Entered: 08/19/04, By: sf] |
| 07/29/2004 | 49 | . Yes: 12 Page(s); 395 KB; PDF | Memorandum by plaintiffs in support of [48-1] motion to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues. cs w/attachments. [Date Entered: 08/19/04, By: sf] |
| 08/05/2004 | 50 | Yes: 21 Page(s); 856 KB; PDF | Motion with memorandum in support for reconsideration of [47-1] order cs [Date Entered: 08/19/04, By: sf] |
| 08/16/2004 | 51 | Yes: 6 Page(s); 121 KB; PDF | Motion by plaintiffs to extend time to file response to deft's m/reconsideration, cs. cy to clerk w/p.o. [Date Entered: 08/20/04, By: dh] |
| 08/18/2004 | 52 | Yes: 5 Page(s); 179 KB; PDF | Response to [48-1] motion to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues., cs. [Date Entered: 08/20/04, By: dh] |
| 08/20/2004 | -- | No | Received Proposed Consent Protective Order. [Date Entered: 08/20/04, By: dh] |
| 08/20/2004 | -- | No | Original Consent Protective Order to USMJ Daniel for consideration. [Date Entered: 08/20/04, By: dh] |
| 08/20/2004 | 53 | Yes: 3 Page(s); 93 KB; PDF | Consent Protective Order as to certain information re: potential class members. ccys served. signed by David W. Daniel, USMJ. [Date Entered: 08/20/04, By: dh] |

| 08/20/2004 | 54 | Yes: 1 Page(s); 18 KB; PDF | Order granting [51-1] motion to extend time to file response to deft's m/reconsideration, Response to motion reset to 9/7/04 for [50-1] motion for reconsideration of [47-1] order signed by Michael D. Brooks, Acting Clk..ccys served. [Date Entered: 08/20/04, By: dh] |
| 08/20/2004 | 55 | Yes: 15 Page(s); 595 KB; PDF | Document filed by defendants titled: Defendants' Response to Plaintiff's Proposed Class Notice, cs. w/attachments. [Date Entered: 08/25/04, By: dh] |
| 08/30/2004 | 56 | Yes: 3 Page(s); 62 KB; PDF | Reply to response to [48-1] motion to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues., cs. [Date Entered: 09/10/04, By: dh] |
| 09/01/2004 | -- | No | Case submitted to: Judge Howard per request. [Date Entered: 09/01/04, By: dh] |
| 09/07/2004 | 57 | Yes: 14 Page(s); 492 KB; PDF | Response by pla's to [50-1] motion for reconsideration of [47-1] order-cs- w/attachments [Date Entered: 09/13/04, By: sf] |
| 09/16/2004 | 58 | Yes: 1 Page(s); 31 KB; PDF | Order - The plaintiffs have presented to this court a proposed Notice to Class Member pursuant to Rule 23 of the Fed. R. Civ. P. Accordingly, the Notice to Class Members is hereby approved. Class counsel are hereby Ordered tosend the Class Notice to each member of the Class as soon as possible. ccys served 9/16/04. signed by Malcolm J. Howard, US Judge. [Date Entered: 09/17/04, By: dh] |
| 09/17/2004 | 59 | Yes: 5 Page(s); 150 KB; PDF | Reply by Ross J. Davidson, Risk Manage. Agency, USA, Ann M. Veneman, U.S. Dept. of Agric. to response to [50-1] motion for reconsideration of [47-1] order.- cs [Date Entered: 10/01/04, By: sf] |
| 10/01/2004 | -- | No | Motion(s) submitted: [50-1] motion for reconsideration of [47-1] order submitted. Case file to Judge Howard for consideration. [Date Entered: 10/01/04, By: sf] |
| 10/12/2004 | -- | No | Motion(s) submitted: [48-1] motion to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues. COPY OF UPDATED DOCKET SHEET TO JUDGE HOWARD. [Date Entered: 10/12/04, By: sf] |
| 11/09/2004 | 60 | Yes: 4 Page(s); 80 KB; PDF | Motion for class certification and summary judgment for pla. peanut farmers in other states, cs. [Date Entered: 01/05/05, By: dh] |
| 11/09/2004 | 61 | Yes: 11 Page(s); 390 KB; PDF | Memorandum by plaintiffs in support of [60-1] motion for class certification and summary judgment for pla. peanut farmers in other states, cs [Date Entered: 01/05/05, By: dh] |

| 11/22/2004 | 62 | Yes: 3 Page(s); 58 KB; PDF | Motion for setting of formula for calculation of damages and establishment of common fund for all class members, cs. [Date Entered: 01/05/05, By: dh] |
| 11/22/2004 | 63 | Yes: 25 Page(s); 922 KB; PDF | Memorandum in support of [62-1] motion for setting of formula for calculation of damages and establishment of common fund for all class members, cs. [Date Entered: 01/05/05, By: dh] |
| 11/29/2004 | 64 | Yes: 4 Page(s); 134 KB; PDF | Response by deft's in opposition to [60-1] motion for class certification and summary judgment for pla. peanut farmers in other states, cs. [Date Entered: 01/05/05, By: dh] |
| 12/09/2004 | 65 | Yes: 4 Page(s); 91 KB; PDF | Motion by plainitffs for status conf. and hearing on pending pretrial issues, cs. [Date Entered: 01/05/05, By: dh] |
| 12/15/2004 | 66 | Yes: 2 Page(s); 37 KB; PDF | Motion by deft's for adoption of damages formula, cs. [Date Entered: 01/05/05, By: dh] |
| 12/15/2004 | 67 | No | Memorandum by deft's in support of [66-1] motion for adoption of damages formula, cs. [Date Entered: 01/05/05, By: dh] |
| 12/15/2004 | 67 | Yes: 26 Page(s); 992 KB; PDF | Response by deft's to [62-1] motion for setting of formula for calculation of damages and establishment of common fund for all class members, cs. [Date Entered: 01/05/05, By: dh] |
| 12/22/2004 | 68 | Yes: 3 Page(s); 60 KB; PDF | Motion to extend time to respond to deft's memorandum in support of deft's motion for adoption of damages...., cs. cy to Clerk w/p.o. [Date Entered: 01/05/05, By: dh] |
| 12/30/2004 | 69 | Yes: 1 Page(s); 26 KB; PDF | Order granting [68-1] motion to extend time to respond to deft's memorandum in support of deft's motion for adoption of damages....to and including ten (10) days from the date of service. signed by Michael D. Brooks, Acting Clk.. ccysserved 12/30/04. [Date Entered: 01/05/05, By: dh] |
| 01/06/2005 | -- | No | Motion(s) submitted: [66-1] motion for adoption of damages formula submitted, [65-1] motion for status conf. and hearing on pending pretrial issues submitted, [62-1] motion for setting of formula for calculation of damages andestablishment of common fund for all class members submitted, [60-1] motion for class certification and summary judgment for pla. peanut farmers in other states submitted. UPDATED DOCKET SHEET TO JUDGE HOWARD FOR CONSIDERATION. [Date Entered: 01/06/05, By: dh] |
| 01/10/2005 | 70 | Yes: 38 Page(s); 5636 KB; PDF | Reply to response to [62-1] motion for setting of formula for calculation of damages and establishment of common fund for all class members, cs. cy to Judge Howard. [Date |

USDC North Carolina Eastern District

| | | | Entered: 01/26/05, By: dh] |
|---|---|---|---|
| 01/26/2005 | 71 | Yes: 1 Page(s); 22 KB; PDF | Order denying [50-1] motion for reconsideration of [47-1] order signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 01/26/05, By: dh] |
| 01/31/2005 | 72 | Yes: 13 Page(s); 476 KB; PDF | Deft's Reply to response to [66-1] motion for adoption of damages formula, cs. [Date Entered: 02/08/05, By: dh] |
| 09/22/2005 | 73 | Yes: 1 Page(s); 32 KB; PDF | Order denying [48-1] motion to Transfer Virginia Plaintiffs or Other Plaintiffs to Appropriate Venues. The court finds no basis for amending its July 22, 2004, order. signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 09/22/05, By: dh] |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/28/2005 10:46:11 | | |
| PACER Login: | bi0157 | Client Code: | peanuts |
| Description: | Docket Listing | Search Criteria: | 4 2 cv 159 |
| Billable Pages: | 11 | Cost: | 0.88 |

*Electronic Case Manager™ - the Premier Electronic Case File Manager!*

SEARCH    LOGIN    SUGGESTIONS    USER PREF'S    COURTWATCH    HELP    HOM

RACER U.S. District Court Case Search

# Docket Sheet for 4:05-cv-8 USDC North Carolina Eastern District

```
                    U.S. District Court
        Eastern District of North Carolina (New Bern)

           CIVIL DOCKET FOR CASE #: 05-CV-8
```

In re: Peanut Crop I v. Davidson                    Filed: 11/09/04
Assigned to: Judge Malcolm J. Howard
Demand: $0,000                          Nature of Suit:  190
Lead Docket: None                       Jurisdiction: US Defendant
Dkt# in other court: None

Cause: 07:499 Agricultural Commodities Act

IN RE: PEANUT CROP INSURANCE          R. Daniel Boyce
LITIGATION, MDL-1634                  [COR LD NTC]
     plaintiff                        Boyce & Isley, PLLC
                                      dboyce@boyceisley.com
                                      P. O. Box 1990
                                      Raleigh, NC 27602-1990
                                      919-833-7373
                                      FTS 833-7536


                                      L. Andrew Hollis, Jr.
                                       [term  02/23/05]
                                      [COR LD NTC]
                                      Hollis & Wright
                                      andyh@hollis-wright.com
                                      1750 Financial Ctr., 505 North
                                      20th St.
                                      Birmingham, AL 35203
                                      205-324-3600
                                      FTS 324-3636


                                      Paul C. Garrison
                                       [term  03/18/05]
                                      [COR LD NTC]
                                      Hollis & Wright, P.C.
                                      paulg@hollis-wright.com
                                      1750 Financial Ctr., 505 N.
                                      Twentieth St.
                                      Birmingham, AL 35203
                                      205-324-3600
                                      FTS 324-3636

          v.

ROSS J. DAVIDSON,                     Eric D. Goulian

```
EXHIBIT
   2
```

```
Administrator for Risk        [COR LD NTC]
Management Agency             U.S. Attorney's Office
      defendant               Winnie.Reaves@usdoj.gov
                              310 New Bern Ave.

                              Suite 800
                              Raleigh, NC 27601-1461
                              919-856-4530
                              FTS 856-4821
```

IN RE: PEANUT CROP INSURANCE LITIGATION, MDL-1634

                plaintiff

    v.

ROSS J. DAVIDSON, Administrator for Risk Management Agency

                defendant

| Proceedings include all events | | | |
|---|---|---|---|
| **Date Filed** | **Doc. No.** | **Image** | **Description** |
| 11/09/2004 | 1 | No | Transfer Order - re: MDL 1634. signed by William Terrell Hodges, Chairman. [Date Entered: 01/20/05, By: dh] |
| 11/09/2004 | -- | No | Reference must be made to the individual docket sheet for entries relating only to individual actions. [Date Entered: 01/20/05, By: dh] |
| 01/21/2005 | 2 | Yes: 5 Page(s); 126 KB; PDF | Order - (ALL CASES) Practice and Procedure Order Number One Upon Transfer - (see order for details) signed by Malcolm J. Howard, US Judge. ccys served to Mr. Boyce, Mr. Goulian and Mr. Hollis. [Date Entered: 01/21/05, By: dh] |
| 01/21/2005 | 3 | Yes: 1 Page(s); 25 KB; PDF | Order Scheduling Hearing - (ALL CASES) Motion hearing before Judge Malcolm J. Howard scheduled for Thursday, February 17, 2005 at 10:00 a.m. in G'ville signed by Malcolm J. Howard, US Judge. ccys to Mr. Boyce, Mr. Goulianand Mr. Hollis. Cy to Becky Bowen for Court Reporter. Calendar Copy. [Date Entered: 01/21/05, By: dh] |
| 01/26/2005 | -- | No | Clerk's Office Received Second Consent Protective Order from counsel. Original forwarded to Judge Howard's Chamber. [Date Entered: 01/26/05, By: dh] |
| 01/27/2005 | 4 | Yes: 3 Page(s); 107 KB; PDF | Second Consent Protective Order - (Individual Cases: 4:04-CV-186-H2;187-H2;188-H2;189-H2;190-H2;191-H2) as to production of potential class members for the purpose of providing class notice...see order for complete details.signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 01/27/05, By: dh] |
| 01/31/2005 | 5 | Yes: 2 Page(s); 47 KB; PDF | Deft's Motion for adoption of damages formula in transferred cases. Filed in Case No's. 4:04-CV-186-H2; 187-H2; 188-H2; 189-H2: 190-H2 and 191-H2. cy to Judge Howard 2/2/05. [Date Entered: 02/08/05, By: dh] |

| | | | |
|---|---|---|---|
| 01/31/2005 | 6 | Yes: 2 Page(s); 57 KB; PDF | Deft's Motion to dismiss or alternatively for summary judgment in transferred cases, cs. Individual Case No's. 4:04-CV-186-H2; 187-H2; 188-H2; 189-H2; 190-h2 and 191-H2. cy to Judge Howard 2/2/05. [Date Entered: 02/08/05, By: dh] |
| 02/15/2005 | 7 | Yes: 9 Page(s); 272 KB; PDF | Notice of Filing by defendants of Declaration of David Clauser in support of their Motion for Adoption of Damages Formula - Individual Cases 4:04-CV-159-H2; 186-H2; 187-H2; 188-H2; 189-H2; 190-H2 and 191-H2, cs. w/attachments. [Date Entered: 02/17/05, By: dh] |
| 02/17/2005 | -- | No | Motion hearing held in G'ville before Judge Malcolm J. Howard. Courtroom Deputy - Delsia Heath. Court Reporter - Edith Thompson. Plaintiff's Counsel - R. Daniel Boyce, Eugene Boyce & Paul Garrison, Alabama Attorney. Defendant'sCounsel - Eric Goulian, AUSA, EDNC, Kent Porter, AUSA, EDVA, Don Brittenham, Atty. with USDA and Mark Simpson, Atty. with USDA. Court reviews history of case and pending motions. Court hears argument from counsel as to the issue of class certification and the issue of damages calculation formula and establishment of common fund. Plaintiff presentsevidence by sworn testimony. Court directs counsel to draft Proposed Orders as to the issue of Class Action and Formula and a draft of the Judgment. Proposed Orders to be forward to the Court by the first of March. Court sets StatusConference for Tuesday, March 15, 2005. Total Hearing Time 3 hrs. [Date Entered: 02/17/05, By: dh] |
| 02/17/2005 | 8 | Yes: 4 Page(s); 103 KB; PDF | (ALL CASES) Motion by plaintiff peanut farmersfor discovery order compelling production of documents, cs. [Date Entered: 02/17/05, By: dh] |
| 02/17/2005 | 9 | Yes: 12 Page(s); 378 KB; PDF | (ALL CASES) Memorandum in support of [8-1] motion for discovery order compelling production of documents, cs. [Date Entered: 02/17/05, By: dh] |
| 02/17/2005 | 10 | Yes: 9 Page(s); 240 KB; PDF | Motion by Class Counsel on behalf of potential class members, with memorandum in support of for certification of national class action. Individual Cases 4:02-CV-159-H2; 186-H2; 187-H2; 188-H2, 189-H2, 190-H2 and 191-H2, cs. [Date Entered: 02/17/05, By: dh] |
| 02/23/2005 | -- | No | Issued Notice of Hearing: setting status conference before Judge Malcolm J. Howard for 10:00 3/15/05 in G'ville. cys served. Copy to Becky for Court Reporter. [Date Entered: 02/23/05, By: dh] |
| | | | Amended Certificate of service by In re: Peanut Crop Ins. Litigation - re: Motion for Certification of Nationa Class |

| 02/23/2005 | 11 | Yes: 2 Page(s); 46 KB; PDF | Action (and Incorporated Memo. of Law) - Individual Cases 4:02-CV-159-H2; 4:04-186; 4:04-187; 4:04-188; 4:04-189;4:04-190 and 4:04-191. [Date Entered: 02/24/05, By: dh] |
|---|---|---|---|
| 02/25/2005 | 12 | Yes: 3 Page(s); 62 KB; PDF | Document filed by plaintiff titled: (ALL CASES) Memorandum of Additional Points and Authorites, cs. cy to Judge Howard. [Date Entered: 03/01/05, By: dh] |
| 03/01/2005 | 13 | No | Notice of Filing by Ross J. Davidson - (ALL CASES) of Proposed Order. [Date Entered: 03/03/05, By: dh] |
| 03/01/2005 | -- | No | Letter date 3/1/05 From: Dan Boyce Re: Proposed Final Judgment [Date Entered: 03/03/05, By: dh] |
| 03/03/2005 | 14 | Yes: 6 Page(s); 115 KB; PDF | (ALL CASES) Response in opposition by Ross J. Davidson to [8-1] motion for discovery order compelling production of documents, cs. [Date Entered: 03/11/05, By: dh] |
| 03/04/2005 | 15 | Yes: 3 Page(s); 59 KB; PDF | (ALL CASES) Motion by plaintiff to file amended memor. in support of motion for certificaiton of Nat'l. Class Action, cs. [Date Entered: 03/11/05, By: dh] |
| 03/04/2005 | 16 | Yes: 14 Page(s); 450 KB; PDF | (ALL CASES) Amended Memorandum in support of [15-1] motion to file amended memor. in support of motion for certificaiton of Nat'l. Class Action, cs. cy to Judge Howard. [Date Entered: 03/11/05, By: dh] |
| 03/07/2005 | -- | No | Transcript Filed - regarding motion hearing on 2/17/05 before Judge Malcolm J. Howard in G'ville - Court Reporter - Edith Thompson [Date Entered: 03/11/05, By: dh] |
| 03/09/2005 | 17 | Yes: 5 Page(s); 105 KB; PDF | (ALL CASES) Notice of Filing by Ross J. Davidson of Exhibit 3 to declaration of David Clauser. cy to Judge Howard. [Date Entered: 03/11/05, By: dh] |
| 03/09/2005 | 18 | Yes: 2 Page(s); 47 KB; PDF | (ALL CASES) Motion by Ross J. Davidson to re-schedule status conf., cs. cy to Judge Howard. [Date Entered: 03/11/05, By: dh] |
| 03/09/2005 | 19 | Yes: 1 Page(s); 22 KB; PDF | (ALL CASES) Order granting [18-1] motion to re-schedule status conf., reset status conference before Judge Malcolm J. Howard for 3/18/05 in jury room in G'ville signed by Malcolm J. Howard, US Judge. ccys served. CalendarCopy. [Date Entered: 03/11/05, By: dh] |
| 03/23/2005 | -- | No | Motion(s) submitted: [15-1] motion to file amended memor. in support of motion for certificaiton of Nat'l. Class Action submitted, [10-1] motion for certification of national class action submitted, [8-1] motion for discoveryorder compelling production of documents submitted, [6-1] motion to dismiss submitted, [5-1] motion for adoption of |

| | | | |
|---|---|---|---|
| | | | damages formula in transferred cases submitted. CASE FILE TO JUDGE HOWARD FOR CONSIDERATION. [Date Entered: 03/23/05, By: dh] |
| 03/24/2005 | 20 | Yes: 8 Page(s); 308 KB; PDF | (ALL CASES) Response by Ross J. Davidson in opposition to [10-1] motion for certification of national class action, cs. Copy to Judge Howard. [Date Entered: 03/30/05, By: dh] |
| 03/25/2005 | 21 | No | (ALL CASES) Motion by In re: Peanut Crop Ins. for class certification and summary judgment for pla. peanut farmers in other states, cs. Copy to Judge Howard. [Date Entered: 03/30/05, By: dh] |
| 03/25/2005 | 21 | Yes: 3 Page(s); 67 KB; PDF | (ALL CASES) Motion by In re: Peanut Crop I for summary judgment and motion for setting of formula for calculation of damages and establishment of common fund for all class members in transferred cases, cs. Copy to Judge Howard. [Date Entered: 03/30/05, By: dh] |
| 03/25/2005 | 22 | Yes: 3 Page(s); 43 KB; PDF | (ALL CASES) Notice of Filing by In re: Peanut Crop Ins. of exhibits introduced at the Status Hearing on March 18, 2005, w/attached exhibits, cs. Copy to Judge Howard. [Date Entered: 03/30/05, By: dh] |
| 03/31/2005 | 23 | Yes: 5 Page(s); 140 KB; PDF | (ALL CASES) Order granting plaintiff's [21-1] motion for class certification and summary judgment for pla. peanut farmers in other states, denying defendant's [6-1] motion to dismiss. Deft's motion for reconsideration is alsodenied. Pla's motion for class certification is granted and class counsel and class representatives were appointed as stated in this order (see order for details.) Class counsel shall send class notice to all potential class members as soon as practicable as required by Federal Rule of Civil Procedure 23. signed by Malcolm J. Howard, USJudge. ccys served. [Date Entered: 03/31/05, By: dh] |
| 03/31/2005 | 24 | Yes: 8 Page(s); 239 KB; PDF | Order granting in part, denying in part [21-1] motion for setting of formula for calculation of damages and establishment of common fund for all class members in transferred cases, granting in part, denying in part [5-1] motion for adoption of damages formula in transferred cases. The formula as established in this order shall be used in calculating the total damages due to each individual class member (see order for details.) signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 03/31/05, By: dh] |
| 04/08/2005 | 25 | Yes: 3 Page(s); 52 KB; PDF | (ALL CASES) Motion by In re: Peanut Crop I to extend time to file reply brief, cs. cy to Judge Howard. [Date Entered: 04/08/05, By: dh] |
| | | | (ALL CASES) Order granting [25-1] motion to extend time |

| | | | |
|---|---|---|---|
| 04/08/2005 | 26 | Yes: 1 Page(s); 18 KB; PDF | to file reply brief to deft's opposition to pla's motion for certification of national class action. Reply to Response to Motion reset to 4/20/05 for [10-1] motion forcertification of national class action signed by Malcolm J. Howard, US Judge. ccys served. [Date Entered: 04/08/05, By: dh] |
| 04/20/2005 | 27 | No | (ALL CASES) Reply by In re: Peanut Crop to response to [10-1] motion for certification of national class action, cs. [Date Entered: 04/22/05, By: dh] |
| 04/22/2005 | -- | No | Motion(s) submitted: [10-1] motion for certification of national class action submitted. CASE FILE TO JUDGE HOWARD FOR CONSIDERATION. [Date Entered: 04/22/05, By: dh] |
| 05/03/2005 | 28 | Yes: 10 Page(s); 459 KB; PDF | (ALL CASES) Order On Notice To Class Members - the Notice to Class Members is hereby approved. Class counsel are hereby Ordered to send the Class Notice to each member of the Class as soon as practicable. signed by Malcolm J.Howard, US Judge. ccys served. Individual Case Nos: 4:04-186; 4:04-187; 4:04-188; 4:04-189; 4:04-190; 4:04-191 & 4:05-2. [Date Entered: 05/03/05, By: dh] |
| 09/06/2005 | 29 | Yes: 13 Page(s); 372 KB; PDF | Motion by In re: Peanut Crop Insurance Litigation to begin class administration and request for status conference, cs. Copy to Judge Howard. [Date Entered: 09/13/05, By: dh] |
| 09/06/2005 | 30 | Yes: 17 Page(s); 580 KB; PDF | Renewed Motion by In re: Peanut Crop Insurance Litigation to certify this case as a national class action and supplemental memorandum of additional points and authorities, cs. Copy to Judge Howard. [Date Entered: 09/13/05, By: dh] |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/28/2005 11:31:56 | | | |
| PACER Login: | bi0157 | Client Code: | peanuts |
| Description: | Docket Listing | Search Criteria: | 4 5 cv 8 |
| Billable Pages: | 4 | Cost: | 0.32 |

Electronic Case Manager™ - *the Premier Electronic Case File Manager!*

Scanned

FILED-CLERK
US. DISTRICT COURT

*RELEASED FOR PUBLICATION* 58
04 NOV -1 PM 12: 58

*DOCKET NO. 1634* TX EASTERN MARSHALL

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 26 2004

FILED
CLERK'S OFFICE

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

BY_____

## *IN RE PEANUT CROP INSURANCE LITIGATION* 2:03CV120

## *BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

### *TRANSFER ORDER*

This litigation currently consists of seven actions listed on the attached Schedule A and pending, respectively, in the Middle District of Alabama, the Northern District of Florida, the Middle District of Georgia, the Eastern District of North Carolina, the District of South Carolina, the Eastern District of Texas, and the Eastern District of Virginia[1] Plaintiffs in the seven actions move the Panel, pursuant to 28 U.S.C. § 1407, for an order centralizing this litigation in the Eastern District of North Carolina. The defendants in the actions, who are the United States, two United States Government officials, and three United States departments or agencies, oppose transfer. If the Panel determines to order transfer over their objections, then these defendants suggest that the Eastern District of Virginia would be an appropriate transferee district.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of North Carolina will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiff peanut farmers in each action allege that common defendants on or after May 13, 2002, unlawfully and unilaterally imposed modifications to the Multiple Peril Crop Insurance Policy for Year 2002, which changed the plaintiff farmers' insurance coverage by reducing it from $.31 to $1775 per pound of peanuts. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with respect to jurisdictional and class certification matters), and conserve the resources of the parties, their counsel and the judiciary.

Objecting defendants have argued that Section 1407 transfer would circumvent the requirements of 7 U.S.C. § 1508(j)(2)(a), which provides that actions on crop insurance claims may

---

[1] The Section 1407 motion, as originally filed, also pertained to an additional action brought in the United States Court of Federal Claims. Movants subsequently withdrew their motion from the list of actions encompassed by their motion in recognition of the fact that the action had been dismissed and was on appeal. Also, the Panel has been notified of one additional related action recently filed in the Middle District of Alabama. In light of the Panel's disposition of this docket, this action will be treated as a potential tag-along action *See* Rules 7 4 and 7 5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001)

EXHIBIT
3

- 2 -

be brought only in the district court for the district in which the insured farm is located. Opponents argue that because of this clear Congressional mandate that a federal court, in a particular district, possesses exclusive jurisdiction to entertain certain farmers' crop insurance claims, the Panel cannot or should not exercise its Section 1407 authority to transfer multiple such actions to a single district for coordinated or consolidated pretrial proceedings. We note, however, that in considering transfer under Section 1407, the Panel is not encumbered by considerations of venue. *In re Great Western Ranches Litigation*, 369 F.Supp. 1406, n.1 (J.P.M.L. 1974). An opposite conclusion would frustrate the essential purpose of Congress in enacting Section 1407 and providing for transfer of civil actions to "any district" by the Panel, namely, to permit centralization in one district of all pretrial proceedings when civil actions involving one or more common questions of fact are pending in different districts. *See In re Matter of New York City Municipal Securities Litigation*, 572 F.2d 49 (2nd Cir. 1978). We also note that any action transferred under Section 1407 for coordinated or consolidated pretrial proceedings that has not been terminated in the transferee district court will be remanded to its transferor district for trial. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. 425, 436-38 (2001).

In concluding that the Eastern District of North Carolina is an appropriate forum for this docket, we note that the proceedings are furthest advanced in that district, which is also well equipped with the resources that this docket is likely to require.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Eastern District of North Carolina are transferred to the Eastern District of North Carolina and, with the consent of that court, assigned to the Honorable Malcolm J. Howard for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

_Wm. Terrell Hodges_
_____
Wm. Terrell Hodges
Chairman

SCHEDULE A

MDL-1634 -- In re Peanut Crop Insurance Litigation

Middle District of Alabama     MDAL

Terry E. Beasley, et al. v. Ross J. Davidson, et al., C.A. No. 1:03-500

Northern District of Florida     NDFL

Florida Peanut Farmers, et al. v. Ross J. Davidson, et al., C.A. No. 5:03-107

Middle District of Georgia     MDGA

Georgia Peanut Farmers, et al. v. Ross J. Davidson, et al., C.A. No. 1:03-175

Eastern District of North Carolina     EDNC

Marvin Taylor Barnhill, et al. v. Ross J. Davidson, et al., C.A. No 4:02-159

District of South Carolina     SCD

Wallace A. Berry, et al. v. Ross J. Davidson, et al., C.A. No. 3:03-1631

Eastern District of Texas     EDTX

Texas Peanut Farmers, et al. v. Ross J. Davidson, et al., C.A. No. 2:03-120

Eastern District of Virginia     EDVA

Tom Clements, et al. v. Ross J. Davidson, et al., C.A. No. 2:03-352



**U.S. Department of Justice**

Civil Division

PK:DMC:JVanneman
154-03-445

Telephone: (202) 307-1011
  Fax:     (202) 514-8624

_Washington, D.C. 20530_

August 15, 2003

Mr. R. Daniel Boyce
Boyce & Isley
Post Office Box 1990
Raleigh, North Carolina 27602-1990

     Re:  Texas Peanut Farmers, et al. v. United States,
          No. 03-445C (Fed. Cl.)

Dear Mr. Boyce:

    This letter is to respond, on behalf of the United States
Department of Justice, to your letter dated July 30, 2003.  In
your letter, you propose a dismissal of this action, subject to a
variety of conditions.  We cannot agree to your proposal, for the
following reasons.[1]

    <u>Jurisdiction</u>.  As a threshold matter, there is a specific
statutory provision that provides that jurisdiction to entertain
these types of claims resides exclusively in the Federal district
court in which the peanut farm is located.  Given the sovereign
immunity issues involved when a party sues the United States, the
parties cannot stipulate to jurisdiction in a court in which
jurisdiction does not properly lie.  Therefore, it is not
possible for all of the cases that you have filed on behalf of
peanut farmers in various district courts to be adjudicated all
in one district court, the Eastern District of North Carolina
(the first case you filed).

---

[1]  We are still researching various issues, so this letter is a
preliminary response.  We reserve the right to amend and/or
supplement our response to your letter at a later date.

EXHIBIT
4

-2-

The statute at issue that governs claims involving Federal crop insurance is 7 U.S.C. §1508(j)(2)(A).[2/]  See Williams Farms of Homestead, Inc. v. Rain and Hail Insurance Services, 121 F.3d 630 (11th Cir. 1997).  This statute governs jurisdiction and cannot be waived.  Therefore, we cannot enter into the type of "stipulation" that you propose.

As we establish in our motion to dismiss, the Court of Federal Claims lacks jurisdiction to entertain the suit.  Each plaintiff must file his or her suit in the appropriate district court, that is, the court in which his or her farm(s) are located.[3/]

In addition, even if the potentially dispositive issues (e.g., alleged breach of contract and violation of due process) are purely issues of law, all of the remaining issues would clearly be fact-bound (e.g., whether there was an insurable cause of loss, whether each individual farmer complied with all of the terms and conditions of the insurance policy).  These and other factual issues (including potential damages issues) may depend

---

[2/]  In our motion to dismiss, we established that a plaintiff peanut farmer who holds Federal crop insurance must file in an appropriate district court.  While we cited 7 U.S.C. §1506(d)(any suit against the Corporation shall be brought in the District of Columbia, or in the district wherein the plaintiff resides or is engaged in business), it is the section cited above, 7 U.S.C. §1508(j)(2)(A), that is more specific and governs here.  The statute, 7 U.S.C. §1508(j)(2)(A), requires that a plaintiff, such as the ones you represent, who asserts a claim for indemnity, must file in the district court in which the insured farm is located.

[3/]  For a listing of district courts and their areas of jurisdiction, see 28 U.S.C. Chapter 5, §81 (Alabama), §89 (Florida), §90 (Georgia), §113 (North Carolina), §121 (South Carolina), §124 (Texas), §127 (Virginia).

In your letter, you also refer to 28 U.S.C. §1407, governing multidistrict litigation.  If you are aware of any authority that would permit the type of transfer to one court, in suits involving the United States involving the types of jurisdictional issues raised in these cases, we would consider any such authority.

-3-

upon key dates and/or conditions in a particular state and/or peanut-growing region. As another example, there may be important factual differences among peanut-growing regions, states, and counties, and among the plaintiffs, that would affect the merits issues. Further, the opinion that you proffer as an expert opinion (Mr. Gary Bullen) in the North Carolina motion for partial summary judgment provided his opinions only with respect to peanut crop insurance in North Carolina and Virginia (with only tangential reference to South Carolina). Mr. Bullen's affidavit contains no information on any of the other peanut-growing regions at issue in the other cases (e.g., Georgia, Florida, Alabama, Texas).

In sum, it is too early in these sets of cases to reach any possible agreement on any global treatment of these cases. Accordingly, even if there were no jurisdictional or other bars to consolidation, we cannot agree at this time to your proposal to litigate all of the cases in one district court, given the potentially wide variety of factual scenarios among plaintiffs and peanut-growing regions and states.

    Transfer. For the same reasons, we cannot stipulate to a transfer of all of the cases to the one case that you filed in the Eastern District of North Carolina. As we established above, the court in North Carolina lacks jurisdiction to entertain claims brought by plaintiffs whose farms are located in another state.

Indeed, for the same reasons, the court in North Carolina may lack jurisdiction to entertain the claim of any particular plaintiff named in that suit if the person's farm is located outside the boundaries of the Eastern District of North Carolina in which you filed. This applies not only to the plaintiffs whose farms are located in Virginia or South Carolina, but also to those whose farms may be located in the Middle or Western Districts of North Carolina.

As another example, only approximately twenty of the more than fifty plaintiffs named in the suit that you filed in the Eastern District of Texas have farms located in that district; other named plaintiffs have farms located in the other three districts for Federal district courts in Texas.

5

-4-

We are still in the process of reviewing all the named plaintiffs in each suit that you have filed in the several states. There may be other examples of these problems as well with respect to plaintiffs in the other states.

One trial court disposition, one circuit court of appeals. Similarly, because the district court in North Carolina would not possess jurisdiction to entertain the claims of farmers in other Circuits, we cannot agree to only one "trial court disposition," with an appeal to only one Circuit Court, as you suggest. (Further, we do not agree to trial by jury, one of your other conditions.)

Information requested. It is your burden to establish jurisdiction on behalf of each individually-named plaintiff for the court(s) in which you file. I have consulted with many of the Assistant United States Attorneys assigned to these cases and with agency counsel and we request that you provide the following information (some of which is not available to the Government). We request this information so that we may ascertain whether the named plaintiffs in each of the complaints that you have filed are individuals whose farms[1] are located in the respective (appropriate) districts and so that we may also determine other

---

[1] We recognize that it may be that an individual who owns a farm for which the farm property boundaries extend beyond more than one county line, or who owns more than one farm in more than one state (and/or more than one district within a state), may properly be named in more than one district court complaint. 7 U.S.C. §1508(j)(2)(A).

-5-

facts relating to other issues that are potentially
jurisdictional in nature (see discussion below):

1.   name of plaintiff[5];
2.   address of farm (include county);
3.   address of residence (include county);
4.   farm number (number assigned by the Farm Services Agency
     (FSA) and any other pertinent numbers associated with the
     crop insurance program;
5.   name and address of plaintiff's insurance company;
6.   whether the plaintiff filed a claim with his or her
     insurance company (and if so, the date), and if so;
     a.   whether the claim was allowed (and if so, the date), or
     b.   whether the claim was denied (and if so, the date);
          and,
7.   whether the plaintiff filed any notice of appeal to the
     National Appeals Division (NAD), United States Department of
     Agriculture (and if so, the date).

     I believe that the most prudent course would be first to
clarify and correct these jurisdictional and other matters
before proceeding in any of the district courts on the merits or
any other matters.

     Other defenses.  We also wish to make clear that, even
though one or more of the plaintiffs may be named in the
appropriate district court, the Government reserves the right to
assert other defenses (which may or may not be jurisdictional in
nature), and if we prevail, these defenses would result in a
dismissal of that plaintiff's action.  These potential defenses
include: statute of limitations and/or other time-bars, and/or
failure to exhaust administrative remedies.

_____

[5]   Please ensure the correct spelling of names.  For example,
for some of the plaintiffs in the complaint filed in the Court of
Federal Claims and also in the Eastern District of Texas, the
names are spelled differently.

     You should also be aware that there is an inconsistency in
your filings; for example, in the Texas complaint, some of the
named plaintiffs are listed in the caption of the complaint but
not listed in the text of the complaint, while some are in the
text of the complaint but not listed in the style of the caption.

7

-6-

In addition, there may be other reasons to support the denial of a plaintiff's claim (e.g., whether the plaintiff complied with all the terms and conditions of the insurance policy), which also might support dismissal of the action. Therefore, even if any of the individually-named plaintiffs are or will be in the correct district court, there may be other defenses (in addition to the merits) that would warrant dismissal of the plaintiff's action.

* * *

If you have any questions, please feel free to telephone me at (202) 307-1011 (or on my direct line if you are unable to reach me at the main number).

Very truly yours,

JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

cc:  Mr. Eric Goulian (AUSA, North Carolina)
     Mr. Rand Neeley (AUSA, Alabama)
     Ms. Pat Stout (AUSA, Georgia)
     Ms. Ruth Yeager (AUSA, Texas)
     Mr. Bryan Wilson (AUSA, Florida)
     Ms. Terri Bailey (AUSA, South Carolina)
     Mr. Kent Porter (AUSA, Virginia)
     Ms. Kim Arrigo (USDA, OGC, Washington, D.C.)
     Mr. Mark Simpson (USDA, OGC, Atlanta)

# BOYCE & ISLEY, PLLC

### ATTORNEYS AT LAW
LAWYERS WEEKLY BUILDING, SUITE 100
POST OFFICE BOX 1990
RALEIGH, NORTH CAROLINA 27602-1990

G. Eugene Boyce
R. Daniel Boyce
Philip R. Isley
Laura Boyce Isley

107 Fayetteville Street Mall
Raleigh, North Carolina 27601

Telephone: (919) 833-7373
Facsimile: (919) 833-7536

November 5, 2004

**(VIA FACSIMILE 856-4821
AND UNITED STATES MAIL)**

Mr. Eric D. Goulian
Assistant U. S. Attorney
310 New Bern Avenue
Suite 800
Raleigh, North Carolina 27601-1461

Re:   Barnhill *et al* v. Davidson, *et al*
        No. 4:02-CV-159-H(4)

Dear Eric:

As you know, the Judicial Panel on Multidistrict Litigation has issued its Order transferring all cases to the Eastern District of North Carolina. I am requesting that the Court hold a status conference and hearing on the transfer and any other pending motions. Please advise what, if any, issues you would like to be discussed at the hearing, along with any proposed dates for the hearing. I will check with the Clerk's Office to see the next available hearing date that is mutually convenient. If you can give me several weeks in which you are available, I will try to find a mutually acceptable date. If I do not hear from you by November 11, 2004, I will assume that you do not wish to agree to any of the above information.

Also, please advise whether the Government is willing to furnish names of all potential class members in the other states. We received the Court's Order regarding notice to the class members in the Eastern District of North Carolina. We compared the list the Government provided with our internal list of clients and found that there were almost 100 clients who were not considered class members according to the Government's document that you submitted. Before requesting that the Court resolve this matter, it might be that there is some way to resolve this issue. It would be helpful if the Government can go ahead and voluntarily furnish the name of all potential class members in each of the states so we can be working on similar information. Please advise whether you will voluntarily provide this information (we will be happy to enter a similar stipulation or order regarding confidentiality.) If the Government is not willing to provide the information, we will have no recourse but to file a motion with the Court.

**EXHIBIT**
5

Mr. Eric Goulian
November 5, 2004
Page 2

       Thank you for your prompt attention to these matters.

                                     Sincerely yours,

                                     BOYCE & ISLEY, PLLC

                                     R. Daniel Boyce

/sj
Enclosure
[11/5/04 ltr e goul]

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

No. 4:02-CV-159-H(4)

| | | |
|---|---|---|
| MARVIN TAYLOR BARNHILL et al., | ) | |
|     **Plaintiffs,** | ) | |
| | ) | **DEFENDANTS' RESPONSE TO** |
| v. | ) | **PLAINTIFFS' FIRST SET OF** |
| | ) | **INTERROGATORIES** |
| ROSS J. DAVIDSON, ADMINISTRATOR, | ) | |
| RISK MANAGEMENT AGENCY, et al. | ) | |
|     **Defendants.** | ) | |

Pursuant to Rule 33(b) of the Federal Rules of Civil Procedure, defendants hereby respond as follows to Plaintiffs' First Set of Interrogatories:

INTERROGATORY NO. 1: Provide the total amount of indemnity paid at $.1775 per pound on the 2002 Multiple Peril Crop Insurance (MPCI) contract for losses by peanut farmers in the following states including each district in each state:

    a.    Alabama: Middle District, Northern District, and Southern District;
    b.    Florida: Middle District, Northern District, and Southern District;
    c.    Georgia: Middle District, Northern District, and Southern District;
    d.    North Carolina: Eastern District, Middle District, and Western District;
    e.    South Carolina District Court;
    f.    Texas: Eastern District, Northern District, Southern District and Western District
    g.    Virginia: Eastern District and Western District.

INTERROGATORY NO. 2: Provide the total number of peanut farmers who had MPCI coverage under the 2002 MPCI policy in the following states that were entitled to recover under the 2002 MPCI policy for losses in the 2002 crop year (including each district in each state for the following states):

    a.    Alabama: Middle District, Northern District, and Southern District;
    b.    Florida: Middle District, Northern District, and Southern District;
    c.    Georgia: Middle District, Northern District, and Southern District;
    d.    North Carolina: Eastern District, Middle District, and Western District;
    e.    South Carolina District Court;
    f.    Texas: Eastern District, Northern District, Southern District and Western District
    g.    Virginia: Eastern District and Western District.

**EXHIBIT**

tabbies  6

RESPONSE: Defendants object to Interrogatories Nos. 1 and 2 as overbroad in at least two respects. First, both interrogatories encompass losses by peanut farmers whose farms would not have been assigned quota even in the absence of the 2002 Farm Bill. Second, they encompass losses by peanut farmers in districts other than those in which parallel civil actions have been filed.

Without waiving the foregoing objections, Defendants have compiled a listing of all peanut farmers who were paid an indemnity in 2002 in each of the districts where parallel civil actions were filed, including the amount of the indemnity paid to each farmer. This listing will be provided to plaintiffs upon the Court's approval of the Second Consent Protective Order.

This the 17th day of December, 2004.

FRANK D. WHITNEY
United States Attorney

R.A. RENFER, JR.
Assistant United States Attorney
Chief, Civil Division

ERIC D. GOULIAN
Assistant United States Attorney
310 New Bern Avenue
Raleigh, North Carolina 27601-1461
Telephone: (919) 856-4356
Fax:          (919) 856-4487
Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed by first class mail on this 17th day of December, 2004 to R. Daniel Boyce, Esq., P.O. Box 1990, Raleigh, NC, 27602-1990.

Eric D. Goulian
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

*FILED*
*2/17/05*
*US DISTRICT COURT, EDNC*

In Re: Peanut Crop Insurance          )          Master Docket Case No.
Litigation, MDL-1634                  )              4:05-CV-8-H2
                                      )            (ALL CASES)

---

## MOTION FOR DISCOVERY ORDER COMPELLING
## PRODUCTION OF DOCUMENTS

---

NOW COME Plaintiff Peanut Farmers ("Plaintiffs"), by and through the undersigned

counsel, and move the Court to compel Defendants to produce previously requested documents

pursuant to Rules 26, 34 and 37 of the Federal Rules of Civil Procedure and Local Rule 7.1 EDNC.

As grounds for this Motion, Plaintiffs show the Court as follows:

      1.    Plaintiffs have served one set of Interrogatories during the litigation of this case

which included only two requests. Interrogatory No. 1 requested Defendants to provide the total

amount of indemnity paid at $.1775 per pound on the 2002 Multiple Peril Crop Insurance

(MPCI) contract for losses by peanut farmers in the following states including each district in

each state:

          a.    Alabama: Middle District, Northern District, and Southern District;
          b.    Florida: Middle District, Northern District, and Southern District;
          c.    Georgia: Middle District, Northern District, and Southern District;
          d.    North Carolina: Eastern District, Middle District, and Western District;
          e.    South Carolina District Court;
          f.    Texas: Eastern District, Northern District, Southern District and Western
                District;
          g.    Virginia: Eastern District and Western District

      2.    Interrogatory No. 2 requested that Defendants provide the total number of

peanut farmers who had MPCI coverage under the 2002 MPCI policy in the following states that



**EXHIBIT**
7

were entitled to recover under the 2002 MPCI policy for losses in the 2002 crop year (including each district in each state for the following states):

    a.    Alabama: Middle District, Northern District, and Southern District;
    b.    Florida: Middle District, Northern District, and Southern District;
    c.    Georgia: Middle District, Northern District, and Southern District;
    d.    North Carolina: Eastern District, Middle District, and Western District;
    e.    South Carolina District Court;
    f.    Texas: Eastern District, Northern District, Southern District and Western District;
    g.    Virginia: Eastern District and Western District.

3.    Defendants' response was as follows:

"Defendants object to Interrogatories Nos. 1 and 2 as overbroad in at least two respects. First, both interrogatories encompass losses by peanut farmers whose farms would not have been assigned quota even in the absence of the 2002 Farm Bill. Second, they encompass losses by peanut farmers in districts other than those in which parallel civil actions have been filed."

4.    Class Counsel also request that the Court order similar information for all similarly situated Plaintiffs in <u>all</u> districts in <u>each</u> state.

5.    In order to show a good faith effort in resolving disputes on discovery, undersigned counsel mailed a letter to AUSA Eric Goulian, as well as left a telephone message, asking if there was any way to resolve the differences. AUSA Goulian advised the Government stands by its previously stated position. He advised he would send a letter to that effect; but as of the date of this motion, the letter has not been received.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Honorable Court compel the Defendants to produce the previously requested information and documents as requested in Plaintiffs' First Set of Interrogatories as well as the same information for all districts in each state where similarly situated farmers resided and farmed in 2002 and suffered losses covered by the 2002 MPCI contract.

Respectfully submitted, this the 17th day of January, 2005.

**BOYCE & ISLEY, PLLC**

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, North Carolina  27602-1990
Telephone:  (919) 833-7373
Facsimile:  (919) 833-7536
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this day a copy of the foregoing *Motion for Discovery Order Compelling Production of Documents* was served upon counsel of record in this action by depositing a copy thereof in the United States mail, postage prepaid, and addressed as follows:

Eric Goulian
Assistant U. S. Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1464

This the 17th day of January, 2005.

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, North Carolina  27602-1990
Telephone:  (919) 833-7373
Facsimile:  (919) 833-7536

# BOYCE & ISLEY, PLLC
### ATTORNEYS AT LAW
LAWYERS WEEKLY BUILDING , SUITE 100
POST OFFICE BOX 1990
RALEIGH, NORTH CAROLINA 27602-1990

G. Eugene Boyce
R. Daniel Boyce
Philip R. Isley
Laura Boyce Isley

107 Fayetteville Street Mall
Raleigh, North Carolina 27601

Telephone: (919) 833-7373
Facsimile: (919) 833-7536

July 14, 2005

Mr. Eric D. Goulian
Assistant U. S. Attorney
310 New Bern Avenue
Suite 800
Raleigh, North Carolina  27601-1461

Dear Eric:

Enclosed please find our list of peanut farmers divided by state along with the Government's list. We have compared the two lists and totaled the number of farmers not found on the Government's list. Please review and verify the number of Plaintiffs not on the Government's list. The number of clients not found on the Government's list are set forth below; however some farmers have listed more than one farm.

- Texas- 56
- Flordia-4
- South Carolina-1
- Virginia-42
- Alabama-10
- Georgia-47

Sincerely yours,

BOYCE & ISLEY, PLLC

R. Daniel Boyce

RDB/mw
Enclosures

**EXHIBIT**
8

Case 2:06-cv-00324-WKW-DRB   Document 1-7   Filed 04/11/2006   Page 62 of 78

| TITLE | LAST | FIRST | M.I. | FARM | ADDRESS | CITY | COUNTY | STATE ZIP | HOME TELEPHONE (SECOND TELEPHONE) | ACRES |
|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Barnes | Billy | M | | 300 W Barrow Street | De Leon | Comanche | TX | 76444 254-893-2426 | 213 |
| Mr. | Brockman | Jacob | F | | Rt. 3 Barrow Street | Ranger | Eastland | TX | 76470 254-493-6234 | 0 |
| Mr. | Brown | Darrell | W Wayne | | 1000 ACR 195 | Anderson | Grimes | TX | 75830 915-759-9148 | 0 |
| Mr. | Cardell | William | Dwin | | RR 1 Box 22W | Comanche | Comanche | TX | 76442 254-442-3255 | 254.5 |
| Mr. | Crocker | Randy | R Estate | Farm 4, 4698 | 2006 CR 506 | Dublin | Erath | TX | 76446 254-485-9701 | 264 |
| Ms. | Fischer | Lonnie | | | 1100 Barend Road | Pilot Point | Denton | TX | 76258 940-686-3347 | 22 |
| Mr. | Frazier | | Estate | | Rt 2 Box 727 | Pilot Point | Denton | TX | 76258 940-686-3347 | 35 |
| Mr. | Clark | Bill | | Wade Pennington & Sons Farms, FM 5869 | 612 Stefdk Street C | Hasel Grove | Lamar | TX | 75446 903-784-2680 | 144 |
| Mr. | Greenhaw | | | Grimshaw Farms | 6923 FM 2214 | Greenland | Grayson | TX | 75446 936-687-2131 | 32 |
| Mr. | Greenhaw | David & Pam | | | 32800 Hobart Road | Lovelady | Houston | TX | 75851 936-687-2131 | 117 |
| Mr. | Grueber | | | | 117 County Row 297 | Cisco | Eastland | TX | 74894 915-672-2427 | 117 |
| Mr. | Henry | Larry | G | | RR 1 Box 176 B | Gracedand | Houston | TX | 75844 936-687-2187 | 95 |
| Mr. | Huff | | | | 14R2 CLR 334 | Lincoln | Lee | TX | 78944 512-253-0654 | 31 |
| Mr. | Irwin | Gene | G | Farm Rte, 3677, 2006, 1892 | 14R2 CLR 334 | Lincoln | Lee | TX | 78944 512-253-0654 | 35 |
| Mr. | Irwin | Melvin | G | | 612 Stefdk Street C | Greenland | Grayson | TX | 75844 936-687-2131 | 20 |
| Ms. | Irwin | Lonnie | B | Wade Pennington & Sons Farms, FM 5473 | 612 Stefdk Street C | Greenland | Grayson | TX | 75844 936-687-2131 | 28.2 |
| Mr. | Johnson | Tommy | | Wade Pennington & Sons Farms, FM 2234 | 512 Sefdrk Street C | Greenland | Grayson | TX | 75844 936-687-2131 | 14.5 |
| Mr. | Jones | Porter | | | 688 County Road 415 | Comanche | Comanche | TX | 76442 254-879-3374 | 110 |
| Ms. | Keith | Lonnie | | Cow Water Drilling # 354 | RR 1 Box 25 A | Apperneort | Shawenell | TX | 76380 254-485-8068 | 82 |
| Mr. | Keith | Don | R | Highland Hill Farm | 168 FM 2159 | Dublin | Erath | TX | 76446 254-445-3978 | 82 |
| Ms. | Keith | Richard | | | 168 FM 2159 | Dublin | Erath | TX | 76446 254-445-3978 | 110 |
| Mr. | Koonce | Ronald | Scott | Koonce Farms | 1900 Hwy 59 616002 | De Leon | Erath | TX | 76444 254-445-3904 | 82 |
| Mr. | Lamar | Lloyd | | Wade Pennington & Sons Farms, FM 4899 | 1900 Hwy 59 #1602 | De Leon | Comanche | TX | 76444 254-893-6880 | 1500 |
| Ms. | Lanham | | | | 1900 Hwy 59 | Comanche | Comanche | TX | 76444 254-487-2487 | 1150 |
| Ms. | Lehmann | R | | | Post Office Box 1403 | Brenholle | Gaines | TX | 76834 915-759-3353 | 122 |
| Mr. | Lehmann | David | Gene | | Post Office Box 12 | Wenolu | Fayette | TX | 76800 979-242-6890 | 66.3 |
| Mr. | Logan | JW | S | Wade Pennington & Sons Farms, FM 178 | 612 Stefdrk Street C | Dardenense | Erath | TX | 75445 254-768-2531 | 154 |
| Mr. | Martin | Tony | M | | 612 Stefdk Street C | De Leon | Comanche | TX | 76444 254-768-2531 | 31.3 |
| Mr. | Meeks | Timothy | R | | 612 Stefdrk Street C | Oakdales | Comanche | TX | 75844 936-687-2131 | 28.2 |
| Mr. | Mercer | | | | RR 1 Box 25 A | Conanche | Comanche | TX | 76442 254-879-3374 | 256.6 |
| Mr. | Morgan | Sammy | R | Martin Farm | 168 FM 2159 | Apperment | Shawenell | TX | 76380 806-384-8963 | 154.4 |
| Mr. | Odell | | | Wide Pennington & Sons Farms, FM 4703 | 168 FM 2159 | Fipons | Eastland | TX | 79038 806-250-3745 | 7.5 |
| Mr. | Penning | T F | | T F Farm | 970 CR 452 | De Leon | Comanche | TX | 76442 254-879-3376 | 12 |
| Mr. | Penning | | | | 33516 Dimfl Road | Dalsen | Comanche | TX | 75844 936-372-2401 | 82 |
| Mr. | Pentel | Thomas | L | | 2555 Eriohanon Chaque Road | Wellan | Wallen | TX | 71490 935-481-0289 | 620 |
| Mr. | Pennington | Glynn | A | Wade Pennington & Sons Farms, FM 109 | 5542 Sefdrk Street C | Pilot Point | Grayson | TX | 76258 940-686-2759 | 225.1 |
| Mr. | Funk | Alvin | | | 6902 Chk Rd 2225 | Greenland | Grapson | TX | 75844 936-687-2131 | 41.4 |
| Mr. | Quellin | Mike | | Wade Pennington & Sons Farms, FM 2236 | 612 Sefdrk Street C | Greenland | Houston | TX | 75844 936-687-2131 | 193 |
| Mr. | Reglake | Walter | | | 612 Sefdrk Street C | Irwin | Irvin | TX | 31733 2223-382-7229 | 23.4 |
| Mr. | Reglake | Danald | Wayne | Don Reglake Farm | 3502 Trapalon Circle | Callingswolth | Collingsworth | TX | 31733 2223-382-7229 | 20 |
| Mr. | Robinson Estate | Jeo | | Wide Pennington & Sons Farms, FM 59 | 16988 FM 1042 | Wellington | Houston | TX | 79035 806-494-6034 | 44.9 |
| Mr. | Scarborough | Owen | W | Wide Pennington & Sons Farms, FM 1988 | RR 1 Box 227 | Lincolnd | Dickens | TX | 79035 806-387-3357 | 7.6 |
| Mr. | Schhaarth | Jimmy | W | | RR 1 Box 59 | Madley | Motley | TX | 79256 806-489-3357 | 391 |
| Mr. | Seay | Jimmy | | | RR 1 Box 38 | Turkey | Hall | TX | 79261 806-423-1236 | 284 |
| Mr. | Shannon | Billy | W | B & S Shannons Farms Inc | Post Office Box 400 | Turkey | Hall | TX | 79261 BIE-423-1236 | 380 |
| Ms. | Sharman | Billy | | | Post Office Box 100 | Hedy Grove | Cash | TX | 76435 254-629-9919 | 25 |
| Mr. | Sherwood | Richard | N Neal | | 920 Highway 1027 | Carbon | Eastland | TX | 76435 254-629-22322 | 417 |
| Mr. | Slavy | Terry | | | 910 CR 479 | Carbon | Eastland | TX | 76435 254-631-1894 | 399 |
| Mr. | Steley | Lee | | Staley Farms | 2500 CR 479 | Gorman | Comanche | TX | 76464 254-734-6543 | 85 |
| Mr. | Underwood | Dalinh | | | Paige | Lee | TX | 78659 512-258-8298 | 1200 |
| Mr. | Wichmann | Clarence | C | | 512 Sefdrk Street C | Greenland | Houston | TX | 75844 936-687-2131 | 21 |
| Mr. | Stovello | | | | 512 Sefdrk Street C | Greenland | Houston | TX | 75844 936-687-2131 | 8.4 |
| Mr. | Wells Estate | Julius | | Wade Pennington & Sons Farms, FM 90 | 512 Sefdrk Street C | Greenland | Houston | TX | 75844 936-687-2131 | 11.9 |
| Mr. | Winter | Victor | | | Post Office Box 476 | Turkey | Hall | TX | 79261 806-346-7417 | 52 |
| Mr. | Wyatt | Pylonia | S | Wade Pennington & Sons Farms, FM 5727 | Post Office Box 476 | Chillicothe | Wilbarger | TX | 76223 940-237-2401 | 150 |
| Mr. | Wood | Heidi & Jeff | | Two Wi- Farms | 304 Conch Rose 331 | Swinnols | Swindnls | TX | 78223 940-237-3375 | 251 |
| Mr. | | | | A.L.H.M. Inc. | 304 County Road 331 HC-4 Box 608-B | Swinnols | Houston | TX | 79044 915-798-8483 | 232.9 |
| Mr. | | | | F.A.C.E. Inc. | 304 County Road 331 HC-4 Box 608-D | Swinnols | Houston | TX | 79044 915-798-8483 | 232.9 |
| Mr. | | | | Wade Pennington & Sons Farms | 512 Sefdrk Street C | Greenland | Houston | TX | 75844 936-687-2131 | 8.4 |
| Mr. | | | | Wade Pennington & Sons Farms | 512 Sefdrk Street C | Greenland | Houston | TX | 75844 936-687-2131 | 189.8 |
| Mr. | | | | Wade Pennington & Sons Farms, FM 5808 (State of Texas land) | Post Office Box 508 | Houston | Hardeman | TX | 79252 940-663-2556 | 26.3 |
| | | | | M.E. Warren Farms, Inc. | Post Office Box 508 | | Hardeman | | 76444 940-563-2556 | 360 |

| TITLE | LAST | FIRST | M.I. | FARM NAME | BUSINESS | CITY | COUNTY | STATE | ZIP | FIRST TELEPHONE | SECOND TELEPHONE | ACRES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Barnes | James | C | | 4974 Hartsfield Road | Marianna | Jackson | FL | 32446 | 850-482-7475 | 850-482-7168 | 127 | |
| Mr. | Beauchamp, Jr. | James | L | | 899 Cascade Lane | Marianna | Jackson | FL | 32448 | 850-762-3892 | | 45 | |
| Mr. | Blackmon | Preston | W | Preston Blackmon | 4882 Hwy 4 | Jay | Santa Rosa | FL | 32565 | 850-675-2409 | 850-675-4067 | | |
| Mr. | Diamond | Joseph | M | Diamond Farms | 12760 Chumuckla Hwy | Jay | Santa Rosa | FL | 32565 | 850-675-2772 | 850-675-5460 | 131 | |
| Mr. | Dilly | Joseph | C | Dilly Farms | 5464 McAnulty Road | Bascom | Jackson | FL | 32423 | 850-569-2984 | 850-209-2108 | 160.8 | |
| Mr. | Edwards | Allan | J | | 2108 Mineral Springs Road | Jay | Santa Rosa | FL | 32565 | 850-675-5706 | 850-336-3451 | 115 | |
| Mr. | Everett | Kenneth | M | | 4720 Autumn Rd | Malone | Jackson | FL | 32445 | 850-564-2339 | | 82 | |
| Mr. | Floyd | Roland | C | | Post Office Box 476 | Jay | Santa Rosa | FL | 32565 | 850-675-2126 | | 146.8 | |
| Mr. | Greggs | RO | O | Greggs Farms | 517 Joe Anderson Rd | DeFuniak Springs | Walton | FL | 32433 | 850-892-6626 | | 65 | |
| Mr. | Jones | | L | | 6057 Jay's Way | Milton | Santa Rosa | FL | 32570 | 850-623-2463 | | 8.5 | |
| Mr. | Lowry | Daunie | | Lowry's Farm | 2118 Lee Morris Road | Jay | Santa Rosa | FL | 32565 | 850-675-6972 | 850-675-0383 | | |
| Mr. | Mooneyham, Jr | Frank | | | 3146 Darnol Road | Grand Ridge | Jackson | FL | 32442 | 850-592-6542 | 850-482-9759 | 5 | |
| Mr. | Mooneyham, Jr | Milton | M | Mooneyham Farms | | Jay | | FL | | 850-482-9700 | | 191 | |
| Mr. | Peterson | Franklin | R | | 1665 Shiloh Church Looop | Graceville | Jackson | FL | 32440 | 850-263-3625 | 850-482-9700 | | |

| TITLE | LAST | FIRST | M.I. | | FARM NAME | ADDRESS | CITY | COUNTY | STATE | ZIP | FIRST TELEPHONE | SECOND TELEPHONE | ACRES | (approximate) |
|-------|------|-------|------|---|-----------|---------|------|--------|-------|-----|-----------------|------------------|-------|---------------|
| Mr. | Berry | Wallace | A | | W.A. Berry & Son | 680 Browntown Road | Bishopville | Lee | SC | 29010 | 803-428-3853 | | 4985.5 | yes |
| | Marsh | William | R | | Will Marsh Farms | 8650 T.O. McLeod Road | Reinbert | | SC | 29128 | 803-432-7457 | | 80 | |

| TITLE | LAST | FIRST | M.I. | FARM NAME | ADDRESS | CITY | COUNTY | STATE | ZIP | FIRST TELEPHONE | SECOND TELEPHONE | ACRES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Abernathy | James | D | | 24101 Courthouse Road | Stony Creek | Sussex | VA | 23882 | 804-478-4638 | | 50 |
| Ms. | Allen | Pauline | | | 358 Hilltop Lane | Skippers | Greensville | VA | 23879 | 434-634-5367 | | 26.5 |
| Mr. | Allen | Joseph | W | | 358 Hilltop Lane | Skippers | Greensville | VA | 23879 | 434-634-5367 | | 68 |
| Mr. | Allen | Michael | | | 358 Hilltop Lane | Skippers | Greensville | VA | 23879 | 434-634-5367 | | 68 |
| Mr. | Allen | Henry | Stephen | | 358 Hilltop Lane | Skippers | Greensville | VA | 23879 | 434-634-8825 | 434-634-0174 | 63 |
| Mr. | Allen | Ronnie | L | | 6464 Brink Road | Emporia | Greensville | VA | 23847 | 434-348-3167 | 434-634-5367 | 60 |
| Mr. | Allen | Sherman | F | | 847 Allen Town Road | Emporia | Greensville | VA | 23847 | 434-634-8804 | 434-634-4332 | |
| 000 | Allen | Gilbert | Earl | | 2597 Beef Road | Emporia | Greensville | VA | 23847 | 434-634-5163 | | 77 |
| Mr. | Allen, Sr. | Cecil | W | | 1167 Halls Island Road | Emporia | Greensville | VA | 23847 | 434-634-4236 | 252-537-4147 | 53 |
| Mr. | Appel, Jr. | John | | Gum Corner Farms | 89 Golden Hill Road | Elberon | Surry | VA | 23846 | 757-294-3815 | 757-733-8933 | 225.7 |
| Mr. | Bain | William | B | | 19509 Bain Road | Elberon | Surry | VA | 23847 | 804-478-4832 | 804-586-3400 | 500 |
| Mr. | Bain | Warren | | Bain Plantations, Inc. | 14512 Sleepy Hollow Road | Dinwiddie | Dinwiddie | VA | 23841 | 804-469-7230 | | 190 |
| Mr. | Barlow | Joseph | H | Cotton Plains Farms, Inc. | 698 Cherry Grove Road N. | Suffolk | Suffolk | VA | 23432 | 757-238-2062 | 757-544-1836 | 53 |
| Mr. | Barnes | Harvey | M | | 4079 Staples Lane Road | Emporia | Greensville | VA | 23847 | 434-634-8628 | 804-586-7528 | 186.5 |
| Mr. | Barnes | Richard | R | | 16204 Hardwood Creek Road | Stony Creek | Sussex | VA | 23882 | 804-478-4173 | 804-479-4966 | 60 |
| Mrs. | Barnes | Francis | W | | 19105 Bolsters Road | Stony Creek | Sussex | VA | 23882 | 804-478-4173 | 804-691-1351 | 17.5 |
| Mr. | Barnes | Charles | R | | 19105 Courthouse Road | Dinwiddie | Dinwiddie | VA | 23841 | 804-469-3118 | 804-691-0081 | 225.6 |
| Mr. | Barnett, Jr. | Wayne | G | | 33440 Statesville Road | Newsoms | Southampton | VA | 23874 | 757-454-8809 | | 14.15 |
| Mr. | Barrett, Jr. | Harry | | | 19310 Courthouse Road | Emporia | Greensville | VA | 23847 | | | 155 |
| Mr. | Bma | Wayne | G | | 655 Deerfield Road | Emporia | Greensville | VA | 23847 | 434-348-0118 | | 96 |
| Mr. | Bma | Johnny | L | | 677 Deerfield Road | Greensville | Greensville | VA | 23847 | 434-634-4419 | | 17 |
| Ms. | Bma | Rosa | B | | 675 Deerfield Road | Emporia | Greensville | VA | 23847 | 434-634-5039 | | 125.9 |
| Mr. | Bma | Joe | R | | 1047 Baccone Castle Trail | Surry | Surry | VA | 23883 | 757-357-2311 | 757-357-6159 | 148 |
| Mr. | Benyman | E | McDonald | Beechland Farms, Inc. | 31182 Beechland Road | Newsoms | Southampton | VA | 23864 | 757-454-8509 | | 494 |
| Mr. | Blaha | Alvin | W | Laurel Farms Inc. | 10149 Squirrel Level Road | Petersburg | Prince George | VA | 23803 | 804-733-0280 | | 93 |
| Mr. | Blount | Theron | H | | 9074 Blounts Corner Road | Smithfield | Isle of Wight | VA | 23430 | 757-357-3398 | | 64 |
| Mr. | Breslau, Jr. | Alex | W | | 10080 Pole Run Road | Disputanta | Prince George | VA | 23842 | 804-481-0587 | 804-491-0813 | 133.3 |
| Mr. | Brock, Jr. | John | M | | 1047 Baccone Castle Trail | Surry | Surry | VA | 23883 | 757-357-2311 | 757-357-6159 | 148 |
| Mr. | Brothers | Griffin | M | | 8244 Goodrich Lane | Smithfield | Isle of Wight | VA | 23430 | | | 380 |
| Mr. | Brown | Lawerence | W | Brown Farms | 32482 School House Road | Franklin | Southampton | VA | 23851 | 757-562-4249 | | 151.5 |
| Mr. | Bryant | Rooser | E | Sleepy Hollow Farms | 34442 Sandy Ridge Road | Franklin | Southampton | VA | 23851 | 757-562-8691 | | 15 |
| Mr. | Bryant, Jr. | Raymond | | Bryant Farms | 9520 Longnimard Road | Emporia | Greensville | VA | 23847 | 434-634-8844 | | 47.5 |
| Mr. | Bulls | James | A | | 18211 Sedley Road | Sedley | Southampton | VA | 23878 | 757-582-6404 | | 31.5 |
| Mr. | Bynum | Cecil | R | Cecil R. Bynum Farms, Inc. | 6516 Fire Tower Road | Windsor | Southampton | VA | 23487 | 757-242-4504 | 757-242-3227 | 153 |
| Mr. | Chappell, Jr. | William | | Chappell Farms LLC | 23610 Carson Road | Dinwiddie | Dinwiddie | VA | 23841 | 804-469-7487 | 804-731-0302 | 276 |
| Mr. | Clark | Ray | M | Clark Farms LLC | 25408 Mill Run Road | Stony Creek | Sussex | VA | 23882 | 804-478-4301 | | 194 |
| Mr. | Claud | John | | | Post Office Box 110 | Drewryville | Southampton | VA | 23844 | 757-453-9750 | 252-537-1876 | 209.7 |
| Mr. | Clements | Tom | M | Walnut Tree Farm | 500 Beef Road | Emporia | Greensville | VA | 23847 | 434-634-2075 | 252-536-9026 | 6 |
| Mr. | Clements | Jeffrey | C | | 552 Beef Road | Emporia | Greensville | VA | 23847 | 434-634-5039 | | 100 |
| Mr. | Cobb | Robert | C | | 32480 Sycamore Church Road | Franklin | Southampton | VA | 23851 | 757-562-5026 | | 39.9 |
| Mr. | Cobb | Catherine | B | Cobb's Farm | 34622 Statesville Road | Newsoms | Southampton | VA | 23874 | 757-654-6766 | | 7 |
| Mr. | Cobb | Jessie | T | | 35025 Burdette Road | Franklin | Southampton | VA | 23851 | 757-562-5532 | | 175 |
| Mr. | Collier | Roger | F | Tomblin Farm | 1984 Hickory Hill Road | Waverly | Sussex | VA | 23890 | 804-834-2164 | 757-647-9032 | 90.5 |
| Mr. | Copeland | Peter | F | Copeca Farms | 29085 Bethany School Road | Franklin | Southampton | VA | 23851 | 757-569-8141 | 757-651-9730 | 16.35 |
| Mr. | Crumpler | Lealia | R | Sandy Ridge Farms, Inc. | Monroe Road | Franklin | Southampton | VA | 23851 | 757-562-6730 | | 34 |
| Mr. | Curley | Edmond | | | 8407 Sussex Drive | Stony Creek | Sussex | VA | 23882 | 434-246-5801 | | 4 |
| Mr. | Daniel | Joan | G | | 4712 Royean Pond Drive | Chester | Chesterfield | VA | 23831 | 804-748-8695 | | 398 |
| Mr. | Dianis | Malthew & George | | Dianis Brothers | 938 Deerfield Road | Emporia | Greensville | VA | 23847 | 434-634-2531 | 434-634-4819 | 320 |
| Mr. | Doyle | Joey | G | | 1826 James River Jct. | Emporia | Greensville | VA | 23847 | 434-634-9866 | 434-494-7282 | 127.7 |
| Mr. | Drake | Rodger | G | RE and Rodger R. Drake, Inc. | 25232 Drake Drive | Newsoms | Southampton | VA | 23874 | 757-654-9723 | 757-654-8578 | 134.75 |
| Mr. | Drake | Michael | G | Sandy Ridge Farms, Inc. | 31251 Sands Road | Newsoms | Southampton | VA | 23874 | 757-654-8400 | | 151 |
| Mr. | Drake | Edward | S | | 30195 Statesville Road | Newsoms | Southampton | VA | 23874 | 757-654-6539 | | 142.8 |
| Mr. | Drake | Rodger | | D & T Farms | 25232 Drake Drive | Southampton | Southampton | VA | 23874 | 757-654-9723 | | 11 |
| Mr. | Drake | George | B | | 32053 Beares Front Circle | Newsoms | Southampton | VA | 23874 | 757-654-9557 | | 154.2 |
| Mr. | Drake | George | T | Post Office 73 | Post Office 73 | Newsoms | Southampton | VA | 23874 | 757-654-0936 | 757-654-6853 | 186 |
| Mr. | Drake, Jr. | George | F | George T. Drake & Son, Inc. | 31395 Sunbeam Road | Newsoms | Southampton | VA | 23874 | 757-562-4682 | | 186 |
| Mr. | Drake, Jr. | Walter | | Drake Farms | 31147 Sands Road | Southampton | Southampton | VA | 23651 | 757-562-4682 | | 7.5 |
| Mr. | Drake, Jr. | Willie | L | Drake Brothers Farms | 907 Forest Lane | Southampton | Southampton | VA | 23874 | 757-654-8590 | | 20.2 |
| Mr. | Drewry | Burton | | BLD Farms LLC | 907 Forest Lane | South Hill | Mecklenburg | VA | 23970 | 434-447-8044 | | 32 |
| Mr. | Drewry | David & Burton | | Magnolia Farms | 807 Forest Lane | South Hill | Mecklenburg | VA | 23970 | 434-447-8044 | 757-651-8576 | 135.8 |
| Mr. | Drewry, III | John | H | Drewry Lane Farms | Post Office Box 322 | Boykins | Southampton | VA | 23827 | 757-582-2900 | 757-620-7307 | 32 |
| Mr. | Drewry, Jr. | Sam | B | S.B. Drewry, Jr. Farms | 31048 Little Texas Road | Boykins | Southampton | VA | 23827 | 757-654-9777 | 757-654-0005 | 135.8 |
| Mr. | Dunn | Keith | B | | 21057 Peters Bridge Road | Yale | Sussex | VA | 23897 | 434-246-5820 | 804-731-5043 | 186.5 |
| Mr. | Dunn | Harvey | | | 21057 Peters Bridge Road | Yale | Sussex | VA | 23897 | 434-246-4247 | 804-586-7528 | 166.5 |
| Mr. | Dunn | John | Milton | | 18518 Corinans Wells Road | Sussex | Sussex | VA | 23897 | 434-246-5468 | 804-681-3400 | 237 |
| Mr. | Edwards | Kenny | O | | 22012 The Hall Road | Branchville | Southampton | VA | 23828 | 757-654-6589 | | 194.5 |

| Title | Last Name | First Name | MI | Business | Address | City | State | Zip / Phone | Phone | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Edwards | Philip | T | Philip Edwards Farms | 13463 Bernies Church Boulevard | Smithfield | VA | 23431 / 757-357-2609 | | 93 |
| Mr. | Edwards | Gregory | S | Edwards Farms | 29610 Little Texas Road | Branchville | VA | 23828 434-658-4770 | 434-658-3310 | 93 |
| Mr. | Edwards | Drew | | Edwards Farms | 29610 Little Texas Road | Branchville | VA | 23828 434-658-4728 | | 28.1 |
| Mr. | Edwards | Gene | A | | 29238 Little Texas Road | Branchville | VA | 23828 434-658-4728 | | 5.1 |
| Mr. | Ellis | Partridge | A | | Post Office Box 178 | Southampton | VA | 23827 757-654-8412 | | 85 |
| Mr. | Epps | William | H | Oak Grove Dairy | 7031 E Colonial Trail | Surry | VA | 23883 757-357-5361 | 757-357-2945 | 65 |
| Mr. | Everett | Randy | | E & E Crop Management | 18291 Concord Sappony Road | Sussex | VA | 23882 434-246-2515 | | 57 |
| Mr. | Everett | Lance | V | Old Hickory Farms, Inc. | 28818 Courthouse Road | Sussex | VA | 23890 434-658-4708 | | 358 |
| Mr. | Everett, Jr. | Marvin | | Everett Farms | 17413 Everett Road | Capron | VA | 23829 434-658-4708 | 434-658-4640 | 238 |
| Mr. | Fajna | John | L | | 4270 Purdy Road | Emporia | VA | 23847 434-634-4343 | | 51.6 |
| Mr. | Fajna, Jr. | John | | Sandy Grove Farms, Inc. | 4270 Purdy Road | Emporia | VA | 23847 434-634-4343 | 434-634-4251 | 425 |
| Mr. | Farms | Wiley | | | Post Office Box 57 | Boykins | VA | 23827 757-654-6831 | | 7 |
| Mr. | Farms | Babb | | Draper | | Boykins | VA | 23487 757-385-0184 | | 47.5 |
| Mr. | Farms, Inc. | | D | | 18483 Oak Road | Windsor | VA | 23808 757-654-6240 | 757-242-6812 | 300 |
| Mr. | Fells | Charles | | | 30985 Vicks Millpond Road | Branchville | VA | 23829 434-658-4708 | | 60 |
| Mr. | Fells | Brent | F | | 32222 East Street | Boykins | VA | 23827 757-654-6628 | 757-617-9115 | 80 |
| Mr. | Fells | John | | Fells Farms, Inc. | 30346 Shiloh Road | Boykins | VA | 23827 757-654-6953 | 757-841-8899 | 105 |
| Mr. | Felts | Larry | | | 1570 Brine Road | Emporia | VA | 23847 434-634-4467 | 434-430-1335 | 135.45 |
| Mr. | Ferguson, Jr. | James (Jamie) | S | | 15002 Pinopolis Road | Boykins | VA | 23827 434-634-4713 | 757-536-1572 | 132.65 |
| Mr. | Ferguson, Sr. | James | S | | 15185 Pinopolis Road | Boykins | VA | 23827 434-658-3127 | 757-539-0248 | 125 |
| Mr. | Francis | Glenn | | | Post Office Box 128 | Southampton | VA | 23827 434-248-6811 | | 15 |
| Mr. | Francis | Brian | P | | Post Office Box 148 | Branchville | VA | 23828 757-654-9483 | | 96.8 |
| Mr. | Futrell, Jr. | Harold | | | 34418 Burnt Reed Road | Branchville | VA | 23828 434-248-6811 | 434-246-6311 | 252 |
| Mr. | Gill, Jr. | Calvin | B | Gray Farms | 22627 Circus Keys Road | Newsoms | VA | 23874 | | 100 |
| Mr. | Gray | Wayne | | Gray Farms | 22627 Circus Keys Road | Newsoms | VA | 23827 757-654-9895 | | 30.9 |
| Mr. | Gray | James | W | | 34460 Burnt Reed Road | Boykins | VA | 23827 757-654-9895 | | 84 |
| Mr. | Gray | Roger | C | | 34460 Burnt Reed Road | Boykins | VA | 23827 757-424-2857 | | 8.5 |
| Mr. | Gray, Jr. | Roger | | | 1419 Brunswick Avenue | Norfolk | VA | 23590 757-424-2857 | | 105.6 |
| Mr. | Hall | Ira | B | | 6035 Purdy Road | Emporia | VA | 23847 434-634-2995 | | 24.5 |
| Mr. | Hamell | Jesse | B | | 26323 Sparrow Lane | Carrsville | VA | 23315 757-569-9741 | 757-569-9976 | 122.5 |
| Ms. | Hamell | Sandra | C | | 26323 Sparrow Lane | Carrsville | VA | 23315 757-569-9741 | 804-469-4510 | 22 |
| Mr. | Harrison | Preston | B | C.G. Glover Farms, Inc. | 6205 Courthouse Road | Church Road | VA | 23833 804-265-0303 | | 72.6 |
| Mr. | Haville | | | | 9045 Chevy Lane | Carson | VA | 23830 434-248-2246 | | 282 |
| Mr. | Hadfield | Edward | | | 18032 Line Pine Road | Franklin | VA | 23851 757-892-8461 | | 3.3 |
| Mr. | Hawer | Lisa | | | 5374 Kingswood Drive | Rock Hill | SC | 29732 757-654-8838 | 434-634-3204 | 444 |
| Mr. | Hawkins | Glenn | H | | 1750 Zion Church Road | Greensville | VA | 23847 434-634-3330 | | 62 |
| Mr. | Hawkins | Jimmy | | | 1690 Fiddlers Road | Emporia | VA | 23847 434-348-3898 | | 11 |
| Mr. | Hawkins | Jason | | | 1690 Fiddlers Road | Emporia | VA | 23847 434-348-3898 | | 3.3 |
| Ms. | Hawthorne | Lilly | | | East Street | Southampton | VA | 23847 434-348-5638 | | 49.5 |
| Mr. | Holdsworth | David | L | Cross Roads Farms | 5889 Holybush Road | Spring Grove | VA | 23881 757-294-3767 | 757-377-9536 | 235 |
| Mr. | Hidland | Edwin | D | | 2913 Longpoint Lane | Suffolk | VA | 23437 757-498-4751 | 757-652-4016 | 130 |
| Mr. | Hidland | Jason | D | | 6588 Holland Road | Suffolk | VA | 23437 757-657-2466 | 757-621-5629 | 119 |
| Mr. | Holloway | Clinton | W | | 19033 Wallace's Mill Road | Jarratt | VA | 23867 434-246-5986 | | 100 |
| Mr. | Ivey | Thomas | E | Oak View Farm | 17844 Dry Break Road | Emporia | VA | 23847 434-535-8123 | 434-637-7488 | 76 |
| Mr. | Jarratt | William | W | | 23154 Stokes Road | Yale | VA | 23897 434-536-8410 | | 119.5 |
| Mr. | Jarratt | Melvin | A | | Post Office 21 | Jarratt | VA | 23867 434-536-8151 | | 15 |
| Mr. | Jarratt | Benjamin | | | 23116 Stokes Road | Yale | VA | 23897 434-536-4151 | | 119 |
| Mr. | Jarratt | Benjamin | | | 23416 Johnson Drive | Sussex | VA | 23867 757-654-4574 | 757-654-9016 | 222 |
| Mr. | Allvis | Earl | | | 20070 Cabin Point Road | Carson | VA | 23920 804-834-3984 | 804-586-5245 | 254 |
| Mr. | Johnson | Richard | L | | 20426 Johnson Drive | Boykins | VA | 23437 757-657-6643 | | 10.4 |
| Mr. | Johnson | Matthew | J | J & J Farms | 7821 Runian Boulevard | Suffolk | VA | 23437 757-657-6643 | 757-654-0016 | 301.13 |
| Mr. | Johnson | James | E | | 7821 Runian Boulevard | Suffolk | VA | 23437 757-654-9802 | | 159 |
| Mr. | Johnson | Joseph | D | | 29167 Porter House Road | Boykins | VA | 23487 757-242-4456 | 757-630-8757 | 225 |
| Mr. | Jones, Jr. | James | W | Jones Farms, Inc. | 27036 Little Norfolk Road | Windsor | VA | 23883 757-294-3508 | | 15 |
| Mr. | Jones, Jr. | Thomas | Ray | | 586 Chestnut Farm | Surry | VA | 23883 757-294-2688 | 804-901-2868 | 110.4 |
| Mr. | Kamuesk | James | E | | 14007 Prince George Drive | Disputanta | VA | 23842 804-733-2888 | | 20 |
| Mr. | Kindfeol | William | H | | 27030 Old Church Road | Drewryville | VA | 23844 434-658-4649 | | 4 |
| Mr. | Knight | Jefferson | | | 7985 Runlan Boulevard | Suffolk | VA | 23487 757-562-2701 | | 29 |
| Mr. | Lassiter, Jr. | Rolo | L | | 33272 Princess Drive | Boykins | VA | 23847 434-634-4265 | | 29 |
| Ms. | Lee | Barbara | C | Lee Farms | 1182 Newsome Lane | Greensville | VA | 23847 434-634-4574 | 434-634-3453 | 40 |
| Mr. | Lee | Wilmer | M | | 34059 Burnt Reed Road | Boykins | VA | 23847 434-634-4816 | | 84 |
| Mr. | Lee | David | B | Lee Farms | 1182 Newsome Lane | Greensville | VA | 23847 434-634-4074 | 434-634-3453 | 84 |
| Mr. | Lowry | Preston | T | | 20099 Sussex Drive | Waverly | VA | 23890 804-834-2809 | 804-834-3949 | 96 |
| Mr. | Mann | J | Michael | | 34481 Meherrin Road | Boykins | VA | 23827 757-654-9468 | | 113.25 |

SEP. 6. 2005 5:31PM   NO.030   P.8

| Mr. | Last Name | First Name | MI | Farm / Company | Address | City | County | State | Zip / Phone | Phone | Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Mann | Melvin | E | Marks Farms | 34527/Matteson Road | Boykins | Southampton | VA | 23851 757-654-9481 | | 350 |
| Mr. | Marks | Michael | J | Marks Farms | 22833 Popes Station Road | Capron | Southampton | VA | 23829 434-658-4911 | 757-641-8206 | 190.4 |
| Mr. | Matthews | Glenn | G | C.G. Matthews & Son, Inc. | 31488 Statesville Road | Newsoms | Greensville | VA | 23874 757-654-4823 | | 291 |
| Mr. | Moore | Ray | R | Moore Farms | 30843 Skippers Road | Skippers | Greensville | VA | 23879 434-634-8049 | 434-634-5662 | 77 |
| Mr. | Moss | Michael | W | | 955 Meadow Blank Road | Emporia | Greensville | VA | 23847 434-634-5028 | 804-586-8917 | 125 |
| Mr. | | Patrick | L | Newsome Farms | 9771 Little Longwood Road | Emporia | Greensville | VA | 23847 434-634-2217 | | 55 |
| Mr. | Nottingham, Jr. | John | M | | Post Office Box 4B | Criterion | Southampton | VA | 23316 757-678-7643 | | 154 |
| Mr. | Owen | Charles | H | RMC Owen Farm | 4428 Hunt Road | Jarratt | Sussex | VA | 23867 434-348-3269 | | 125 |
| Mr. | Owen | Robert | T | R.T. Owen & Sons L.L.C. | 303 Halifax Road | Jarratt | Sussex | VA | 23867 434-246-4779 | 434-535-8282 | 53 |
| Mr. | Parson | Fredrick | P | | 16003 Parson Lane | Stony Creek | Sussex | VA | 23882 434-656-4457 | | 160 |
| Mr. | Partridge | Eddie | A | | 25308 Drewry Road | Drewryville | Southampton | VA | 23882 434-246-4779 | | 65 |
| Mr. | Pittman, Jr. | Robert | D | Pittman Farms | 313 Ivey Street | Surry | Surry | VA | 23823 767-357-7094 | | 230 |
| Mr. | Poarch, Sr. | William | S | | 7134 Colonial Trail E | Surry | Surry | VA | 23887 434-535-8801 | 804-751-4644 | 20.2 |
| Mr. | Pope | Jeffrey | W | Magnolia (1089) | 13009 Cedar View Road | Drewryville | Southampton | VA | 23844 434-658-8515 | 804-370-2224 | 150 |
| Mr. | Pope | Sam | E | Home Farm (3257) | 13009 Cedar View Road | Drewryville | Southampton | VA | 23844 434-658-8515 | | 7.5 |
| Mr. | Pope | Jeffrey | W | Ross Hill (2339) | 13009 Cedar View Road | Drewryville | Southampton | VA | 23844 434-658-8515 | 804-370-2224 | 72.6 |
| Mr. | Pope | Mark | W | Smith Farm (2417) | 13009 Cedar View Road | Drewryville | Southampton | VA | 23874 757-562-8484 | 804-370-2224 | 18.25 |
| Mr. | Porter | J.L. | | B.L & R.R. Farms, Inc. | 28156 Sunbeam Road | Saudhampton | Southampton | VA | 23874 757-454-8599 | | 105.75 |
| Mr. | Porter | Bobby | L | B.L & R.R. Farms, Inc. | 25485 General Thomas Hwy | Newsoms | Greensville | VA | 23874 434-634-9199 | 434-637-0468 | 86.5 |
| Mr. | Powell | Kenny | W | | 6747 Britt Road | Emporia | Greensville | VA | 23851 434-634-3245 | | 210 |
| Mr. | Powell, III | Robert | H | Powell Farms L.L.C. | Post Office Box 3037 | Norfolk | Southampton | VA | 23851 757-242-6817 | 757-242-6740 | 70 |
| Mr. | Redd, Jr. | Charles | | Redd & Redd | 5495 W. Blackwater Road | Zuni | Southampton | VA | 23820 804-478-4825 | 804-720-7636 | 10 |
| Mr. | Ridgeout | Charles | W | | 18603 Hardwood Creek Road | Stony Creek | Sussex | VA | 23820 804-732-0667 | | 25 |
| Mr. | Rideout | Nannie | R | | 2708 Eagle Rock Road | Pailersburg | Prince George | VA | 23887 434-348-3046 | | 145 |
| Mr. | Rideout, Jr. | James | P | | 4415 Hunt Road | Jarratt | Sussex | VA | 23887 434-348-3088 | 434-837-2246 | 4.9 |
| Mr. | Rideout, Sr. | James | R | | 4374 Hunt Road | Jarratt | Sussex | VA | 23847 434-634-4220 | 434-894-4254 | 125 |
| Mr. | Robinson | Jack | C | | 6755 Brink Road | Empora | Greensville | VA | 23847 434-634-5374 | 434-634-0057 | 214.2 |
| Mr. | Robinson | Sidney | R | Randy Robinson Farms | 2578 Oldetown Road | Empora | Greensville | VA | 23847 434-634-5010 | 804-694-4070 | 36.8 |
| Mr. | Robinson | Mike | W | Mike Robinson Farms, Inc. | 2498 Oldetown Road | Greensville | Greensville | VA | 23888 757-899-5111 | 757-650-9871 | 114 |
| Mr. | Rogers | Jerry | L | | 722 White Marsh Road | Wakefield | Sussex | VA | 23840 804-834-2905 | 757-459-6539 | 11 |
| Ms. | Savage | William | C | | 2413 Joshua Lane | Wakefield | Sussex | VA | 23890 804-834-2376 | 804-598-3725 | 173 |
| Mr. | Sarabigie | Sarah | P | | 124 E. Pinecrest Road | Disputanta | Prince George | VA | 23827 804-834-3415 | 804-834-3499 | 115 |
| Mr. | Sebera | John | R | | 22464 Cabin Point Road | Wakefield | Sussex | VA | 23827 434-858-4801 | 434-658-4233 | 50 |
| Mr. | Seward | Robert | R | | 12512 Old Faaty Road | Boykins | Southampton | VA | 23827 757-854-6463 | 434-658-4233 | 50 |
| Mr. | Smith | Carter | A | Carter A. Smith Farms LLC | 12613 Pinopolis Road | Boykins | Southampton | VA | 23827 | 757-620-9361 | 85.4 |
| Mr. | Smith | Stuart | M | Stuart M. Smith Farms LLC | 12260 Pinopolis Road | Branchville | Southampton | VA | 23934 757-934-1478 | 757-896-2927 | 33.4 |
| Mr. | Smith | R | R | | 14506 Banks Lane | Boykins | Southampton | VA | 23890 804-478-4723 | 804-731-6286 | 332.4 |
| Mr. | Smith | Margaret | R | | 32418 S Main Street | Stony Creek | Sussex | VA | 23892 434-246-3322 | 434-246-1116 | 100 |
| Mr. | Spidell | Robert | B | Greenway Farms LTD | 331 Sussex Court | Sussex | Sussex | VA | 23874 757-654-9479 | | 22 |
| Mr. | Spiers | Douglas | W | Wayne Spiers Fanning | 25715 Courthouse Road | Stony Creek | Sussex | VA | 23803 804-590-1507 | | 160 |
| Mr. | Spiers | Alice | B | | 29716 Doville Bend Road | Newsoms | Southampton | VA | 23437 757-667-6543 | | 2 |
| Mr. | Spiers | Robert | H | | 21944 Cypress Bridge Road | Petersburg | Prince George | VA | 23437 757-657-6280 | 757-854-9658 | 20 |
| Ms. | Story | Louise | W | | Post Office Box 4591 | Holland | Southampton | VA | 23874 757-657-0103 | 757-641-8202 | 7.65 |
| Mr. | Temple | Major | B | | 316 Kingsale Road | Newsoms | Southampton | VA | 23874 757-654-0166 | | 200 |
| Mr. | Thomas | Horace | | Oakland Farms | 14517 Mannas Road | Newsoms | Southampton | VA | 23500 757-440-8872 | | 161.7 |
| Mr. | Thorpe | George | B | JB Thorpe Farms | 34134 Statesville Road | Newsoms | Southampton | VA | 23847 434-834-4364 | | 4.9 |
| Mr. | Thorpe | John | B | JB Thorpe Farms | 32789 Barnes Church Circle | Norfolk | Southampton | VA | 23437 757-888-4180 | 757-539-7451 | 13.1 |
| Mr. | Thorpe | Matthew | T | | 5404 Skaddiby Avenue | Emporia | Southampton | VA | 23437 757-657-8940 | 757-830-8149 | 6.8 |
| Mr. | Trout | Steven | Hall | | 49866 Purdy Road | Empora | Greensville | VA | 23837 757-653-0852 | 757-641-9154 | 30 |
| Ms. | Velky | Benjamin | | | 8201 Plainview Road | Suffolk | Suffolk | VA | 23437 757-653-0952 | 757-641-9154 | 118.2 |
| Mr. | Weaver | Harry Lee | | | 5773 Greenhead Road | Suffolk | Suffolk | VA | 23837 | 757-664-6871 | 12.6 |
| Mr. | West | Wayland | H | | 2328 Greenhead Road | Suffolk | Suffolk | VA | 23847 | | 103 |
| Mr. | Williams | James (Jim) | R | | 2328 Greenhead Road | Courtland | Southampton | VA | 23439 434-634-5268 | 757-377-6263 | 14.3 |
| Mr. | Williams | James | Robert | | 10578 Brink Road | Courtland | Greensville | VA | 23897 757-562-5293 | 434-430-1282 | 155.375 |
| Mr. | Woodruff, Jr. | John | | ROSEWORREL | 33126 Oldon Chapel Road | Boykins | Southampton | VA | 23837 757-664-6412 | 757-635-9438 | 104 |
| Mr. | Wornell | Howard | Carter | Shady Oaks Farm Inc. | 3834 Wydlia Mill Road | Boykins | Southampton | VA | | | 70 |
| Mr. | Wray | Aubry | E | Rose Valley Farms | 25243 Delaware Road | | | | | | 21 |
| Mr. | Young | Walter | L | Fox Farms | Post Office Box 176 | Boykins | Southampton | VA | | | |

| LAST1 | FIRST | MI | FARM/BUSINESS | PHYSICAL | CITY | | STATE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Anderson | Henry | | Farm No. 36 | 3303 Curtis Illinois Rd | Gordon | Houston | AL | 36345 | 334-572-3597 | 35 |
| Mr. | Chadwick | James | J | Armstead Farms, Inc. | 700 East Main Street | Headland | Henry | AL | 36345 | 334-795-6612 | 549 |
| Mr. | Armstrong | Dothalia | | Armstrong Farms, Inc. | 700 East Main Street | Headland | Henry | AL | 36345 | | 367 |
| Mr. | Armstrong | Terry | E | | 2001 County Rd 8 | Headland | Henry | AL | 36345 | 334-693-5130 | 956.8 |
| Mr. | Baxley | Terry | | Baxley Farms | 410 Boswell Road | Pansey | Houston | AL | 36688 | 334-237-3331 | 430 |
| Mr. | Boswell | Bana | | B & T Farms, LLP | | | Cor | AL | 35467 | 334-587-2304 | 71 |
| Mr. | Boyd | M | | | RL 3 Box 208-A | Opp | Cov | AL | 36467 | 334-493-0404 | 201 |
| Mr. | Bryan | Lloyd | D | | RL 3 Box 208-A | Opp | Coffee | AL | 36467 | 334-493-3363 | 63.6 |
| Mr. | Conway | Eddie | O | | 19325 Co. Rd 4 | Forgia | Geneva | AL | 35343 | 334-435-2613 | 94 |
| Mr. | Daniel | Daniel | B | Bruce Conway Farms | 1018 E. McKinnon 95 | Gordon | Houston | AL | 36027 | 229-372-4030 | 100 |
| Mr. | Cook | Eugene | | | 198 S & S Farm Blvd | Eufaula | Barbour | AL | 36027 | 334-687-2000 | 12 |
| Mr. | Corbett | Samuel | D | | County Road 22052 Box 1572 | Pike | Pike | AL | 36010 | | 160 |
| Mr. | Corbett | Linda | C | | Post Office Box 532 | Chapman | Butler | AL | 36015 | 334-775-3333 | 242 |
| Mr. | Dansby | Huardo | C | | 2716 County Rd 168 | Ozark | Dale | AL | 36360 | 334-587-7234 | 65 |
| Mr. | Davis | Ronald | R | | PO 194 | Opp | Covington | AL | 36467 | | 105 |
| Mr. | Davis/Dean | David | D | Donaldson Farms | 19393 Camp Victory Rd | Florala | Geneva | AL | 36442 | 334-899-2762 | 140 |
| Mrs. | Dean | Wicked | | | 302 County Road 728 | Enterprise | Coffee | AL | 36330 | 334-347-4015 | 653 |
| Mr. | Dean | E | | | RL 8 Box 180 | Headland | Henry | AL | 36345 | 222-0285 | 1600 |
| Mr. | Elmore | Jacob | J.E. | Elmore Farm | Post Office Box 531 | Headland | Henry | AL | 36345 | | 155 |
| Mr. | Fielding | James | L | Fielder Farms, Inc. | 2802 State Hwy 134 W, Route One, Box 144 | Dothan | Henry | AL | 36027 | 334-693-8467 | 18 |
| Mr. | Fielding, Sr. | Johnny | O | | 1967 Highway 84 West | Elba | Coffee | AL | 36027 | 334-362-2117 | 225 |
| Mr. | Gray | Chilall | | Farm #5 | Post Office Box 17A | Enterprise | Baldwin | AL | 36011 | 251-640-6272 | 355 |
| Mr. | Hayes | William | H | | 7368 Broxson Hwy | Dallas | Dallas | AL | 38778 | 334-674-4700 | 72 |
| Mr. | Henry | John | A | John C. Henry Farm | 1265 Dallas Road #2 | Sandy | Covington | AL | 36442 | | 49 |
| Mr. | Hinson | Robert | | | 13333 Alabama 55 | Florala | Crenshaw | AL | 36442 | 334-684-2653 | 106 |
| Mr. | Ingram | Jerry | | Theales Farm 5406 | 5406 North Street Hwy 27 | Geneva | Geneva | AL | 36340 | | 34 |
| Mr. | Jackson | Sierra | | Ingram Farms | 2264 County Road 6047 | Brundidge | Henry | AL | 36453 | 334-463-7304 | 37.7 |
| Mr. | Jackson | James | T | | RL 8 Box 580 | Florala | Crenshaw | AL | 36442 | 334-365-3582 | 442 |
| Mr. | Land | Roland | | LL Farms | 599 Neva Track Road | Florala | Geneva | AL | 36442 | 334-301-8521 | 17.5 |
| Mr. | Lane | Toyd | L | | 4868 Old Dripley Road | Opp | Coffee | AL | 36467 | 334-493-6974 | 473 |
| Mr. | Lawrence | Larry | C | Larry Marshall Farms | 2348 County Road 437 | Headland | Henry | AL | 36345 | 334-222-0146 | 18 |
| Mr. | Marshall | Charles | E | | 183 Cfa Rd | Enterprise | Coffee | AL | 36330 | 334-222-3716 | 185 |
| Mr. | McGriff | Larry | R | McKinley Farms | 705 Roe Development Rd | Garden | Houston | AL | 36301 | 334-402-3054 | 235 |
| Mr. | Rains | James | R | | 3466 Co. Rd 427 | Elba | Coffee | AL | 35322 | 334-897-2000 | 355 |
| Mr. | Rodgers | Elud | M | Rodgers Farm | 9390 Smith Avenue | Elba | Pine | AL | 36465 | 334-254-9080 | 19 |
| Mr. | Rodgers | Eld | | | 6091 Fronte Rd-1807 | Elba | Geneva | AL | 36320 | 334-765-3137 | 14 |
| Mr. | Sheffield | Buca | M | | 137 Cell Simmons Dr | Banks | Pike | AL | 36005 | 334-243-4918 | 181 |
| Mrs. | Simmons | Henry | | Edward Smith Farm | 448 Co Rd 351 | Elba | Geneva | AL | 36513 | 334-303-7642 | 363 |
| Mr. | Edward | R | | Jimmy Suretta | 6976 County Rd 60 | Hartford | Geneva | AL | 36344 | 334-688-3106 | 177 |
| Mr. | Suretta | Jimmy | R | Estate at Telord Suretta | Co Box 345 | Houston | Coffee | AL | 36453 | 334-546-3380 | 1073 |
| Mr. | Suretta | Martin | B | Anna Suretta | PO Box 345 | Kinston | Coffee | AL | 36453 | 334-546-3380 | 626 |
| Mr. | Suretta | Nani | A | Andy Sureddin Farms | PO Box 345 | Kinston | Coffee | AL | 36453 | 334-546-3380 | 15 |
| Mr. | Sundlin | A | A | Farm 026 | 3141 Hwy 27 | Banks | Coffee | AL | 36330 | 334-347-4100 | 85 |
| Mr. | Terrell, Jr. | Thomas | J | Charles Thomas Farm | 3345 County Road 167 | Enterprise | Henry | AL | 36033 | 334-853-4909 | 28 |
| Mr. | Thomas | Charles | Clyde | P. Clyde Thompson Farm No. 1171 | 834 Poch Road | Chancellor | Geneva | AL | 36510 | 334-483-0781 | 26 |
| Mr. | Thompson | Perry | | & Caraldner (Farm No. 2971) | 2451 Pump Groves Rd | Opp | Covington | AL | 36442 | 334-493-2603 | 263.7 |
| Mr. | Tillis | Leode | | | 17251 County Rd 94 | Elba | Coffee | AL | 36453 | 334-688-0467 | 15 |
| Mr. | Tuttle | Odb | B | | Rte. 1 Box 127 Old US Road | Elba | Coffee | AL | 36453 | 334-546-5317 | 70 |
| Mr. | Turman | Stephen | C | J & C Farms Inc. | Rte. 1 Box 127 Old US Road | Geneva | Geneva | AL | 36320 | 334-547-5384 | 25 |
| Mr. | Dyson | Lewis | | | 234 Savoy Street | Enterprise | Henry | AL | 36330 | 334-899-2092 | |
| Mr. | Williams | Silvia | | Steve Williams | 12568 County Road 90 | Headland | Henry | AL | 36330 | 334-693-3442 | |
| | Wase | Themil | E | | Post Office Box 1, 631 Hwy 52 N | Kinston | Coffee | AL | 36453 | 334-565-3588 | |

| TITLE | LAST | FIRST | M.I. | FARM | ADDRESS | CITY | COUNTY | STATE | ZIP | HOME TELEPHONE | SECOND TELEPHONE | ACRES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Aldrich | Aubrey | W | Aldrich Farm | 6509 Harville Road | Statesboro | Bulloch | GA | 30459 | 912-492-5782 | 912-531-1942 | 76.5 |
| Ms. | Anderson | Leslie | W | Wm. Anderson Farm Inc. | 385 Manassas Foy Road | Register | Bulloch | GA | 30452 | 912-852-5550 | | 98 |
| Mr. | Anderson, Jr. | Iverson | | | 1691 IBD Anderson Road | Register | Bulloch | GA | 30452 | 912-852-5550 | | 81 |
| Mr. | Bellhovs, Jr. | Marion | C | | 97 Bellhovs Road | Cochran | Dodge | GA | 30439 | 912-885-2098 | | 12 |
| Mr. | Bland | Michael | M | Arrowhead Farms | RR 2 Box 164 | Miller | Houston | GA | 31069 | 478-987-2028 | 478-987-2028 | 55.0 |
| Mr. | Bledsoe | Peggy | D | BPS Farms | 197 Langston Circle | Perry | Houston | GA | 31069 | 478-987-3341 | | 26.4 |
| Ms. | Bledsoe | Samual | Bryant | | 197 Langston Circle | Perry | Houston | GA | 31069 | 478-987-3341 | | 16 |
| Mr. | Bledsoe | Sidney | S | | 197 Langston Circle | Perry | Houston | GA | 31069 | 478-214-2329 | 478-214-1172 | 102 |
| Mr. | Bledsoe, Jr. | Jacob | E. | J. Jeffrey Blitch Farms | 2205 Stilson-Lanfield Road | Brooklet | Bulloch | GA | 30415 | 912-823-9773 | | 102 |
| Mr. | Blitch | Jessie | | Brankin Farm | Box 2, Box 600 | Brooklet | Bulloch | GA | 30415 | 912-823-9773 | 229-725-3349 | 11 |
| Mr. | Bradley | Marion | | | RR # 1 Box 1330 | Arlington | Calhoun | GA | 31713 | 229-724-6600 | | 18 |
| Mr. | Bradley | Madlin | Gene | #9905 | 1412 Massey Airport Road | Wrightsville | Johnson | GA | 31096 | 478-384-4105 | | 18 |
| Mr. | Brown | Terry | M | | 11956 Stanfield Rd | Sylvester | Worth | GA | 31791 | 229-776-8576 | 229-881-9633 | 103 |
| Mr. | Burch | Billy | M | B & W Burch Farm | 11556 Stanfield Rd | Screven | Wayne | GA | 31560 | | | 100 |
| Mr. | Burnham | James | Edwin | | 70 Edwin Burnham Road | Eastman | Dodge | GA | 31023 | 229-365-8802 | | 215 |
| Mr. | Carroll | Bradford | L | E & T Farm | 141 Salem Church Road | Fitzgerald | Ben Hill | GA | 31750 | 229-423-2116 | 229-423-2215 | 295 |
| Mr. | Carter | Jerald | L | | 127 Bridgeboro-Anderson City Rd | Sylvester | Worth | GA | 31791 | 229-776-2009 | 229-776-6030 | 533 |
| Mr. | Cavender | Ralph | H | Antioch Farms, Inc. | Post Office Box 467 | Clayton | Evans | GA | 30410 | 229-924-3000 | 812-739-0171 | 78 |
| Mr. | Clark | Edwin | H | | 2010 Hwy 216 South | Norristie | Evans | GA | 30410 | 229-365-2288 | | 120 |
| Mr. | Clark | Edwin | | | 2305 Peacock Drive | Oakland | McIntosh | GA | 31021 | 478-272-6832 | | 40 |
| VOB | Clark | J.B. | | | 869 Raynham Road | Cobbtown | Tattnall | GA | 30427 | 229-272-1913 | | 162 |
| Mr. | Cobb | Michael | Harrell | | 338 Chitoff Road | Chula | Irwin | GA | 31774 | 229-468-7764 | 229-425-1320 | 74.4 |
| VOB | Collins, Jr. | David | | | 3698 Chitoff Dairy Road | Vienna | Dooly | GA | 31082 | 478-952-2195 | | 130 |
| Mr. | Copeland | David | | | 3980 Olson Copeland Rd | Donalsonville | Seminole | GA | 39845 | 229-524-9404 | 229-388-6905 | 77 |
| Mr. | Copeland | John | Mark | | 768 Lasco Harvey Road | Americus | Sumter | GA | 31709 | 229-924-9504 | | 316.5 |
| Ms. | Davenport | Norris | L | Davenport Farms | Post Office Box 75 | Pinehurst | Dooly | GA | 31070 | 229-645-6895 | 229-424-7645 | 66 |
| Mr. | Davenport | Samuel | L | | Post Office Box 289 | Pinehurst | Dooly | GA | 31070 | 229-645-3831 | | 32 |
| Mr. | Dexler | Richard | | | 201 Clayton Giddens Road | Barnesn | Decatur | GA | 39823 | 229-248-0076 | 229-254-4478 | 27 |
| Mr. | Draxler | Steve | R | Steve Draxler | 291 Glennville Road | Warwick | Worth | GA | 31796 | 229-904-8646 | 229-922-8502 | 127 |
| Mr. | Driver | Walter | R | | 103 Washington Street | Arnautcua | Pulaski | GA | 31036 | 478-783-4567 | 888-433-4478 | 58.2 |
| Mr. | Dunaway | Troy | Hamilton | | 2750 GA Hwy. 230 | Unadilla | Pulaski | GA | 31779 | 229-284-4924 | 229-284-4872 | 87.8 |
| Ms. | Eubanks | John | L | J.L. Eubanks | 2750 GA Hwy. 230 | Pelham | Mitchell | GA | 39846 | 229-294-1114 | | 15 |
| Mrs. | Fedd | Saundra | T | | 5498 Reuben Brooklin Rd | Donalsonville | Seminole | GA | 30415 | 478-835-9055 | | 25 |
| Mr. | Fedd | Hubert | | | Post Office Box 460 | Cordele | Crisp | GA | 30413 | 478-835-9055 | 877-173-3928 | 111 |
| Mr. | Flannery, Jr. | Hubert | W | Hubert Flannery Jr Farm | 2905 Donald Cobb Rd | Barlow | Crisp | GA | 30432 | 478-698-4076 | | 15 |
| Mr. | Frasier | Reuben | | | 243 Ospread Pond Road | Glenburn | Jefferson | GA | 31001 | 229-386-7234 | 229-425-1455 | 11 |
| Mr. | Gibbs | Eric | S | Gibbs Farm | 372 Breckfield Turner Church Rd | Abbeville | Wilcox | GA | 31749 | 229-382-6890 | | 111 |
| Mr. | Gibbs | Norris | S | | 201 Clayton Giddens Road | Enigma | TiR | GA | 31023 | 478-374-3943 | | 111 |
| Mr. | Gidden | Eugene | W | | 291 Glennville Road | Dodge | Dodge | GA | 39825 | 229-248-0076 | | 27 |
| Mr. | Gidders | Clenond | Lewis | | 103 Washington Street | Barnesn | Decatur | GA | 31079 | 229-904-9931 | | 32 |
| Mr. | Gidders | Lewis | | | 2750 GA Hwy. 230 | Warwick | Worth | GA | 31091 | 478-827-3107 | 478-827-3351 | 18.2 |
| Mr. | Goodman | Charles | Russell | | 291 Glennville Road | Unadilla | Pulaski | GA | 31091 | 478-827-3107 | 478-827-3351 | 11.1 |
| Mr. | Goodman | Samuel | | | 103 Washington Street | Unadilla | Pulaski | GA | 31091 | 478-827-3107 | 478-827-3351 | 15 |
| Mr. | Griggs | George | C | Griggs Farms | 2750 GA Hwy. 230 | Sylvester | Miller | GA | 37791 | 229-221-7998 | 229-254-0573 | 1642 |
| Mr. | Griggs, III | WC (Billy) | | WC (Billy) | 574 Porters Corner Road | Colquitt | Miller | GA | 39837 | 229-728-2787 | 229-254-0538 | 53.5 |
| Mr. | Griggs, IV | WC | | Griggs Farms | 1238 Cooktown Rd | Colquitt | Miller | GA | 34915 | 229-246-0599 | | 119 |
| Mr. | Gwinns | Joseph & Robin | S | Gwinns Farms | 481 Massey Airport Road | Cordele | Crisp | GA | 30413 | 229-324-6826 | 229-220-6100 | 13 |
| Mr. | Haine | Jeffery | S | Eriah Farms | Post Office Box 699 | Whigham | Grady | GA | 30897 | 229-234-4321 | | 82.8 |
| Mr. | Hall, Jr. | Milton | Lee | Hall Farm | 243 Ospread Pond Road | Pelham | Mitchell | GA | 31079 | 229-385-2469 | | 191 |
| Mr. | Harrison | David | B | | 3491 John Collins Road | Rochville | Sumter | GA | 31711 | 229-424-6201 | 229-467-2442 | 33.5 |
| Mr. | Harrison | Bennie | NMN | Bennie Harrison & Son Farms | 282 Salem Road | Pelham | Sumter | GA | 30897 | 229-758-9076 | | 33 |
| Mr. | Hawkins | Danny | W | | 1533 Old St Road | Amersonville | Sumter | GA | 39837 | 229-758-9076 | | 98 |
| Mr. | Hodges | Gladis | | Warren F. Hodges | 553 Twidell Church Road | Colquitt | Miller | GA | 38937 | 229-758-8076 | 229-221-0354 | 288 |
| Mr. | Hodges | William | G | 1718 Williams Farm, 1087 Holmes Farm | 802 E Clanson St | Colquitt | Miller | GA | 31625 | 229-887-2594 | 229-254-0133 | 94.5 |
| Mr. | Hodges | Larry | | Eric Hopkins Farm | 518 Three Notch Road | Richland | Stewart | GA | 30439 | 912-885-5408 | 912-885-6015 | 150 |
| Mr. | Hodges | Robert | Lester | Jones Family Farms | Route 3 Box 182 | Candles | Candles | GA | 38937 | 229-738-2392 | | 13 |
| Mr. | Hunter | Steve | E | Hunter Farm | 5792 St. John St. Matthew Rd | Colquitt | Miller | GA | 31027 | 478-277-0639 | 478-488-5005 | 29.7 |
| Mr. | Hunter, Jr. | Ray | | | Post Office Box 240 | Sylvester | Turner | GA | 31830 | 229-272-0639 | | 26 |
| Mr. | Israel | Charles | L | | 627 Thomas Mill Road | Plains | Laurens | GA | 31780 | 478-948-4177 | | 35 |
| Mr. | Johnson | Hubert | Isreal | H J Johnson Farms | 5545 Cedar Crossing Road | Uvalia | Sumter | GA | 34073 | 912-594-4177 | | 35 |
| Mr. | Johnson | Raylum | G | Johnson Farm | 9801 Elam Road | Jenkins | Jenkins | GA | 30442 | 478-982-0770 | | 193.5 |
| Mr. | Johnson | William | G | | 887 Gin Hwy 93 N | Grady | Grady | GA | 38827 | 229-377-7046 | 229-254-4768 | 134 |
| Mr. | Jones | Larry | | | P.O. Box 154 | Cairo | Shewalt | GA | 31625 | 229-987-2594 | 229-438-4311 | 636 |
| Mr. | Jones | Robert | Lester | Jones Lester | Route 3 Box 182 | Richland | Candles | GA | 30439 | 912-885-5408 | 912-582-6015 | 150 |
| Mr. | Jones | Ann | Houston | Jones Family Farms | P.O. Box 154 | Netter | Candles | GA | 38937 | 229-738-2392 | | 13 |
| Mr. | Keen, Jr. | Biseman | C | | 135 Keens Crossing Road | Dublin | Laurens | GA | 31021 | 478-272-0639 | 478-488-5005 | 29.7 |
| Mrs. | Kendrick | Ann | W | 8076 Denham Rd | 8076 Denham Rd | Sycamore | Turner | GA | 31830 | 229-288-5084 | | 26 |
| Mr. | King | Sherwood | T | | RR 2 Box 1835 | Nashville | Berrien | GA | 31639 | 229-686-5464 | 229-686-6070 | 115.7 |
| Mr. | Lamb | Robert | A | | 858 Hwy 257 | Sumter | Sumter | GA | 31780 | 229-824-0481 | | 100 |
| Mr. | Lancaster | Robert | R | Fort Green Acres | RR 2 Box 1940 | Hawkinsville | Pulaski | GA | 31036 | 478-892-2855 | 478-214-4291 | 57.2 |
| Mr. | Lancaster | Thomas | | | RL 2 Box 4600 | Hawkinsville | Pulaski | GA | 31036 | 478-834-7888 | 478-892-2410 | 204.5 |

| Title | Last Name | First | MI | Farm / Company | Address | City | County | State | Phone 1 | Phone 2 | Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr. | Lancaster, Sr. | Robert | J | Jerry | Route 2 Box 4630 | Lakeview Road | Statesboro | Bulloch | GA | 31098 474-882-2413 | | 245.5 |
| Mr. | Lane | William | J | Lane Farms | 76621 Lakeview Road | | | Bulloch | GA | 30461 912-587-5542 | | 39 |
| Mr. | Lowrey | William | | Farm No. 3643 | Rt 1 Box 31-A | | Statesboro | | GA | 31002 912-529-4500 | | 20 |
| Mr. | Mack | Lester | | Mack | 2407 Montrose-Allentown Road | Dexter | Laurens | GA | 31065 478-376-4651 | 478-945-6800 | 8 |
| Mr. | McClure | Jimmy | M | McClure & Govinos | 288 Gates Road | Doerun | Worth | GA | 31744 229-776-5489 | | 72.15 |
| Mrs. | McClure | Ann | G | McClure & Govinos | 288 Gates Road | Doerun | Worth | GA | 31744 229-776-5489 | 229-347-6955 | 628.6 |
| | McClure | Jimmy & Ann | | McClure Farms | 288 Gates Road | Doerun | Worth | GA | 31744 229-778-5489 | 229-347-5855 | 415.9 |
| Mr. | McClure | Royce | | | 430 Woodcrest Road | Sylvester | Worth | GA | 31791 229-778-6469 | 229-776-7688 | 200 |
| Mr. | McDaniel | Howard | K | Howard K McDaniel | RR 3 Box 402 | Adel | Cook | GA | 31620 229-896-4292 | | 123 |
| Mr. | McDonald | Alfred | | McDonald Farms | 1239 Wright Chapel Road | Sumner | Worth | GA | 31789 229-896-4292 | 229-347-1324 | 146 |
| Mr. | McElmurray | Floyd | J | | 789 Crawford Dairy Road | Rochelle | Wilcox | GA | 31079 229-365-4230 | 229-589-7741 | 50.4 |
| Mr. | McMillan | Timothy | E | Stockton Grace Farms | Route 1, Box 61-C | Enigma | Berrien | GA | 31749 229-833-7985 | 229-589-7511 | 158.9 |
| Mr. | Medlock | Pat | S | | 351 Magnolia Road | Plains | Sumter | GA | 31780 229-824-4395 | 229-639-3565 | 138 |
| Mr. | Mobley | Winford | | | 893 Mantis Rd | | Grady | GA | 30927 229-377-2145 | 229-377-1654 | 16.6 |
| Mr. | Morton | Darman | | Matthew/Morton Farm | 1274 Stillson-Leefield Road | Brooklet | Bulloch | GA | 30415 912-587-5423 | 912-682-3890 | 80 |
| Mr. | Moss | Marvin | | | 867 R.L. Hill Street | Fitzgerald | Ben Hill | GA | 31750 229-423-5712 | 229-423-5586 | 60 |
| Ms. | Nelson | Sara | J | | 2201 Hill Road | Ashburn | Turner | GA | 31714 229-567-4408 | 229-567-7741 | 100 |
| Mr. | Oliver | Clifford | L | Cliff Oliver Farm | 964 Meadow Road | Camilla | Mitchell | GA | 31730 229-336-4254 | 229-336-0901 | 130 |
| Mr. | Orr | Robert | D | Orr Farm | Rte. 1, Box 206 | Richland | Stewart | GA | 31825 229-887-3465 | 229-887-3398 | 26 |
| Mr. | Parrish | Rocky | | | 4213 Hwy 65 West | Unadilla | Toombs | GA | 31473 912-614-6403 | 912-594-6229 | 20 |
| Mr. | Paulk | Ronald | | | 117 Circle Circle | Wicey | Irwin | GA | 31798 912-519-3390 | | 57.6 |
| Mr. | Peek, Sr. | Kenneth | A | | Rt 2 Box 283 Hwy 240 | Ellaville | Schley | GA | 31608 229-937-2080 | | 24 |
| Mr. | Proctor | Waller | E | | Post Office Box 985 | Vienna | Dooly | GA | 31083 706-547-2723 | 706-547-6981 | 32 |
| Mr. | Profita | Willie | A | | Rt. 1 Box 343 | Richland | Stewart | GA | 31825 229-887-3304 | | 175 |
| Mr. | Purvis | Fred | E | Moss Hay Company | Rt 1 Box 343 | Richland | Stewart | GA | 31825 229-898-2837 | 708-330-6086 | 175 |
| Mr. | Rayborn | Larry | J | Apex Farms | Box 616 Hwy 37 | Adel | Cook | GA | 31620 229-896-3302 | 229-896-1302 | 38 |
| Ms. | Register | Janice | B | | Rt 1 Box 10D | Ellaville | Schley | GA | 31608 229-937-6775 | 229-567-2211 | 94 |
| Mr. | Scott | William | R | William R. Scott Farms | 3190 Town & Country Rd | Donalsonville | Seminole | GA | 31945 229-524-5096 | | 45.5 |
| Mr. | Sanddell | Billy | | | Post Office Box 294 | Newington | Screven | GA | 30446 912-857-3500 | 912-857-5515 | 15.5 |
| Mr. | Shuman | Ward | | | 1081 York Road | Sylvester | Worth | GA | 31791 229-776-3428 | 229-347-1195 | 230 |
| Ms. | Singletary | Mary | V | | 849 Yancee Road | Reidsville | Tattnall | GA | 30453 912-557-4852 | | 10 |
| Mr. | Smith | Dan | W | Smith Farms | 1919 Upper River Road | Americus | Sumter | GA | 31709 229-924-4681 | 229-824-3281 | 350.5 |
| Mr. | Smith | Lon | T | Tietgen Smith Farm | PO Box 633 | Reidsville | Sumter | GA | 30453 229-482-4154 | | 135 |
| Mr. | Smith, Jr. | Charles | E | | 3717 River Road | Wadley | Tattnall | GA | 30436 912-557-4154 | 912-557-7417 | 30 |
| Mr. | Stanley | Clyde | E | | 2826 Chauncey-Dublin Hwy | Chauncey | Dodge | GA | 30471 478-286-2820 | | 116.8 |
| Mr. | Thomas | | | | 280 Old Ferry Road | Scotland | Sumter | GA | 31091 478-374-4741 | 912-278-7081 | 72 |
| Mr. | Stephens, III | | | | 557 Vanceolina Co Ln Rd | Tifton | Tift | GA | 31794 229-863-5490 | 229-838-7403 | 11 |
| Mr. | Stone | Larry | J | FSNE 2396 & 2445 | 2159 Philippsburg Road | Damascus | Early | GA | 31793 229-762-2916 | | 90 |
| Mr. | Tabb | Larry | J | Thompson Farms | 6385 Mandrin Road | Oglethorpe | Miller | GA | 39841 229-768-2816 | | 7.86 |
| Mr. | Thompson | Jim | R | | 10182 Vines Road | Brandon | Thomas | GA | 31773 229-574-5611 | 229-674-6021 | 105 |
| Mr. | Toomes, Jr. | Amos | | Troutman Family Farms | Post Office Box 732 | Flagstaff | Ben Hill | GA | 31716 229-752-7846 | 229-639-0342 | 17 |
| Mr. | Troutman | Clifford | A | E.E. Watson Sr. & Jr. | 3701 Sledgefield Drive | Valdosta | Lowndes | GA | 31793 229-245-7650 | 229-468-7400 | 15.9 |
| Mr. | Walker, Jr. | Edward | M | | RR #4 Sledgefield Drive | Morris | Clay | GA | 31605 229-768-2820 | | 24 |
| Mr. | Watson | Horace | H | | 6954 Hooks Road | | Jenkins | GA | 22687 229-768-2820 | | 203 |
| Mr. | Weatherby, III | Eugene | | | 281 S. Borinword | Shellman | Bulloch | GA | 30462 478-962-4928 | 478-962-5454 | 27 |
| Mr. | Williams | Robert | E | Williams Farm | 1034 Miller Street Ext. | | Bulloch | GA | 31730 912-764-4239 | | 25 |
| Mr. | Williams, Jr. | Albert | | Gaigs Farms | 2750 GA Hwy 259 | Unadilla | Sumter | GA | 31764 229-674-4475 | 912-682-3019 | 160.2 |
| | | | | | Post Office Box 25 | | | GA | 31091 478-627-3107 | 478-627-9351 | 22 |
| | | | | | | | | | | | 19.2 |



# United States Attorney
## Eastern District of North Carolina

## *FAX COVER*

**DATE:**      September 6, 2005

**FROM:**

**Eric D. Goulian**
U.S. Attorney's Office
310 New Bern Ave., Suite 800
Raleigh, NC 27601
919-856-4356
FAX 856-4487

**TO:**

**Brenna**   833-7536


Total Pages
(including cover sheet):  __11__


Peanut litigation:    Dan's 7-14-05 letter to me

NO.029  P.2
4:36PM

## U. S. Department of Justice

*United States Attorney*
*Eastern District of North Carolina*

Terry Sanford Federal Building
310 New Bern Avenue
Suite 800
Raleigh, North Carolina 27601-1461

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

September 6, 2005

<u>Fax and First-Class Mail</u>

R. Daniel Boyce
Boyce & Isley
P.O. Box 1990
Raleigh, North Carolina 27602-1990

Re:    <u>Peanut Crop Insurance Litigation</u>

Dear Dan:

I am writing in response to your letter of July 14, 2005, concerning farmers on your list who do not appear on RMA's list.  Please understand that RMA's list includes only those peanut farmers who (a) have farms within one of the seven federal districts where lawsuits were filed, and (b) were paid an indemnity for a peanut loss in 2002.  If someone appears on your list but not on RMA's list, it is because that person's farm is not located in one of the seven federal districts, or because that person did not receive an indemnity for a peanut loss in 2002, or both.

Feel free to give me a call if you have any questions.

Sincerely yours,

FRANK D. WHITNEY
United States Attorney

Eric D. Goulian
Assistant United States Attorney



EXHIBIT
9

# BOYCE & ISLEY, PLLC

ATTORNEYS AT LAW
LAWYERS WEEKLY BUILDING, SUITE 100
POST OFFICE BOX 1990
RALEIGH, NORTH CAROLINA 27602-1990

G. Eugene Boyce
R. Daniel Boyce
Philip R. Isley
Laura Boyce Isley

107 Fayetteville Street Mall
Raleigh, North Carolina 27601

Telephone: (919) 833-7373
Facsimile: (919) 833-7536

July 30, 2003

**VIA FACSIMILE (202) 514-8625**
**AND UNITED STATES MAIL**

Ms. Jane W. Vanneman
Senior Trial Counsel, Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington. DC 20530

Re:  **Texas Peanut Farmers. et al. v. The United States**
No. 03-445C (Judge Firestone)

Dear Jane:

We agree with Judge Firestone that it would be best for the Courts and all concerned to have these cases heard all in one place. Also, as Judge Firestone said, the Plaintiffs "need something in our hand" to assure our clients that this case will not be switched back and forth from jurisdiction to jurisdiction and thereby avoid an expeditious decision on the merits of the case and the ultimate issue of liability.

Judge Firestone's suggestion of a joint stipulation on jurisdiction seems to make sense. It may be that we can reach an agreement that any claims under the first filed Complaint are properly before that court and that court has jurisdiction over all the claims. We could further stipulate pursuant to 28 U.S.C. § 1407, assuming we have approval of the other Courts, to transfer all of the cases to one court for hearing on the same issues. Activity in the other cases could be stayed pending resolution of discovery and pretrial motions. The other U.S. Attorneys would likely agree, we believe. If that agreement can be reached, we could then take a dismissal in the Court of Federal Claims. We could have one trial court disposition. one jury trial, if needed, and one appeal to one Circuit Court.

Given both of our summer vacation plans (I also will be out of the office quite extensively during August), we would appreciate your efforts this week in advising us of the Government's position on these matters and advising whether a stipulation can be reached.

Thank you for your prompt attention to this matter, and I look forward to hearing from you.

Sincerely yours,

BOYCE & ISLEY, PLLC

Dan Boyce (g)

R. Daniel Boyce

**EXHIBIT**
**10**

RDB/bt

**CORRECTED BRIEF FOR DEFENDANT-APPELLEE**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

04-5067

TEXAS PEANUT FARMERS, GEORGIA PEANUT FARMERS, ALABAMA PEANUT
FARMERS, SOUTH CAROLINA PEANUT FARMERS, and FLORIDA PEANUT
FARMERS,

Plaintiff-Appellants,

v.

THE UNITED STATES,

Defendant-Appellee.

APPEAL FROM THE UNITED STATES COURT OF FEDERAL CLAIMS
NO. 03-445, Judge Nancy B. Firestone

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
     8th Floor,
1100 L Street, N.W.
Washington, D.C.  20530
Tele:  (202) 307-1011
Fax:   (202) 514-8624

July 21, 2004                    Attorneys for Defendant-Appellee

EXHIBIT

tabbies  11

C.   The Plaintiffs Named In The Court of
     Federal Claims Are Also Named In
     Suits Pending In Five District Courts

As we explained to the court, all of the plaintiffs named

in the Complaint filed in the court were also specifically

named in five district court complaints that appellants'

counsel filed in Texas, South Carolina, Florida, Alabama, and

Georgia, after the filing in the Court of Federal Claims.

A149-226.[13]  Because the individually-named appellants are now

named in a district court (although not necessarily in the

district in which the farm is located), the court properly

denied the motion to transfer.

D.   It Is Not Practical To Transfer Appellants' Cases
     Because The Court Would Be Required To Transfer
     To The Districts In Which The Farms Are Located

The court recognized that it would not be practical to

transfer the cases to the various districts in which the farms

are located.  Counsel for the farmers provided no information

upon which to base a transfer to any particular district court

in the five states.

Appellants contend that, for each named plaintiff, the

counties with respect to the farms at issue were identified in

the complaint.  However, there are dozens of counties

_____

[13] Because the district court suits in the five states
were filed in May 2003, after the February 2003 filing in the
Court of Federal Claims, 28 U.S.C. §1500 does not apply.  See
generally Loveladies Harbor v. United States, 27 F.3d 1545
(Fed. Cir. 1994).  See Part F3, below.

42

potentially involved, and fourteen possible districts within the five states (four districts in Texas; three districts each in Florida, Georgia, and Alabama; and one district in South Carolina, for a total of fourteen possible districts). Appellants failed to identify, for each of the named plaintiffs, by counties, the fourteen districts, within the five states, in which the farms were located. See 28 U.S.C. Chapter 5: §81(Alabama), §89(Florida), §90(Georgia), §121(South Carolina), §124(Texas). A96-99.

Thus, it was not practical for the court to attempt to issue transfer orders to any one of the multiple district courts. See Part E.

E.     It Is Too Late To Transfer The Case For
       The Named Plaintiffs Because Appellants
       Failed To Provide This Court
       With Information Sufficient To Transfer The Claims

Appellants failed to provide any information to the court as to the district in which the farms are located. Appellants fail to provide, on appeal, any information to this Court that might assist it in any possible transfer order. The burden that appellants sought to impose upon both courts - to match the dozens of named plaintiffs, with the counties in which the farms are located, with the appropriate district court, within one of five states - is too great to warrant any consideration of the transfer motion. In any event, appellants failed to file any motion to transfer in this court. Rule 27.

It would clearly be a burden for this Court, or for the

43

| PLAINTIFF'S PROPOSED EFFICIENT PROCESS | GOVERNMENT'S PROPOSAL AND RESULTING ADDITIONAL STEPS TO REACH SAME END RESULT ? |
|---|---|
| 1. Class Counsel filed Motion before JPML Panel that Court of Federal Claims case be identified as "potential tag along action" (Court of Federal Claims merely confirms status and requests ruling) | 1. ▮▮▮▮▮▮▮▮▮▮▮▮▮ transfers "some" cases to EDNC which requires determination of which cases go to EDNC and which cases may go elsewhere. |
| 2. JPML issues "tag along action" transfer order of the Court of Federal Claims case (in its entirety) to EDNC pursuant to JPML Rule 7.4 and sends one file pursuant to JPML Rule 1.6 | 2. ▮▮▮▮▮▮▮▮▮▮ requires "plaintiffs' counsel to identify those plaintiffs named in this action whose farms are not located in the specific judicial districts in the five states in which the cases were filed so that the Court of Federal Claims may transfer the cases for those named plaintiffs to the appropriate judicial districts in the district courts in the five states in which the farms are located." |
| 3. EDNC completes all coordinated/consolidated pretrial proceedings including determination of jurisdiction & venue issues of individual plaintiff cases and issues transfer orders of all plaintiff cases to the appropriate federal district courts pursuant to 28 USC 1631; 28 USC 1406; 28USC 1407 and 28 USC 1404. | 3. Plaintiffs file Motion to Compel production of information including Governments' withheld information regarding the location of specific plaintiffs' farms to determine which districts are the appropriate federal districts for new lawsuits. |
| 4. 24 federal district courts receive identical transfer orders; enter final judgment and begin 24 identical class administrations unless Government agrees to consolidate as one class administration. | 4. Government either provides or does not provide the information needed to determine the appropriate federal districts for each of Plaintiffs' claims. |
|  | 5. ▮▮▮▮▮▮▮▮▮▮▮▮ sorts out disputes as to which new federal district courts must be identified and sends as many as 14 separate transfer orders to 14 new separate federal district courts. |
|  | 6. As many as 14 new federal cases are initiated in 14 new federal district courts |
|  | 7. Plaintiffs file as many as 14 motions to transfer the cases in 14 new and different federal district courts requesting that the cases be designated "tag along actions" to be handled by JPML. |



EXHIBIT
12

8. Plaintiffs identify 14 new "tag along actions" and request JPML to certify 14 new cases as "tag along actions."

9. JPML certifies each of the 14 new federal cases as "tag along" cases and transfers them to the EDNC pursuant to rule 7.4. This also requires the transfer of 14 new files pursuant to JPML Rule 1.6.

10. After waiting for all these cases to reach it for _?_ months, EDNC accepts and enters into system as many as 14 new tag along cases for pretrial determination. (meanwhile other cases either disposed of or waiting for the 14 new cases to reach EDNC).

11. EDNC completes all coordinated/consolidated pretrial proceedings including determination of jurisdiction & venue issues of individual plaintiff cases and issues transfer orders of all plaintiff cases to the appropriate federal district courts pursuant to 28 USC 1631; 28 USC 1406; 28USC 1407 and 28 USC 1404.

12. 24 federal district courts receive identical transfer orders; enter final judgment and begin 24 identical class administrations unless Government agrees to consolidate as one class administration.