# In the United States Court of Federal Claims

No. 03-445C
(Filed: November 10, 2005)

FILED
NOV 1 0 2005
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * * * * * * * *
TEXAS PEANUT FARMERS, et al.,

         Plaintiffs,

v.

THE UNITED STATES,

         Defendant,

* * * * * * * * * * * * * * *

## ORDER

The court is in receipt of defendant's motion, filed November 1, 2005, for an enlargement of time within which to file its response to plaintiffs' recent notice and motion. In light of the court's November 8, 2005 order staying the case pending a decision by the United Sates Judicial Panel on Multidistrict Litigation on the motion to transfer, defendant's motion is **DENIED** as moot. After the Judicial Panel rules, the court will schedule a status conference to resolve any remaining transfer issues.

IT IS SO ORDERED.

                                                NANCY B. FIRESTONE
                                                Judge

A TRUE COPY:
TEST:
BRIAN BISHOP
Clerk, U.S. Court of Federal Claims
By
Deputy Clerk