IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
FILE No. 2:06-cv324-DRB

RECEIVED
2006 MAY -8 A 9: 33

| | |
|---|---|
| ALABAMA PEANUT FARMERS, *et al.* <br> Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

2:06cv324-DRB

## MOTION TO APPEAR *PRO HAC VICE*

NOW COMES attorney R. Daniel Boyce and respectfully moves that this Honorable Court allow undersigned counsel to appear *pro hac vice* for purposes of this matter only. In support of this Motion, undersigned counsel, R. Daniel Boyce, shows the Court as follows:

1. I am a license attorney in good standing practicing in the State of North Carolina courts.

2. I was admitted to practice in 1984, and I am licensed to practice in the North Carolina Supreme Court, the highest court of this State.

3. I am in good standing in the Eastern and Western district of North Carolina federal courts; the Court of Appeals for the Federal Circuit; the Court of Federal Claims; the Fourth Circuit Court of Appeals; and the United States Supreme Court.

4. There are no disciplinary actions or contempt proceedings pending against me.

5. Attached hereto as **Exhibit A** is a Certificate of Good Standing. I am presently in good standing in the Eastern District of North Carolina.

1

6. Attached as **Exhibit B** is a Certificate of Good Standing indicating I am presently in good standing in the Supreme Court of North Carolina.

7. My residence address is 431 Marlowe Road, Raleigh, North Carolina 27609.

8. My office address is 107 Fayetteville Street Mall, Suite 100, Lawyers Weekly Building, Raleigh, North Carolina 27601.

9. I have read and will comply with M.D. Ala. LR 83.1.

FOR THE ABOVE REASONS, I respectfully request that I be allowed to appear *pro hac vice* in the Middle District of Alabama for purposes of the above-captioned litigation.

This 5th day of May, 2006.

BOYCE & ISLEY, PLLC

/s/ R. Daniel Boyce
R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, North Carolina 27602-1990
Telephone: (919) 833-7373
Facsimile: (919) 833-7536
*Attorney for Plaintiffs*

R. Daniel Boyce, sworn to and subscribed before me, this the 5th day of May, 2006.

/s/ Brenna S. Hawley
Notary Public

My Commission Expires: 5/12/2008

BRENNA S. HAWLEY
Notary Public
Wake County
State of North Carolina
My Commission Expires May 12, 2008

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I have served a copy of the foregoing *Motion to Appear Pro Hac Vice* by regular, first-class United States mail, postage fully pre-paid, addressed to the last known address to me as follows:

Ms. Jane Wallace Vanneman
U.S. Department of Justice
Civil Division – Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530

This the 5th day of May, 2006.

BOYCE & ISLEY, PLLC

R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, North Carolina 27602-1990
Telephone: (919) 833-7373
Facsimile: (919) 833-7536
*Attorney for Plaintiffs*