UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

# CERTIFICATE OF GOOD STANDING

I, Michael D. Brooks, Acting Clerk of this Court, certify that **R. Daniel Boyce**, Bar # 12329, was duly admitted to practice in this Court on October 23, 1984, and is in good standing as a member of the Bar of this Court.

Dated at Raleigh on April 18, 2006.

Michael D. Brooks
ACTING CLERK

*signature*
DEPUTY CLERK

EXHIBIT A