**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

May 16, 2006

# NOTICE OF REASSIGNMENT

RE:   Alabama Peanut Farmers et al v. USA
      Civil Action No. 2:06cv00324-DRB

The above-styled case has been reassigned to District Judge W. Keith Watkins.

Please note that the case number is now 2:06cv00324-WKW. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk