IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA PEANUT FARMERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-324-WKW |
| | ) | |
| TERRY E. BEASLEY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the Motion for R. Daniel Boyce to Appear Pro Hac Vice (Doc. #47) filed on May 8, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 17th day of May, 2006.

                                                               /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE