**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 30, 2006

# NOTICE OF MDL TRANSFER

```
Michael Brooks, Acting Clerk
United States District Court
Eastern District of North Carolina
Room 209, 201 S. Evans Street
Greenville, NC 27858-1137

Re:  In Re: MDL 1634 Peanut Crop Insurance Litigation
     USDC/MDAL Civil Action No. #2:06-cv-00324-WKW
     Alabama Peanut Farmers et al v. USA
     USDC/EDNC #: CA 4:06cv161-H2

Dear Clerk:

The referenced case is being transferred to your court pursuant
to the Conditional Transfer Order entered by the Judicial Panel
on Multi-District Litigation on 06/21/06 and filed with your
court on 07/11/06. As requested in your letter dated July 25,
2006, the complete original file, a certified copy of the docket
sheet, and the MDL Transfer Order is being mailed to your court.
(The documents are also furnished in PDF format on diskette,
pursuant to your request)
```

**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE EASTERN DISTRICT OF NORTH CAROLINA.**